**Davis Kitchen and Tile LLC**
Prepared on 05/23/26
**Income Statement/Budget**
*For Future 12 Months*

| | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Income** | | | | | | | | | | | | | |
| Contract Income | $37,658.00 | $37,659.00 | $37,660.00 | $37,661.00 | $37,662.00 | $37,663.00 | $37,664.00 | $37,665.00 | $37,666.00 | $37,667.00 | $37,668.00 | $37,669.00 | $451,962.00 |
| Service Income | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | $33,669.24 |
| Showroom Sales | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | $1,137,000.00 |
| Design/Measure Fees | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | $28,450.00 |
| Vendor Rebates | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Discounts Given | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Finance Charge Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Freight Income | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | $4,200.00 |
| Over/Underbillings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Discounts Earned | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Operating Income:** | **$137,934.60** | **$137,935.60** | **$137,936.60** | **$137,937.60** | **$137,938.60** | **$137,939.60** | **$137,940.60** | **$137,941.60** | **$137,942.60** | **$137,943.60** | **$137,944.60** | **$137,945.60** | **$1,655,281.24** |
| | | | | | | | | | | | | | |
| **Direct Expense** | | | | | | | | | | | | | |
| Materials | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | $512,492.00 |
| Freight | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | $6,600.00 |
| Equipment Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Subcontracted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Job Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Commission Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Direct Labor | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | $166,358.00 |
| D/L Payroll Taxes | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | $15,775.00 |
| D/L Workers Compensation | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | $3,712.00 |
| D/L Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| D/L Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| B&O Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Non-Tax Per Diem | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | $14,579.00 |
| Other Direct Expense | 0.00 | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | $66.00 |
| **Total Direct Expense:** | **59,959.67** | **59,960.67** | **59,961.67** | **59,962.67** | **59,963.67** | **59,964.67** | **59,965.67** | **59,966.67** | **59,967.67** | **59,968.67** | **59,969.67** | **59,970.67** | **719,582.00** |
| | | | | | | | | | | | | | |
| **Equip/Shop Expense** | | | | | | | | | | | | | |
| Shop Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Warehouse Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Lease Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Fuel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Supplies & Maint | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Use Contra | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Warehouse/Equipt Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Equip/Shop Expense:** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Total Direct & Equip/Shop Expense** | **59,959.67** | **59,960.67** | **59,961.67** | **59,962.67** | **59,963.67** | **59,964.67** | **59,965.67** | **59,966.67** | **59,967.67** | **59,968.67** | **59,969.67** | **59,970.67** | **719,582.00** |
| | | | | | | | | | | | | | |
| **Gross Profit:** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **935,699.24** |

**Davis Kitchen and Tile LLC**
Prepared on 05/23/26
**Income Statement/Budget**
*For Future 12 Months*

| | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overhead Expense** | | | | | | | | | | | | | |
| Rent | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | $62,653.00 |
| Office Supplies | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | $1,622.00 |
| Utilities | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | $23,569.00 |
| Electric | 0.00 | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | $66.00 |
| Credit Card Process Fees | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | $5,487.00 |
| Bank Charges | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | $1,573.00 |
| Finance Charges-Vendors | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | $16,114.00 |
| Postage | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | $422.00 |
| Freight Charges | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | $464.00 |
| Sales Tax Expense | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | $122.00 |
| Office Cleaning | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | $3,960.00 |
| Trash Service | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | $1,403.00 |
| Printing | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | $52.00 |
| Photography | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | $350.00 |
| Advertising & Promotion | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | $5,961.24 |
| Computer Software Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Computer Hardware | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Computer Service & Support | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | $9,000.00 |
| Computer Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Accounting Fees | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | $6,000.00 |
| Legal Fees | 750.00 | 751.00 | 752.00 | 753.00 | 754.00 | 755.00 | 756.00 | 757.00 | 758.00 | 759.00 | 760.00 | 761.00 | $9,066.00 |
| Employment Expenses | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | $984.00 |
| Travel | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | $362.00 |
| Dues & Subscriptions | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | $4,727.00 |
| Training/Seminars | 0.00 | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | $66.00 |
| Meals & Entertainment | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | $1,024.00 |
| Charity Donations | 0.00 | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | $66.00 |
| Maintenance & Repair | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | $1,597.00 |
| Gifts & Entertainment | 0.00 | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | $66.00 |
| Discounts- Contractor | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | $1,439.00 |
| Liability Insurance | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | $1,341.00 |
| Taxes | 0.00 | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | $66.00 |
| Property Tax | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | $17,658.00 |
| Licenses | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | $168.00 |
| Interest Expense | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | $10,745.00 |
| Customer Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Bad Debt Expense | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | $122.52 |
| Other Office Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Decore & Displays | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Samples & Catalogs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Suspense/Clearing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Plan Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Warranty Work | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

