**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

IN RE:

**Davis Kitchen & Tile, LLC,**

    Debtor.

Case No. 1:26-bk-00343

Chapter 11

**ORDER GRANTING DEBTOR'S MOTION TO CONTINUE CONFIRMATION
HEARING AND ESTABLISHING SUPPLEMENTAL NOTICE, BAR DATE,
AND VOTING DEADLINES**

This matter came before the Court on July 21, 2026, on the Debtor's Motion to Continue Confirmation Hearing and to Establish Supplemental Notice, Bar Date, and Voting Deadlines (Doc. 121) (the "Motion"), filed by Davis Kitchen & Tile, LLC (the "Debtor"). The Court, having considered the Motion; it appearing that the Motion was served on all parties who have filed an objection to the Debtor's Chapter 11 Plan and that no party in interest has opposed the relief requested; and the Court finding that adequate notice of the Motion has been given, that the relief requested is procedural and promotes the due-process rights of the Newly Added Creditors, that it prejudices no party in interest, and that good cause exists to grant the Motion; it is hereby

**ORDERED as follows:**

1. The Motion is GRANTED as set forth herein.

2. The confirmation hearing previously scheduled for July 30, 2026 is CONTINUED to **September 23, 2026, at 10:30 a.m.**, before the United States Bankruptcy Court for the Northern District of West Virginia, 324 West Main Street, Clarksburg, West Virginia 26301. The Court may convert the hearing to a telephonic proceeding upon notice only to objecting parties and those parties receiving electronic notices from the Clerk of the Bankruptcy Court.

3. The following supplemental notice, claim-bar, voting, and objection deadlines are ESTABLISHED for the creditors and parties in interest added to the Debtor's schedules by the amendment filed July 7, 2026 (the "Newly Added Creditors"), and, where applicable, for any creditor adversely affected by any amended Plan:

| Event / Deadline | Date |
|---|---|
| Non-governmental proof of claim bar date (existing) | July 23, 2026 |
| Debtor files Amended Plan | On or before August 10, 2026 |
| Supplemental proof of claim bar date for Newly Added Creditors | September 4, 2026 |
| Deadline for Newly Added Creditors, or any creditor adversely affected under any amended Plan, to object to confirmation and to transmit ballots accepting or rejecting the Amended Plan | September 7, 2026 |
| Debtor files ballot summary and report on consensual vs. nonconsensual confirmation under 11 U.S.C. § 1191 | On or before September 18, 2026 |
| Continued confirmation hearing | September 23, 2026, at 10:30 a.m. US Bankruptcy Court 324 West Main Street Clarksburg, WV 26301 |

4. **Supplemental service.** On or before the date the Amended Plan is filed, the Debtor shall serve upon each of the Newly Added Creditors a copy of this Order, the Amended Plan, an appropriate ballot, and notice of the supplemental deadlines and continued confirmation hearing set forth above, and shall file a certificate of service reflecting such service.

5. **Prior ballots preserved.** Pursuant to Fed. R. Bankr. P. 3019, acceptances or rejections of the Plan previously submitted shall be deemed to apply to any Amended Plan to the extent permitted by Rule 3019, provided the modification does not adversely change the treatment of the claim of any creditor who has not accepted the modification in writing.

6. **Reservation of rights.** The Debtor reserves all rights, including the right to object to the allowance of any claim, whether originally scheduled or newly added, notwithstanding the treatment or vote of such claim, and the right to seek confirmation of the Plan or any amended Plan on a nonconsensual basis under 11 U.S.C. § 1191(b) in the event any impaired class does not accept.

7. **Retention of jurisdiction.** This Court retains jurisdiction to interpret and enforce this Order and to resolve any dispute arising under it.

**SO ORDERED.**

*Prepared and submitted by:*

/s/ Ryan W. Johnson
Ryan Winquist Johnson (WV Bar No. 14178)
Johnson Legal Services, PLLC
1049 Market Street, Wheeling, WV 26003
Telephone: 304-212-4950
Johnson.legal.services.pllc@gmail.com
*Counsel for the Debtor and Debtor-in-Possession*