David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

.

DAVIS KITCHEN & TILE, LLC
Debtor.

Case No.:26-bk-343
Chapter 11, Subchapter V

**ORDER AND NOTICE**

Pending before the Court are *WHLR-Pierpont Center, LLC's Motion to Compel Immediate Rejection of Unexpired Lease Pursuant to 11 U.S.C. §§ 105(d)(2)(A) and 365(d)(4)(A)*(Doc 143) and *Motion to Compel Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b) and Court Order* (Doc 145). Upon consideration of the same, the Court does hereby

**ORDER AND NOTICE IS GIVEN** that these matters are scheduled for a telephonic hearing on September 15, 2026, at 11:00 a.m. To participate in the hearing parties are instructed to dial (646) 828-7666 and provide Meeting ID # 161 666 5385 when prompted. It is further

**ORDERED** that the Debtor shall file a written response to the motions by September 11, 2026.