David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

.

| | |
|---|---|
| DAVIS KITCHEN & TILE, LLC | Case No.:26-bk-343 |
| Debtor. | Chapter 11, Subchapter V |

**INTERIM ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTOR MAY ASSUME OR REJECT THE UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)(b)(i)**

Pending before the Court is the Debtor's Motion for Entry of an Order Extending the Time Within Which the Debtor May Assume or Reject the Unexpired Lease of Nonresidential Reap Property Pursuant to 11 U.S.C. § 365(d)(4)(B)(i) and Request for Expedited Relief (Doc. 149) Upon consideration of the same, the Court does hereby

**ORDER** the Motion is GRANTED IN PART. Pursuant to 11 U.S.C. § 365(d)(4)(B)(i), the period within which the Debtor may assume or reject the shopping Center Lease dated May 5–6, 2022 with WHLR-Pierpont Center, LLC for Store No. 3, Pierpont Centre Shopping Center, 831 Venture Drive, Morgantown, West Virginia (the "Lease") is extended, on an interim basis, through and including September 15, 2026. Nothing herein limits the effect of any earlier order determining the Debtor's Motion to Assume Commercial Lease Pursuant to 11 U.S.C. § 365 (Doc. 59) or confirming a plan that provides for the assumption of the Lease. The Debtor shall continue to timely perform all obligations arising under the Lease from and after the date of this Order in accordance with 11 U.S.C. § 365(d)(3) and ¶ 2 of the Agreed Interim Order Continuing Hearing on Debtor's Motion to Assume Commercial Lease and Establishing Interim Lease Payments Pending Final Hearing (Doc. 134). It is further

**ORDERED AND NOTICE IS GIVEN** that the Motion is scheduled for a telephonic hearing on September 15, 2026, at 11:00 a.m. To participate in the hearing parties are instructed to dial (646) 828-7666 and provide Meeting ID # 161 666 5385 when prompted. It is further

**ORDERED** that any objection or other response to the Motion must be filed by September 11, 2026. It is further

**ORDERED** that the request for expedited relief is denied as MOOT.