**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DAVIS KITCHEN & TILE, LLC,** | § | **Case No. 1:26-bk-00343** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |

**LIMITED OBJECTION BY THE STATE OF WEST VIRGINIA TO THE DEBTOR'S AMENDED PLAN**

COMES NOW the State of West Virginia by and through its Attorney General, John B. McCuskey, and files its *Limited Objection by the State of West Virginia, Office of the Attorney General, Consumer Protection and Antitrust Division, to the Debtor's Amended Plan* and states as follows:

## I. OVERVIEW

The Debtor has failed to: (1) provide notice to consumers listed on the Amended Schedule G as parties to contracts with Davis Kitchen & Tile, LLC that it intends to assume their unfinished and/or not yet commenced home improvement projects; and (2) make clear its intention to certain consumer's claims for unfinished or not started home improvement projects –the claims of Keough, Battin, and Warren are listed in in the Amended Plan in paragraph 5.3 as both unsecured claims with a priority deposit under 11 U.S.C. § 507(a)(7) and as executory contracts on the Amended Schedule G. In addition, the Debtor is attempting to assume consumer executory contracts without setting out a cure amount and without providing consumers with notice and an opportunity to respond.

## II. RELEVANT BACKGROUND

Since summer of 2026, the Attorney General's Office, Consumer Protection Division, has received six (6) complaints from consumers who hired Davis Kitchen & Tile, LLC for home improvements. The complaints appear to show a pattern and practice of Davis Kitchen & Tile,

LLC taking money deposits from consumers for various home improvement projects and not completing or sometimes even commencing the work. The amounts of money involved are not insignificant, ranging from $20,000.00 to over $50,000.00 per project. The Attorney General enforces the West Virginia Consumer Credit and Protection Act, W. Va. Code §§ 46A-1-101, *et seq*. ("WVCCPA") and the Attorney General's Legislative Rule Governing Prevention of Unfair or Deceptive Acts or Practices in Home Improvement and Home Construction Transactions ("Home Improvement Rule"), W. Va. Code R. § 142 – 5 – 1 *et seq*., which encompass the home improvement business operations of Davis Kitchen & Tile, LLC in West Virginia.

Consumers, including those residing in West Virginia, that hired the Debtor to remodel their homes, whether their projects are finished, in progress, or not yet commenced, are known creditors that require notice of the bankruptcy case. In a hearing on July 21, 2026, the Debtor's counsel informed the court and the present parties that the Debtor would amend the schedules to add additional creditors, consumers' executory contracts, and would provide notice to those consumers, including those added to Schedule G. The Debtor did thereafter amend its schedules to include consumers whose home improvement projects were noted as "work in progress."[1] However, not all of the consumers included on the Amended Schedule G were provided notice. A review of the amendments, mailing matrix, and certificates of service, reveals that twenty-two (22) consumers are now listed on the Amended Schedule G, but only <u>three</u> of those consumers are shown on the mailing matrix for the case, and those presumably are on the matrix because they filed proofs of claim.[2]

This means that nineteen (19) consumers listed on the Amended Schedule G have not

---

[1] *See* Dkt. No. 113 (Amended Schedule G)

[2] *See* Dkt. No. 141 (Cert. of Service for Amended Chapter 11 Plan). And see Ex. A. mailing matrix as of September 3, 2026. (Consumers Battin, Keough, Warren).

received any notice of this bankruptcy case, the documents herein, the Amended Plan, or the deadlines mentioned in the Amended Plan.[3]

The Amended Plan states in 7.3 that the Debtor proposes to assume various contracts, including consumer home improvement contracts. It does not address whether there is any default in the consumer contracts and/or any adequate assurance or cure for the same. The Amended Plan in Part I states that "[a] proof of claim arising from the rejection of an executory contract… must be filed no later than 28 days after the date of the order confirming this Plan. Any claim not timely filed will be barred unless otherwise ordered by the Court." Also in Part I of the Amended Plan, the Debtor states that [a] party with a pending project at Davis Kitchen & Tile need not undertake any affirmative step to preserve the obligations of payment and performance, but if such a party wishes to reject the pending project, a rejection claim must be filed no later than 28 days after the date of the order confirming this plan."

