David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br>DAVIS KITCHEN & TILE, LLC,<br><br>Debtor. | Case No. 1:26-bk-00343<br><br>Chapter 11 |

**ORDER APPROVING SUPPLEMENTAL NOTICE TO SCHEDULE G CONTRACT COUNTERPARTIES AND ESTABLISHING LIMITED SUPPLEMENTAL OBJECTION AND VOTING DEADLINES**

THIS MATTER came before the Court upon the *Debtor's* Motion to Approve Supplemental Notice to Schedule G Contract Counterparties and to Establish Limited Supplemental Objection and Voting Deadlines (the "Motion"), filed by Davis Kitchen & Tile, LLC, debtor and debtor-in-possession (the "Debtor"); and the Court having jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding; and the Court finding that the contract counterparties identified on Amended Schedule G [Doc. 113] whose Work-in-Progress Contracts the Debtor proposes to assume under § 7.3 of the Amended SBRA Plan [Doc. 139] are entitled to notice of the Amended Plan, of the proposed assumption, and of the time fixed to object to confirmation; and the Court finding that the relief requested is procedural, promotes the due-process rights of those parties, and prejudices no party in interest; and good cause appearing; it is hereby

**ORDERED** as follows:

1. The Motion is GRANTED as set forth herein.

2. The form of *Notice to Contract Counterparties Identified on Amended Schedule G* submitted with the Motion as Exhibit 1 (the "Supplemental Notice") is APPROVED.

3. Within three (3) business days of the entry of this Order, the Debtor shall serve by first-class United States mail, postage prepaid, upon each of the parties listed below (the "Schedule G Counterparties"): (a) the Supplemental Notice; (b) the *Order Granting Debtor's Motion to Continue Confirmation Hearing and Establishing Supplemental Notice, Bar Date, and Voting Deadlines* [Doc. 131]; (c) the Amended SBRA Plan [Doc. 139]; (d) the Motion and this Order; and (e) a ballot in the form transmitted with the Amended Plan:

| Sch. G ¶ | Contract Counterparty | Mailing Address |
|---|---|---|
| 2.1 | Andrea Brugnoli | 309 Cody Drive, Morgantown, WV 26508 |
| 2.2 | Barbara Rowan | 173 Meadow View Drive, Arthurdale, WV 26520 |
| 2.3 | Becky Pinnell | 313 Horseshoe Road, Morgantown, WV 26508 |
| 2.4 | Bill & Nancy Kessler | 11 Antitem Drive, Morgantown, WV 26508 |
| 2.5 | Bill Ramsey | 17865 Brandonville Pike, Bruceton Mills, WV 26525 |
| 2.8 | Harold Allen | 1085 Autumn Avenue, Morgantown, WV 26508 |
| 2.10 | Kelsie Goodwin | 1370 Woodbine Drive, Terra Alta, WV 26764 |
| 2.11 | Mary & John Sellaro | 1261 Cambridge Avenue, Morgantown, WV 26505 |
| 2.12 | Melissa Sherfinski | 112 Euclid Avenue, Morgantown, WV 26505 |
| 2.13 | Michael and Tiffany Schwalm | 420 Center Street, Carmichaels, PA 15320 |
| 2.14 | Michael Hyde | 2596 University Avenue, Morgantown, WV 26505 |
| 2.15 | Ray Murray | 7 Lamplighter Lane, Morgantown, WV 26508 |
| 2.16 | Rebecca Dittenhafer | 506 North Main Street, Masontown, PA 15461 |
| 2.18 | Shannon Schifano | 4003 Greystone Drive, Morgantown, WV 26508 |
| 2.19 | Terri Miconi | 102 Concord Street, Fairmont, WV 26554 |
| 2.20 | Todd & Justine Handelman | 2188 Marsh Hill Road, McHenry, MD 21541 |
| 2.21 | Troy Shutler | 2202 Maple Street, Morgantown, WV 26508 |
| 2.22 | Voytek & Elizabeth Jeruzal | 821 Bogey Lane, Morgantown, WV 26508 |
| 2.23 | Wincor Properties, Don Corwin | 2692 Halleck Road, Morgantown, WV 26508 |

4. Solely as to the Schedule G Counterparties, the deadline to file an objection to confirmation of the Amended Plan and to transmit a ballot accepting or rejecting the Amended Plan is **twenty-eight (28) days after the date of service** effected under ¶ 3 of this Order, that is, October 15 **, 2026**. Ballots shall be transmitted to counsel for the Debtor at Johnson

Legal Services, PLLC, 1049 Market Street, Wheeling, West Virginia 26003, and shall not be filed with the Bankruptcy Clerk.

5. The confirmation hearing presently set for September 23, 2026 is CONTINUED to October 28 **, 2026 at** 10:30 a**.m.**, before the United States Bankruptcy Court for the Northern District of West Virginia, 324 West Main Street, Clarksburg, West Virginia 26301. The Court may convert the hearing to a telephonic proceeding upon notice to objecting parties and those parties receiving electronic notice from the Clerk.

6. Within three (3) business days of service under ¶ 3, the Debtor shall file (a) a certificate of service identifying each party served and the date of service, and (b) a supplemental address matrix adding the Schedule G Counterparties to the creditor address matrix in this case.

7. The deadlines established by ¶ 3 of the Scheduling Order [Doc. 131] remain in effect as to all other parties, and nothing in this Order extends, revives or otherwise alters any deadline as to any party other than the Schedule G Counterparties. Ballots previously cast remain effective in accordance with ¶ 5 of the Scheduling Order and Federal Rule of Bankruptcy Procedure 3019.

8. Nothing in this Order constitutes a determination that any Work-in-Progress Contract is or is not an executory contract, a determination of any cure amount under 11 U.S.C. § 365(b)(1), or an allowance or disallowance of any claim. All rights, claims and defenses of the Debtor and of each Schedule G Counterparty are expressly reserved.

9. This Court retains jurisdiction to interpret and enforce this Order.

**SO ORDERED.**

Order prepared and submitted by:

/s/ Ryan W. Johnson
Ryan W. Johnson (WVSB #14178)
JOHNSON LEGAL SERVICES, PLLC
1049 Market Street, Wheeling, WV 26003
(304) 212-4950
Counsel for the Debtor and Debtor-in-Possession