Davis Kitchen & Tile
WHEN QUALITY MATTERS
831 Venture Drive
Morgantown WV 26508
304-296-3243

Contract Date: 02/24/26

WV CL #034967 PA HIC #082685 MD HIC #100303

# Contract

**Customer:** Barbara Rowan
173 Meadow View Drive
Morgantown WV

**Phone:** 304-864-6898

**Job Name/Location:** Rowan Kitchen
173 Meadow View Drive

**Job Number:** #353

**Contract Summary**

| | | | Totals |
|---|---|---|---|
| 1 | Cabinetry | Total: | $16,015.76 |
| 2 | Countertops | Total: | $8,273.20 |
| 4 | Hardware | Total: | $362.06 |
| 6 | Plumbing | Total: | $866.71 |
| 7 | Raw Materials | Total: | $1,470.00 |
| 8 | Labor & Admin | Total: | $15,583.50 |
| 9 | Sales Tax | Total: | $1,077.52 |
| 10 | Freight | Total: | $450.00 |
| 11 | Less Retainer | Total: | -$1,000.00 |

**Contract Grand Totals:** 43,098.75



EXHIBIT
1

___/___ initials

Davis Kitchen & Tile
WHEN QUALITY MATTERS
831 Venture Drive
Morgantown WV 26508
304-296-3243

# Contract

02/24/2026

**Customer:** Barbara Rowan
173 Meadow View Drive
Morgantown WV

**Job Name/Location:** Rowan Kitchen
173 Meadow View Drive

***Terms of Contract***

CHANGES IN THE SCOPE OF WORK REQUESTED BY THE CLIENT OR NOT IN THE CONTRACT WILL REQUIRE A SIGNED CHANGE ORDER, AND MAY RESULT IN ADDITIONAL CHARGES. UNEXPECTED COMPLICATIONS DURING CONSTRUCTION MAY OCCUR THAT COULD NOT BE FORSEEN BY DK&T. CORRECTIVE MEASURES WILL BE DISCUSSED WITH THE CLIENT AND WILL REQUIRE A SIGNED CHANGE ORDER, AND MAY RESULT IN ADDITIONAL CHARGES.

ALL ITEMS ARE SPECIAL ORDER AND THEREFORE ARE NOT RETURNABLE.

INITIAL HERE: BR

COST ESCALATION: IN THE EVENT OF SIGNIFICANT DELAY OR PRICE INCREASE OF LABOR, MATERIAL, EQUIPMENT, OR ENERGY OCCURRING DURING THE PERFORMANCE OF THE CONTRACT THROUGH NO FAULT OF THE CONTRACTOR OR SUBCONTRACTORS, THE CONTRACT SUM, TIME OF COMPLETION, OR CONTRACT REQUIREMENTS SHALL BE EQUITABLY ADJUSTED BY CHANGE ORDER IN ACCORDANCE WITH THE PROCEDURES OF THE CONTRACT DOCUMENTS.

PRICING SUBJECT TO CHANGE ORDERS UPON SITE FRAMING DIMENSIONS & PRODUCT PRICE INCREASES FROM TIME OF CONTRACT SIGNING

INITIAL HERE: BR

______________________________
*Customer's Signature*

______________________________
*General Manager Signature*

______________________________
*Customer's Signature*

Barbara J Rowan

Date 2-25-26

Davis Kitchen & Tile
WHEN QUALITY MATTERS

531 Venture Drive
Morgantown WV 26508
304-296-3243

Contract Date: 02/24/26

WV CL #034967 PA HIC #082685 MD HIC #100303

# Terms of Contract

**Customer:** Barbara Rowan
173 Meadow View Drive
Morgantown WV

**Job Name/Location:** Rowan Kitchen
173 Meadow View Drive

| | Draw Payment | With Discount |
|---|---|---|
| Deposit | 22,188.84 | 21,745.06 |
| Start of Demo | 6,656.56 | 6,523.43 |
| Start of Cabinetry | 6,656.56 | 6,523.43 |
| Countertop Template Ready | 5,769.02 | 5,653.64 |
| Countertops Installed | 2,662.62 | 2,609.37 |
| Completion | 443.47 | 434.60 |
| **Contract Total:** | 44,377.07 | 43,489.53 |

Customer Signature: Barbara J Rowan

Date:

2% Discount can be deducted on payments made with Check or Cash prior to due date
Any returned checks will incur a bounced check fee of $35 and will forfeit discount
Unpaid invoices are subject to 1 1/2 % interest per month.

Davis Kitchen & Tile
WHEN QUALITY MATTERS

**Rowan Kitchen – 25% Discount**

- $16,500 – Cabinetry Allowance
- $6,700 - $8,450 – Countertop Allowance
- $380 - $580 – Tile – Backsplash
- $980 - $1,290 - Plumbing
  - $640 - $840 – Sink
  - $340 - $450 – Faucet
- $300- Hardware
- $1,500 – Misc. Construction Materials Allowance

**$26,360 - $28,620 – Material Allowances Subtotal**

- $13,000 – $15,600 Labor
- $2,000 – Sales Tax & Freight

**$15,000 - $17,600– Labor and Sales Tax Subtotal**

**Total Ballpark Estimate: - $41,360 - $46,220**

50%

831 Venture Drive, Morgantown, WV 26508 Ph. 304-296-3243 Fax 304-225-2090

**Rowan Kitchen**

- $22,000 – Cabinetry Allowance
  - $3,400 - Pantry Cabinet
  - $3,450 – Island
- $6,700 - $8,450 – Countertop Allowance
- $380 - $580 – Tile – Backsplash
- $980 - $1,290 - Plumbing
  - $640 - $840 – Sink
  - $340 - $450 – Faucet
- $300- Hardware
- $1,500 – Misc. Construction Materials Allowance

**$31,860 - $34,120 – Material Allowances Subtotal**

- $13,000 – $15,600 Labor
- $2,000 – Sales Tax & Freight

**$15,000 - $17,600– Labor and Sales Tax Subtotal**

**Total Ballpark Estimate: - $46,860 - $51,720**

**Optional: Flooring**

- $1,770 - $3,000 ($10-$17/sq ft)

***Please Note:***

*These allowances are for estimation purposes only and not intended to represent a binding agreement to stay within these ranges.*

*All pricing subject to change due to changes in scope of work, final material selections, and changes in the labor market.*

*This ballpark estimate is valid for 15 days.*

009550

February 25, 2026

Allen Rowan

$ 21,745.06

**** Twenty One Thousand Seven Hundred Forty Five and 06/100****

Davis Kitchen & Tile

Customer Copy

EXHIBIT

2