**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re: DAVIS KITCHEN & TILE, LLC, Debtor — Case No. 1:26-bk-00343 (Chapter 11, Subchapter V)

# EXHIBIT A

## Ballots Received on the Debtor's Amended SBRA Plan [Doc. 139]

| No. | Ballot Holder | Class / Plan § | Vote | Ballot Date | Page |
|---|---|---|---|---|---|
| 1 | American Express National Bank | 7.1 | Accept | June 22, 2026 | 2 |
| 2 | Ferguson Enterprises, LLC (with transmittal letter) | 7.1 | Accept | June 10, 2026 | 3 |
| 3 | Express Employment Professionals | 7.1.17 | Accept | June 19, 2026 | 5 |
| 4 | Pratt & Larson Ceramics, Inc. | 7.1 | Accept | June 9, 2026 | 6 |
| 5 | Whipkey Flooring (Paul M. & Regina G. Whipkey) | 7.1 | Accept | June 11, 2026 | 7 |
| 6 | Marcus W. & Stephanie Estlack | 5.3.1 / 7.1.16 | Accept | Aug. 28, 2026 | 8 |
| 7 | Bill & Nancy Kessler | § 7.3.6 | Accept | Sept. 21, 2026 | 9 |
| 8 | Wincor Properties, Don Corwin | § 7.3.24 | Reject | Sept. 25, 2026 | 10 |
| 9 | Melissa Sherfinski | § 7.3.14 | Reject | Oct. 9, 2026 | 11 |
| 10 | Michael Hyde | § 7.3.16 | Accept | Oct. 11, 2026 | 12 |
| 11 | Michelle Klishis | § 7.3.16 | Accept | Oct. 13, 2026 | 13 |
| 12 | Rebecca F. Dittenhafer | § 7.3.18 | Reject | Oct. 13, 2026 | 14 |

Ballot Nos. 1–5 were cast on the Debtor's original plan [Doc. 53] and are carried forward to the Amended Plan under ¶ 5 of the Scheduling Order [Doc. 131], ¶ 7 of the Supplemental Notice Order [Doc. 165], and Fed. R. Bankr. P. 3019. Ballot No. 6 was received following service of the Amended Plan on August 12, 2026. Ballot Nos. 7–12 were received from Schedule G Counterparties following service under the Supplemental Notice Order.

| | |
|---|---|
| Debtor Name: | Davis Kitchen & Tile, LLC |
| | UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA |
| Case No. | 26-bk-343 |

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed a plan of reorganization dated June 1, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: (or as otherwise ordered by the Court) June 29, 2026

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** American Express National Bank

Part/Class of the Plan where your claim/interest is treated: 7.1

Claim Amount: $5,963.43
Account Ending: 1002

Check one box only:

Accepts the plan: X

Rejects the plan: ______

Dated: June 22, 2026

Print or Type Name: Kenneth W. Kleppinger

Signature: [signature]

Title (if a business entity): Attorney/Agent for creditor

Address: c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

# AMATO AND KEATING, P.C.

Pittsburgh Office:
4232 Northern Pike, Suite 202
Pittsburgh, PA 15146-2719
Tel: (412) 856-8484
Fax: (412) 856-4444

Admitted to Practice In:
Pennsylvania and West Virginia †
Minnesota ††

107 NORTH COMMERCE WAY, SUITE 100
BETHLEHEM, PA 18017-8913
TELEPHONE (610) 866-0400
FACSIMILE (610) 866-9155
WEBSITE WWW.AMATOLAW.COM
EMAIL EMAIL@AMATOLAW.COM
A DEBT COLLECTION LAW FIRM

RONALD AMATO
JOHN R. KEATING†
JUSTIN N. DAVIS
MICHAEL J. ALBANESE
ROBERT M. EVANS††

June 11, 2026

Johnson Legal Services, PLLC
1049 Market Street
Wheeling WV 26003

Re: DAVIS KITCHEN AND TILE LLC CHRISTOPHER COLLINS
Bankruptcy No. 26-BK-343
Reference #: 2250123

Dear Sir/Madam:

Enclosed please find the executed ballot of Ferguson Enterprises, LLC which is a Class 7.1 creditor under the Subchapter V Chapter 11 Plan as filed on June 1, 2026. If you have any questions, please do not hesitate to contact me.