**Davis Kitchen and Tile LLC**

Prepared on 05/23/26

**Income Statement/Budget**

*For Future 12 Months*

| | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Commission - Outside Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Overhead Labor | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | $174,921.00 |
| O/H Payroll Taxes | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | $16,280.00 |
| O/H Workers Compensation | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | $1,169.00 |
| O/H Benefits | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | $432.00 |
| O/H Liability Insurance | 0.00 | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | $66.00 |
| Simple IRA Employer Contributions | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | $4,927.00 |
| COVID Payroll Tax offset | 0.00 | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | $66.00 |
| O/H Per Diem | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | $14,574.00 |
| Vehicle Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Fuel | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | $559.00 |
| Vehicle Repair | 0.00 | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | $66.00 |
| Vehicle & Liability Insurance | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | $7,189.00 |
| Small Tools | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Uniforms | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Shop Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Tools Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Office Equipment Dep'n Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Furniture & Fixtures Dep'n Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Inventory Adjustments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Overhead Expense:** | **33,997.56** | **34,006.56** | **34,015.56** | **34,024.56** | **34,033.56** | **34,042.56** | **34,051.56** | **34,060.56** | **34,069.56** | **34,078.56** | **34,087.56** | **34,096.56** | **408,564.76** |
| | | | | | | | | | | | | | |
| **Administrative Expense** | | | | | | | | | | | | | |
| Admin Salaries | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | $145,692.00 |
| Admin Payroll Taxes | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | $15,036.00 |
| Admin Workers Compensation | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | $677.00 |
| Admin Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Admin Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Admin Per Diem | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | $576.00 |
| Other Administrative Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Administrative Expense:** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **161,981.00** |
| **Total Indirect Expense:** | **47,495.98** | **47,504.98** | **47,513.98** | **47,522.98** | **47,531.98** | **47,540.98** | **47,549.98** | **47,558.98** | **47,567.98** | **47,576.98** | **47,585.98** | **47,594.98** | **570,545.76** |
| | | | | | | | | | | | | | |
| **Income from Operations:** | **30,478.96** | **30,469.96** | **30,460.96** | **30,451.96** | **30,442.96** | **30,433.96** | **30,424.96** | **30,415.96** | **30,406.96** | **30,397.96** | **30,388.96** | **30,379.96** | **365,153.48** |
| | | | | | | | | | | | | | |
| **Other Income** | | | | | | | | | | | | | |
| Other Income | 0.00 | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | $66.00 |
| | | | | | | | | | | | | | |
| **Net Income Before Tax:** | **30,478.96** | **30,469.96** | **30,460.96** | **30,451.96** | **30,442.96** | **30,433.96** | **30,424.96** | **30,415.96** | **30,406.96** | **30,397.96** | **30,388.96** | **30,379.96** | **365,153.48** |
| | | | | | | | | | | | | | |
| **After Tax Expense** | | | | | | | | | | | | | |
| Federal Income Tax Expense | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | $4,000.00 |
| State Income Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

**Davis Kitchen and Tile LLC**

Prepared on 05/23/26

**Income Statement/Budget**

*For Future 12 Months*

| | | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tax Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Other Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Other After Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | | | | | | | | | | | | | | |
| | **Total After Tax Expense:** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **4,000.00** |
| | | | | | | | | | | | | | | |
| | **Net Income:** | **$30,145.62** | **$30,136.62** | **$30,127.62** | **$30,118.62** | **$30,109.62** | **$30,100.62** | **$30,091.62** | **$30,082.62** | **$30,073.62** | **$30,064.62** | **$30,055.62** | **$30,046.62** | **$361,153.48** |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Chapter 11 Payment Plan** | | 21,750.00 | 21,751.00 | 21,752.00 | 21,753.00 | 21,754.00 | 21,755.00 | 21,756.00 | 21,757.00 | 21,758.00 | 21,759.00 | 21,760.00 | 21,761.00 | 21,762.00 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Net Income After Chapter 11 Payment Plan** | | $8,395.62 | $8,385.62 | $8,375.62 | $8,365.62 | $8,355.62 | $8,345.62 | $8,335.62 | $8,325.62 | $8,315.62 | $8,305.62 | $8,295.62 | $8,285.62 | $339,391.48 |