The Consumer Protection Division contacted several consumers who have projects scheduled as "work in progress," and/or from whom it has received complaints, and found that several consumers have no knowledge at all of the Debtor's pending bankruptcy. Failure to notify consumer parties to executory contracts about this case, their treatment in the plan, and of important dates deprives them of their due process rights to participate in the bankruptcy—and deprives them of the right to read, understand, and, if necessary, object to the proposed plan. As the State has identified nineteen (19) consumers listed on the Amended Schedule G, who did not receive notice, the State objects to the proposed Amended Plan. The State's position is that a confirmation hearing should not be held until all consumers listed on the Amended Schedule G have been given notice of the bankruptcy, time to receive the case documents, and provided an

[3] Consumers include Allen, Brugnoli, Corwin, Dittenhafer, Goodwin, Handelman, Hyde, Jeruzal, Kessler, Miconi, Murray, Pinnell, Ramsey, Rowan, Schifano, Schwalm, Sellaro, Sherfinski, Shutler

opportunity to object to the plan.

## III. ARGUMENT

### A. Consumers who are Listed on the Amended Schedule G Require Actual Notice of the Bankruptcy Case, Deadlines, Hearing Dates, and All Filings.

1. A basic and important tenet of bankruptcy law requires that creditors and scheduled parties receive reasonable notice of the bankruptcy.

2. As recognized by Bankruptcy Judge Gonzalez in *In re XO Communications*, this tenet of reasonable notice to creditors is based upon the fundamental requirement of due process. 301 B.R. 782(2003). "[T]he Supreme Court found in *Mullane that* '[a]n elementary and fundamental requirement of due process in any proceeding which is to be accorded finality is notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections.'" *Id.* (quoting *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314, 70 S.Ct. 652, 94 L.Ed. 865 (1950).

3. Federal Bankruptcy Rules require that the Debtor file a list containing the name and address of each entity included or to be included on Schedules D, E/F, and G of the Official Forms. *See* Fed. R. Bankr. P. 1007(a)(1). The notes to the 2006 Amendments to this Rule emphasize that the rules are designed to ensure that "persons such as… nondebtor parties to executory contracts…will receive appropriate notices in the case." *Id*.

4. It is well known that "[a]ll entities listed on Schedule G must be included in the list of creditors filed at the outset of the case to ensure they receive notice." Consumer Bankruptcy Law and Practice, NCLC, § 7.3.7.4 (citing Fed. R. Bankr. P. 1007(a)(1)).

5. In addition, some of these additional consumers now listed on the Amended Schedule G may instead actually have a claim in the bankruptcy case, such as priority claim

pursuant to 11 U.S.C. § 507(a)(7) for deposits made with the Debtor.

6. It is unknown why the Debtor did not provide notice to most of the consumers listed on the Amended Schedule G, but it is clear that they have a right to actual notice of these proceedings.

**B. <u>The Confirmation Hearing Should Not be Held Until Consumers Listed on the Amended Schedule G Receive Actual Notice of the Bankruptcy, Time to Receive the Documents, File a Proof of Claim, and an Opportunity to Object to the Proposed Plan</u>.**

7. Before being allowed to assume an executory contract, a Debtor must show that it is willing and able to cure any default promptly or must provide adequate assurance that the default will be promptly cured. 11 U.S.C. § 365(b)(1).

8. Thus, consumers listed on the Amended Schedule G are entitled under 11 U.S.C. § 365(b)(1) to prompt cure of defaults or adequate assurance that any default will be promptly cured, as allowed by the Code.