Very truly yours,
AMATO AND KEATING, P.C.
By: [signature]
John R. Keating

Enclosure

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed a plan of reorganization dated June 1, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: (or as otherwise ordered by the Court) June 29, 2026

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Ferguson Enterprises LLC

Part/Class of the Plan where your claim/interest is treated: 7.1

Check one box only:

Accepts the plan: ✓

Rejects the plan: ______

Dated: 06/10/2026

Print or Type Name: Jacqueline Butler

Signature: Jacqueline Butler

Title (if a business entity): Lead Credit Service Specialist

Address: 751 Lakefront Commons, Newport News, VA 23606

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed a plan of reorganization dated June 1, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: (or as otherwise ordered by the Court) June 29, 2026

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Express Employment

Part/Class of the Plan where your claim/interest is treated: 7.1.17

Check one box only:

Accepts the plan: ✓

Rejects the plan: ______

Dated: 6/19/26

Print or Type Name: Chad Drake

Signature: [signature]

Title (if a business entity): President

Address: 1000 Coombs Farm Dr
Suite 106
Morgantown, WV 26508

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed a plan of reorganization dated June 1, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: (or as otherwise ordered by the Court) June 29, 2026

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Pratt + Larson

Part/Class of the Plan where your claim/interest is treated: Part 7

Check one box only:

Accepts the plan: ✓

Rejects the plan: ______

Dated: June 9, 2026

Print or Type Name: Katie Gibson

Signature: [signature]

Title (if a business entity): Accounting + HR Assistant

Address: 1201 SE 3rd Ave
Portland OR 97214

No. 1:26-bk-00343 Doc 53 Filed 05/31/26 Entered 05/31/26 10:18:29 Page 13 of 13

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed a plan of reorganization dated June 1, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: (or as otherwise ordered by the Court) June 29, 2026

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Paul M. Whipkey and Regina G. Whipkey, AKA Whipkey Flooring

Part/Class of the Plan where your claim/interest is treated: Part 7 Non-priority unsecured Claims

Check one box only:

Accepts the plan: ✓

Rejects the plan: ____

Dated: June 11, 2026

Print or Type Name: Paul M. and Regina G. Whipkey

Signature: Paul M. Whipkey, Regina G. Whipkey

Title (if a business entity): ____

Address: 3 Angle St.

Connellsville, PA 15425

No. 1:26-bk-00343 Doc 139 Filed 08/10/26 Entered 08/10/26 17:59:14 Page 18 of 22

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before:
(or as otherwise ordered by the Court)

For your ballot to be counted, you must file your ballot at the following address – **DO NOT** file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** MARCUS AND STEPHANIE ESTLACK

Part/Class of the Plan where your claim/interest is treated: 5.3.1 + 7.1.16

Check one box only:

Accepts the plan: ✓

Rejects the plan: ______

Dated: 8-28-2026

Print or Type Name: MARCUS W. ESTLACK

Signature: Marcus W. Estlack

Title (if a business entity): ______

Address: 78 SMITHTOWN SCHOOL ROAD
MORGANTOWN WV 26508

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: October 13, 2026.

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** BILL KESSLER

Part/Class of the Plan where your claim/interest is treated: CONTRACT PARTY

Check one box only:

Accepts the plan: ✓

Rejects the plan: ____

Dated: SEPT 21, 2026

Print or Type Name: BILL KESSLER

Signature: Bill Kessler

Title (if a business entity): HOME OWNER

Address: 11 ANTIETAM DRIVE
MORGANTOWN, WV 26508

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: October 13, 2026.

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Wincor Properties, Don Corwin

Part/Class of the Plan where your claim/interest is treated: Unsecured Creditor Contract Work-In-Progress Don and Diane Corwin

Check one box only:

Accepts the plan: ______

Rejects the plan: ✓

Dated: 9-25-26

Print or Type Name: Donald E Corwin JR

Signature: [signature]

Title (if a business entity): Wincor Propertie[s]

Address: 2692 Halleck Road
Morgantown, WV 26508

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: October 13, 2026.

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Melissa Sherfinski

Part/Class of the Plan where your claim/interest is treated: unsecured (deposit)

Check one box only:

Accepts the plan: ______

Rejects the plan: X

Dated: 10-9-26

Print or Type Name: Melissa Sherfinski

Signature: Melissa Sherfinski

Title (if a business entity): ______

Address: 112 Euclid Ave.
Morgantown, WV 26501

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: October 13, 2026.

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Michael Hyde mH

Part/Class of the Plan where your claim/interest is treated: ~~$23,045.03~~ Plan Section 7.3.15 Assumed Contract (Work in Progress) MH

Check one box only:

Accepts the plan: ✓

Rejects the plan: ______

Dated: 10-11-2026

Print or Type Name: Michael Hyde

Signature: [signature]

Title (if a business entity): ______

Address: 2596 University Ave
Morgantown WV 26505

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: October 13, 2026.

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Michelle Klishis

Part/Class of the Plan where your claim/interest is treated: Plan Section 7.3.15 - Assumed Contract (Work in Progress)

Check one box only:

Accepts the plan: X

Rejects the plan: ______

Dated: 2026-10-13

Print or Type Name: Michelle Klishis

Signature: Michelle Klishis

Title (if a business entity): ______

Address: 2596 University Ave
Morgantown, WV 26505

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: October 13, 2026.

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Rebecca Dittenhafer

Part/Class of the Plan where your claim/interest is treated: ______

Check one box only:

Accepts the plan: ______

Rejects the plan: RFD ✓

Dated: 10/13/2026

Print or Type Name: Rebecca F. Dittenhafer

Signature: Rebecca F Dittenhafer

Title (if a business entity): ______

Address: 506 North Main Street
Masontown, PA 15461