9. The Attorney General's Office, Consumer Protection Division has received several complaints from consumers about the lack of performance by the Debtor in their home improvement contracts, such as unfinished work, poor or nonexistent communication about the work schedule, and/or work not commenced.

10. In addition, three consumers, Keough, Battin, and Warren, are listed in in the Amended Plan in paragraph 5.3 as both an unsecured claim with a priority deposit under 11 U.S.C. § 507(a)(7) and as executory contracts on the Amended Schedule G. Although the Debtor acknowledges in paragraph 7.1 that Keough, Battin and Warren filed claims, the Debtor also states that should they elect to proceed with their work in progress at Davis Kitchen, no amount will be paid on their claims, which is unclear, as there is no discussion of what constitutes election to proceed with their work in progress.

11. Thus, it is reasonable to believe that there are disputes regarding the performance of the executory contracts or that they actually terminated the contracts with the Debtor before the filing of the bankruptcy.

12. Because most consumers listed on the Amended Schedule G did not get notice of the bankruptcy or the proposed plan, they are in danger of losing their rights to participate in the instant case and to address disputes and defaults of the kind contemplated under 11 U.S.C. § 365.

13. As such, for due process to be provided, before a confirmation hearing is held, all consumers listed on the Amended Schedule G should be given actual notice of the bankruptcy, the opportunity to file a claim, and an opportunity to object to the proposed plan.

## IV. PRAYER

The State respectfully prays that the Court:

(1) Order the Debtor to provide actual notice of the bankruptcy filing and the Amended Plan to all consumers on the Amended Schedule G;

(2) Order the Debtor to include all consumers included on schedules on the case mailing matrix;

(3) Order the Debtor to clarify treatment of all consumer claims and executory contracts;

(4) Reset the confirmation hearing to provide the consumers listed on the Amended Schedule G time to receive and reply to the Amended Plan; and

(5) Provide any further relief to which the State or consumers are entitled.

Dated: September 8, 2026.

Respectfully Submitted,

JOHN B. MCCUSKEY
ATTORNEY GENERAL
STATE OF WEST VIRGINIA

*/s/Tanya L. Godfrey*
Tanya L. Godfrey (WVSB # 7448)
Assistant Attorney General
Office of the West Virginia Attorney General
Consumer Protection & Antitrust Division
P. O. Box 1789
Charleston, WV 25326-1789
Phone: (304)558-8986
Fax: (304)558-0184
Email: Tanya.L.Godfrey@wvago.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**IN RE:**

**DAVIS KITCHEN & TILE, LLC,** **Case No. 1:26-bk-00343**

**Debtor.** **Chapter 11**

**CERTIFICATE OF SERVICE**

I, Tanya L. Godfrey, counsel for State of West Virginia, Office of the Attorney General, Consumer Protection & Antitrust Division, hereby certify that on September 8, 2026, I electronically filed a **Limited Objection by the State of West Virginia to the Debtor's Amended Plan** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing.

*/s/Tanya L. Godfrey*
Tanya L. Godfrey (WVSB # 7448)
Assistant Attorney General
Office of the West Virginia Attorney General
Consumer Protection & Antitrust Division
P. O. Box 1789
Charleston, WV 25326-1789
Phone: (304)558-8986
Fax: (304)558-0184
Email: Tanya.L.Godfrey@wvago.gov

Label Matrix for local noticing
0424-1
Case 1:26-bk-00343
Northern District of West Virginia
Clarksburg
Thu Sep 3 09:25:25 EDT 2026

Davis Kitchen & Tile, LLC
831 Venture Drive
Morgantown, WV 26508-7307

First United Bank and Trust
12892 Garrett Highway
Suite 5
Oakland, MD 21550-4005

Ford Motor Credit Company LLC, c/o AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Secretary Of The Treasury
15th St & Pennsylvania Avenue
Washington, DC 20220-0001

State of WV, Attorney General's Office,
Office of the WV Attorney General
Consumer Protection & Antitrust Division
PO Box 1789
Charleston, WV 25326-1789

West Virginia State Tax Department
P.O. Box 766
P.O. Box 766
Charleston, WV 25323-0766

Wheeler REIT, LP
c/o Bruce M. Jacobs, Esquire
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV 25321-0273

AG Adjustments, Ltd.
1 Huntington Quadrangle, Ste. 4N15
Melville, NY 11747-4400

Amato and Keating, P.C.
Attn: John R. Keating, Esq.
4232 Nothern Pike, Suite 202
Monroeville, PA 15146-2720

American Express
200 Vesey Street
New York, NY 10285-0002

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Funds
6455 Irvine Center Drive
Irvine, CA 92618-4518

Arrow Structural Engineering
1459 N. Willey Street
Morgantown, WV 26505-5236

Atty General Of WV
BLDG 1 E-26 Ground Floor Main Unit
Capitol Building
Charleston WV 25301

BFS Group LLC
Sarah C. Ellis
707 Virginia Street East, 17th Floor
Charleston, WV 25301-2702

CHARLESTON FILTER SERVICE INC
PO Box 710
Elkview, WV 25071-0710

CITY OF MORGANTOWN
389 Spruce Street
Morgantown, WV 26505-5579

COMMUNICATIONS PLUS
1449 Fairmont Road
Morgantown, WV 26501-9729

Capital One
1680 Capital One Drive
Mc Lean, VA 22102-3407

Capital One N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Chad Henninger
99 Chardonnay Dr
Morgantown, WV 26508-5225

Chad Henninger: 99 Chardonnay Dr, Morgantown

Chris Battin
6004 Woodlands Bluff Rd
Morgantown WV, WV 26508-9402

Christopher M. Lituma
349 Dorsey Avenue
Morgantown, WV 26501-6417

Cincinnati Insurance Company
PO Box 145620
Cincinnati, OH 45250-5620

Circuit Court of Monongalia County, WV
Attn: Clerk of Courts
75 High Street
Morgantown, WV 26505-7517

Clark Retail Tile
596 Seneca Way
Bruceton Mills, WV 26525-6706

Commercial Lighting
PO Box 270651
Tampa, FL 33688-0651

Croston Countertop
2683 Kasson Road
Moatsville, WV 26405-8288

David P Bolek
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Denise Warren
690 Little Falls Road
Morgantown, WV 26508-2322

Dinsmore & Shohl LLP
215 Don Knotts Blvd.
Morgantown, WV 26501-6734

Dreamline Shower Doors
75 Hawk Road
Warminster, PA 18974-5102

Ed Davis
964 Southpointe Circle
Morgantown, WV 26501-8300

Edmund J. Rollo Attorneys at Law
44 High Street
Morgantown, WV 26505-7501

Edmund J. Rollo, Esq.
44 High Street
Morgantown, WV 26505-7501

Estlack
78 Smithtown School Road
Morgantown, WV 26508-2510

Express Employment
1000 Combs Farm Road
Morgantown, WV 26508-1111

FIERST DIST
746 Trumbull Drive
Pittsburgh, PA 15205-4393

Ferguson Enterprises, Inc. #142
PO Box 644054
Pittsburgh, PA 15264-4054

(p)FIERST DISTRIBUTING COMPANY
746 TRUMBULL DRIVE
PITTSBURGH PA 15205-4393

First United Bank & Trust
12892 Garrett Highway, Suite 4
Oakland, MD 21550-4005

First United Bank & Trust
7 Chaplin Road
Morgantown, WV 26501-2235

Ford Motor Credit
PO Box 650574
Dallas, TX 75265-0574

Ford Motor Credit Company LLC c/o AIS Portfo
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Freeman Retail Kitchen
113 Bakers Drive
Morgantown, WV 26505-2501

HAPPY FLOORS
PO Box 740463
Atlanta, GA 30374-0463

(p)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

Heffernan
2110 Hillary Drive
Morgantown, WV 26508-3671

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Lopez Flooring
240 E Main Street
Clarksburg, WV 26301-2170

MAIL & MORE, INC
714 Venture Drive
Morgantown, WV 26508-7306

MHMC Physician Services
PO Boc 1615
Morgantown, WV 26507-1615

MORGANTOWN POWER EQUIPMENT
1718 Mileground Road
Morgantown, WV 26505-3753

MOUSER CUSTOM CABINETRY
2112 N HWY 31W
Elizabethtown, KY 42701

MT STATE TRAILER RENTAL INC
482 Lower Aaron's Creek Road
Morgantown, WV 26508-1508

Maniscalco
1420 West Walnut Hill Lane
Irving, TX 75038-3009

Mantra Cabinetry
7634 Solution Center
Chicago, IL 60677-7006

Marcus and Stephanie Estlack
c/o David M. Jecklin, Esq.
Lewis Gianola PLLC
1714 Mileground
Morgantown, WV 26505-3753

Menards
5101 Menard Drive
Eau Claire, WI 54703-9604

Monongalia County WV Magistrate
75 High Street
Morgantown, WV 26505-7517

Mountain Top Glass
13229 Garrett Hwy
Oakland, MD 21550-4008

Mountaineer Glass & Mirror
601 E Brockaway
Morgantown, WV 26505-2013

NIC Group Inc
PO Box 9
Branchburg, NJ 08853-0009

OC CLUSS
PO Box 780319
Philadelphia, PA 19178-0319

ODK Capital LLC
4700 W Daybreak Pkwy., Ste 200
South Jordan, UT 84009-5133

On Deck
4700 W. Daybreak Pkwy, Suite 200
South Jordan, UT 84009-5133

On Deck
P.O. BOX 2576
Springfield, IL 62708-2576

PA Department of Revenue
1131 Strawberry Square
Harrisburg, PA 17128-0001

PRATT & LARSON CERAMICS INC
1201 S E Third Avenue
Portland, OR 97214

PREFERRED SURFACES
120 Corporate Drive
Morgantown, WV 26501-4580

Premier Granite
4200 CASTEEL DRIVE
Coraopolis, PA 15108-9725

Premier Granite & Stone
66 Arch Street Extension
Carnegie, PA 15106-2040

Przybylinski Kitchen
209 Deerfield Drive
Connellsville, PA 15425-1984

Regional Bankruptcy Contact
U.S. Environmental Protection Agency
Region III
1650 Arch Street (3RC00)
Philadelphia PA 19103-2029

Reneau Retail Cabinets
281 Haymond Road
Grafton, WV 26354-7091

Robin and John keough
162 Allman ave
Buckhannon wv
26201
Buckhannon, WV 26201-2068

Royal Glass
66 Spencer Drive
White Hall, WV 26554-8014

SECURE STORAGE OF MORGANTOWN
714 Venture Drive
Morgantown, WV 26508-7306

SHERWIN-WILLIAMS
289 Don Knotts Blvd
Morgantown, WV 26501-6737

STATE ELECTRIC
PO Box 890889
Charlotte, NC 28289-0889

Schulman Lobel LLP
1001 Avenue of the Americas
New York, NY 10018-5640

Scott Harris
174 Chancery Row
Morgantown, WV 26505
Morgantown, WV 26505-5406

Scott L. Fleischer, Esq.
1270 Avenue of the Americas, Suite 2800
New York, NY 10020-1803

Sheffield Financial
6010 Golding Center Drive
Winston Salem, NC 27103-9815

Sheffield Financial, a division of Truist Ba
PO Box 1847/100-50-01-51
Wilson, NC 27894-1847

Social Security Administration
300 Spring Garden Street
Philadelphia PA 19123-2924

Staples
500 Staples Drive
Framingham, MA 01702-4474

Stephanie Rellick
194 Donna Ave
Morgantown, WV 26505-2884

Stone Cutters LLC d/b/a Preferred Surfaces
WH Burkley LP
601 Grant Street
9th Floor
Pittsburgh, PA 15219-4430

Synchrony Bank/Lowes
PO Box 960061
Orlando, FL 32896-0061

TSI Collections
PO Box 15130
Wilmington, DE 19850-5130

Tammy R. Dalton CPA
3138 Earl L Core Road
Morgantown, WV 26508-5931

Tara and Daniel Heffernan, Jr
2110 Hillary Dr
Morgantown WV 26508-3671

The Leviton Law Firm, Ltd.
1 Pierce Place, Suite 725W
Itasca, IL 60143-1234

UNEMPLOYMENT COMPENSATION DIV
1321 Plaza E
Charleston, WV 25301-1400

US Attorney
Northern District of WV
PO Box 591
Wheeling WV 26003-0011

US CABINET DEPOT
2050 ROSWELL ROAD
Marietta, GA 30062-3811

United States Trustee
2025 United States Courthouse
300 Virginia Street East
Charleston, WV 25301-2503

WHLR - Pierpont Center
Riversedge North
2529 Virginia Beach Blvd., Suite 200
Virginia Beach, VA 23452-7650

WHLR-Pierpont Center, LLC
1270 Avenue of the Americas, Suite 2800
New York, NY 10020-1803

WOOD-MODE INCORPORATED
PO Box 250
Kreamer, PA 17833-0250

WV Dept of Tax & Revenue
Bankruptcy Unit
Post Office Box 766
Charleston WV 25323-0766

WV Offices of the Insurance Commissioner
PO Box 40254
Charleston, WV 25364-0254

Wellborn Cabinet, Inc.
38669 Hwy 77 S
Ashland, AL 36251-7366

West Virginia Insurance Commission
Legal Division - Bankruptcy
Post Office Box 50540
Charleston WV 25305-0540

West Virginia State Tax Department
Attn: Bankruptcy
1001 Lee St. E.
Charleston, WV 25301-1725

Whipkey Flooring
3 Angle Street
Connellsville, PA 15425-4203

Zeni Law PLLC
11 Commerce Drive, Suite 103
Morgantown, WV 26501-4602

Davis Edward Davis
964 Southpoint Circle
Morgantown, WV 26501-8300

Joe Supple
Supple Law Office, PLLC
801 Viand Street
Point Pleasant, WV 25550-1238

Marcus Estlack
c/o David M. Jecklin
Lewis Gianola PLLC
1714 Mileground
Morgantown, WV 26505-3753

Ryan Winquist Johnson
Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003-2913

Stephanie Estlack
c/o David M. Jecklin
Lewis Gianola PLLC
1714 Mileground
Morgantown, WV 26505-3753

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fierst Distributing Company
746 Trumbull Drive
Pittsburgh, PA 15205

Headway Capital
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604

(d)Headway Capital LLC
175 West Jackson Blvd., Suite 600
Chicago, IL 60604

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BFS Group LLC f/k/a as O.C. Cluss Lumber C

(u)Ford Motor Credit Company LLC

(u)WHLR-Pierpont Center, LLC
1270 Avenue of the Americas, Suite 2800
New York

(u)Chris Lituma: 349 Dorsey Ave, Morgantown,

(d)First United Bank & Trust
12892 Garrett Highway, Suite 5
Oakland, MD 21550-4005

(d)Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

(u)Jennifer Lopez: 240 E Main Street, Clarksb

(u)Mary Lou Wilson: 102 Chalfant St, Vanderbi

(d)Secretary Of The Treasury
15th St & Pennsylvania Avenue
Washington DC 20220-0001

(u)Stephanie Rellick: 194 Donna Ave, Morganto

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 115 |
| Bypassed recipients | 10 |
| Total | 125 |