**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br>**DAVIS KITCHEN & TILE, LLC,**<br>Debtor. | Case No. 1:26-bk-00343<br>Chapter 11 |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR THE**
**OCTOBER 28, 2026 HEARING**

Davis Kitchen & Tile, LLC, debtor and debtor-in-possession (the "Debtor"), by undersigned counsel, submits the following list of witnesses and exhibits that it may present at the hearing scheduled for October 28, 2026 at 10:30 a.m., at the United States Bankruptcy Court, 324 West Main Street, Clarksburg, West Virginia, on the following matters:

(a) confirmation of the Debtor's Amended SBRA Plan (Doc. 139) (the "Amended Plan"), and the objections to confirmation (Docs. 87, 95, 99, 100, 155, 157, 187, 190, 193, 194);

(b) the Debtor's Motion to Assume Commercial Lease Pursuant to 11 U.S.C. § 365 with WHLR-Pierpont Center LLC (Doc. 59)

(c) WHLR-Pierpont Center, LLC's Motion to Compel Immediate Rejection of Unexpired Lease (Doc. 143); and

(d) the Debtor's Motion for Entry of an Order Extending the Time Within Which the Debtor May Assume or Reject the Unexpired Lease of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)(B)(i) (Doc. 149).

The United States Trustee's Motion to Dismiss or Convert (Doc. 159), which was also set for October 28, 2026 (Doc. 185), has been resolved by Agreed Order (Doc. 192).

## I. WITNESSES

The Debtor may call the following witnesses:

| Witness | Subject matter | Matters |
|---|---|---|
| Christopher S. Collins, CEO and owner, Davis Kitchen & Tile, LLC | Operations; monthly operating reports and financial statements; work-in-progress backlog and production schedule; customer contracts and deposits; supplier relationships; sales pipeline; projections; payment of post-petition rent and adequate protection; lease and relocation; feasibility | (a)–(d) |
| Jessica Engels, Davis Kitchen & Tile, LLC | Customer contracts and deposits; production scheduling and start dates; customer communications; post-petition contracts | (a) |
| Tammy R. Dalton, CPA (may call) | Preparation of 2025–2026 tax returns; Internal Revenue Service estimated priority claim; Debtor's books and records | (a) |
| Any witness listed by any other party | As designated | (a)–(d) |
| Rebuttal and impeachment witnesses as necessary | As necessary | (a)–(d) |

## II. EXHIBITS

The Debtor may offer the following exhibits. Exhibits that are filed on the Court's docket are identified by docket number, and the Debtor requests that the Court take judicial notice of them under Federal Rule of Evidence 201.

| Ex. | Description | Docket / source | Matter(s) | Admitted |
|---|---|---|---|---|
| | PLAN, NOTICE AND VOTING | | | |
| D-1 | Amended SBRA Plan, with projections | Doc. 139 | (a) | |
| D-2 | Debtor's Second Amended Ballot Report, with Exhibit A (all twelve ballots received) | Doc. 195 | (a) | |
| | OPERATING RESULTS AND FEASIBILITY | | | |
| D-3 | Monthly Operating Report — May 2026 | Doc. 77 | (a), (c), (d) | |
| D-4 | Monthly Operating Report — June 2026, with exhibits | Docs. 129, 129-1 to 129-9 | (a), (c), (d) | |
| D-5 | Monthly Operating Report — July 2026 | Doc. 147 | (a), (c), (d) | |
| D-6 | Monthly Operating Report — August 2026 | Doc. 176 | (a), (c), (d) | |
| D-7 | Monthly Operating Report — September 2026, including Work-in-Progress Report dated 10/13/2026 and projections dated 10/15/2026 | Doc. 189 | (a), (c), (d) | |

| | | | | |
|---|---|---|---|---|
| D-8 | Statement of Operations for Small Business, four months ending April 30, 2026 | Docs. 5, 36 | (a) | |
| D-9 | Debtor’s Income Statement, twelve months ending December 31, 2025 | Debtor’s records | (a) | |
| | SECURED CREDITORS AND PRIORITY CLAIMS | | | |
| D-10 | Internal Revenue Service Proof of Claim No. 3; West Virginia State Tax Department Proofs of Claim Nos. 11 and 23 | Claims Register | (a) | |
| D-11 | Application to Employ Tammy R. Dalton, CPA, and any order thereon | (unfiled) | (a) | |
| | LEASE | | | |
| D-12 | Shopping Center Lease dated May 5–6, 2022, with Guaranty of Lease | Doc. 109-1 (and 109-2) | (a)–(d) | |
| | | | | |

## III. RESERVATION OF RIGHTS

The Debtor reserves the right to offer any document filed on the docket in this case; any exhibit designated by any other party; any document necessary for rebuttal or impeachment; demonstrative exhibits; and to supplement or amend this list before or at the hearing. Listing a document is not a concession of its admissibility, and the Debtor reserves all objections to any exhibit offered by any other party.

Dated: October 27, 2026

Respectfully submitted,

DAVIS KITCHEN & TILE, LLC,
Debtor and Debtor-in-Possession,
By Counsel

/s/ Ryan W. Johnson
Ryan W. Johnson (WVSB #14178)
JOHNSON LEGAL SERVICES, PLLC
1049 Market Street
Wheeling, WV 26003
(304) 212-4950
ryanjohnson@johnsonlegalservicespllc.com
Counsel for the Debtor and Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I, Ryan W. Johnson, hereby certify that on October 27, 2026, I electronically filed the foregoing Debtor's Witness and Exhibit List for the October 28, 2026 Hearing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties participating in the same, including without limitation the Office of the United States Trustee, the Office of the West Virginia Attorney General, the Subchapter V Trustee, counsel for First United Bank & Trust, counsel for WHLR-Pierpont Center, LLC, counsel for BFS Group LLC, and counsel for Barbara and Allen Rowan.

/s/ Ryan W. Johnson
Ryan W. Johnson (WVSB #14178)
JOHNSON LEGAL SERVICES, PLLC
1049 Market Street
Wheeling, WV 26003
(304) 212-4950
ryanjohnson@johnsonlegalservicespllc.com
Counsel for the Debtor and Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

**DAVIS KITCHEN & TILE, LLC,**
Debtor.

Case No. 1:26-bk-00343
Chapter 11, Subchapter V

# DEBTOR'S EXHIBIT

# D-1

Amended SBRA Plan, with projections

*Source: Doc. 139 | Matter(s): (a)*

*Hearing of October 28, 2026*

| | | | |
|---|---|---|---|
| **Debtor Name:** | **Davis Kitchen & Tile, LLC** | | |
| **UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA** | | | |
| **Case Number:** | 26-bk-343 | **Date Plan Filed:** | 8/10/2026 |

# Amended Subchapter V Chapter 11 Plan

## Part 1 Notices

To Creditors and other parties in interest: Your rights may be affected by this Plan. You should read this plan carefully and discuss it with your attorney if you have one. If you oppose the Plan's treatment of your claim or any provision of this Plan, you or your attorney must timely file an objection to confirmation of this Plan. Acceptances or rejections previously submitted with respect to the Plan will be deemed to apply to the amended Plan to the extent permitted by Fed. R. Bankr. Rule 3019 where the modification does not adversely change the treatment of the claim of any creditor.

**Important Deadlines:**

**Objections.** Any objection to this Plan must be in writing and filed with the Court on or before **28 days** after the date that this Plan was filed with the Court or pursuant to any order or notice issued by the Court or Clerk.

**Ballots.** Each creditor in each impaired class listed herein that has an allowed claim is entitled to vote to accept or reject this Plan. A form ballot is attached hereto. Ballots must be mailed to the below address on or before **28 days** after the date that this Plan was filed with the Court, or pursuant to any order or notice issued by the Court or Clerk.

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If your claim is unimpaired by this Plan, you are not entitled to vote. You are further notified if you have an impaired claim and fail to vote, your failure to vote may be deemed acceptance of the Plan and the Court may determine that this Plan may be consensually confirmed.

**Confirmation Hearing.** The Court will set a confirmation hearing on further notice to parties in interest. The Court may limit notice of the Confirmation Hearing to parties that have filed an objection to the Plan or that have otherwise entered an appearance in the case and requested notice. Unless otherwise ordered by the Court, only parties that have timely filed an objection to confirmation of this Plan may be heard at the scheduled Confirmation Hearing. In the absence of any timely filed objection, the Court may confirm this Plan without, or in advance of, the Confirmation Hearing.

**Administrative Expense Application Deadline.** Any party claiming an administrative expense priority pursuant to 11 U.S.C § 507(a)(2) and § 330(a), must file an application with the Court to have such administrative claim approved within **14 days** of the date of the Order that confirms this Subchapter V Chapter 11 plan.

**Rejection Claims**. A proof of claim arising from the rejection of an executory contract or unexpired lease must be filed no later than **28 days** after the date of the order confirming this Plan. Any claim not timely filed will be barred unless otherwise ordered by the Court.

**Effective Date**. Once confirmed, the Effective Date of this Plan is **45 days** after the date of the entry of the confirmation order. At the option of the Debtor, the Effective Date may be delayed if this Plan requires a necessary consent for implementation from a governmental or other material third-party. If such consents or approvals, if required, cannot be obtained on or before the Effective Date, the Debtor will file a notice of a delayed Effective Date with the Court.

**Objections to Claim**. Notwithstanding the treatment of any claim in any Part of Class herein, the Debtor reserves the right to object to the claim of any creditor, equity interest holder, or party in interest.

## Part 2 Brief History of the Business Operations of the Debtor

Davis Kitchen & Tile, LLC (d/b/a DKT Retail) (the "Debtor") is a West Virginia domestic limited liability company organized on April 8, 2002, with a charter expiration date of April 8, 2052. The Debtor's principal office and registered agent address is 831 Venture Drive, Morgantown, West Virginia 26508. The Debtor is managed by Christopher Collins, the 85% owner of the Debtor. The Debtor has been in existence since 1910.

The Debtor's business purpose as registered with the West Virginia Secretary of State is identified under NAICS code 2361 — Residential Building Construction, encompassing new single-family and multi-family housing as well as residential remodeling. The Debtor operates in the kitchen and tile remodeling sector, employing crews to perform contractor and installation work for residential customers in the Morgantown, West Virginia area and surrounding communities. The Debtor underwent a period of internal restructuring following the sale of the business to the Debtor's principal and the untimely death of the operations manager who had contracted to remain in place for a period of years. Prior to filing the Chapter 11 bankruptcy petition, that internal restructuring was completed, however, the Debtor was behind on its commercial lease and facing eviction. This Chapter 11 bankruptcy case was filed to stop that eviction process, cure existing defaults in the Debtor's commercial lease, and pay creditors of the bankruptcy estate in an orderly manner as provided for in this Plan.

The Debtor's original plan was filed on May 31, 2026. After that date, five additional creditors were identified that were not included in the original bankruptcy schedules or original Chapter 11 plan. Also, at the request of the State Attorney Geneal and the Office of the United States Trustee, parties with works in progress at David Kitchen & Tile were identified on Amended Schedule G. Those parties with agreements with Davis Kitchen & Tile are listed as having executory contacts for purposes of this plan with those projects being assumed by the Debtor in this Chapter 11 proceeding. A party with a pending project at Davis Kitchen & Tile need not undertake any affirmative step to preserve the obligations of payment and performance, but it such a party wishes to reject the pending project, a rejection claim must be filed no later than 28 days after the date of the order confirming this plan.

## Part 3 Discharge of Debts & Injunction

**Discharge:** The Debtor asserts that:

| | |
|---|---|
| | The Debtor IS NOT eligible for a discharge in this case |
| X | The Debtor IS eligible to receive a discharge under subchapter V of Chapter 11 |

If this Plan is consensually confirmed, the Debtor will be discharged from any debt that arose before confirmation of this Plan, to the extent specified in § 1141(d) of the Bankruptcy Code.

If the Plan is non-consensually confirmed, as soon as practicable after completion by the Debtor of all payments due within the first 3 years of the plan, or such longer period not to exceed 5 years as the Court may fix, unless the Court approves a written waiver of discharge executed by the Debtor, the Court shall grant the Debtor a discharge of all debts provided in § 1141(d)(1)(A) of the Bankruptcy Code, and all other debts allowed under § 503 of the Bankruptcy Code and provided for in the Plan, except any debt— (1) on which the last payment is due after the first 3 years of the Plan, or such other time not to exceed 5 years fixed by the court; or (2) of the kind specified in section 523(a) of the Bankruptcy Code, as applicable.

Unless otherwise specified herein, a claim against the Debtor or the Debtor's estate is discharged in this Plan regardless of whether a creditor has filed a proof of claim. However, this Plan may pay a creditor as specifically set forth herein notwithstanding the fact that the creditor did not file, or did not timely file, a proof of claim in this case.

**Release of Claims**. The consideration to be distributed under the Plan shall be in exchange for, and in complete satisfaction and release of, all claims against the Debtor or any of its assets or properties, including, without limitation, any claim accruing after the Petition Date and prior to the Effective Date.

**Injunction**. Except as otherwise expressly provided in this Plan or in any order confirming this Plan, Confirmation of this Plan creates an injunction against all claimants or persons who have held, hold or may hold claims that existed prior to the Effective Date, and such claimants and persons are permanently enjoined on and after the Effective Date against the: (i) commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor on account of claims against the Debtor, or on account of claims released by this Plan; (ii) enforcement, attachment, collection or recovery by any manner or means of any judgment, award, decree, or order against the Debtor or any property; or (iii) creation, perfection or enforcement of any encumbrance of any kind against the Debtor arising from a claim. This provision does not enjoin the prosecution of any claims that arise on or after the Effective Date nor does it enjoin the determination in the Bankruptcy Court of the amount of any claims that arose prior to the Effective Date. Claimants and parties asserting entitlement to payment of administrative claims incurred prior to the date of Confirmation shall be permanently enjoined from asserting any Claim against the Debtor or their retained assets based upon any act or omission, transaction or other activity that occurred prior to the Confirmation date, except as otherwise provided in the Plan, whether or not a proof of claim or interest was filed and whether or not such claim or interest is allowed under Section 502 of the Code.

**Third Party Releases**. Pursuant to Fed. R. Bankr. P. 3016(c), when a plan provides an injunction against conduct not otherwise enjoined by the Bankruptcy Code, such injunctions must be described in specific and conspicuous language and identify the entities that would be subject to the injunction.

| | |
|---|---|
| X | There are no Third-Party Releases in this Plan |
| | Third Party Releases are as follows: |

| Part 4 | Plan Payments and Length |
|---|---|

Plan Payments and Length: Plan Payments and Length. The Debtor shall submit all or such portion of the future earnings or other future income of the Debtor to the supervision and control of the Debtor as disbursing agent as is necessary for the execution of this Plan. Plan payments consist of three components: (i) the Minimum Monthly Plan Payment described in Section 4.1; (ii) the Dedicated Property described in Section 4.2; and (iii) the Supplemental Unsecured Distribution described in Section 4.4. The Minimum Monthly Plan Payment is a floor and not a ceiling. Because the Debtor's income is cyclical and dependent on contract timing, the Debtor has set the Minimum Monthly Plan Payment at a level the Debtor is confident it can sustain in every month of the Plan term, and has committed the whole of its remaining cash flow, measured on actual results rather than on projections, to the Supplemental Unsecured Distribution.

**4.1 Minimum Monthly Plan Payment:** Commencing on the first day of the first full calendar month following the Effective Date, and continuing on the first day of each month thereafter through and including the sixtieth (60th) month of the Plan term, the Debtor shall pay the sum of Fifteen Thousand Seven Hundred Fifty and 00/100 Dollars ($15,750.00) per month (the "Minimum Monthly Plan Payment"). The Minimum Monthly Plan Payments total Nine Hundred Forty-Five Thousand and 00/100 Dollars ($945,000.00) over the sixty (60) month term of this Plan. The Debtor shall receive a credit against the Minimum Monthly Plan Payment for any pre-confirmation adequate protection payment made to a creditor whose claim is treated in Part 6 of this Plan, to the extent such payment is applied to that creditor's Allowed Claim.

| | |
|---|---|
| $15,750.00 | Minimum Monthly Payment |
| 60 | Length of Plan in Months. The length of this Plan begins on the Effective Date with a credit for pre-confirmation adequate protection payments, as applicable. |
| $945,000.00 | Total Estimated Plan Payments |

**4.2 Property Dedicated to the Plan:** In addition to the Minimum Monthly Plan Payments, the Debtor dedicates to the Plan the property identified in the table set forth in Part 4 of this Plan, having an aggregate estimated net value of One Hundred Seventy-Eight Thousand Eleven and 16/100 Dollars ($178,011.16) (the "Dedicated Property"), consisting of the Subchapter V Trustee deposit and the net proceeds of the refinancing of First United Bank & Trust Loan Nos. 9001 and 9002 in month sixty (60) of the Plan (the "Refinancing").

| Property to Liquidate and Dedicate to Plan | Est. Gross Value | Est. Net Value |
|---|---|---|
| Deposit for Subchapter V Trustee | $1,000.00 | $1,000.00 |
| Refinance of Loan 9002 from First United Bank & Trust. Month 60 | $93,963.68 | $93,963.68 |
| Refinance of Loan 9001 from First United Bank & Trust. Month 60 | $83,047.48 | $83,047.48 |
| | | |
| | | |

Total Additional Property Dedicated to Plan | $178,011.16

**$1,123,011.16** **4. 3 Minimum Plan Base**

The Minimum Monthly Plan Payments and the Dedicated Property together constitute a minimum plan base of One Million One Hundred Twenty-Three Thousand Eleven and 16/100 Dollars ($1,123,011.16) (the "Minimum Plan Base"). This is a pot plan and not a percentage-payout plan. The Minimum Plan Base is a floor. The total amount actually distributed under this Plan will be the Minimum Plan Base plus all Supplemental Payments made under Section 4.4, and the percentage distribution to Class 7.1 will increase accordingly. The estimated percentage distribution stated in Part 7.1 of this Plan is calculated using the Minimum Plan Base only and does not include any Supplemental Payment.

**Summary of Total Payments Provided for in the Plan by Class**

| | | | | | |
|---|---|---|---|---|---|
| Class | 5.1 | $33,500.00 | Administrative claims | | |
| | | | $25,000.00 | 5.1.1 | Debtor's Attorney |
| | | | $3,500.00 | 5.1.2 | Subchapter V Trustee |
| | | | $5,000.00 | 5.1.3 | Accountant |
| | 5.2 | $439,194.88 | Priority Tax Claims | | |
| | | | $252,822.34 | 5.2.1 | Internal Revenue Service |
| | | | $176,029.03 | 5.2.2 | WV Tax Dept. |
| | 5.3 | $42,164.81 | $38,000.00 | 5.3 | Prioirty Customer Claims |
| | 6.3 | $36,184.00 | Interest Rate Modification to Secured Debts | | |
| | | | $36,184.00 | 6.3.1 | OnDeck |
| | 6.4 | $50,372.24 | Valued Secured Claims | | |
| | | | $50,372.24 | 6.4.1 | Ford Motor Credit Company, LLC |
| | 6.8 | $389,720.91 | Extended Debts with Ballon Payments | | |
| | | | $112,913.61 | 6.8.1 | 59 Payments on Loan 9002 to First United Bank & Trust |
| | | | $99,796.14 | 6.8.2 | 59 Payments on Loan 9001 to First United Bank & Trust |
| | | | $93,963.68 | 6.8.1 | Balloon Payment First United Bank & Trust No. 9002 |
| | | | $83,047.48 | 6.8.2 | Balloon Payment First United Bank & Trust No. 9001 |
| | 7.1 | $6,136.15 | Undisputed General Unsecured Claims | | |
| | | | $1,036,980.60 | 7.1 | Total General Unseured Claims |
| | 7.3 | $125,738.17 | Cure / Maintenance of Unsecured Debt | | |
| | | | $111,626.17 | 7.3.1 | WHLR-Pierpont Center LLC, POC #29* |
| | | | $14,112.00 | 7.3.2 | Secure Storage of Morgantown POC # 11 |
| | | **$1,123,011.16** | **Total Paid Out of Plan Base + Excess Cash Flow Payments** | | |
| | | | **0.59%** | | **Estimated Distribution based on Minimim Plan Base.** |
| | | | **$2,153,855.61** | | **Maximum Plan Base (100% distribtion)** |

**4.4 Supplemental Unsecured Distribution (Excess Cash Flow)**

**(a)** **Definitions.** For purposes of this Section 4.4:

"Plan Year" means each successive twelve (12) month period commencing on the Effective Date, provided that the fifth Plan Year shall end on the last day of the sixtieth (60th) month of the Plan term.

**"Plan Year"** means each successive twelve (12) month period commencing on the Effective Date, provided that the fifth Plan Year shall end on the last day of the sixtieth (60th) month of the Plan term.

**"Gross Receipts"** means all cash actually received by the Debtor from any source during a Plan Year, including without limitation contract income, showroom sales, service income, design and measure fees, freight income, vendor rebates, finance charge income, tax refunds, insurance proceeds, and the net proceeds of any judgment, settlement, or recovery on any claim or cause of action belonging to the Debtor or the Estate. Gross Receipts exclude (i) the proceeds of the Refinancing, (ii) customer deposits received for work not yet performed, to the extent not yet earned, and (iii) sales, use, and similar taxes collected on behalf of and remitted to a taxing authority.

**"Permitted Insider Compensation"** means the aggregate cash compensation — including salary, wages, guaranteed payments, bonus, commissions, employer retirement plan contributions, per diem, and the cash value of fringe benefits — paid during a Plan Year to Christopher Collins, to Andrea Sookhoo, and to any relative (as defined in 11 U.S.C. § 101(45)) or affiliate of either, not to exceed $3,100.00 monthly for the first Plan Year, increased for each subsequent Plan Year by the greater of three percent (3%) or the percentage increase in the Consumer Price Index for All Urban Consumers (CPI-U, U.S. City Average, All Items) over the preceding twelve months.

**"Permitted Capital Expenditures"** means cash expended during a Plan Year for the acquisition, replacement, or major repair of equipment, vehicles, leasehold improvements, or software, not to exceed Twenty-Five Thousand and 00/100 Dollars ($25,000.00) in any Plan Year. Unused amounts do not carry forward to a subsequent Plan Year.

**"Permitted Tax Distributions"** means cash distributed during a Plan Year to fund federal, state, and local income tax liability attributable to taxable income of the Debtor allocated under existing or hereinafeter effective tax rules.

**"Operating Reserve"** means unrestricted, unencumbered cash of the Debtor in the amount of Fifty Thousand and 00/100 Dollars ($50,000.00). During the first and second Plan Years, the Debtor may retain Excess Cash Flow, cumulatively not to exceed $50,000.00, for the purpose of establishing the Operating Reserve. Once established, the Operating Reserve shall be maintained throughout the Plan term, and cash constituting the Operating Reserve shall not be included in Excess Cash Flow. If the Operating Reserve is drawn below $50,000.00, the Debtor may retain Excess Cash Flow to restore it.

**"Permitted Operating Disbursements"** means cash actually disbursed by the Debtor during a Plan Year for expenditures that are necessary for the continuation, preservation, or operation of the business of the Debtor within the meaning of 11 U.S.C. § 1191(d)(2), consisting solely of (i) ordinary-course cost of materials, direct labor, payroll taxes and workers' compensation, freight, rent and other lease obligations, utilities, insurance, professional fees, and other operating expenses of the categories reflected in the projections attached to this Plan as Attachment 1; (ii) Permitted Insider Compensation; (iii) Permitted Capital Expenditures; and (iv) Permitted Tax Distributions. Permitted Operating Disbursements do not include (A) any payment made under this Plan, (B) any distribution, dividend, redemption, loan, advance, or other transfer to or for the benefit of any holder of an equity interest, other than Permitted Insider Compensation and Permitted Tax Distributions, (C) any payment on account of a Class 7.2 subordinated insider claim, (D) any payment on account of a claim discharged by this Plan, or (E) any expenditure outside the ordinary course of the Debtor's business that has not been approved as provided in Section 4.4(g).

**"Excess Cash Flow"** means, for each Plan Year, an amount equal to (i) Gross Receipts, less (ii) Permitted Operating Disbursements, less (iii) all amounts actually paid under this Plan during that Plan Year, less (iv) amounts retained to establish or restore the Operating Reserve. Excess Cash Flow shall not be less than zero. A negative result in any Plan Year does not carry forward and does not reduce Excess Cash Flow in any subsequent Plan Year.

**"Excess Cash Flow Percentage"** means seventy-five percent (75%). The Debtor proposes this percentage to be able to meet future demands for space, costs and labor as it seeks to expand its business and increase its profitablity.

(b) **Supplemental Payment:** Within one hundred twenty (120) days after the last day of each Plan Year, the Debtor shall pay an amount equal to the Excess Cash Flow Percentage multiplied by the Excess Cash Flow for that Plan Year (each, a "Supplemental Payment"). Supplemental Payments are in addition to, and not in lieu of or in substitution for, the Minimum Monthly Plan Payments and the Dedicated Property. The Debtor may, at its option, make interim Supplemental Payments during a Plan Year, which shall be credited against the Supplemental Payment due for that Plan Year.

(c) **Application of Supplemental Payments.** Each Supplemental Payment shall be applied in the following order: first, to any then-unpaid Allowed Administrative Expense in Class 5.1; second, pro rata to accelerate the unpaid balance of Allowed Priority Tax Claims in Class 5.2 and Allowed Consumer Deposit Claims in Class 5.3; third, to accelerate the unpaid balance of the cure obligations in Class 7.3; and fourth, pro rata to holders of Allowed Class 7.1 General Unsecured Claims. Any reduction in the interest accruing on a Class 5.2 claim by reason of acceleration under this subsection shall remain within the plan base and shall be distributed pro rata to Class 7.1.

(d) **Annual Excess Cash Flow Report.** Concurrently with each Supplemental Payment, and in any event no later than one hundred twenty (120) days after the last day of each Plan Year, the Debtor shall file with the Court and serve upon the Subchapter V Trustee (if then serving), the United States Trustee, the Office of the West Virginia Attorney General, and any creditor that has filed a written request for such reports, an "Annual Excess Cash Flow Report" containing:

- (i) A balance sheet and statements of income and cash flows for the Plan Year;
- (ii) A computation of Excess Cash Flow for the Plan Year showing each component and each deduction separately;
- (iii) An itemization of all Permitted Insider Compensation, Permitted Capital Expenditures, and Permitted Tax Distributions, identifying each payee;
- (iv) Copies of the Debtor's federal and state income tax returns for the period
- (v) A statement of all payments made under this Plan during the Plan Year, by class.

(e) **Cap on Total Distributions.** In no event shall the aggregate of the Minimum Monthly Plan Payments, the Dedicated Property, and all Supplemental Payments exceed the amount necessary to pay all Allowed Claims treated in Parts 5, 6, and 7 of this Plan in full, together with interest at the rate provided in this Plan. Upon payment in full of all such Allowed Claims, the Debtor's obligation to make further payments under this Plan shall terminate notwithstanding that fewer than sixty (60) months have elapsed.

(f) **Prepayment.** The Debtor may prepay any amount due under this Plan at any time without penalty. Prepayment does not reduce the Debtor's obligation to make Supplemental Payments except to the extent of the cap in Section 4.4(e).

## Part 5 Administrative Expenses and Priority Claims

**5.1 Administrative Expenses:** The Debtor will pay, in full, the total amount of all administrative expenses upon the Plan's Effective Date to the extent that the Debtor has funds on hand to make such payments. To the extent that the Debtor does not have adequate funds on hand to pay such administrative expenses in full, such administrative expenses claims are to be paid pro rata, concurrently with any ongoing secured debt payments and reasonable and necessary living expenses, as applicable. Funds are to be applied first to reasonable and necessary living expenses (as applicable), second to ongoing secured debt payments, ongoing domestic support obligations, and ongoing installment payments on any assumed leases or executory contracts, third to any domestic support obligation arrearage, and only then the fees of non-DSO Administrative Expense claim holders under 11 U.S.C. § 507(a)(2). Administrative expenses are to be paid, in full, before any Plan payment is applied to a non-DSO arrearage claim or before payment is applied to any other priority or unsecured debt.

As of the Date of the filing of this Plan, the Debtor anticipates incurring the following Administrative Expenses on or before the Effective Date:

| Administrative Claim | | Est. Amt. Owed |
|---|---|---|
| 5.1.1 | Debtor's Attorney | $25,000.00 |
| 5.1.2 | Subchapter V Trustee | $3,500.00 |
| 5.1.3 | Accountant | $5,000.00 |
| | Total Estimated Administrative Payments | $33,500.00 |

**5.2 Priority Tax Claims Under 11 U.S.C. § 507(a)(8) and Secured Tax Claims That Would Otherwise Meet the Description of § 507(a)(8).** The holder of a Priority Tax Claim Under 11 U.S.C. § 507(a)(8), and the holder of a Secured Tax Claim That Would Otherwise Meet the Description of § 507(a)(8), will receive on account of such claim regular installment payments in cash, (i) of a total value, as of the effective date of the Plan, equal to the allowed amount of such claim; (ii) over a period ending not later than 5 years from the date of the filing of the Debtor's bankruptcy petition, and (iii) in a manner not less favorable than the most favored non-priority unsecured claim provided for by the Plan (other than cash payments made to creditors under 11 U.S.C. § 1122(b)). Payments on tax claims shall be reduced by the amount of any offsets, credits, or refunds to which the Debtor or Debtor-in-Possession shall be entitled on the Effective Date.

| Priority Tax Claim | | Est. Amt. Owed | % | Est. Paid In Plan |
|---|---|---|---|---|
| 5.2.1 | IRS* POC #3 | 227,849.92 | 4.17% | $252,822.34 |
| 5.2.2 | WV Tax Department POC #11 | 158,641.84 | 4.17% | $176,029.03 |
| 5.2.3 | WV State Tax Department POC #23 | 9,321.83 | 4.17% | $10,343.51 |
| 5.2.4 | | | | |
| | | Total Estimated Priority Tax Payments | | $439,194.88 |

*The IRS filed a priority claim in the amount of $227,849.92. Of this amount, $103,561.97 is estimated for unfiled returns from 2025 - 2026. The Debtor's 2025 tax return is on an extension and anticipates that the estimated claim will be substantially reduced. The reduction in the priority claim will results in a larger pool of fund paid to general unsecured creditors

**5.3 Priority Deposits under 11 U.S.C. § 507(a)(7): Consumer Deposit Claims**. Consumer Deposit Claims shall constitute a separate class for purposes of treatment under this Plan. A "Consumer Deposit Claim" means an Allowed Claim entitled to priority under 11 U.S.C. § 507(a)(7), arising from a deposit made by an individual before the Petition Date in connection with the purchase of goods or services for personal, family, or household use that were not delivered or provided before the Petition Date. To the extent a Consumer Deposit Claim exceeds the statutory priority amount provided in 11 U.S.C. § 507(a)(7), the excess shall be classified and treated as a General Unsecured Claim under Class 7.1. Each holder of an Allowed Consumer Deposit Claim shall receive cash equal to the allowed priority amount of its claim in accordance with 11 U.S.C. § 1129(a)(9)(B), payable as indicated below. The Debtor reserves all rights of setoff and recoupment. Any payments, credits, merchandise, completed work, insurance proceeds, refunds, or other value previously received by the claimant shall reduce the amount of any Allowed Consumer Deposit Claim. To the extent that the Debtor has cash on hand as of the effective date of the plan, all prioirty deposits will be paid in full. To the extent that deferred payments are required, the claim will be paid with interest at the 5-year treasurey note rate in effect as of the date of confirmation.

| Consumer Deposit Claims | | Prioirty Claim | % | Est. Paid In Plan |
|---|---|---|---|---|
| 5.3.1 | Marcus and Stephanie Estlac POC #13 | $3,800.00 | 4.17% | $4,216.48 |
| 5.3.2 | Tar and Daniel Heffernan POC # 30 | $3,800.00 | 4.17% | $4,216.48 |
| 5.3.3 | Chad Henninfer POC #6 | $3,800.00 | 4.17% | $4,216.48 |
| 5.3.4 | Christopher M. Lituma POC # 10 | $3,800.00 | 4.17% | $4,216.48 |
| 5.3.5 | Stephanie Rellick POC #16 | $3,800.00 | 4.17% | $4,216.48 |
| 5.3.6 | Robin and John Keough* | $3,800.00 | 4.17% | $4,216.48 |
| 5.3.7 | Jennifer Lopez | $3,800.00 | 4.17% | $4,216.48 |
| 5.3.8 | Mary Lou Wilson | $3,800.00 | 4.17% | $4,216.48 |
| 5.3.9 | Chris Battin POC # 25* | $3,800.00 | 4.17% | $4,216.48 |
| 5.3.10 | Denise Warren POC # 27* | $3,800.00 | 4.17% | $4,216.48 |
| | **Total** | $38,000.00 | | $42,164.81 |

*To the extent that these individuals seek to continue their business relationship with Davis Kitchen & Tile and receive the promised performance, no amount will be paid on the claim.

**Part 6** Secured Claims

Each holder of an allowed secured claim shall retain the lien securing such claim, whether the property subject to the lien is retained by the Debtor or transferred to another entity, to the extent of the allowed amount of such claim, until the secured portion of the claim is paid in full pursuant to the Plan. Each secured claim holder will received on account of such claim deferred cash payments totaling at least the allowed amount of such claim, of a value, as of the Effective Date of this Plan, or at least the value of such holder's interest in the Bankruptcy Estate's interest in such property.

**6.3 Interest Rate Modification to Secured Debts:** For the secured claims listed in this section, the Debtor is proposing to modify the on-going interest rate payable to the secured creditor as follows. The Debtor reserves the right to object to On Deck's claim.

| Secured Creditor | | Collateral | $ Owed | % APR | Total Paid in Plan | $ Monthly |
|---|---|---|---|---|---|---|
| 6.3.1 | ODK Capital POC #24 | All Assets | 36,184.00 | 0.00% | $36,184.00 | 603.07 |
| Total Payments on Interest Rate Modifications to Secured Debts | | | | | $36,184.00 | 603.07 |

**6.4 Valued Secured Claims:** Secured Claims that are Subject to a Separate Motion or Adversary Proceeding Based on Valuation. This Plan does not value claims. To value a claim pursuant 11 U.S.C. 506, the Debtor must file and serve a separate motion pursuant to Fed. R. Bankr. P. 3012, 7004, 9014(b), or, as applicable, file an adversary proceeding under Fed. R. Bankr. P. 7001, or submit an agreed order to the court resolving value. The information provided below is for information purposes only, and the Debtor's valuation stated herein is subject to change, without the need to modify the plan, based on the resolution of any motion, adversary proceeding, or pursuant to the terms of an agreed order regarding valuation. The amount of the creditor's claim in excess of the Debtor's valuation for the collateral shall be treated with other general unsecured claims and paid pro rata. If an order is entered treating the claim as wholly unsecured then the creditor's lien will be avoided pursuant to 11 U.S.C. 506. Notwithstanding the requriement for a motion, the Debtor may value a claim pursuant to the information contained in the creditor's filed proof of claim. The Ford Transit Van listed below was repossessed pre-petition and the Debtor anticpates obtaining the return of the vehicle.

| Creditor | | Collateral | $ Owed | $ Value | % APR | Total Paid in Plan | $ Monthly |
|---|---|---|---|---|---|---|---|
| 6.4.1 | Ford Motor Credit Company, LLC POC#5 | 2023 Ford Transit Cargo Van | $55,743.42 | $41,650.00 | 7.75% | $50,372.24 | $839.54 |
| Total Payments on Valued Claims | | | | | | $50,372.24 | $839.54 |

**6.8. Modification of Secured Debt and Balloon Payments.** The debts listed below mature before the end of the Debtor's Chapter 11 plan and the payment schedules for the below debts are modified to provide for 59 payments based on a 10-year amortization schedules at 8.75% with a balloon payment in month 60 of the confirmed plan. The payment schedule may be modified to allow for prepayments or for an earlier refinancing of the debts listed below.

| Creditor | | $ Owed | % Rate | $ Mo. 1-59 | $ Mo. 60 | Total Paid |
|---|---|---|---|---|---|---|
| 6.8.1 | First United Bank & Trust No. 9002, POC # 2 | 152,704.39 | 8.75 | 1,913.79 | 93,963.68 | 206,877.29 |
| 6.8.2 | First United Bank & Trust No. 9001 POC # 1 | 134,964.01 | 8.75 | 1,691.46 | 83,047.48 | 182,843.62 |

| Part 7 | Non-Priority Unsecured Claims |
|---|---|

**7.1 Undisputed General Unsecured Claims.** This is a pot plan and unsecured claims will be paid pro-rata. Allowed non-priority claims that are not separately classified will be paid pro rata. Payment of any dividend will depend on the amount of allowed secured and priority claims, payments to separately designated classes, and the total amount of all allowed unsecured claims. No payment will be made on non-priority unsecured claims until unsecured priority claims are paid in full. If an unsecured creditor is listed below, that creditor does not need to file a proof of claim to be paid the amount listed; however, if an unsecured creditor is not listed below, or if a creditor disagrees with the amount listed below, the creditor must timely file a proof of claim to be paid under this Plan. The distribution to non-priority unsecured creditors also includes any under secured claim or avoided lien listed in Part 6. The percentage distribution to unsecured creditors may be lowered based on timely filed claims and the percentage distribution estimated in this plan is the Debtor's best estimation based on known claims**. The percentage distribution stated in this Part is a minimum computed on the Minimum Plan Base and does not include any Supplemental Payment payable under Section 4.4.**

The value as of the Effective Date of the Plan of property to be distributed in the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtor was liquidated in Chapter 7 of the Bankruptcy Code on that date. A liquidation analysis is provided in Part 17 of this Plan.

| Unsecured, Non-Priority Creditor | | Unsecured Claim | % in Ch. 7 | | % in Plan |
|---|---|---|---|---|---|
| 7.1.1 | American Express POC #15 | $5,963.43 | 0.00% | | 1.00% |
| 7.1.2 | American Funds | $10,876.17 | 0.00% | | 1.00% |
| 7.1.3 | Arrow Structural Engineering | $1,752.50 | 0.00% | | 1.00% |
| 7.1.4 | Capital One POC # 12 | $130.15 | 0.00% | | 1.00% |
| 7.1.5 | CHARLESTON FILTER SERVICE INC | $162.45 | 0.00% | | 1.00% |
| 7.1.6 | Cincinnati Insurance Company POC #26 | $4,325.00 | 0.00% | | 1.00% |
| 7.1.7 | CITY OF MORGANTOWN | $2,573.03 | 0.00% | | 1.00% |
| 7.1.8 | Clark Retail Tile | $890.00 | 0.00% | | 1.00% |
| 7.1.9 | Commercial Lighting | $580.49 | 0.00% | | 1.00% |
| 7.1.10 | COMMUNICATIONS PLUS | $162.32 | 0.00% | | 1.00% |
| 7.1.11 | Croston Countertop | $860.00 | 0.00% | | 1.00% |
| 7.1.12 | Dinsmore & Shohl LLP | $1,000.00 | 0.00% | | 1.00% |
| 7.1.13 | Dreamline Shower Doors | $3,946.39 | 0.00% | | 1.00% |
| 7.1.14 | Ed Davis | $122,773.00 | 0.00% | | 1.00% |
| 7.1.15 | Edmund J. Rollo Attorneys at Law | $2,812.50 | 0.00% | | 1.00% |
| 7.1.16 | Marcus and Stephanie Estlac POC #13 ($3,800 Prioirty Claim) | $28,167.00 | 0.00% | | 1.00% |
| 7.1.17 | Express Employment | $3,163.00 | 0.00% | | 1.00% |
| 7.1.18 | Ferguson Enterprises, Inc. #142 | $22,006.63 | 0.00% | | 1.00% |
| 7.1.19 | FIERST DISTRIBUTING COMPANY POC #4 | $8,658.06 | 0.00% | | 1.00% |
| 7.1.20 | Ford Motor Credit POC #5 (undersecured portion) | $14,093.42 | 0.00% | | 1.00% |
| 7.1.21 | Freeman Retail Kitchen | $16,404.26 | 0.00% | | 1.00% |
| 7.1.22 | HAPPY FLOORS | $9,119.44 | 0.00% | | 1.00% |
| 7.1.23 | Headway Capital POC # 22 | $81,984.76 | 0.00% | | 1.00% |
| 7.1.24 | Tar and Daniel Heffernan POC # 30 ($3,800 prioirty claim) | $17,721.47 | 0.00% | | 1.00% |
| 7.1.25 | Lopez Flooring | $17,559.94 | 0.00% | | 1.00% |
| 7.1.26 | MAIL & MORE, INC | $198.27 | 0.00% | | 1.00% |
| 7.1.27 | Maniscalco | $1,833.20 | 0.00% | | 1.00% |
| 7.1.28 | Mantra Cabinetry | $1,577.16 | 0.00% | | 1.00% |
| 7.1.29 | Menards | $30,314.00 | 0.00% | | 1.00% |
| 7.1.30 | MHMC Physician Services | $120.00 | 0.00% | | 1.00% |
| 7.1.31 | MORGANTOWN POWER EQUIPMENT | $848.38 | 0.00% | | 1.00% |
| 7.1.32 | Mountain Top Glass | $1,527.61 | 0.00% | | 1.00% |
| 7.1.33 | Mountaineer Glass & Mirror | $1,831.56 | 0.00% | | 1.00% |

| | | | | | |
|---|---|---|---|---|---|
| 7.1.34 | MOUSER CUSTOM CABINETRY | $71,332.63 | 0.00% | | 1.00% |
| 7.1.35 | MT STATE TRAILER RENTAL INC | $720.80 | 0.00% | | 1.00% |
| 7.1.36 | NIC Group Inc POC # 8 | $35,855.86 | 0.00% | | 1.00% |
| 7.1.37 | BFS CLUSS POC # 17** | $48,007.58 | 0.00% | | 1.00% |
| 7.1.38 | PA Department of Revenue | $204.19 | 0.00% | | 1.00% |
| 7.1.39 | PRATT & LARSON CERAMICS INC | $9,490.13 | 0.00% | | 1.00% |
| 7.1.40 | Stone Cutters LLC d/b/a Preferred Surfaces POC #18 | $19,195.13 | 0.00% | | 1.00% |
| 7.1.41 | Premier Granite & Stone POC #7 | $5,075.00 | 0.00% | | 1.00% |
| 7.1.42 | Przybylinski Kitchen | $46,130.00 | 0.00% | | 1.00% |
| 7.1.43 | Reneau Retail Cabinets | $5,345.19 | 0.00% | | 1.00% |
| 7.1.44 | Royal Glass | $2,795.00 | 0.00% | | 1.00% |
| 7.1.45 | Schulman Lobel LLP | $4,000.00 | 0.00% | | 1.00% |
| 7.1.46 | Internal Revenue Service | $44,645.79 | 0.00% | | 1.00% |
| 7.1.47 | Sheffield Financial, a division of Truist Bank POC # 19 | $3,145.07 | 0.00% | | 1.00% |
| 7.1.48 | SHERWIN-WILLIAMS | $247.03 | 0.00% | | 1.00% |
| 7.1.49 | Staples | $1,500.68 | 0.00% | | 1.00% |
| 7.1.50 | STATE ELECTRIC | $1,132.02 | 0.00% | | 1.00% |
| 7.1.51 | Synchrony Bank/Lowes | $22,610.77 | 0.00% | | 1.00% |
| 7.1.52 | Tammy Dalton POC # 14 | $750.00 | 0.00% | | 1.00% |
| 7.1.53 | UNEMPLOYMENT COMPENSATION DIV | $12,146.77 | 0.00% | | 1.00% |
| 7.1.54 | US CABINET DEPOT | $21,990.05 | 0.00% | | 1.00% |
| 7.1.55 | Wellborn Cabinet, Inc | $19,159.43 | 0.00% | | 1.00% |
| 7.1.56 | Whipkey Flooring | $10,000.00 | 0.00% | | 1.00% |
| 7.1.57 | Fierst Distributing Company | $8,605.06 | 0.00% | | 1.00% |
| 7.1.58 | WOOD-MODE INCORPORATED | $29,988.44 | 0.00% | | 1.00% |
| 7.1.59 | WV Offices of the Insurance Commissioner | $6,604.48 | 0.00% | | 1.00% |
| 7.1.60 | Chad Henninfer POC #6 ($3,800.00 prioirty claim) | $33,851.10 | 0.00% | | 1.00% |
| 7.1.61 | Christopher M. Lituma POC # 10 ($3,800.00 prioirty claim) | $33,729.00 | 0.00% | | 1.00% |
| 7.1.62 | West Virginia State Tax Department POC # 11 | $5,755.00 | 0.00% | | 1.00% |
| 7.1.63 | Stephanie Rellick POC #16 ($3,800.00 prioirty claim) | $20,388.11 | 0.00% | | 1.00% |
| 7.1.64 | Cellco Partnership d/b/a Verizon Wireless POC # 20 | $3,730.92 | 0.00% | | 1.00% |
| 7.1.65 | Robin and John Keough* ($3,800.00 prioirty claim) | $20,606.04 | 0.00% | | 1.00% |
| 7.1.66 | Jennifer Lopez ($3,800.00 prioirty claim) | $13,799.94 | 0.00% | | 1.00% |
| 7.1.67 | Mary Lou Wilson ($3,800.00 prioirty claim) | $19,683.26 | 0.00% | | 1.00% |
| 7.1.68 | Chris Battin POC # 25* ($3,800.00 prioirty claim) | $31,702.00 | 0.00% | | 1.00% |
| 7.1.69 | Denise Warren POC # 27* ($3,800.00 prioirty claim) | $7,122.54 | 0.00% | | 1.00% |
| 7.1.70 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7.1.71 | | | | | |
| | Totals | $1,036,980.60 | | | |

*John and Robin Keough filed POC # 21 in the amount of $24,406.04. Should the Keoughs elect to proceed with their work in progress at Davis Kitchen, no amount will be paid on Claim No. 21. Chris Battin filed Calim No. 25. Should Mr. Battin elect to proceed with their work in progress at Davis Kitchen, no amount will be paid on Claim No. 25. Denise Warren filed POC #21. Should Ms. Warren elect to proceed with her work in progress at Davis Kitchen, no amount will be paid on Claim No. 27.

** BFS Cluss filed a lawsuit in which the Debtor is one of two named parties. On information and belief, the Debtor states that the claim of BFS Cluss will be paid in full from the proceeds of property that is not proerty of this bankruptcy estate, and to the extent that such property is used to satisfy BFS Cluss's claim, BFS Cluss will not be paid from property of the estate.

**7.2 Subordinated Non-Priority Debts:** The following debts are owed to an insider of the Debtor and are subordinated to general unsecured claims. The debts listed below will only be paid during the term of the Chapter 11 plan if all other creditors are paid in full.

| Subordinated, Unsecured, Non-Priority Creditor | | Asserted Claim |
|---|---|---|
| 7.2.1 | Amare Equity, LLC | $169,784.66 |
| 7.2.2 | Christopher Collins | $249,265.16 |
| 7.2.3 | Cliffside, LLC | $314,631.95 |

**7.3 Assumption of Executory Contracts:** The Debtor proposes to assume the following contracts and pay amounts due in the ordinary course of business. **The monthly expense for the payment of the on-going rent for the commercial lease and storage lease are included as on-going expenses in the Debtor's attached operating budget. The Debtor will promptly cure the arrearages stated below.**

| Lessor | | Contract | Arrearage |
|---|---|---|---|
| 7.3.1 | WHLR-Pierpont Center LLC, POC #29* | 831 VENTURE DRIVE, Morgantown, WV 26508 | $111,626.17 |
| 7.3.2 | Secure Storage of Morgantown POC # 11 | Storage Unit | $14,112.00 |
| | | Total Arrearages Paid in Plan | $125,738.17 |

*WHLR-Piepont filed Proof of Claim No. 28 and 29. Claim 28 is a duplicate of Claim 29 and Claim 28 will not be paid.

| Unsecured Creditor | | Contract | Current Monthly | # Months | Total Paid in Plan |
|---|---|---|---|---|---|
| 7.3.1 | WHLR-Pierpont Center LLC, POC #29* | Commercial Lease - Ongoing Expense Included in Monthly Operating Budget | | | $0.00 |
| 7.3.2 | Secure Storage of Morgantown POC # 11 | Storage Lease - Ongoing Expense Included in Monthly Operating Budget | | | $0.00 |
| 7.3.3 | Angela Brugnoli, 309 Cody Drive, Morgantown, WV 26508 | Work in Progress | $0.00 | | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7.3.4 | Barbara Rowan, 173 Medow View Drive, Arthurdale, WV 26520 | Work in Progress | $0.00 | | $0.00 |
| 7.3.5 | Becky Pinnell, 313 Horseshoe Road, Morgantown, WV 26508 | Work in Progress | $0.00 | | $0.00 |
| 7.3.6 | Bill and Nancy Kessler, 11 Antitem Drive, Morgnatown, WV 26508 | Work in Progress | $0.00 | | $0.00 |
| 7.3.7 | Bill Ramsey, 17865 Brandoncille Pike, Bruston Mills WV 26525 | Work in Progress | $0.00 | | $0.00 |
| 7.3.8 | Chris Battin, 6004 Woodland Bluff Rd., Morgantown, WV 26508 | Work in Progress: (See Claim No. 25) | $0.00 | | $0.00 |
| 7.3.9 | Denise Warren, 690 Little Falls Rd, Morgantown, WV 26508 | Work in Progress: (See Claim No. 27) | $0.00 | | $0.00 |
| 7.3.10 | Harold Allen, 1085 Autumn Ave, Morgantown, WV 26508 | Work in Progress | $0.00 | | $0.00 |
| 7.3.11 | John and Robin Keough, 162 Allman Ave., Buckhannon, WV 26201* | Work in Progress | $0.00 | | $0.00 |
| 7.3.12 | Kelsie Goodwin, 1370 Woodbrine Dr., Terra Alta, WV 26764 | Work in Progress | $0.00 | | $0.00 |
| 7.3.13 | Mary and John Sellaro, 1261 Cambridge Ave., Morgantown, WV 26505 | Work in Progress | $0.00 | | $0.00 |
| 7.3.14 | Melissa Sherfinski, 112 Eucid Av., Morgantown, WV 26505 | Work in Progress | $0.00 | | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7.3.15 | Michael and Tiffany Schwalm 420 Center Street, Carmichaels, PA 15320 | Work in Progress | $0.00 | | $0.00 |
| 7.3.16 | Michael Hyde, 2596 University Ave., Morgantown, WV 26505 | Work in Progress | $0.00 | | $0.00 |
| 7.3.17 | Ray Murray, 7 Lamplighter Lane, Morgantown, WV 26508 | Work in Progress | $0.00 | | $0.00 |
| 7.3.18 | Rebecca Dittenhafer, 506 NorthMain St., Masontown, PA 15461 | Work in Progress | $0.00 | | $0.00 |
| 7.3.19 | Shannon Schifano, 4003 Greystonne Dr., Morgantown WV 26508 | Work in Progress | $0.00 | | $0.00 |
| 7.3.20 | Terri Miconi, 102 Concord St., Fairmont, WV 26554 | Work in Progress | $0.00 | | $0.00 |
| 7.3.21 | Todd and Justine Handleman, 2188 Marsh Hill Rd., MCHenry, MD 21541 | Work in Progress | $0.00 | | $0.00 |
| 7.3.22 | Troy Shutler, 2202 Maple St., Morgantown, WV 26508 | Work in Progress | $0.00 | | $0.00 |
| 7.3.23 | Voyteck & Elizabeth Jeruzal, 821 Bogey Ln., Morgantown WV 26508 | Work in Progress | $0.00 | | $0.00 |
| 7.3.24 | Wincor Properties, Don Corwin, 2692 Halleck Rd., Morgantown, WV 26508 | Work in Progress | $0.00 | | $0.00 |
| | | | | Total Ongoing Payments | $0.00 |

*John and Robin Keough filed POC # 21 in the amount of $24,406.04. Should the Keoughs elect to proceed with their work in progress at Davis Kitchen, no amount will be paid on Claim No. 21

**8.1 Non-Standard Treatment:** The Debtor proposes the following non-standard treatment: In addition to the Minimum Monthly Plan Payment, the Debtor will make an annual Supplemental Payment to holders of Allowed Class 7.1 General Unsecured Claims equal to the Excess Cash Flow Percentage of the Debtor's Excess Cash Flow for each Plan Year, computed, reported, and applied as provided in Section 4.4 of this Plan. The percentage distribution to Class 7.1 stated in Part 7.1 is a minimum. The Debtor's actual distribution to Class 7.1 will be higher to the extent the Debtor generates Excess Cash Flow, and the Debtor's obligation to make Supplemental Payments continues until Allowed Claims are paid in full or the Plan term expires, whichever occurs first.

| **Part 9** | Equity Interests | | |
|---|---|---|---|
| | Equity Interest Holder | Treatment in Plan | Total Paid in Plan |
| 9.1 | Christopher Collins 85% Owner | Retain interest | $0.00 |
| 9.2 | Andrea Sookhoo 15% Owner | Retain interest | $0.00 |

**Part 10** Other Litigation Claims and Objections to Claims

To the extent that a litigation claim is not set forth in one of the above Parts or Classes, the Debtor makes the following representation regarding litigation claims. The fact that the Debtor may list Other Litigation Claims in this Part does not constitute a waiver of any unlisted claim that the Debtor may have, does not establish by representation or issue or claim preclusion any part of the merits of such a claim, and the validity or invalidity of such a claim is a valid not grounds upon which the litigation defendant may object to the confirmation of this Plan. Except as otherwise explicitly provided in this Plan, nothing in the Plan shall be deemed to be a waiver or relinquishment of any claim, cause of action, account receivable, right of setoff, or other legal or equitable right or defense that the Debtor or the Bankruptcy Estate may have under any provision of the Bankruptcy Code or any applicable non-bankruptcy law.

[X] The Debtor does not intend to pursue Other Litigation Claims and/or is currently unaware of the existence of such claims.

**Part 11** Vesting of Property of the Estate & Binding Effect of Plan

If this Plan is consensually confirmed, property of the estate will vest in the Debtor upon entry of the order confirming this Plan, unless otherwise specifically provided for in this Plan or in the order confirming this Plan. After confirmation of this Plan, the property dealt with by this Plan is free and clear of all claims and equity interests of creditors, equity security holders, and of general partners in the Debtor.

If this Plan is not consensually confirmed, property of the estate includes, in addition to the property specified in § 541 of the Bankruptcy Code, all property of the kind specified in that section that the Debtor acquires, as well as earnings from services performed by the Debtor, after the date of commencement of the case but before the case is closed, dismissed, or converted to a case under Chapter 7, 12, or 13 of the Bankruptcy Code, whichever occurs first. Except as provided in § 1185 of the Bankruptcy Code, this Plan, or the order confirming this Plan, the Debtor shall remain in possession of all property of the estate and the property of the estate.

If this Plan is confirmed, its provisions bind the Debtor and all creditors, regardless of whether any such creditor accepts or rejects this Plan. The rights and obligations of any entity named for referred to in this Plan will be binding on and will inure to the benefit of the successors or assigns of such entity.

**Part 12** Identity and Affiliations of Directors, Officers, Voting Trustees, Participating Affiliates, or Successors Proposed to Serve After Confirmation of the Plan

Following confirmation of this Plan, the Debtor will continue to be in possession of the estate and to continue operations with the same management structure as existed before this bankruptcy case was filed.

| | Name | Position | Gross Comp. |
|---|---|---|---|
| 12.1.1 | Chris Collins | 85% Owner / CEO | Up to $3,100 monthly |

**Part 13** Governmental Regulatory Commissions & Rate Changes

| | |
|---|---|
| X | There is no governmental regulatory commission with jurisdiction, after confirmation of this Plan, that needs to approve rate changes, if any, that are provided for in this Plan. |

| **Part 14** | Retiree Benefits |
|---|---|
| X | There are no retiree benefits to be treated under this Plan. |

| **Part 15** | Post-Petition Domestic Support Obligations |
|---|---|
| X | Not Applicable |

| **Part 16** | Other Provisions |
|---|---|

**Controlling Law.** Unless a rule of law or procedure is supplied by federal law, the laws of the State of West Virginia govern this Plan, except as otherwise specifically provided for in this Plan.

**Default**. No default in the performance of this Plan shall automatically result in the termination of the Plan or constitute a revocation of the confirmation order. Unless otherwise specified in the Plan, if any party in interest believes that the Debtor or its reorganized entity is in default of any requirement of this Plan, such party shall provide written notice of such claimed default to the Debtor or it reorganized entity and to Debtor's counsel before filing a motion with the Bankruptcy Court regarding the alleged noncompliance with, and enforcement of, the terms of this Plan.

**Good Faith.** The Debtor represents that it is within the Debtor's ability to carry out this Plan and that the Plan is submitted in good faith and not by any means forbidden by law.

**Entire Agreement**. Except as otherwise indicated, on the Effective Date, the Plan supersedes all previous and contemporaneous negotiations, promises, covenants, agreements, understandings, and representations with respect to the subject matter of the Plan, all of which will have become merged and integrated into the Plan on the Effective Date.

**Modification of Plan Before Confirmation.** The Debtor may modify this Plan at any time before it is confirmed, or modify the Plan through the confirmation order. However, the Bankruptcy Court may require that there be a revoting on the Plan based on the Plan as modified. Otherwise, the holder of a claim or interest that has accepted or rejected the Plan is deemed to have accepted or rejected the Plan as modified, unless otherwise ordered by the Court.

**Professional Fees After Confirmation.** In the period after the date of Confirmation, but before closing of the case, the Debtor may continue to utilize the services of professional persons whose employment was previously approved by the Bankruptcy Court, in completing the administration of the case and in the consummation and performance of the Plan and, if necessary, the Debtor may employ additional professional persons to render services in and in connection with the case. With respect to services rendered and expenses incurred in or in connection with the case by any professional person during such period, the professional person may render periodic billing thereafter to the applicable disbursing agent who shall promptly pay the same, but each such payment shall be subject to review and approval by the Court as to the reasonableness thereof.

**Retention of Jurisdiction.** Pursuant to this Plan, the Bankruptcy Court shall retain jurisdiction of this case with regard to the following matters: (i) to make such orders as are necessary or appropriate to implement the provisions of this Plan and to resolve any disputes arising from implementation of this Plan; (ii) to rule on any modification of this Plan proposed under section 1193; (iii) to hear and allow all applications for compensation to professionals and other Administrative Expenses; (iv) to resolve all issues regarding Claims objections, and issues arising from the assumption/rejection of executory contracts or unexpired leases, and (v) to adjudicate any cause of action which may exist in favor of the Debtor, including preference and fraudulent transfer causes of action.

**Revocation**. The Debtor reserves the right to revoke and withdraw the Plan prior to the entry of the Confirmation Order. If the Debtor revoke or withdraw the Plan, the Plan shall be deemed null and void, and nothing contained herein shall be deemed to constitute a waiver or release of any claims by or against the Debtor, any other person, or to prejudice in any manner the rights of such parties in any further proceedings involving the Debtor.

**Severability.** If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

**Statement of Need for Further Reorganization.** The Debtor asserts that – to the extent that liquidation or the need for further reorganization not is specifically set forth in this Plan – confirmation of this Plan is not likely to be followed by the liquidation, or the need for further financial reorganization.

**Successors and Assigns**. The rights, benefits, and obligations of any entity named or referred to in the Plan shall be binding on, and shall inure to the benefit of any heir, executor, administrator, successor or assign, affiliate, officer, director, agent, representative, attorney, beneficiaries, or guardian, if any, of each entity.

## Part 17 Liquidation Analysis

| Asset | Value | Costs of Sale | Secured Debt | Exempt. | Equity | Ch. 7 TE Fees | Net Value |
|---|---|---|---|---|---|---|---|
| First United Bank & Trust Account No.: xxxxxx0062 | $2,989 | $298.90 | | | $2,690.10 | $672.53 | $2,017.58 |
| First United Bank & Trust Account No.: xxxxxx7779 | $0 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| Cabinetry in Warehouse to be installed. | $68,461 | $6,846.10 | | | $61,614.90 | $6,330.75 | $55,284.16 |
| Work in progress ( Likely $0.00 in Chapter7) | $445,361 | $44,536.10 | $323,852 | | $76,972.90 | $23,291.25 | $53,681.66 |
| Office fixtures | $31,000 | $3,100.00 | | | $27,900.00 | $3,540.00 | $24,360.00 |
| Office equipment, including all computer equipment and communication systems equipment and software | $10,550.00 | $1,055.00 | | | $9,495.00 | $1,699.50 | $7,795.50 |
| 2023 Ford Transit | $41,650 | $4,165.00 | $55,743 | | $0.00 | $6,037.15 | $0.00 |
| 2023 Griffen Trailer (Dump Trailer) | $10,000 | $1,000.00 | | | $9,000.00 | $1,650.00 | $7,350.00 |
| Forklift | $3,000 | $300.00 | | | $2,700.00 | $2,700.00 | $0.00 |
| Drywall Sander, Floor Scrubber, Ladders, MK Hand Polisher, Nailers, Paint Sprayers, Tile Scribe Cutters, Water Saws | $5,800 | $580.00 | | | $5,220.00 | $1,272.00 | $3,948.00 |
| Goodwill $255,000 (not an asset in liquidation under Ch. 7) | $0 | $0.00 | | | $0.00 | $0.00 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | $0.00 | | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Net Liquidation Value of Debtor in Chapter 7 | $154,436.89 |
| Less Priority and Administrative Claims | $467,313.59 |
| Total Payable to Unsecured Claims in Chapter 7 | **$0.00** |
| Total Payable to Unsecured Claims in this Chapter 11 Plan | $6,136.15 |

**Part 18** Projections RE: Ability to Make Payments : See Attachment 1

**Part 19** Signatures

Respectfully Submitted,

Davis Kitchen & Tile, LLC

By:

CHRISTOPHER COLLINS
Plan Proponent

/s/ Ryan W. Johnson
Ryan Johnson, Attorney for the Plan Proponent
Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003
WV Bar No. 14178
304-212-4950
Johnson.legal.services.pllc@gmail.com
www.JohnsonLegalServicesPLLC.com

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: October 13, 2026.

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** ______________________

Part/Class of the Plan where your claim/interest is treated: ______________________

Check one box only:

Accepts the plan: ______________

Rejects the plan: ______________

Dated: ______________

Print or Type Name: ______________________

Signature: ______________________

Title (if a business entity): ______________________

Address: ______________________
______________________
______________________

**Davis Kitchen and Tile LLC**
Prepared on 07/20/26
**Income Statement/Budget**
*For Future 12 Months*

| | | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Aug-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Income** | | | | | | | | | | | | | | |
| | Contract Income | $37,660.00 | $37,661.00 | $37,662.00 | $37,663.00 | $37,664.00 | $37,665.00 | $37,666.00 | $37,667.00 | $37,668.00 | $37,669.00 | $37,669.00 | $37,670.00 | $451,984.00 |
| | Service Income | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | $33,669.24 |
| | Showroom Sales | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | $1,137,000.00 |
| | Design/Measure Fees | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | $28,450.00 |
| | Vendor Rebates | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Discounts Given | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Finance Charge Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Freight Income | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | $4,200.00 |
| | Over/Underbillings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Discounts Earned | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | **Total Operating Income:** | **$137,936.60** | **$137,937.60** | **$137,938.60** | **$137,939.60** | **$137,940.60** | **$137,941.60** | **$137,942.60** | **$137,943.60** | **$137,944.60** | **$137,945.60** | **$137,945.60** | **$137,946.60** | **$1,655,303.24** |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Direct Expense** | | | | | | | | | | | | | | |
| | Materials | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | $512,492.00 |
| | Freight | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | $6,600.00 |
| | Equipment Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Subcontracted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Other Job Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Commission Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Direct Labor | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | $166,358.00 |
| | D/L Payroll Taxes | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | $15,775.00 |
| | D/L Workers Compensation | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | $3,712.00 |
| | D/L Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | D/L Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | B&O Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Non-Tax Per Diem | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | $14,579.00 |
| | Other Direct Expense | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| | **Total Direct Expense:** | **59,961.67** | **59,962.67** | **59,963.67** | **59,964.67** | **59,965.67** | **59,966.67** | **59,967.67** | **59,968.67** | **59,969.67** | **59,970.67** | **59,970.67** | **59,971.67** | **719,604.00** |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Equip/Shop Expense** | | | | | | | | | | | | | | |
| | Shop Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Warehouse Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Lease Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Fuel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Supplies & Maint | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Use Contra | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Other Warehouse/Equipt Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | **Total Equip/Shop Expense:** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| | **Total Direct & Equip/Shop Expense:** | **59,961.67** | **59,962.67** | **59,963.67** | **59,964.67** | **59,965.67** | **59,966.67** | **59,967.67** | **59,968.67** | **59,969.67** | **59,970.67** | **59,970.67** | **59,971.67** | **719,604.00** |
| | | | | | | | | | | | | | | |
| | **Gross Profit:** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | | **935,699.24** |

**Davis Kitchen and Tile LLC**
Prepared on 07/20/26
**Income Statement/Budget**
*For Future 12 Months*

| | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Aug-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overhead Expense** | | | | | | | | | | | | | |
| Rent | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | $62,653.00 |
| Office Supplies | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | $1,622.00 |
| Utilities | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | $23,569.00 |
| Electric | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Credit Card Process Fees | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | $5,487.00 |
| Bank Charges | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | $1,573.00 |
| Finance Charges-Vendors | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | $16,114.00 |
| Postage | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | $422.00 |
| Freight Charges | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | $464.00 |
| Sales Tax Expense | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | $122.00 |
| Office Cleaning | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | $3,960.00 |
| Trash Service | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | $1,403.00 |
| Printing | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | $52.00 |
| Photography | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | $350.00 |
| Advertising & Promotion | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | $5,961.24 |
| Computer Software Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Computer Hardware | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Computer Service & Support | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | $9,000.00 |
| Computer Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Accounting Fees | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | $6,000.00 |
| Legal Fees | 752.00 | 753.00 | 754.00 | 755.00 | 756.00 | 757.00 | 758.00 | 759.00 | 760.00 | 761.00 | 761.00 | 762.00 | $9,088.00 |
| Employment Expenses | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | $984.00 |
| Travel | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | $362.00 |
| Dues & Subscriptions | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | $4,727.00 |
| Training/Seminars | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Meals & Entertainment | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | $1,024.00 |
| Charity Donations | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Maintenance & Repair | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | $1,597.00 |
| Gifts & Entertainment | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Discounts- Contractor | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | $1,439.00 |
| Liability Insurance | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | $1,341.00 |
| Taxes | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Property Tax | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | $17,658.00 |
| Licenses | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | $168.00 |
| Interest Expense | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | $10,745.00 |
| Customer Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Bad Debt Expense | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | $122.52 |
| Other Office Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Decore & Displays | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Samples & Catalogs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Suspense/Clearing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Plan Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

| Davis Kitchen and Tile LLC | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prepared on 07/20/26 | | | | | | | | | | | | | |
| **Income Statement/Budget** | | | | | | | | | | | | | |
| *For Future 12 Months* | | | | | | | | | | | | | |
| | **Aug-26** | **Sep-26** | **Oct-26** | **Nov-26** | **Dec-26** | **Jan-27** | **Feb-27** | **Mar-27** | **Apr-27** | **May-27** | **Jun-27** | **Aug-27** | **Total 12-Month** |
| Warranty Work | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Commission - Outside Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Overhead Labor | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | $174,921.00 |
| O/H Payroll Taxes | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | $16,280.00 |
| O/H Workers Compensation | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | $1,169.00 |
| O/H Benefits | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | $432.00 |
| O/H Liability Insurance | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Simple IRA Employer Contributions | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | $4,927.00 |
| COVID Payroll Tax offset | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| O/H Per Diem | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | $14,574.00 |
| Vehicle Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Fuel | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | $559.00 |
| Vehicle Repair | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Vehicle & Liability Insurance | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | $7,189.00 |
| Small Tools | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Uniforms | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Shop Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Tools Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Office Equipment Dep'n Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Furniture & Fixtures Dep'n Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Inventory Adjustments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Overhead Expense:** | **34,015.56** | **34,024.56** | **34,033.56** | **34,042.56** | **34,051.56** | **34,060.56** | **34,069.56** | **34,078.56** | **34,087.56** | **34,096.56** | **34,096.56** | **34,105.56** | **408,762.76** |
| | | | | | | | | | | | | | |
| **Administrative Expense** | | | | | | | | | | | | | |
| Admin Salaries | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | $145,692.00 |
| Admin Payroll Taxes | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | $15,036.00 |
| Admin Workers Compensation | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | $677.00 |
| Admin Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Admin Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Admin Per Diem | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | $576.00 |
| Other Administrative Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Administrative Expense:** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **161,981.00** |
| **Total Indirect Expense:** | **47,513.98** | **47,522.98** | **47,531.98** | **47,540.98** | **47,549.98** | **47,558.98** | **47,567.98** | **47,576.98** | **47,585.98** | **47,594.98** | **47,594.98** | **47,603.98** | **570,743.76** |
| | | | | | | | | | | | | | |
| **Income from Operations:** | **30,460.96** | **30,451.96** | **30,442.96** | **30,433.96** | **30,424.96** | **30,415.96** | **30,406.96** | **30,397.96** | **30,388.96** | **30,379.96** | **30,379.96** | **30,370.96** | **364,955.48** |
| | | | | | | | | | | | | | |
| **Other Income** | | | | | | | | | | | | | |
| Other Income | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 11.00 | $87.00 |
| | | | | | | | | | | | | | |
| **Net Income Before Tax:** | **30,460.96** | **30,451.96** | **30,442.96** | **30,433.96** | **30,424.96** | **30,415.96** | **30,406.96** | **30,397.96** | **30,388.96** | **30,379.96** | **30,379.96** | | **364,955.48** |
| | | | | | | | | | | | | | |
| **After Tax Expense** | | | | | | | | | | | | | |

| | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Aug-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Davis Kitchen and Tile LLC** | | | | | | | | | | | | | |
| Prepared on 07/20/26 | | | | | | | | | | | | | |
| **Income Statement/Budget** | | | | | | | | | | | | | |
| *For Future 12 Months* | | | | | | | | | | | | | |
| Federal Income Tax Expense | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | $4,000.00 |
| State Income Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Tax Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other After Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total After Tax Expense:** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **4,000.00** |
| **Net Income:** | **$30,127.62** | **$30,118.62** | **$30,109.62** | **$30,100.62** | **$30,091.62** | **$30,082.62** | **$30,073.62** | **$30,064.62** | **$30,055.62** | **$30,046.62** | **$30,046.62** | **$30,037.62** | **$360,955.48** |
| **Chapter 11 Payment Plan** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | $189,000.00 |
| **Net Income After Chapter 11 Payment Plan** | **$14,377.62** | **$14,368.62** | **$14,359.62** | **$14,350.62** | **$14,341.62** | **$14,332.62** | **$14,323.62** | **$14,314.62** | **$14,305.62** | **$14,296.62** | **$14,296.62** | **$14,287.62** | **$171,955.48** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br><br>**DAVIS KITCHEN & TILE, LLC,**<br>Debtor. | Case No. 1:26-bk-00343<br>Chapter 11, Subchapter V |

# DEBTOR'S EXHIBIT

# D-2

Debtor's Second Amended Ballot Report, with Exhibit A (all twelve ballots received)

*Source: Doc. 195 | Matter(s): (a)*

*Hearing of October 28, 2026*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br>DAVIS KITCHEN & TILE, LLC,<br><br>Debtor. | Case No. 1:26-bk-00343<br><br>Chapter 11 |

# DEBTOR'S SECOND AMENDED BALLOT REPORT AND REPORT ON CONSENSUAL VERSUS NONCONSENSUAL CONFIRMATION UNDER 11 U.S.C. § 1191

Davis Kitchen & Tile, LLC, (the "Debtor"), by counsel, submits this Second Amended Ballot Report and Report on Confirmation in advance of the continued confirmation hearing set for October 28, 2026 at 10:30 a.m. by the Court's *Order Approving Supplemental Notice to Schedule G Contract Counterparties and Establishing Limited Supplemental Objection and Voting Deadlines* entered September 14, 2026 (Doc. 165) (the "Supplemental Notice Order"), and in accordance with ¶ 3 of the Court's *Order Granting Debtor's Motion to Continue Confirmation Hearing and Establishing Supplemental Notice, Bar Date, and Voting Deadlines* entered July 22, 2026 (Doc. 131) (the "Scheduling Order"). This report amends and supersedes the Debtor's Amended Ballot Report and Report on Consensual Versus Nonconsensual Confirmation filed September 13, 2026 (Doc. 161) (the "Amended Ballot Report"), and reports the ballots returned by the contract counterparties identified on Amended Schedule G following the supplemental notice. In support, the Debtor states as follows:

## BACKGROUND

1. On August 10, 2026, the Debtor filed its Amended SBRA Plan (Doc. 139) (the "Amended Plan"), and on August 12, 2026 served the Amended Plan and a ballot in accordance with the Scheduling Order (Doc. 141). In the Amended Ballot Report, the Debtor reported six (6) ballots, each accepting the Amended Plan: the five ballots cast on the Debtor's original plan and reported in Doc. 110, which carried forward to the Amended Plan under ¶ 5 of the Scheduling

Order and Federal Rule of Bankruptcy Procedure 3019, and one ballot cast by Marcus W. and Stephanie Estlack in Classes 5.3.1 and 7.1.16. Amended Ballot Report ¶¶ 5–8.

2. Section 7.3 of the Amended Plan provides for the Debtor's assumption of the work-in-progress contracts identified on Amended Schedule G (Doc. 113), under which the Debtor will complete each project on the terms originally agreed, with no amount payable on account of those contracts under the Amended Plan. Amended Plan § 7.3. By the Supplemental Notice Order, the Court approved a form of notice to the nineteen contract counterparties listed in ¶ 3 of that Order (the "Schedule G Counterparties") and fixed October 15, 2026, solely as to the Schedule G Counterparties, as the deadline to object to confirmation of the Amended Plan and to transmit a ballot accepting or rejecting it. Supplemental Notice Order ¶¶ 3–4. Ballots were to be transmitted to counsel for the Debtor at Johnson Legal Services, PLLC, 1049 Market Street, Wheeling, West Virginia 26003, and were not to be filed with the Bankruptcy Clerk. *Id.* ¶ 4.

3. On September 15, 2026, the Debtor served the Supplemental Notice, the Scheduling Order, the Amended Plan, the Debtor's supplemental notice motion and the Supplemental Notice Order, and a ballot upon each Schedule G Counterparty by first-class mail, and filed its certificate of service (Doc. 168). On September 18, 2026, the Debtor served the same documents, together with Official Form 309F2, upon Diane Marcotte Corwin and Donald E. Corwin, Jr. at the address of Schedule G Counterparty Wincor Properties, Don Corwin (Doc. 174). The ballot form transmitted with the Supplemental Notice stated a return date of October 13, 2026.

4. The Supplemental Notice Order left the deadlines of the Scheduling Order in effect as to all parties other than the Schedule G Counterparties and provided that "[b]allots previously cast remain effective in accordance with ¶ 5 of the Scheduling Order and Federal Rule of Bankruptcy Procedure 3019." Supplemental Notice Order ¶ 7. The six ballots reported in the Amended Ballot Report therefore remain effective and are carried forward in this report.

## BALLOTS RECEIVED FROM SCHEDULE G COUNTERPARTIES

5. Following service of the Supplemental Notice, the Debtor received six (6) ballots from or on behalf of Schedule G Counterparties. True and correct copies of those ballots are

attached hereto as Exhibit A. Numbered consecutively with the ballots reported in the Amended Ballot Report, they are summarized as follows:

| No. | Ballot Holder | Plan § (Sch. G ¶) | Claim Amount Stated | Vote | Ballot Date |
|---|---|---|---|---|---|
| 7 | Bill & Nancy Kessler (executed by Bill Kessler) | 7.3.6 (2.4) | None | Accept | Sept. 21, 2026 |
| 8 | Wincor Properties, Don Corwin (executed by Donald E. Corwin, Jr.) | 7.3.24 (2.23) | None | Reject | Sept. 25, 2026 |
| 9 | Melissa Sherfinski | 7.3.14 (2.12) | None | Reject | Oct. 9, 2026 |
| 10 | Michael Hyde | 7.3.16 (2.14) | None (figure struck) | Accept | Oct. 11, 2026 |
| 11 | Michelle Klishis | 7.3.16 (2.14) | None | Accept | Oct. 13, 2026 |
| 12 | Rebecca F. Dittenhafer | 7.3.18 (2.16) | $23,594.22 (POC #31) | Reject | Oct. 13, 2026 |

6. The ballots are further described as follows:

(a) Ballot No. 7 was executed on September 21, 2026 by Bill Kessler, who identifies himself as "Home Owner" and his interest as "Contract Party." The Kessler contract is treated in § 7.3.6 of the Amended Plan (Sch. G ¶ 2.4). The ballot checks "Accepts the plan."

(b) Ballot No. 8 was executed on September 25, 2026 by Donald E. Corwin, Jr. on behalf of Wincor Properties and describes the interest as "Unsecured Creditor / Contract Work-In-Progress / Don and Diane Corwin." The Wincor contract is treated in § 7.3.24 (Sch. G ¶ 2.23). The ballot checks "Rejects the plan" and states no claim amount.

(c) Ballot No. 9 was executed on October 9, 2026 by Melissa Sherfinski, who describes her interest as "unsecured (deposit)." The Sherfinski contract is treated in § 7.3.14 (Sch. G ¶ 2.12). The ballot marks "Rejects the plan" and states no claim amount.

(d) Ballot No. 10 was executed on October 11, 2026 by Michael Hyde. It designates "Plan Section 7.3.15 Assumed Contract (Work in Progress)"; a dollar figure of $23,045.03 written on the same line has been struck through and initialed. Ballot No. 10 was transmitted by counsel

for Mr. Hyde and Ms. Klishis, Joseph Pitrolo, Esq., by email on October 13, 2026. The struck figure of $23,045.03 is the deposit paid under the Hyde contract. The Debtor's mailing list only listed Mr. Hyde, and at the request of Mr. Pitrolo, the mailing list was amended to include Ms. Klishis. The ballot checks "Accepts the plan."

(e) Ballot No. 11 was executed on October 13, 2026 by Michelle Klishis and designates "Plan Section 7.3.15 – Assumed Contract (Work in Progress)." Ms. Klishis is a co-party, with Mr. Hyde, to the October 9, 2025 Design & Installation Agreement with the Debtor, and the Debtor and Ms. Klishis have agreed to her status under that contract. The ballot marks "Accepts the plan."

(f) Ballot No. 12 was executed on October 13, 2026 by Rebecca F. Dittenhafer and does not designate a plan class. The Dittenhafer contract is treated in § 7.3.18 (Sch. G ¶ 2.16). The ballot bears the voter's initials and a check mark on the line for "Rejects the plan" and states no claim amount, but Ms. Dittenhafer filed Proof of Claim No. 31 on the same date. *See* ¶ 9

7. No ballot was received from the remaining fourteen (14) Schedule G Counterparties. Barbara and Allen Rowan, whose contract is treated in § 7.3.4 (Sch. G ¶ 2.2), filed an objection to confirmation (Doc. 187) but did not return a ballot. An objection to confirmation is not a ballot and is not counted as a rejection.

**TREATMENT OF THE SCHEDULE G COUNTERPARTY BALLOTS**

8. Only "[t]he holder of a claim or interest allowed under section 502" may accept or reject a plan, 11 U.S.C. § 1126(a), and acceptance is measured class by class, *id.* § 1126(c). The Amended Plan does not place the Schedule G Counterparties in a class of claims. Section 7.3 provides for the assumption of their contracts under 11 U.S.C. § 365, under which the Debtor must cure any default and perform its remaining obligations, and the Amended Plan makes no distribution on account of those contracts. Amended Plan § 7.3; *see* 11 U.S.C. § 365(b)(1). The treatment in § 7.3 leaves the counterparties' contractual rights in place rather than altering them. *See* 11 U.S.C. § 1124. To the extent § 7.3 is regarded as a class, it is unimpaired and conclusively presumed to have accepted the Amended Plan under 11 U.S.C. § 1126(f).

9. The Supplemental Notice advised the Schedule G Counterparties that they could vote if they held a claim against the Debtor, such as a deposit paid for work not yet performed.

None of the three rejecting Schedule G Counterparties (Wincor Properties, Ms. Sherfinski, and Ms. Dittenhafer) is scheduled as holding a claim on Schedule E/F or listed in Class 7.1 of the Amended Plan, and none of their ballots states a claim amount. The Supplemental Notice Order reserves all rights as to whether any work-in-progress contract is executory, as to any cure amount, and as to the allowance of any claim. Supplemental Notice Order ¶ 8.

10. Even if the three rejecting Schedule G Counterparties were treated as holders of Class 7.1 claims, Class 7.1 would still accept in number and amount. Counting the six Class 7.1 acceptances previously reported, the Kessler acceptance, and the Hyde and Klishis acceptances as a single vote, eight holders would have accepted and three rejected, or 72.7% in number, well above the majority required by 11 U.S.C. § 1126(c). In amount, the accepting Class 7.1 claims total at least $145,296.56 without attributing any amount to the Kessler or Hyde contracts, so the three rejecting holders together would need allowed claims exceeding $72,648.28 to bring acceptances below two-thirds in amount.

## CUMULATIVE TABULATION

11. Giving effect to the ballots reported in the Amended Ballot Report, as preserved by ¶ 7 of the Supplemental Notice Order, ¶ 5 of the Scheduling Order, and Rule 3019, together with the ballots received from Schedule G Counterparties, the Debtor has received twelve (12) ballots in total:

| No. | Creditor / Ballot Holder | Class | Claim Amount | Vote | Ballot Date |
|---|---|---|---|---|---|
| 1 | American Express National Bank | 7.1 | $5,963.43 | Accept | June 22, 2026 |
| 2 | Ferguson Enterprises, LLC | 7.1 | $61,362.00 | Accept | June 10, 2026 |
| 3 | Express Employment Professionals | 7.1.17 | $30,314.00 | Accept | June 19, 2026 |
| 4 | Pratt & Larson Ceramics, Inc. | 7.1 | $9,490.13 | Accept | June 9, 2026 |
| 5 | Whipkey Flooring (Paul M. & Regina G. Whipkey) | 7.1 | $10,000.00 | Accept | June 11, 2026 |
| 6 | Marcus W. Estlack and Stephanie Estlack (POC #13) | 5.3.1 / 7.1.16 | $3,800.00 / $28,167.00 | Accept | Aug. 28, 2026 |
| 7 | Bill & Nancy Kessler | § 7.3.6 | None stated | Accept | Sept. 21, 2026 |

| | | | | | |
|---|---|---|---|---|---|
| 8 | Wincor Properties, Don Corwin | § 7.3.24 | None stated | Reject | Sept. 25, 2026 |
| 9 | Melissa Sherfinski | § 7.3.14 | None stated | Reject | Oct. 9, 2026 |
| 10 | Michael Hyde | § 7.3.16 | None stated | Accept | Oct. 11, 2026 |
| 11 | Michelle Klishis | § 7.3.16 | None stated | Accept | Oct. 13, 2026 |
| 12 | Rebecca F. Dittenhafer | § 7.3.18 | None stated | Reject | Oct. 13, 2026 |

12. The results of balloting are tabulated by class as follows:

| Class | Ballots Accepting | Ballots Rejecting | Amount Accepting | Result |
|---|---|---|---|---|
| Class 7.1 — Undisputed General Unsecured Claims | 6 | 0 | $145,296.56 | ACCEPTS |
| Class 5.3 — Priority Consumer Deposit Claims (11 U.S.C. § 507(a)(7)) | 1 | 0 | $3,800.00 | ACCEPTS |
| § 7.3 — Assumed Work-in-Progress Contracts (Schedule G Counterparties) | 3 ballots (2 contracts) | 3 | None stated | Unimpaired; deemed to accept (§ 1126(f)) |
| All other classes | 0 | 0 | — | No ballots cast |

**ACCEPTANCE UNDER 11 U.S.C. § 1126(c)**

13. Class 7.1 (Undisputed General Unsecured Claims) is the principal impaired class entitled to vote on the Amended Plan. Six ballots were cast in that class, aggregating **$145,296.56** in claim amount, and every one accepted the Amended Plan. Class 7.1 has therefore accepted the Amended Plan by one hundred percent (100%) in amount and one hundred percent (100%) in number of the allowed claims of the class members that voted, well in excess of the two-thirds in amount and more than one-half in number required by 11 U.S.C. § 1126(c). As shown in ¶ 10, Class 7.1 would accept in number even if the three rejecting Schedule G Counterparties were counted in that class.

14. One ballot was cast in Class 5.3 (Priority Consumer Deposit Claims), by the holder of Class 5.3.1, accepting the Amended Plan. Holders of Consumer Deposit Claims receive the treatment prescribed by 11 U.S.C. § 1129(a)(9)(B), and to the extent Class 5.3 is unimpaired it is

deemed to have accepted the Amended Plan under 11 U.S.C. § 1126(f) and no ballot is required. To the extent Class 5.3 is entitled to vote, it has accepted: the sole ballot cast in that class accepted the Amended Plan, satisfying § 1126(c). Under either characterization, Class 5.3 is an accepting class.

15. No ballots were received from any other class. Holders of claims in unimpaired classes are not entitled to vote and are deemed to have accepted the Amended Plan pursuant to 11 U.S.C. § 1126(f).

**REPORT ON CONSENSUAL VERSUS NONCONSENSUAL CONFIRMATION**

16. Because every impaired class that voted has accepted the Amended Plan, and the only rejecting ballots were cast by contract counterparties whose treatment under § 7.3 is not that of an impaired class of claims, the Debtor reports that it intends to seek consensual confirmation of the Amended Plan under 11 U.S.C. § 1191(a).

17. The Debtor notes for the Court's information that objections to confirmation remain pending, including those of the State of West Virginia, Office of the Attorney General (Docs. 87, 155, 194), the United States Trustee (Docs. 95, 157, 193), BFS Group f/k/a O.C. Cluss (Doc. 99), WHLR-Pierpont Center, LLC (Docs. 100, 190), and Barbara and Allen Rowan (Doc. 187). Those objections are not votes on the Amended Plan and will be addressed at the confirmation hearing.

18. In the alternative, and in the event the Court determines that any impaired class has not accepted the Amended Plan, that the ballots of the rejecting Schedule G Counterparties are to be counted in an impaired class, or that the requirements of 11 U.S.C. § 1191(a) are otherwise not satisfied, the Debtor requests confirmation of the Amended Plan on a nonconsensual basis under 11 U.S.C. § 1191(b). The Amended Plan does not discriminate unfairly and is fair and equitable with respect to each class of claims that is impaired under, and has not accepted, the Amended Plan, within the meaning of 11 U.S.C. § 1191(c), in that it commits the Debtor's projected disposable income for the 60-month plan term, including a minimum plan base of $1,123,011.16 and seventy-five percent (75%) of Excess Cash Flow to holders of Class 7.1 claims. The Debtor will present evidence in support of confirmation under either subsection at the confirmation hearing.

19. The Debtor reserves all rights, including the right to object to the allowance of any claim, whether originally scheduled or newly added, notwithstanding the treatment or vote of such claim, and the right to contest whether any Schedule G Counterparty holds an allowed claim entitled to vote. Nothing in this report is an admission that any work-in-progress contract is or is not executory or that any cure amount is owed. *See* Scheduling Order ¶ 6; Supplemental Notice Order ¶ 8.

**WHEREFORE**, the Debtor respectfully submits this Second Amended Ballot Report and requests that the Court (i) find that Class 7.1 and Class 5.3 have accepted the Amended Plan; (ii) find that the ballots cast by Schedule G Counterparties are not votes of an impaired class of claims and do not alter the acceptance of the Amended Plan under 11 U.S.C. § 1126(c), or, alternatively, that Class 7.1 has accepted the Amended Plan even if those ballots are counted; (iii) confirm the Amended Plan on a consensual basis under 11 U.S.C. § 1191(a) at the October 28, 2026 confirmation hearing or, in the alternative, under 11 U.S.C. § 1191(b); and (iv) grant such other and further relief as is just and proper.

Respectfully submitted,

DAVIS KITCHEN & TILE, LLC,
Debtor and Debtor-in-Possession,
By Counsel

/s/ Ryan W. Johnson
Ryan W. Johnson (WVSB #14178)
JOHNSON LEGAL SERVICES, PLLC
1049 Market Street
Wheeling, WV 26003
(304) 212-4950
ryanjohnson@johnsonlegalservicespllc.com
Counsel for the Debtor and Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I, Ryan W. Johnson, hereby certify that on October 25, 2026, I electronically filed the foregoing Debtor's Second Amended Ballot Report and Report on Consensual Versus Nonconsensual Confirmation Under 11 U.S.C. § 1191 with the Clerk of the Court using the CM/ECF system.

/s/ Ryan W. Johnson
Ryan W. Johnson (WVSB #14178)
JOHNSON LEGAL SERVICES, PLLC
1049 Market Street
Wheeling, WV 26003
(304) 212-4950
ryanjohnson@johnsonlegalservicespllc.com
Counsel for the Debtor and Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re: DAVIS KITCHEN & TILE, LLC, Debtor — Case No. 1:26-bk-00343 (Chapter 11, Subchapter V)

# EXHIBIT A

## Ballots Received on the Debtor's Amended SBRA Plan [Doc. 139]

| No. | Ballot Holder | Class / Plan § | Vote | Ballot Date | Page |
|---|---|---|---|---|---|
| 1 | American Express National Bank | 7.1 | Accept | June 22, 2026 | 2 |
| 2 | Ferguson Enterprises, LLC (with transmittal letter) | 7.1 | Accept | June 10, 2026 | 3 |
| 3 | Express Employment Professionals | 7.1.17 | Accept | June 19, 2026 | 5 |
| 4 | Pratt & Larson Ceramics, Inc. | 7.1 | Accept | June 9, 2026 | 6 |
| 5 | Whipkey Flooring (Paul M. & Regina G. Whipkey) | 7.1 | Accept | June 11, 2026 | 7 |
| 6 | Marcus W. & Stephanie Estlack | 5.3.1 / 7.1.16 | Accept | Aug. 28, 2026 | 8 |
| 7 | Bill & Nancy Kessler | § 7.3.6 | Accept | Sept. 21, 2026 | 9 |
| 8 | Wincor Properties, Don Corwin | § 7.3.24 | Reject | Sept. 25, 2026 | 10 |
| 9 | Melissa Sherfinski | § 7.3.14 | Reject | Oct. 9, 2026 | 11 |
| 10 | Michael Hyde | § 7.3.16 | Accept | Oct. 11, 2026 | 12 |
| 11 | Michelle Klishis | § 7.3.16 | Accept | Oct. 13, 2026 | 13 |
| 12 | Rebecca F. Dittenhafer | § 7.3.18 | Reject | Oct. 13, 2026 | 14 |

Ballot Nos. 1–5 were cast on the Debtor's original plan [Doc. 53] and are carried forward to the Amended Plan under ¶ 5 of the Scheduling Order [Doc. 131], ¶ 7 of the Supplemental Notice Order [Doc. 165], and Fed. R. Bankr. P. 3019. Ballot No. 6 was received following service of the Amended Plan on August 12, 2026. Ballot Nos. 7–12 were received from Schedule G Counterparties following service under the Supplemental Notice Order.

| | |
|---|---|
| Debtor Name: | Davis Kitchen & Tile, LLC |
| | UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA |
| Case No. | 26-bk-343 |

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed a plan of reorganization dated June 1, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: (or as otherwise ordered by the Court) June 29, 2026

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** American Express National Bank

Part/Class of the Plan where your claim/interest is treated: 7.1

Claim Amount: $5,963.43
Account Ending: 1002

Check one box only:

Accepts the plan: X

Rejects the plan: ______

Dated: June 22, 2026

Print or Type Name: Kenneth W. Kleppinger

Signature: [signature]

Title (if a business entity): Attorney/Agent for creditor

Address: c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

**AMATO AND KEATING, P.C.**

Pittsburgh Office:
4232 Northern Pike, Suite 202
Pittsburgh, PA 15146-2719
Tel: (412) 856-8484
Fax: (412) 856-4444

Admitted to Practice In:
Pennsylvania and West Virginia †
Minnesota ††

107 NORTH COMMERCE WAY, SUITE 100
BETHLEHEM, PA 18017-8913
TELEPHONE (610) 866-0400
FACSIMILE (610) 866-9155
WEBSITE WWW.AMATOLAW.COM
EMAIL EMAIL@AMATOLAW.COM
A DEBT COLLECTION LAW FIRM

RONALD AMATO
JOHN R. KEATING†
JUSTIN N. DAVIS
MICHAEL J. ALBANESE
ROBERT M. EVANS††

June 11, 2026

Johnson Legal Services, PLLC
1049 Market Street
Wheeling WV 26003

Re: **DAVIS KITCHEN AND TILE LLC CHRISTOPHER COLLINS**
**Bankruptcy No. 26-BK-343**
**Reference #: 2250123**

Dear Sir/Madam:

Enclosed please find the executed ballot of Ferguson Enterprises, LLC which is a Class 7.1 creditor under the Subchapter V Chapter 11 Plan as filed on June 1, 2026. If you have any questions, please do not hesitate to contact me.

Very truly yours,
AMATO AND KEATING, P.C.
By:
John R. Keating

Enclosure

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed a plan of reorganization dated June 1, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: (or as otherwise ordered by the Court) June 29, 2026

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Ferguson Enterprises LLC

Part/Class of the Plan where your claim/interest is treated: 7.1

Check one box only:

Accepts the plan: ✓

Rejects the plan: ______

Dated: 06/10/2026

Print or Type Name: Jacqueline Butler

Signature:

Title (if a business entity): Lead Credit Service Specialist

Address: 751 Lakefront Commons, Newport News, VA 23606

No. 1:26-bk-00343 Doc 202 Filed 10/20/26 Entered 10/20/26 11:54:23 Page 5 of 83

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed a plan of reorganization dated June 1, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: (or as otherwise ordered by the Court) June 29, 2026

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Express Employment

Part/Class of the Plan where your claim/interest is treated: 7.1.17

Check one box only:

Accepts the plan: ✓

Rejects the plan: ____

Dated: 6/19/26

Print or Type Name: Chad Draher

Signature: [signature]

Title (if a business entity): President

Address: 1000 Coombs Farm Dr
Suite 106
Morgantown, WV 26508

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed a plan of reorganization dated June 1, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: (or as otherwise ordered by the Court) June 29, 2026

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Pratt + Larson

Part/Class of the Plan where your claim/interest is treated: Part 7

Check one box only:

Accepts the plan: ✓

Rejects the plan: ______

Dated: June 9, 2026

Print or Type Name: Katie Gibson

Signature: [signature]

Title (if a business entity): Accounting + HR Assistant

Address: 1201 SE 3rd Ave
Portland OR 97214

| | |
|---|---|
| Debtor Name: | Davis Kitchen & Tile, LLC |
| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA | |
| Case No. | 26-bk-343 |

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed a plan of reorganization dated June 1, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: (or as otherwise ordered by the Court) June 29, 2026

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Paul M. Whipkey and Regina G. Whipkey, AKA Whipkey Flooring

Part/Class of the Plan where your claim/interest is treated: Part 7 Non-priority unsecured Claims

Check one box only:

Accepts the plan: ✓

Rejects the plan: ______

Dated: June 11, 2026

Print or Type Name: Paul M. and Regina G. Whipkey

Signature: Paul M. Whipkey, Regina G. Whipkey

Title (if a business entity): ______

Address: 3 Angle St.
Connellsville, PA 15425

Debtor Name: Davis Kitchen & Tile, LLC
UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before:
(or as otherwise ordered by the Court)

For your ballot to be counted, you must file your ballot at the following address – **DO NOT** file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** MARCUS AND STEPHANIE ESTLACK

Part/Class of the Plan where your claim/interest is treated: 5.3.1 + 7.1.16

Check one box only:

Accepts the plan: ✓

Rejects the plan: ______

Dated: 8-28-2026

Print or Type Name: MARCUS W. ESTLACK

Signature: Marcus W. Estlack

Title (if a business entity): ______

Address: 78 SMITHTOWN SCHOOL ROAD
MORGANTOWN WV 26508

| | |
|---|---|
| Debtor Name: | Davis Kitchen & Tile, LLC |
| | UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA |
| Case No. | 26-bk-343 |

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: October 13, 2026.

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** *Bill Kessler*

Part/Class of the Plan where your claim/interest is treated: *Contract Party*

Check one box only:

Accepts the plan: *✓*

Rejects the plan: ______

Dated: *Sept 21, 2026*

Print or Type Name: *Bill Kessler*

Signature: [signature]

Title (if a business entity): *Home Owner*

Address: *11 Antietam Drive*
*Morgantown, WV 26508*

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: October 13, 2026.

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Wincor Properties, Don Corwin

Part/Class of the Plan where your claim/interest is treated: Unsecured Creditor Contract Work-In-Progress Don and Diane Corwin

Check one box only:

Accepts the plan: ______

Rejects the plan: ✓ (circled)

Dated: 9-25-26

Print or Type Name: Donald E Corwin JR

Signature: [signature]

Title (if a business entity): Wincor Properties

Address: 2692 Halleck Road
Morgantown, WV 26508

No. 1:26-bk-00343 Doc 139 Filed 08/10/26 Entered 08/10/26 17:59:14 Page 18 of 22

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: October 13, 2026.

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Melissa Sherfinski

Part/Class of the Plan where your claim/interest is treated: unsecured (deposit)

Check one box only:

Accepts the plan: ______

Rejects the plan: X

Dated: 10-9-26

Print or Type Name: Melissa Sherfinski

Signature: Melissa Sherfinski

Title (if a business entity): ______

Address: 112 Euclid Ave.
Morgantown, WV 26501

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: October 13, 2026.

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Michael Hyde mH

Part/Class of the Plan where your claim/interest is treated: ~~$23,045.03~~ Plan Section 7.3.15 Assumed Contract (work in Progress) MH

Check one box only:

Accepts the plan: ✓

Rejects the plan: ______

Dated: 10-1-2026

Print or Type Name: Michael Hyde

Signature: [signature]

Title (if a business entity): ______

Address: 2596 University Ave
Morgantown WV 26505

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: October 13, 2026.

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Michelle Klishis

Part/Class of the Plan where your claim/interest is treated: Plan Section 7.3.15 - Assumed Contract (Work in Progress)

Check one box only:

Accepts the plan: X

Rejects the plan: ____

Dated: 2026-10-13

Print or Type Name: Michelle Klishis

Signature: Michelle Klishis

Title (if a business entity): ____

Address: 2596 University Ave
Morgantown, WV 26505

Debtor Name: Davis Kitchen & Tile, LLC

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case No. 26-bk-343

**Ballot for Accepting or Rejecting Plan of Reorganization**

The Debtor filed an amended plan of reorganization dated August 10, 2026. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been classified in the Plan. If you hold claims or equity interests in more than one class, you may submit a vote for each class.

Your ballot is due on or before: October 13, 2026.

For your ballot to be counted, you must file your ballot at the following address – DO NOT file your ballot with the Bankruptcy Clerk:

Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Name of Creditor or Equity Interest Holder:** Rebecca Dittenhafer

Part/Class of the Plan where your claim/interest is treated: ____________

Check one box only:

Accepts the plan: ____________

Rejects the plan: RFD ✓

Dated: 10/13/2026

Print or Type Name: Rebecca E. Dittenhafer

Signature: Rebecca F Dittenhafer

Title (if a business entity): ____________

Address: 506 North Main Street
Masontown, PA 15461

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br>**DAVIS KITCHEN & TILE, LLC,**<br>Debtor. | Case No. 1:26-bk-00343<br>Chapter 11, Subchapter V |

# DEBTOR'S EXHIBIT

# D-3

Monthly Operating Report — May 2026

*Source: Doc. 77 | Matter(s): (a), (c), (d)*

*Hearing of October 28, 2026*

**Fill in this information to identify the case:**

Debtor Name Davis Kitchen & Tile LLC

United States Bankruptcy Court for the Northern District of West Virginia

Case number: 26-bk-343

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: May

Date report filed: 06/18/2026 (MM / DD / YYYY)

Line of business: Interior Renovation Const

NAISC code: ______

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: CEO / Owner

Original signature of responsible party: [signature]

Printed name of responsible party: Christopher S Collins

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Davis Kitchen & Tile LLC Case number 26-bk-343

17. Have you paid any bills you owed before you filed bankruptcy? ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ -381.90

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 104,202.50

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 96,801.91

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here. This amount may be different from what you may have calculated as *net profit*. + $ 7,400.59

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 7,018.69

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 7,645.59

*(Exhibit E)*

Debtor Name Davis Kitchen & Tile LLC Case number 26-bk-343

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 6,694.05

## 5. Employees

26. What was the number of employees when the case was filed? 6
27. What is the number of employees as of the date of this monthly report? 5

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 10,000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 10,000.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 10,000.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | | *Column B* **Actual** Copy lines 20-22 of this report. | | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | – | $ 104,202.50 | = | $ 104,202.50 |
| 33. **Cash disbursements** | $ 0.00 | – | $ 96,801.91 | = | $ 96,801.91 |
| 34. **Net cash flow** | $ 0.00 | – | $ 7,400.59 | = | $ 7,400.59 |

35. Total projected cash receipts for the next month: $ 147,642.00
36. Total projected cash disbursements for the next month: - $ 107,465.65
37. Total projected net cash flow for the next month: = $ 40,176.35

Debtor Name Davis Kitchen & Tile LLC Case number 26-bk-343

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☑ 42. Project, job costing, or work-in-progress reports.

Davis Kitchen & Tile LLC

Monthly Operating Report for Small Business Under Chapter 11

For Period: May 2026

Case Number: 26-bk-343

## Exhibit A

3. It was our first month during which we filed Subchapter V and we had paid a large payment to Showplace Cabinetry of $30,321.40 which inhibited our business from paying other necessary bills on time.

4. It was our first month during which we filed Subchapter V and we had paid a large payment to Showplace Cabinetry of $30,321.40 which inhibited our business from paying our employees on time.

6. It was our first month during which we filed Subchapter V and we had paid a large payment to Showplace Cabinetry of $30,321.40 which inhibited our business from paying our 941 taxes on time.

7. It was our first month during which we filed Subchapter V and we had paid a large payment to Showplace Cabinetry of $30,321.40 which inhibited our business from paying our government filings.

Davis Kitchen & Tile LLC

Monthly Operating Report for Small Business Under Chapter 11

For Period: May 2026

Case Number: 26-bk-343

**Exhibit B**

17. It was our first month during which we filed Subchapter V and we had paid a large payment to Showplace Cabinetry of $30,321.40 that we owed before we filed bankruptcy.

**Davis Kitchen and Tile LLC**
Prepared on 06/18/26
**Income Statement/Budget**
*For Future 12 Months*

| | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Income** | | | | | | | | | | | | | |
| Contract Income | $29,142.00 | $37,660.00 | $37,661.00 | $37,662.00 | $37,663.00 | $37,664.00 | $37,665.00 | $37,666.00 | $37,667.00 | $37,668.00 | $37,669.00 | $37,669.00 | $443,456.00 |
| Service Income | 0.00 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | $30,863.47 |
| Showroom Sales | 118,500.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | $1,160,750.00 |
| Design/Measure Fees | 0.00 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | $26,079.17 |
| Vendor Rebates | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Discounts Given | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Finance Charge Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Freight Income | 0.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | $3,850.00 |
| Over/Underbillings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Discounts Earned | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Operating Income:** | **$147,642.00** | **$137,936.60** | **$137,937.60** | **$137,938.60** | **$137,939.60** | **$137,940.60** | **$137,941.60** | **$137,942.60** | **$137,943.60** | **$137,944.60** | **$137,945.60** | **$137,945.60** | **$1,664,998.64** |
| | | | | | | | | | | | | | |
| **Direct Expense** | | | | | | | | | | | | | |
| Materials | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | $512,492.00 |
| Freight | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | $6,600.00 |
| Equipment Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Subcontracted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Job Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Commission Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Direct Labor | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | $166,358.00 |
| D/L Payroll Taxes | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | $15,775.00 |
| D/L Workers Compensation | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | $3,712.00 |
| D/L Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| D/L Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| B&O Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Non-Tax Per Diem | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | $14,579.00 |
| Other Direct Expense | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| **Total Direct Expense:** | **59,960.67** | **59,961.67** | **59,962.67** | **59,963.67** | **59,964.67** | **59,965.67** | **59,966.67** | **59,967.67** | **59,968.67** | **59,969.67** | **59,970.67** | **59,970.67** | **719,593.00** |
| | | | | | | | | | | | | | |
| **Equip/Shop Expense** | | | | | | | | | | | | | |
| Shop Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Warehouse Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Lease Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Fuel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Supplies & Maint | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Use Contra | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Warehouse/Equipt Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Equip/Shop Expense:** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Total Direct & Equip/Shop Expense:** | **59,960.67** | **59,961.67** | **59,962.67** | **59,963.67** | **59,964.67** | **59,965.67** | **59,966.67** | **59,967.67** | **59,968.67** | **59,969.67** | **59,970.67** | **59,970.67** | **719,593.00** |
| | | | | | | | | | | | | | |
| **Gross Profit:** | **87,681.33** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **945,405.64** |

**Davis Kitchen and Tile LLC**
Prepared on 06/18/26
**Income Statement/Budget**
*For Future 12 Months*

| | | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overhead Expense** | | | | | | | | | | | | | | |
| | Rent | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | $62,653.00 |
| | Office Supplies | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | $1,622.00 |
| | Utilities | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | $23,569.00 |
| | Electric | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| | Credit Card Process Fees | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | $5,487.00 |
| | Bank Charges | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | $1,573.00 |
| | Finance Charges-Vendors | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | $16,114.00 |
| | Postage | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | $422.00 |
| | Freight Charges | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | $464.00 |
| | Sales Tax Expense | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | $122.00 |
| | Office Cleaning | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | $3,960.00 |
| | Trash Service | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | $1,403.00 |
| | Printing | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | $52.00 |
| | Photography | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | $350.00 |
| | Advertising & Promotion | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | $5,961.24 |
| | Computer Software Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Computer Hardware | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Computer Service & Support | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | $9,000.00 |
| | Computer Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Accounting Fees | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | $6,000.00 |
| | Legal Fees | 751.00 | 752.00 | 753.00 | 754.00 | 755.00 | 756.00 | 757.00 | 758.00 | 759.00 | 760.00 | 761.00 | 761.00 | $9,077.00 |
| | Employment Expenses | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | $984.00 |
| | Travel | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | $362.00 |
| | Dues & Subscriptions | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | $4,727.00 |
| | Training/Seminars | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| | Meals & Entertainment | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | $1,024.00 |
| | Charity Donations | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| | Maintenance & Repair | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | $1,597.00 |
| | Gifts & Entertainment | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| | Discounts- Contractor | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | $1,439.00 |
| | Liability Insurance | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | $1,341.00 |
| | Taxes | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| | Property Tax | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | $17,658.00 |
| | Licenses | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | $168.00 |
| | Interest Expense | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | $10,745.00 |
| | Customer Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Bad Debt Expense | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | $122.52 |
| | Other Office Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Decore & Displays | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Samples & Catalogs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Suspense/Clearing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Plan Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

| Davis Kitchen and Tile LLC | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prepared on 06/18/26 | | | | | | | | | | | | | | |
| **Income Statement/Budget** | | | | | | | | | | | | | | |
| *For Future 12 Months* | | | | | | | | | | | | | | |
| | | **Jun-26** | **Jul-26** | **Aug-26** | **Sep-26** | **Oct-26** | **Nov-26** | **Dec-26** | **Jan-27** | **Feb-27** | **Mar-27** | **Apr-27** | **May-27** | **Total 12-Month** |
| | Warranty Work | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Commission - Outside Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Overhead Labor | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | $174,921.00 |
| | O/H Payroll Taxes | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | $16,280.00 |
| | O/H Workers Compensation | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | $1,169.00 |
| | O/H Benefits | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | $432.00 |
| | O/H Liability Insurance | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| | Simple IRA Employer Contributions | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | $4,927.00 |
| | COVID Payroll Tax offset | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| | O/H Per Diem | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | $14,574.00 |
| | Vehicle Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Vehicle Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Vehicle Fuel | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | $559.00 |
| | Vehicle Repair | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| | Vehicle & Liability Insurance | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | $7,189.00 |
| | Small Tools | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Uniforms | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Other Shop Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Vehicle Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Tools Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Office Equipment Dep'n Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Furniture & Fixtures Dep'n Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Inventory Adjustments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | **Total Overhead Expense:** | **34,006.56** | **34,015.56** | **34,024.56** | **34,033.56** | **34,042.56** | **34,051.56** | **34,060.56** | **34,069.56** | **34,078.56** | **34,087.56** | **34,096.56** | **34,096.56** | **408,663.76** |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Administrative Expense** | | | | | | | | | | | | | | |
| | Admin Salaries | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | $145,692.00 |
| | Admin Payroll Taxes | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | $15,036.00 |
| | Admin Workers Compensation | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | $677.00 |
| | Admin Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Admin Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Admin Per Diem | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | $576.00 |
| | Other Administrative Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | **Total Administrative Expense:** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **161,981.00** |
| | **Total Indirect Expense:** | **47,504.98** | **47,513.98** | **47,522.98** | **47,531.98** | **47,540.98** | **47,549.98** | **47,558.98** | **47,567.98** | **47,576.98** | **47,585.98** | **47,594.98** | **47,594.98** | **570,644.76** |
| | | | | | | | | | | | | | | |
| | **Income from Operations:** | **40,176.35** | **30,460.96** | **30,451.96** | **30,442.96** | **30,433.96** | **30,424.96** | **30,415.96** | **30,406.96** | **30,397.96** | **30,388.96** | **30,379.96** | **30,379.96** | **374,760.88** |
| | | | | | | | | | | | | | | |
| **Other Income** | | | | | | | | | | | | | | |
| | Other Income | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| | | | | | | | | | | | | | | |
| | **Net Income Before Tax:** | **40,176.35** | **30,460.96** | **30,451.96** | **30,442.96** | **30,433.96** | **30,424.96** | **30,415.96** | **30,406.96** | **30,397.96** | **30,388.96** | **30,379.96** | **30,379.96** | **374,760.88** |
| | | | | | | | | | | | | | | |
| **After Tax Expense** | | | | | | | | | | | | | | |

**Davis Kitchen and Tile LLC**
Prepared on 06/18/26
**Income Statement/Budget**
*For Future 12 Months*

| | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Federal Income Tax Expense | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | $4,000.00 |
| State Income Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Tax Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other After Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total After Tax Expense:** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **4,000.00** |
| **Net Income:** | **$39,843.02** | **$30,127.62** | **$30,118.62** | **$30,109.62** | **$30,100.62** | **$30,091.62** | **$30,082.62** | **$30,073.62** | **$30,064.62** | **$30,055.62** | **$30,046.62** | **$30,046.62** | **$370,760.88** |
| **Chapter 11 Payment Plan** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | $328,800.00 |
| **Net Income After Chapter 11 Payment Plan** | **$12,443.02** | **$2,727.62** | **$2,718.62** | **$2,709.62** | **$2,700.62** | **$2,691.62** | **$2,682.62** | **$2,673.62** | **$2,664.62** | **$2,655.62** | **$2,646.62** | **$2,646.62** | **$41,960.88** |

| Davis Kitchen & Tile - Work in Progress Report | | | | | |
|---|---|---|---|---|---|
| Date: 6/18/2026 | | | | | |
| | $ 292,992 | $ 194,890 | $ 98,102 | | |
| **Job** | **Outstanding Balance** | **Outstanding Materials** | **Amount Receivable vs Amount Payable** | **Start Date** | **Status** |
| Baushard Kitchen | $ 3,400 | $ - | $ 3,400 | Complete | Owes for final payment |
| Schifano Master | $ 8,704 | $ 17,015 | $ (8,311) | In Process | Next draw is Ctop template |
| Sellaro Master | $ 17,778 | $ 7,775 | $ 10,002 | In Process | Started 6/15/2026 |
| Handelman Upstairs Bathroom | $ 7,570 | $ 3,863 | $ 3,707 | In Process | Started 6/15/2026 |
| Handelman Downstairs Bathroom | $ 11,515 | $ 5,326 | $ 6,189 | In Process | Plan to start 6/18/2026 |
| Sellaro Fridge Cabinet | $ 1,144 | | $ 1,144 | In Process | |
| Lituma Kitchen | $ 27,529 | $ 24,733 | $ 2,796 | In Process | Owes $11,000 from last draw |
| Mary Lou Wilson Kitchen | $ 23,963 | $ 15,485 | $ 8,478 | Unsure | |
| Rellick Master | $ 20,918 | $ 11,403 | $ 9,515 | Unsure | Have cabinetry in warehouse, wanted to start 6/1 and heard from her attorney that she wants to cancel job |
| Brugnoli Bath Floor | $ 2,118 | $ 435 | $ 1,683 | 6/22/2026 | |
| Kessler Bath | $ 10,429 | $ 7,051 | $ 3,378 | 6/22/2026 | |
| Dittenhafer Bathroom | $ 15,910 | $ 6,440 | $ 9,470 | 6/29/2026 | |
| Shutler Shower Install | $ 6,808 | $ 2,445 | $ 4,363 | 6/29/2026 | On vacation 6/15-6/26 |
| Jeruzal Upstairs and Kitchen | $ 2,325 | $ 1,234 | $ 1,092 | 6/29/2026 | |
| Murray Kitchen Cabinets | $ 10,702 | $ 10,233 | $ 469 | 6/29/2026 | |
| Dittenhafer Laundry | $ 8,002 | $ 5,222 | $ 2,780 | 7/27/2026 | |
| Hyde Kitchen | $ 23,515 | $ 16,179 | $ 7,336 | 8/3/2026 | |
| Schwalm Primary Bath | $ 11,511 | $ 7,546 | $ 3,964 | 8/3/2026 | |
| Ramsey Shower | $ 5,450 | $ 4,632 | $ 818 | 8/10/2026 | |
| Keough Kitchen | $ 23,406 | $ 18,621 | $ 4,785 | 8/10/2026 | |
| Schwalm Guest Bath | $ 7,906 | $ 4,042 | $ 3,864 | 8/17/2026 | |
| Jeruzal Basement Bath | $ 8,215 | $ 3,521 | $ 4,694 | 8/17/2026 | |
| Allen Basement Bar | $ 13,892 | $ 3,965 | $ 9,927 | 8/24/2026 | |
| Sherfinski Bath | $ 12,785 | $ 5,508 | $ 7,277 | 8/24/2026 | |
| Battin Laundry | $ 36,227 | $ 20,562 | $ 15,666 | 9/7/2026 | |
| Miconi Bathroom | $ 12,024 | $ 8,598 | $ 3,427 | 9/7/2026 | |
| Corwin Kitchen | $ 60,979 | $ 45,000 | $ 15,979 | 9/7/2026 | |
| Warren Kitchen | $ 11,146 | $ 12,000 | $ (854) | 9/14/2026 | |
| Rowan Kitchen | $ 22,188 | $ 19,143 | $ 3,045 | 9/21/2026 | |

First United
Bank & Trust

MEMBER FDIC

12892 Garrett Highway
Oakland, MD 21550

1-888-692-2654
MyBank.com

Last statement: April 30, 2026
This statement: May 29, 2026
Total days in statement period: 29

DAVIS KITCHEN & TILE LLC
831 VENTURE DR
MORGANTOWN WV 26508-7307


[redacted]7779
( 0)

***WHEN YOU JOIN YOUR CELL AND DEBIT CARD, YOU GET ONE POWERFUL TOOL! YOUR MOBILE WALLET, POWERED BY EITHER APPLE PAY, SAMSUNG PAY OR ANDROID PAY, IS AN EASY AND SMOOTH METHOD OF PAYING FOR YOUR PURCHASES AT ELIGIBLE MERCHANTS! LEARN MORE BY VISITING MYBANK.COM/DIGITAL OR CALL OUR CUSTOMER SERVICE CENTER AT 1-888-692-2654 FOR MORE INFORMATION.***

## Charge Off DD

| | | | |
|---|---|---|---|
| Account number | [redacted]7779 | Beginning balance | $-447.00 |
| Low balance | $-2,842.99 | Total additions | 2,426.00 |
| Average balance | $-657.31 | Total subtractions | 2,655.82 |
| Avg collected balance | $-657 | Ending balance | $-676.82 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 05-01 | ' Preauthorized Wd<br>COMPANION LIFE INSUR PREM 260501<br>Davis Kitchen and Tile | 36.00 |
| 05-01 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-01-26 | 5.99 |
| 05-04 | ' Preauthorized Wd<br>CHASE CREDIT CRD RETRY PYMT 260504<br>AGUILAR CHRISTEL D | 950.00 |
| 05-04 | ' Preauthorized Wd<br>Secure Storage o 2123723403 260504<br>Christopher Collins | 1,440.00 |
| 05-04 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-04-26 | 5.99 |

| Date | Description | Subtractions |
|---|---|---|
| 05-05 | ' Preauthorized Wd<br>eProcessing Net Fees ePN 260505<br>012373 Davis Kitchen and Til | 30.00 |
| 05-05 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-05-26 | 5.99 |
| 05-06 | ' Overdraft Fee<br>FOR OVERDRAFT PREAUTHORIZED WD[redacted]7824 | 42.00 |
| 05-06 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-06-26 | 5.99 |
| 05-07 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-07-26 | 5.99 |
| 05-08 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-08-26 | 5.99 |
| 05-11 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-11-26 | 5.99 |
| 05-12 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-12-26 | 5.99 |
| 05-13 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-13-26 | 5.99 |
| 05-14 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-14-26 | 5.99 |
| 05-15 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-15-26 | 5.99 |
| 05-18 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-18-26 | 5.99 |
| 05-19 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-19-26 | 5.99 |
| 05-20 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-20-26 | 5.99 |
| 05-21 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-21-26 | 5.99 |
| 05-22 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-22-26 | 5.99 |
| 05-26 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-26-26 | 5.99 |
| 05-27 | ' Overdraft Fee<br>FOR CONTINUOUS OD ON 05-27-26 | 5.99 |
| 05-28 | ' Charged Off Acct Fee<br>CHARGE OFF FEE | 50.00 |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 05-04 | ' Return Item<br>COMPANION LIFE INSUR PREM 260501<br>Davis Kitchen and Tile | 36.00 |

DAVIS KITCHEN & TILE LLC
May 29, 2026


[redacted]7779

| Date | Description | Additions |
|---|---|---|
| 05-05 | ' Return Item<br>CHASE CREDIT CRD RETRY PYMT 260504<br>AGUILAR CHRISTEL D | 950.00 |
| 05-05 | ' Return Item<br>Secure Storage o 2123723403 260504<br>Christopher Collins | 1,440.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | -447.00 | 05-11 | -560.93 | 05-20 | -602.86 |
| 05-01 | -488.99 | 05-12 | -566.92 | 05-21 | -608.85 |
| 05-04 | -2,848.98 | 05-13 | -572.91 | 05-22 | -614.84 |
| 05-05 | -494.97 | 05-14 | -578.90 | 05-26 | -620.83 |
| 05-06 | -542.96 | 05-15 | -584.89 | 05-27 | -626.82 |
| 05-07 | -548.95 | 05-18 | -590.88 | 05-28 | -676.82 |
| 05-08 | -554.94 | 05-19 | -596.87 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $149.82 | $653.40 |
| Total Returned Item Fees | $0.00 | $0.00 |

## CHANGE OF ADDRESS

Please notify us immediately if you need to change your address. To change your address, visit any local First United branch or you may call our Customer Care Center at 1-888-692-2654.

## HOW TO RECONCILE YOUR ACCOUNT

Please compare this statement with your records. If no error is reported within 60 days, the statement will be considered correct. Retain all receipts until your next statement is received and reconciled.

1. **List and total all outstanding checks or withdrawals including those still outstanding from previous statements. Also, list any other outstanding debits to your account that are in your register, but not on this statement, such as ATM withdrawals, debit card transactions or automatic payments.**
2. **Enter ending balance shown on the front of statement.**
3. **Add deposits and other credits not shown on this statement.**
4. **Total**
5. **Subtract the total of outstanding checks and debits as determined in step 1 above.**
6. **This figure should be your checkbook balance. If it does not agree, review the above steps and, if necessary, review your checkbook entries.**

| (1) OUTSTANDING CHECKS & OTHER DEBITS | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

| RECONCILEMENT | | |
|---|---|---|
| (2) | | |
| (3) | | |
| | | |
| | | |
| | | |
| | | |
| (4) | | |
| (5) | | |
| (6) | | |

ENTER ALL DEPOSITS AND WITHDRAWALS MADE DURING THE PERIOD UNTIL YOUR NEXT STATEMENT

| DATE | DESCRIPTION | INTEREST | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you may call us at 1-888-692-2654 to verify that the deposit has been made.

## CERTIFICATE OF DEPOSIT

If you have questions concerning your Certificate of Deposit, please contact your local community office or call our Customer Care Center at 1-888-692-2654.

## IMPORTANT INFORMATION ABOUT YOUR LINE OF CREDIT ACCOUNT

We figure the Interest Charge on your account by applying the daily periodic rate to the "AVERAGE DAILY BALANCE", then multiply by the number of days in the billing cycle. The annual percentage rate (APR) may vary. To get the "AVERAGE DAILY BALANCE" we take the beginning Principal Balance of your account each day, add any new advances and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "AVERAGE DAILY BALANCE".

Notify us of inaccurate information we report to Consumer Reporting Agencies. Please notify us if we report any inaccurate information about your account to a consumer reporting agency. Your written notice describing the specific inaccuracy should be sent to us at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550.

## BILLING RIGHTS SUMMARY

*Notify us in case of errors or questions about your statement*

If you think your statement is incorrect or you need more information about a transaction on your statement, please call 1-888-692-2654 or visit your local community office. To dispute a payment, please write us on a separate sheet of paper at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550. We must hear from you no later than 60 days after we send you the first statement on which the error appeared. You may telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- Specify in detail what you believe to be an error and the reasons you believe the billing error exists, along with the amount, date and type of error.

During our investigation, we cannot try to collect any amount you question, or report you as delinquent on the amount in question. We can continue to bill you for the amount you question, including finance charges and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating but you are still obligated to pay the parts of your bill that are not in question.

EQUAL HOUSING LENDER Member FDIC

## ELECTRONIC FUNDS TRANSFER

Telephone our Customer Care Center at 1-888-692-2654 or write us at 12892 Garrett Highway, Oakland, MD 21550, as soon as possible, if you think your statement or receipt is wrong or if you need more information about the transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If our investigation takes longer than 10 business days after we hear from you we will credit your account the amount that you think is in error, so you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

We will tell you the results within three business days after completing our investigation. If we decide there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## HOW TO AVOID OVERDRAFTS

We review our overdraft report daily and do not charge fees for overdrafts if the account balance is overdrawn $10 or less. We typically pay most checks for a fee. We also offer additional services to help you avoid overdrafts and keep your checking account in the black.

- **Link with savings** – Automatically pull funds from your savings account when your checking account goes negative. Transaction limits may apply.
- **Link with Personal Line of Credit** – You may apply for a Personal Credit Line (PCL). If you meet the underwriting standards, the PCL will be set up for you. You may then link your PCL to your checking account. If an overdraft occurs, a transfer will be made from your PCL to your checking account. There is an annual fee for a PCL.
- **Opt-Out of Overdraft Services** – If you've experienced repeated difficulty with overdrafts, First United Bank & Trust will honor your request to decline coverage of overdrafts (i.e. opt-out) resulting from any non-electronic transactions such as checks. This opt-out means items presented against insufficient funds will be returned as applicable by law. Any previous "opt-in" request to our Standard Overdraft Protection services will be discontinued which may result in ATM or Point of Sale transactions being rejected or declined at the time of transaction. Customers are responsible for the return item charges from First United, as well as any charges from the merchant. Most customers prefer to avoid these additional charges and the embarrassment of declined payments, so this opt-out is intended as a last resort in special circumstances. This option may not result in a reduction of fees. Contact us at 1-888-692-2654 for information on how to opt-out entirely.

**First United**
Bank & Trust

12892 Garrett Highway
Oakland, MD 21550

1-888-692-2654
**MyBank.com**

MEMBER FDIC

Last statement: April 30, 2026
This statement: May 29, 2026
Total days in statement period: 29

DAVIS KITCHEN & TILE LLC
DKT RETAIL
831 VENTURE DR
MORGANTOWN WV 26508-7307

Page 1 of 6
[redacted]0062
( 0)

***WE OFFER BUSINESS SOLUTIONS TAILORED TO MEET ALL YOUR BUSINESS*** *NEEDS. IF YOU LIKE THE IDEA OF HAVING* ***NEIGHBORS*** *WITH EXPERTISE, ADVICE* ***AND FINANCIAL STRATEGIES, WE SHOULD TALK SOON. GO TO*** *MYBANK.COM/BUSINESS OR STOP* ***IN ANY*** *OF* ***OUR*** *COMMUNITY OFFICES FOR* ***MORE INFORMATION. WE'RE HAPPY TO HELP!***

## My Elite Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted]0062 | Beginning balance | $65.10 |
| Low balance | $-647.50 | Total additions | 101,776.50 |
| Average balance | $6,992.89 | Total subtractions | 94,146.09 |
| Avg collected balance | $6,992 | Ending balance | $7,695.51 |

CHECKS

| Number | Date | Amount |
|---|---|---|
| 2 | 05-27 | 750.00 |
| 1151 * | 05-07 | 1,269.47 |
| 1153 * | 05-07 | 968.57 |
| 1154 | 05-15 | 893.66 |
| 1155 | 05-15 | 966.67 |
| 1156 | 05-15 | 995.10 |
| 1157 | 05-18 | 968.57 |
| 1158 | 05-18 | 1,261.67 |
| 1159 | 05-18 | 1,118.41 |
| 1160 | 05-15 | 972.13 |
| 1161 | 05-26 | 968.57 |
| 1162 | 05-26 | 763.27 |
| 1163 | 05-26 | 1,222.67 |

| Number | Date | Amount |
|---|---|---|
| 1164 | 05-26 | 1,133.07 |
| 1165 | 05-22 | 972.13 |
| 1166 | 05-26 | 67.39 |
| 1247 * | 05-11 | 196.78 |
| 1268 * | 05-04 | 972.13 |
| 1269 | 05-01 | 200.00 |
| 1270 | 05-07 | 1,316.27 |
| 1271 | 05-12 | 830.00 |
| 1272 | 05-08 | 30,321.40 |
| 1273 | 05-11 | 400.00 |
| 43026 * | 05-01 | 587.28 |

* Skip in check sequence

DAVIS KITCHEN & TILE LLC
May 29, 2026


[redacted]0062

DEBITS

| Date | | Description | Subtractions |
|---|---|---|---|
| 05-01 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 04-30-26 | 43.96 |
| 05-04 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 05-01-26 | 3.69 |
| 05-04 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 ZOHO ZOHO BIGIN<br>WWW ZOHO CA XXXXXXXXXXXX7153 05-03-26 | 74.20 |
| 05-05 | ' | Overdraft Fee<br>FOR OVERDRAFT CHECK # 1268 | 42.00 |
| 05-05 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 01671<br>MORGANTOW WV XXXXXXXXXXXX7153 05-04-26 | 70.21 |
| 05-06 | ' | Preauthorized Wd<br>PREFERRED SURFAC SALE 260506<br>DAVIS KITCHEN AND TILE | 8,402.40 |
| 05-07 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER VISA DIRE NY XXXXXXXXXXXX7153 05-07-26 7:13 AM | 135.00 |
| 05-07 | ' | Cash Mgmt Trsfr Dr<br>REF 1271323L FUNDS TRANSFER TO DEP XXXXX7600<br>FROM | 10,000.00 |
| 05-08 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 449215 DAL TILE 169 PITT<br>SBURGH412 787 2 PAXXXXXXXXXXXX7153 05-07-26 | 49.00 |
| 05-08 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 05-07-26 | 80.09 |
| 05-08 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 05-07-26 | 83.14 |
| 05-08 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 410470 WV INSURANCE COMMI<br>SSIO CHARLESTO WV XXXXXXXXXXXX7153 05-07-26 | 173.30 |
| 05-08 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 403629 MORGANTOWN UTIL<br>304 292 8 WV XXXXXXXXXXXX7153 05-07-26 | 228.42 |
| 05-08 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 IN SMALDINO CONST<br>RUCTIO330 77033 OHXXXXXXXXXXXX7153 05-07-26 | 2,000.00 |
| 05-08 | ' | Wire Transfer-Out<br>202605080119149 VIZO FINANCIAL CORnull PA MIDDLETOWN<br>MIKE BAKOS ACCOUNT | 1,036.07 |

DAVIS KITCHEN & TILE LLC
May 29, 2026


[redacted]0062

| Date | Description | Subtractions |
|---|---|---|
| 05-08 | ' Preauthorized Wd<br>Mouser Operating CASH CONC ACH050826\<br>DAVIS KITCHEN & TILE | 123.60 |
| 05-08 | ' Preauthorized Wd<br>NIC SERVICES Encova Ins 260508<br>888 859 6183 Davis Kitchen and Tile | 1,576.00 |
| 05-11 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 05-09-26 | 3,317.54 |
| 05-11 | ' Preauthorized Wd<br>TSYS/TRANSFIRST MERCH FEES 260511<br>543684555987296 DAVIS KITCHEN AND TILE | 47.16 |
| 05-11 | ' Preauthorized Wd<br>FirstEnergy OPCO-ACH 260511<br>DAVIS KITCHEN AND TILE | 130.05 |
| 05-11 | ' Preauthorized Wd<br>COMCAST-XFINITY CABLE SVCS 260511<br>CHRISTOPHER *COLLINS | 135.90 |
| 05-11 | ' Preauthorized Wd<br>FirstEnergy OPCO-ACH 260511<br>DAVIS KITCHEN AND TILE | 200.03 |
| 05-11 | ' Preauthorized Wd<br>LIBERTY NATIONAL WSOBILLING 260508<br>DAVIS KITCHEN AND TILE | 576.64 |
| 05-11 | ' Preauthorized Wd<br>FirstEnergy OPCO-ACH 260511<br>DAVIS KITCHEN AND TILE | 1,272.79 |
| 05-12 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER NEW YORK NY XXXXXXXXXXXX7153 05-12-26 9:54 AM | 22.50 |
| 05-12 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 401339 Hardware Resources<br>BOSSIER C LA XXXXXXXXXXXX7153 05-11-26 | 29.54 |
| 05-12 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 401339 Hardware Resources<br>BOSSIER C LA XXXXXXXXXXXX7153 05-11-26 | 648.10 |
| 05-12 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER NEW YORK NY XXXXXXXXXXXX7153 05-12-26 9:54 AM | 765.93 |
| 05-12 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 403629 MORGANTOWN UTIL<br>304 292 8 WV XXXXXXXXXXXX7153 05-11-26 | 914.11 |
| 05-12 | ' Preauthorized Wd<br>DEUTSCH IMPORTS, SIGONFILE 260512<br>Davis Kitchen and Tile | 162.64 |
| 05-13 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 05-12-26 | 113.17 |

| Date | Description | Subtractions |
|---|---|---|
| 05-13 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 01671<br>MORGANTOW WV XXXXXXXXXXXX7153 05-12-26 | 450.25 |
| 05-13 | ' Wire Transfer-Out<br>202605130044457 JOHNSON LEGAL GROU1 BANK PLAZA WV 26 | 5,000.00 |
| 05-13 | ' Preauthorized Wd<br>REPUBLICSERVICES RSIBILLPAY 260513<br>309720049025 CLIFFSIDE LLC PURSGLOV | 392.00 |
| 05-13 | ' Preauthorized Wd<br>REPUBLICSERVICES RSIBILLPAY 260513<br>309720048669 CLIFFSIDE LLC | 924.44 |
| 05-14 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 401339 TOP KNOBS<br>BRANCHBUR NJ XXXXXXXXXXXX7153 05-13-26 | 354.98 |
| 05-15 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 05-14-26 | 39.73 |
| 05-15 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 05-14-26 | 159.00 |
| 05-15 | ' Wire Transfer-Out<br>202605150104285 VIZO FINANCIAL CORnull PA MIDDLETOWN<br>MIKE BAKOS ACCOUNT | 1,015.28 |
| 05-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 05-15-26 | 33.04 |
| 05-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 449215 DAL TILE 169 PITT<br>SBURGH412 787 2 PAXXXXXXXXXXXX7153 05-15-26 | 42.58 |
| 05-18 | ' Wire Transfer-Out<br>202605180114766 VIZO FINANCIAL COR1201 FULLING MILL<br>MIKE BAKOS: 161048 | 1,015.28 |
| 05-19 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 05-18-26 | 70.23 |
| 05-19 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 05-18-26 | 205.87 |
| 05-19 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 401339 Hardware Resources<br>BOSSIER C LA XXXXXXXXXXXX7153 05-18-26 | 498.02 |
| 05-22 | ' Wire Transfer-Out<br>202605220108527 VIZO FINANCIAL 1201 FULLING MILL<br>MIKE BAKOS ACCOUNT | 873.00 |
| 05-26 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 403981 FACS TSI<br>877 86576 PA XXXXXXXXXXXX7153 05-21-26 | 500.00 |

CREDITS

| Date | | Description | Additions |
|---|---|---|---|
| 05-01 | ' | Deposit | 1,168.66 |
| 05-05 | ' | Cash Mgmt Trsfr Cr<br>REF 1250717L FUNDS TRANSFER FRMDEP XXXXX7600<br>FROM | 760.00 |
| 05-06 | ' | Deposit | 59,758.85 |
| 05-07 | ' | Deposit | 10,922.94 |
| 05-12 | ' | Deposit Transfer<br>TRANSFER FROM XXXXXX1030 | 2,600.00 |
| 05-13 | ' | Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF 5436845559872964DA<br>VIS KITCHEN AND TILE MERC SV-TF051 326 | 1,633.34 |
| 05-14 | ' | Deposit | 6,026.45 |
| 05-15 | ' | Wire Transfer-IN<br>202605150125789 VIZO FINANCIAL CORMIDDLETOWN PA null | 1,015.28 |
| 05-18 | ' | Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF 5436845559872964DA<br>VIS KITCHEN AND TILE MERC SV-TF051 826 | 2,589.57 |
| 05-21 | ' | Deposit | 1,750.04 |
| 05-21 | ' | Deposit | 4,306.19 |
| 05-21 | ' | Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF 5436845559872964DA<br>VIS KITCHEN AND TILE MERC SV-TF052 126 | 1,452.60 |
| 05-22 | ' | POS Refund<br>MERCHANT REFUND TERMINAL 449215 DAL TILE 169 PITT<br>SBURGHPITTSBURG PAXXXXXXXXXXXX7153 05-21-26 12:00 AM | 42.58 |
| 05-28 | ' | NSF Returned Item<br>CHECK 2 | 750.00 |
| 05-29 | ' | Wire Transfer-IN<br>202605290222076 THE COLLINS SOOKHO2/809 E CHURCH ST | 7,000.00 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 65.10 | 05-11 | 6,642.46 | 05-21 | 7,153.03 |
| 05-01 | 402.52 | 05-12 | 5,869.64 | 05-22 | 5,350.48 |
| 05-04 | -647.50 | 05-13 | 623.12 | 05-26 | 695.51 |
| 05-05 | 0.29 | 05-14 | 6,294.59 | 05-27 | -54.49 |
| 05-06 | 51,356.74 | 05-15 | 2,268.30 | 05-28 | 695.51 |
| 05-07 | 48,590.37 | 05-18 | 418.32 | 05-29 | 7,695.51 |
| 05-08 | 12,919.35 | 05-19 | -355.80 | | |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $42.00 | $84.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## CHANGE OF ADDRESS

Please notify us immediately if you need to change your address. To change your address, visit any local First United branch or you may call our Customer Care Center at 1-888-692-2654.

## HOW TO RECONCILE YOUR ACCOUNT

Please compare this statement with your records. If no error is reported within 60 days, the statement will be considered correct. Retain all receipts until your next statement is received and reconciled.

1. List and total all outstanding checks or withdrawals including those still outstanding from previous statements. Also, list any other outstanding debits to your account that are in your register, but not on this statement, such as ATM withdrawals, debit card transactions or automatic payments.
2. Enter ending balance shown on the front of statement.
3. Add deposits and other credits not shown on this statement.
4. Total
5. Subtract the total of outstanding checks and debits as determined in step 1 above.
6. This figure should be your checkbook balance. If it does not agree, review the above steps and, if necessary, review your checkbook entries.

| (1) OUTSTANDING CHECKS & OTHER DEBITS | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

| RECONCILEMENT | | |
|---|---|---|
| (2) | | |
| (3) | | |
| | | |
| | | |
| | | |
| | | |
| (4) | | |
| (5) | | |
| (6) | | |

ENTER ALL DEPOSITS AND WITHDRAWALS MADE DURING THE PERIOD UNTIL YOUR NEXT STATEMENT

| DATE | DESCRIPTION | INTEREST | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you may call us at 1-888-692-2654 to verify that the deposit has been made.

## CERTIFICATE OF DEPOSIT

If you have questions concerning your Certificate of Deposit, please contact your local community office or call our Customer Care Center at 1-888-692-2654.

## IMPORTANT INFORMATION ABOUT YOUR LINE OF CREDIT ACCOUNT

We figure the Interest Charge on your account by applying the daily periodic rate to the "AVERAGE DAILY BALANCE", then multiply by the number of days in the billing cycle. The annual percentage rate (APR) may vary. To get the "AVERAGE DAILY BALANCE" we take the beginning Principal Balance of your account each day, add any new advances and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "AVERAGE DAILY BALANCE".

Notify us of inaccurate information we report to Consumer Reporting Agencies. Please notify us if we report any inaccurate information about your account to a consumer reporting agency. Your written notice describing the specific inaccuracy should be sent to us at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550.

## BILLING RIGHTS SUMMARY

*Notify us in case of errors or questions about your statement*

If you think your statement is incorrect or you need more information about a transaction on your statement, please call 1-888-692-2654 or visit your local community office. To dispute a payment, please write us on a separate sheet of paper at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550. We must hear from you no later than 60 days after we send you the first statement on which the error appeared. You may telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- Specify in detail what you believe to be an error and the reasons you believe the billing error exists, along with the amount, date and type of error.

During our investigation, we cannot try to collect any amount you question, or report you as delinquent on the amount in question. We can continue to bill you for the amount you question, including finance charges and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating but you are still obligated to pay the parts of your bill that are not in question.

EQUAL HOUSING LENDER Member FDIC

## ELECTRONIC FUNDS TRANSFER

Telephone our Customer Care Center at 1-888-692-2654 or write us at 12892 Garrett Highway, Oakland, MD 21550, as soon as possible, if you think your statement or receipt is wrong or if you need more information about the transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If our investigation takes longer than 10 business days after we hear from you we will credit your account the amount that you think is in error, so you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

We will tell you the results within three business days after completing our investigation. If we decide there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## HOW TO AVOID OVERDRAFTS

We review our overdraft report daily and do not charge fees for overdrafts if the account balance is overdrawn $10 or less. We typically pay most checks for a fee. We also offer additional services to help you avoid overdrafts and keep your checking account in the black.

- **Link with savings** – Automatically pull funds from your savings account when your checking account goes negative. Transaction limits may apply.
- **Link with Personal Line of Credit** – You may apply for a Personal Credit Line (PCL). If you meet the underwriting standards, the PCL will be set up for you. You may then link your PCL to your checking account. If an overdraft occurs, a transfer will be made from your PCL to your checking account. There is an annual fee for a PCL.
- **Opt-Out of Overdraft Services** – If you've experienced repeated difficulty with overdrafts, First United Bank & Trust will honor your request to decline coverage of overdrafts (i.e. opt-out) resulting from any non-electronic transactions such as checks. This opt-out means items presented against insufficient funds will be returned as applicable by law. Any previous "opt-in" request to our Standard Overdraft Protection services will be discontinued which may result in ATM or Point of Sale transactions being rejected or declined at the time of transaction. Customers are responsible for the return item charges from First United, as well as any charges from the merchant. Most customers prefer to avoid these additional charges and the embarrassment of declined payments, so this opt-out is intended as a last resort in special circumstances. This option may not result in a reduction of fees. Contact us at 1-888-692-2654 for information on how to opt-out entirely.

# Balance Sheet

06/15/26

Davis Kitchen and Tile LLC

## Balance Sheet

*Period 5 At May 2026*

---

## Assets

### Current Assets

| | | |
|---|---|---|
| Clear Mtn Checking | $55.48 | |
| PPP Proceeds Bank | 0.00 | |
| Petty Cash | 37.87 | |
| Undeposited Funds | 0.00 | |
| Clear Mtn Debit Card | 0.00 | |
| Amazon Gift Card | 0.00 | |
| First United Bank & Trust | 80.66 | |
| Cash Clearing Account | (0.02) | |
| FUBT - Retail | 1,925.24 | |
| Contract Receivables | 43,731.98 | |
| Startup Contract Receivables | 0.00 | |
| Service Receivables | 118,607.78 | |
| Startup Service Receivables | 0.00 | |
| Other Receivables | 0.00 | |
| Bad Debt Allowance | 0.00 | |
| Underbillings | 0.00 | |
| Inventory | 63,461.03 | |
| Startup Inventory | 0.00 | |
| Payroll Advances | 0.00 | |
| Refundable Deposits | 0.00 | |
| **Total Current Assets:** | | **$227,900.02** |

### WIP Assets

| | | |
|---|---|---|
| WIP - Default | 0.00 | |
| **Total WIP Assets:** | | **0.00** |

### Long Term Assets

| | | |
|---|---|---|
| Misc Fixed Assets | 80,131.90 | |
| Store Displays | 28,000.00 | |
| Tools | 6,300.00 | |

| | | |
|---|---|---|
| Office Equipment | 9,808.40 | |
| Master Builder Software | 5,000.00 | |
| Furniture & Fixtures | 0.00 | |
| Goodwill | 255,519.64 | |
| Vehicle Asset | 0.00 | |
| Equipment Assest | 0.00 | |
| Lease Hld/Improvements | 20,000.00 | |
| **Total Long Term Assets:** | **404,759.94** | |

**Accumulated Depreciation**

| | | |
|---|---|---|
| Accum Dep'n Displays | 0.00 | |
| Accumulated Depreciation | (100,755.00) | |
| Accum Dep'n Vehicles | 0.00 | |
| Accum Dep'n Tools | 0.00 | |
| Accum Dep'n Office Equipment | 0.00 | |
| Accum Dep'n Communication Eq | 0.00 | |
| Accum Dep'n Furniture & Fxt | 0.00 | |
| Accumulated Amortization | (49,871.00) | |
| **Total Accumulated Depreciation:** | **(150,626.00)** | |
| **Net Long Term Assets:** | | **254,133.94** |

**Other Assets**

| | | |
|---|---|---|
| Prepaid Insurance | 0.00 | |
| Prepaid Expenses | 0.00 | |
| **Total Other Assets:** | | **0.00** |
| **Total Assets:** | | **$482,033.96** |

# Liabilities

**Current Liabilities**

| | | |
|---|---|---|
| Trade Accounts Payable | 439,435.02 | |
| Startup Accounts Payable | 0.00 | |
| Trade Advances Payable | 0.00 | |
| Lowes | 22,610.77 | |
| Chase | 0.00 | |
| Hugharts Supply | 0.00 | |
| OC Cluss | 0.00 | |
| Office Depot | 0.00 | |

| | | |
|---|---|---|
| Office Depot | 0.00 | |
| Blue Tarp Credit Services | 0.00 | |
| American Express | 0.00 | |
| American Express | 1,432.21 | |
| Menards | 30,314.11 | |
| Christel Collins | 3,663.82 | |
| Christopher Collins | 12,030.13 | |
| OC Cluss Payable | 6,500.00 | |
| Other Accounts Payable | 0.00 | |
| Lowes LBA | 0.00 | |
| Overbillings | 0.00 | |
| Sales Tax Payable | 69,490.57 | |
| Sales Tax Refund | 0.00 | |
| FICA/FIT Payable | 201,661.01 | |
| WV State Witholding | 45,144.57 | |
| PA State Withholding Tax | 2,320.41 | |
| Workers' Compensation Payable | 7,030.74 | |
| FUTA Payable | 1,057.86 | |
| AFLAC Payable | 41.40 | |
| Vacation Payable | 0.00 | |
| Health Insurance Payable | 0.00 | |
| WV State Unemployment | 3,092.36 | |
| Garnishment Payable | 0.00 | |
| Child Support Payable | 0.00 | |
| Liability Insurance Payable | 0.00 | |
| Morgantown Emp. Svc Fee Payble | 0.00 | |
| Deposits On Contract | 0.00 | |
| Client Refund Payable | 46,130.01 | |
| Corporate Federal Tax Payable | 0.00 | |
| Corp State Income Tax Payable | 0.00 | |
| Property Tax Payable | 0.00 | |
| Other Current Liabilities | 40.00 | |
| SIMPLE IRA- Employee Contribution | 7,304.23 | |
| Accrued Wages | 0.00 | |
| Employee Payable - Eric Dalton | 2,000.00 | |
| **Total Current Liabilities:** | | **901,299.22** |

**Long Term Liabilities**

| | |
|---|---|
| Equipment Loans | 53,571.21 |
| Master Builder Loan | 0.00 |
| Cole Davis Loan | 0.00 |
| Ed Loan | 0.00 |
| PPP Loan | 0.00 |

| | | |
|---|---|---|
| Clear Mtn Commercial Loan | 0.00 | |
| Ed Loan Payable | 113,876.44 | |
| First United Bank Loan Payable | 124,491.55 | |
| Headway Capital | (7,755.15) | |
| Vehicle Loan | 0.00 | |
| FUBT LOC | 147,660.87 | |
| Cliffside Payable | 310,549.82 | |
| Amare Payable | 169,784.66 | |
| Liberty Payable | 21,099.06 | |
| On Deck Loan | 22,179.86 | |
| Forward Financing | 0.00 | |
| **Total Long Term Liabilities:** | | **955,458.32** |
| **Total Liabilities:** | | **1,856,757.54** |

# Equity

**Equity/Capital**

| | | |
|---|---|---|
| Retained Earnings | (1,568,775.60) | |
| Capital Contributions | 257,663.54 | |
| Capital Distributions | (44,919.22) | |
| Chris Collins Equity | 75,000.00 | |
| GL Suspense | 0.00 | |
| **Subtotal Equity/Capital:** | **(1,281,031.28)** | |
| **Current Profit (Loss):** | **(93,692.30)** | |
| **Total Equity/Capital:** | | **(1,374,723.58)** |
| **Total Liabilities + Equity:** | | **$482,033.96** |

# Income Statement

06/15/26

Davis Kitchen and Tile LLC

## Income Statement

*For 1 Month Ending May 2026*

---

### Operating Income

| | | |
|---|---|---|
| Contract Income | $88,961.71 | |
| Service Income | 0.00 | |
| Showroom Sales | 1,783.53 | |
| Design/Measure Fees | 0.00 | |
| Vendor Rebates | 0.00 | |
| Discounts Given | (1,712.92) | |
| Finance Charge Income | 0.00 | |
| Freight Income | 130.00 | |
| Over/Underbillings | 0.00 | |
| Discounts Earned | 0.00 | |
| **Total Operating Income:** | | **$89,162.32** |

### Direct Expense

| | | |
|---|---|---|
| Materials | 6,657.04 | |
| Freight | 28.71 | |
| Equipment Expenses | 0.00 | |
| Subcontracted | 8,232.00 | |
| Other Job Expense | 157.50 | |
| Liability Insurance | 0.00 | |
| Commission Expense | 0.00 | |
| Direct Labor | 14,906.54 | |
| D/L Payroll Taxes | 1,140.33 | |
| D/L Workers Compensation | 323.35 | |
| D/L Benefits | 0.00 | |
| D/L Liability Insurance | 0.00 | |
| B&O Tax | 0.00 | |
| Non-Tax Per Diem | 1,721.49 | |
| Other Direct Expense | 0.00 | |
| **Total Direct Expense:** | **33,166.96** | |

### Equip/Shop Expense

| | |
|---|---|
| Shop Labor | 0.00 |
| Warehouse Liability Insurance | 0.00 |

| | | |
|---|---|---|
| Equipment Lease Expense | 0.00 | |
| Equipment Fuel | 0.00 | |
| Equipment Supplies & Maint | 0.00 | |
| Equipment Repair | 0.00 | |
| Equipment Use Contra | 0.00 | |
| Other Warehouse/Equipt Expense | 0.00 | |
| **Total Equip/Shop Expense:** | **0.00** | |
| **Total Direct & Equip/Shop Expense:** | | **33,166.96** |
| **Gross Profit:** | | **55,995.36** |

**Overhead Expense**

| | |
|---|---|
| Rent | 5,318.60 |
| Office Supplies | 0.00 |
| Utilities | 1,501.21 |
| Electric | 0.00 |
| Credit Card Process Fees | 2,272.43 |
| Bank Charges | 42.99 |
| Finance Charges-Vendors | 0.00 |
| Postage | 0.00 |
| Freight Charges | 0.00 |
| Sales Tax Expense | 0.00 |
| Office Cleaning | 0.00 |
| Trash Service | 0.00 |
| Printing | 0.00 |
| Photography | 0.00 |
| Advertising & Promotion | 0.00 |
| Professional Services | 765.93 |
| Computer Software Expense | 0.00 |
| Computer Hardware | 0.00 |
| Computer Service & Support | 0.00 |
| Computer Supplies | 0.00 |
| Accounting Fees | 0.00 |
| Legal Fees | 10,000.00 |
| Employment Expenses | 0.00 |
| Travel | 0.00 |
| Dues & Subscriptions | 74.20 |
| Training/Seminars | 0.00 |
| Meals & Entertainment | 0.00 |
| Charity Donations | 0.00 |
| Maintenance & Repair | 194.74 |
| Gifts & Entertainment | 0.00 |
| Discounts- Contractor | 510.55 |

| | |
|---|---|
| Liability Insurance | 196.51 |
| Taxes | 0.00 |
| Property Tax | 97.82 |
| Licenses | 0.00 |
| Interest Expense | 0.00 |
| Customer Discount | 0.00 |
| Bad Debt Expense | 0.00 |
| Other Office Expense | 0.00 |
| Decore & Displays | 0.00 |
| Samples & Catalogs | 0.00 |
| Suspense/Clearing | 0.00 |
| Plan Fees | 0.00 |
| Warranty Work | 0.00 |
| Commission - Outside Sales | 0.00 |
| Overhead Labor | 14,942.83 |
| O/H Payroll Taxes | 1,595.22 |
| O/H Workers Compensation | 69.76 |
| O/H Benefits | 576.64 |
| O/H Liability Insurance | 0.00 |
| Simple IRA Employer Contributions | 0.00 |
| COVID Payroll Tax offset | 0.00 |
| O/H Per Diem | 510.07 |
| Vehicle Maintenance | 0.00 |
| Vehicle Fees | 0.00 |
| Vehicle Fuel | 0.00 |
| Vehicle Repair | 0.00 |
| Vehicle & Liability Insurance | 0.00 |
| Small Tools | 0.00 |
| Uniforms | 0.00 |
| Other Shop Expense | 0.00 |
| Depreciation Expense | 0.00 |
| Vehicle Depreciation Expense | 0.00 |
| Tools Depreciation Expense | 0.00 |
| Office Equipment Dep'n Expense | 0.00 |
| Furniture & Fixtures Dep'n Exp | 0.00 |
| Amortization Expense | 0.00 |
| Inventory Adjustments | 0.00 |
| **Total Overhead Expense:** | **38,669.50** |

**Administrative Expense**

| | |
|---|---|
| Admin Salaries | 10,576.95 |
| Admin Payroll Taxes | 809.15 |
| Admin Workers Compensation | 37.15 |
| Admin Benefits | 0.00 |

| | | |
|---|---|---|
| Admin Liability Insurance | 0.00 | |
| Admin Per Diem | 0.00 | |
| Other Administrative Expense | 0.00 | |
| **Total Administrative Expense:** | **11,423.25** | |
| **Total Indirect Expense:** | | **50,092.75** |
| **Income from Operations:** | | **5,902.61** |

**Other Income**

| | | |
|---|---|---|
| Other Income | 0.00 | |
| Admin Services Income | 0.00 | |
| **Total Other Income:** | | **0.00** |
| **Net Income Before Tax:** | | **5,902.61** |

**After Tax Expense**

| | | |
|---|---|---|
| Federal Income Tax Expense | 0.00 | |
| State Income Tax Expense | 0.00 | |
| Tax Penalties | 0.00 | |
| Other Penalties | 0.00 | |
| Other After Tax Expense | 0.00 | |
| **Total After Tax Expense:** | | **0.00** |
| **Net Income:** | | **$5,902.61** |

# Bank Reconciliation

06/15/26

Davis Kitchen and Tile LLC

## Bank Reconciliation

*1070 - FUBT - Retail Statement Date: 05/29/2026*

| Record# | Status | Trans# | Date | Payee/Description | Amount |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 77142 | Clear | 5052028 | 05/08/2026 | Payroll - $ Transferred to Cli | 4,843.53 |
| 77095 | Clear | 521033215 | 04/30/2026 | PVC fittings | -43.96 |
| 77101 | Clear | 680149649 | 05/14/2026 | Flange, elbow, reducer, 1/2" s | -39.73 |
| 77100 | Clear | 7333575444 | 05/01/2026 | PVC | -3.69 |
| **Deposits** | | | | | |
| 77023 | Clear | 05052026 | 05/05/2026 | Transfer | 760.00 |
| 77054 | Clear | 5052027 | 05/01/2026 | Payroll - Owner Paid | 3,884.14 |
| 77057 | Clear | 5052029 | 05/18/2026 | Owner Payroll | 2,397.57 |
| 77059 | Clear | 5052030 | 05/15/2026 | Payments | 2,589.57 |
| 77079 | Clear | 5052031 | 05/18/2026 | Payments | -893.66 |
| 77080 | Clear | 5052032 | 05/12/2026 | Liberty Transfer | 2,600.00 |
| 77088 | Clear | 5052033 | 05/13/2026 | CC Payments | 1,633.34 |
| 77091 | Clear | 5052034 | 05/05/2026 | Owner Paid - Ammons Payroll | 700.00 |
| 77098 | Clear | 5052035 | 05/18/2026 | Payments | 6,026.45 |
| 76995 | Clear | 05062026 | 05/07/2026 | Payments | 59,758.85 |
| 76997 | Clear | 5062027 | 05/07/2026 | Payments | 10,922.94 |
| 77128 | Clear | 8152065 | 05/21/2026 | Payments | 6,056.23 |
| 77129 | Clear | 8152066 | 05/29/2026 | Payments | 1,452.60 |
| 77132 | Clear | 8152067 | 05/29/2026 | Chris Transfer - Payroll | 7,000.00 |
| 77134 | Clear | 8152068 | 05/29/2026 | Chris Payroll - 5/29 & 5/22 | 1,598.38 |
| 77140 | Clear | 8152069 | 05/14/2026 | Legal Fees Paid from Cliffside | 5,000.00 |
| 76983 | Clear | 8152097 | 05/01/2026 | Payments | 1,168.66 |
| **Checks** | | | | | |
| 77133 | Clear | 1166 | 05/26/2026 | | 67.39 |
| 76833 | Clear | 1262* | 04/17/2026 | Kelley J Burnham | 196.78 |
| 76882 | Clear | 1266* | 04/24/2026 | Jessica A Engels | 968.57 |
| 76884 | Clear | 1268* | 04/24/2026 | Eric T Dalton | 1,269.47 |
| 76886 | Clear | 1270* | 04/24/2026 | Jennifer A Ammons | 972.13 |
| 76984 | Clear | 1271 | 05/01/2026 | Burl G Cobb | 918.71 |
| 77062 | Clear | 1271* | 05/08/2026 | Natures Granite | 830.00 |
| 76985 | Clear | 1272 | 05/01/2026 | Michael P Bakos | 986.38 |
| 76986 | Clear | 1273 | 05/01/2026 | Jessica A Engels | 968.57 |
| 77052 | Clear | 1273* | 05/11/2026 | Rugratz Flooring | 400.00 |
| 76987 | Clear | 1274 | 05/01/2026 | Christopher S Collins | 799.19 |
| 76988 | Clear | 1275 | 05/01/2026 | Eric T Dalton | 1,316.27 |
| 76990 | Clear | 1276 | 05/01/2026 | Jennifer A Ammons | 972.13 |
| 76989 | Clear | 1277 | 05/01/2026 | Viktor Srenker | 1,319.05 |

Continued...

| Record# | Status | Trans# | Date | Payee/Description | Amount |
|---|---|---|---|---|---|
| 77009 | Clear | 1278 | 05/08/2026 | Burl G Cobb | 966.67 |
| 77010 | Clear | 1279 | 05/08/2026 | Michael P Bakos | 1,036.07 |
| 77011 | Clear | 1280 | 05/08/2026 | Jessica A Engels | 968.57 |
| 77012 | Clear | 1281 | 05/08/2026 | Christopher S Collins | 799.19 |
| 77013 | Clear | 1282 | 05/08/2026 | Eric T Dalton | 1,246.67 |
| 77015 | Clear | 1283 | 05/08/2026 | Jennifer A Ammons | 972.13 |
| 77014 | Clear | 1284 | 05/08/2026 | Viktor Srenker | 1,275.46 |
| 77028 | Clear | 1285 | 05/15/2026 | Burl G Cobb | 995.10 |
| 77029 | Clear | 1286 | 05/15/2026 | Michael P Bakos | 1,015.28 |
| 77030 | Clear | 1287 | 05/15/2026 | Jessica A Engels | 968.57 |
| 77031 | Clear | 1288 | 05/15/2026 | Christopher S Collins | 799.19 |
| 77032 | Clear | 1289 | 05/15/2026 | Eric T Dalton | 1,261.67 |
| 77034 | Clear | 1290 | 05/15/2026 | Jennifer A Ammons | 972.13 |
| 77033 | Clear | 1291 | 05/15/2026 | Viktor Srenker | 1,118.41 |
| 77109 | Clear | 1292 | 05/22/2026 | Burl G Cobb | 763.27 |
| 77110 | Clear | 1293 | 05/22/2026 | Michael P Bakos | 873.00 |
| 77111 | Clear | 1294 | 05/22/2026 | Jessica A Engels | 968.57 |
| 77112 | Clear | 1295 | 05/22/2026 | Christopher S Collins | 799.19 |
| 77113 | Clear | 1296 | 05/22/2026 | Eric T Dalton | 1,222.67 |
| 77115 | Clear | 1297 | 05/22/2026 | Jennifer A Ammons | 972.13 |
| 77114 | Clear | 1298 | 05/22/2026 | Viktor Srenker | 1,133.07 |
| 77120 | | 1299 | 05/29/2026 | Burl G Cobb | 826.43 |
| 77121 | | 1300 | 05/29/2026 | Michael P Bakos | 1,025.97 |
| 77122 | | 1301 | 05/29/2026 | Jessica A Engels | 968.57 |
| 77123 | Clear | 1302 | 05/29/2026 | Christopher S Collins | 799.19 |
| 77124 | | 1303 | 05/29/2026 | Eric T Dalton | 1,248.47 |
| 77126 | | 1304 | 05/29/2026 | Jennifer A Ammons | 603.16 |
| 77125 | | 1305 | 05/29/2026 | Viktor Srenker | 1,097.67 |
| 77021 | Clear | 05012026* | 05/01/2026 | Dreamline Shower Doors | 587.28 |
| 77022 | Clear | 05042026* | 05/04/2026 | Zoho | 74.20 |
| 77024 | Clear | 05052026* | 05/05/2026 | | 42.00 |
| 77026 | Clear | 05062026* | 05/06/2026 | PREFERRED SURFACES | 8,402.40 |
| 77063 | Clear | 05072026* | 05/07/2026 | LOWES | 80.09 |
| 77081 | Clear | 05072026* | 05/07/2026 | LOWES | 83.14 |
| 77138 | Clear | 05072026* | 05/07/2026 | | 10,000.00 |
| 77045 | Clear | 5072027 | 05/08/2026 | MORGANTOWN UTILITY BOARD, CVPS | 228.42 |
| 77044 | Clear | 05082026* | 05/08/2026 | WV Offices of the Insurance Co | 173.30 |
| 77046 | Clear | 05082026* | 05/08/2026 | MOUSER CUSTOM CABINETRY | 123.60 |
| 77050 | Clear | 05082026* | 05/08/2026 | Build.com | 3,317.54 |
| 77047 | Clear | 5082027 | 05/08/2026 | ENCOVA | 1,576.00 |
| 77051 | Clear | 05112026* | 05/11/2026 | Globe Life | 576.64 |
| 77067 | Clear | 05112026* | 05/11/2026 | | 47.16 |
| 77068 | Clear | 05112026* | 05/11/2026 | | 330.08 |
| 77069 | Clear | 05112026* | 05/11/2026 | | 135.90 |
| 77082 | Clear | 05112026* | 05/11/2026 | | 914.11 |

Continued...

| Record# | Status | Trans# | Date | Payee/Description | Amount |
|---|---|---|---|---|---|
| 77064 | Clear | 5112028* | 05/07/2026 | Bennett Designs | 135.00 |
| 77071 | Clear | 05122026* | 05/12/2026 | Bennett Designs | 22.50 |
| 77083 | Clear | 05122026* | 05/12/2026 | HARDWARE RESOURCES | 677.64 |
| 77104 | Clear | 05132026* | 05/13/2026 | | 392.00 |
| 77105 | Clear | 05132026* | 05/13/2026 | | 924.44 |
| 77143 | Clear | 05132026* | 05/13/2026 | LOWES | 450.25 |
| 77042 | Clear | 05142026* | 05/14/2026 | Smaldino Construction and Serv | 2,000.00 |
| 77040 | Clear | 05152026* | 05/15/2026 | SHOWPLACE WOOD PRODUCTS | 30,321.40 |
| 77086 | Clear | 05152026* | 05/15/2026 | Top Knobs | 354.98 |
| 77084 | Clear | 05182026* | 05/18/2026 | Build.com | 159.00 |
| 77089 | Clear | 05182026* | 05/18/2026 | Glazzio Tile | 161.65 |
| 77094 | Clear | 05182026* | 05/18/2026 | HARDWARE RESOURCES | 498.02 |
| 77135 | Clear | 05182026* | 05/18/2026 | LOWES | 70.23 |
| 77144 | Clear | 05182026* | 05/18/2026 | LOWES | 103.25 |
| 77137 | Clear | 05262026* | 05/26/2026 | Premier Granite & Stone | 500.00 |
| 77065 | Clear | 7333575441* | 05/12/2026 | Bennett Designs | 765.93 |
| 77070 | Clear | 7333575441* | 05/11/2026 | MonPower 110 083 493 145 Show | 1,272.79 |
| 77066 | Clear | 7333575442 | 05/07/2026 | Daltile | 49.00 |
| 77136 | Clear | 7333575442* | 05/18/2026 | LOWES | 205.87 |
| 77090 | Clear | 7333575443 | 05/12/2026 | Glazzio Tile | 0.99 |
| 77139 | Clear | 7333575443* | 05/14/2026 | | 10,000.00 |
| 77103 | Clear | 7333575446* | 05/12/2026 | LOWES | 113.17 |

| #Dep | $Deposits | #Clear | $Clear | #Chk | $Checks | #Clear | $Clear |
|---|---|---|---|---|---|---|---|
| 17 | 112,655.07 | 17 | 112,655.07 | 81 | 115,551.08 | 75 | 109,780.81 |

Statement Beginning Balance: 65.10

Statement Ending Balance: 7,695.51

Account Current Balance: -8,208.48

# Statement of Cash Flows

06/15/26

Davis Kitchen and Tile LLC

## Statement of Cash Flows

*Period 05 (May 2026) to 05 (May 2026)*
*, For 1 Month Ending May 2026*

---

| | | |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Net Income | | $5,902.61 |
| Adjustments to reconcile net income to net cash | | |
| Increase in trade receivables | $(1,426.38) | |
| Decrease in trade payables | (28,937.72) | |
| Increase in current liabilities | 13,794.93 | |
| | | (16,569.17) |
| Net cash used by operating activities | | (10,666.56) |
| **Cash flows from investing activites:** | | |
| Net cash provided by investing activities | | 0.00 |
| **Cash flows from financing activities:** | | |
| Increase in long term liabilities | 507.00 | |
| Increase in equity | 15,580.09 | |
| Net cash provided by financing activities | | 16,087.09 |
| Net increase (decrease) in cash | | 5,420.53 |
| Cash and cash equivalents, beginning of period | | (3,321.30) |
| Cash and cash equivalents, end of period | | $2,099.23 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br>**DAVIS KITCHEN & TILE, LLC,**<br>Debtor. | Case No. 1:26-bk-00343<br>Chapter 11, Subchapter V |

# DEBTOR'S EXHIBIT

# D-4

Monthly Operating Report — June 2026, with exhibits

*Source: Docs. 129, 129-1 to 129-9 | Matter(s): (a), (c), (d)*

*Hearing of October 28, 2026*

Fill in this information to identify the case:

Debtor Name Davis Kitchen & Tile LLC

United States Bankruptcy Court for the Northern District of West Virginia

Case number: 26-bk-343

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: June

Date report filed: 07/20/2026 (MM / DD / YYYY)

Line of business: Interior Renovation Const

NAISC code:

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: CEO / Owner

Original signature of responsible party: [signature]

Printed name of responsible party: CHRISTOPHER S Collins

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Davis Kitchen & Tile LLC Case number 26-bk-343

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 7,018.69

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 36,972.54

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. − $ 41,327.92

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ -4,355.38

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 2,663.31

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 6,427.11

*(Exhibit E)*

Debtor Name Davis Kitchen & Tile LLC Case number 26-bk-343

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 6
27. What is the number of employees as of the date of this monthly report? 5

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | | Column B **Actual** Copy lines 20-22 of this report. | | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 147,642.00 | – | $ 36,972.54 | = | $ 110,669.46 |
| 33. **Cash disbursements** | $ 107,465.65 | – | $ 41,327.92 | = | $ 66,137.73 |
| 34. **Net cash flow** | $ 40,176.35 | – | $ -4,355.38 | = | $ 44,531.87 |

35. Total projected cash receipts for the next month: $ 194,460.00
36. Total projected cash disbursements for the next month: - $ 107,798.98
37. Total projected net cash flow for the next month: = $ 86,661.02

Debtor Name Davis Kitchen & Tile LLC Case number 26-bk-343

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☑ 42. Project, job costing, or work-in-progress reports.

First United
Bank & Trust

MEMBER FDIC

12892 Garrett Highway
Oakland, MD 21550

1-888-692-2654
**MyBank.com**

Last statement: May 29, 2026
This statement: June 30, 2026
Total days in statement period: 32

DAVIS KITCHEN & TILE LLC
831 VENTURE DR
MORGANTOWN WV 26508-7307


0525657779
( 0)

---

***IT'S AMERICAN HOUSING MONTH! THINKING OF HOME OWNERSHIP? IT'S WHAT*** *WE DO. IT'S A PLEASURE AND AN HONOR TO PROVIDE SUPPORT TO OUR* ***CUSTOMERS GOING THROUGH THE HOME PURCHASE PROCESS. IF YOU'RE*** *READY TO TAKE THE LEAP INTO HOME OWNERSHIP, WE ARE HERE TO HELP* ***GUIDE YOU. CONNECT WITH OUR MORTGAGE EXPERTS TO TALK ABOUT YOUR*** *NEEDS AND BENEFITS WE OFFER: MYBANK.COM/MORTGAGE.*

---

## Charge Off DD

| | | | |
|---|---|---|---|
| Account number | [redacted]7779 | Beginning balance | $-676.82 |
| Low balance | $-860.82 | Total additions | 860.82 |
| Average balance | $-812.77 | Total subtractions | 184.00 |
| Avg collected balance | $-812 | Ending balance | $.00 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 05-29 | ' Preauthorized Wd<br>CAPITAL ONE CRCARDPMT 260528<br>CA09380C0D9C569 Christel Clowers | 184.00 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 06-29 | ' Credit Memo<br>C/O ACCT CLOSED | 241.82 |
| 06-29 | ' Credit Memo<br>C/O ACCT CLOSED | 435.00 |
| 06-30 | ' Credit Memo<br>C/O ACCT CLOSED | 184.00 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-29 | -860.82 | 06-29 | -184.00 | 06-30 | 0.00 |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $653.40 |
| Total Returned Item Fees | $0.00 | $0.00 |

CHANGE OF ADDRESS
Please notify us immediately if you need to change your address. To change your address, visit any local First United branch or you may call our Customer Care Center at 1-888-692-2654.

HOW TO RECONCILE YOUR ACCOUNT
Please compare this statement with your records. If no error is reported within 60 days, the statement will be considered correct. Retain all receipts until your next statement is received and reconciled.

1. List and total all outstanding checks or withdrawals including those still outstanding from previous statements. Also, list any other outstanding debits to your account that are in your register, but not on this statement, such as ATM withdrawals, debit card transactions or automatic payments.
2. Enter ending balance shown on the front of statement.
3. Add deposits and other credits not shown on this statement.
4. Total
5. Subtract the total of outstanding checks and debits as determined in step 1 above.
6. This figure should be your checkbook balance. If it does not agree, review the above steps and, if necessary, review your checkbook entries.

| (1) OUTSTANDING CHECKS & OTHER DEBITS | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

| RECONCILEMENT | | |
|---|---|---|
| (2) | | |
| (3) | | |
| | | |
| | | |
| | | |
| | | |
| (4) | | |
| (5) | | |
| (6) | | |

ENTER ALL DEPOSITS AND WITHDRAWALS MADE DURING THE PERIOD UNTIL YOUR NEXT STATEMENT

| DATE | DESCRIPTION | INTEREST | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

PREAUTHORIZED CREDITS
If you have arranged to have direct deposits made to your account, you may call us at 1-888-692-2654 to verify that the deposit has been made.

CERTIFICATE OF DEPOSIT
If you have questions concerning your Certificate of Deposit, please contact your local community office or call our Customer Care Center at 1-888-692-2654.

IMPORTANT INFORMATION ABOUT YOUR LINE OF CREDIT ACCOUNT
We figure the Interest Charge on your account by applying the daily periodic rate to the "AVERAGE DAILY BALANCE", then multiply by the number of days in the billing cycle. The annual percentage rate (APR) may vary. To get the "AVERAGE DAILY BALANCE" we take the beginning Principal Balance of your account each day, add any new advances and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "AVERAGE DAILY BALANCE".

Notify us of inaccurate information we report to Consumer Reporting Agencies. Please notify us if we report any inaccurate information about your account to a consumer reporting agency. Your written notice describing the specific inaccuracy should be sent to us at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550.

BILLING RIGHTS SUMMARY
*Notify us in case of errors or questions about your statement*

If you think your statement is incorrect or you need more information about a transaction on your statement, please call 1-888-692-2654 or visit your local community office. To dispute a payment, please write us on a separate sheet of paper at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550. We must hear from you no later than 60 days after we send you the first statement on which the error appeared. You may telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- Specify in detail what you believe to be an error and the reasons you believe the billing error exists, along with the amount, date and type of error.

During our investigation, we cannot try to collect any amount you question, or report you as delinquent on the amount in question. We can continue to bill you for the amount you question, including finance charges and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating but you are still obligated to pay the parts of your bill that are not in question.

EQUAL HOUSING LENDER Member FDIC

ELECTRONIC FUNDS TRANSFER
Telephone our Customer Care Center at 1-888-692-2654 or write us at 12892 Garrett Highway, Oakland, MD 21550, as soon as possible, if you think your statement or receipt is wrong or if you need more information about the transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If our investigation takes longer than 10 business days after we hear from you we will credit your account the amount that you think is in error, so you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

We will tell you the results within three business days after completing our investigation. If we decide there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

HOW TO AVOID OVERDRAFTS
We review our overdraft report daily and do not charge fees for overdrafts if the account balance is overdrawn $10 or less. We typically pay most checks for a fee. We also offer additional services to help you avoid overdrafts and keep your checking account in the black.

- **Link with savings** – Automatically pull funds from your savings account when your checking account goes negative. Transaction limits may apply.
- **Link with Personal Line of Credit** – You may apply for a Personal Credit Line (PCL). If you meet the underwriting standards, the PCL will be set up for you. You may then link your PCL to your checking account. If an overdraft occurs, a transfer will be made from your PCL to your checking account. There is an annual fee for a PCL.
- **Opt-Out of Overdraft Services** – If you've experienced repeated difficulty with overdrafts, First United Bank & Trust will honor your request to decline coverage of overdrafts (i.e. opt-out) resulting from any non-electronic transactions such as checks. This opt-out means items presented against insufficient funds will be returned as applicable by law. Any previous "opt-in" request to our Standard Overdraft Protection services will be discontinued which may result in ATM or Point of Sale transactions being rejected or declined at the time of transaction. Customers are responsible for the return item charges from First United, as well as any charges from the merchant. Most customers prefer to avoid these additional charges and the embarrassment of declined payments, so this opt-out is intended as a last resort in special circumstances. This option may not result in a reduction of fees. Contact us at 1-888-692-2654 for information on how to opt-out entirely.

# Bank Reconciliation

07/16/26

Davis Kitchen and Tile LLC

## Bank Reconciliation

*1060 - First United Bank & Trust  Statement Date: 06/30/2026*

| Record# | Status | Trans# | Date | Payee/Description | Amount |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 77019 | Clear | 78764355 | 05/01/2026 | PVC | -3.69 |
| 77294 | Clear | 78764355 | 05/01/2026 | PVC | 3.69 |
| **Deposits** | | | | | |
| 77295 | Clear | 06292026 | 06/29/2026 | Credit Memo | 676.82 |
| **Checks** | | | | | |

| #Dep | $Deposits | #Clear | $Clear | #Chk | $Checks | #Clear | $Clear |
|---|---|---|---|---|---|---|---|
| 1 | 676.82 | 1 | 676.82 | | | | |

Statement Beginning Balance: -676.82

Statement Ending Balance:

Account Current Balance:

**First United**
Bank & Trust

12892 Garrett Highway
Oakland, MD 21550

1-888-692-2654
**MyBank.com**

MEMBER FDIC

Last statement: May 29, 2026
This statement: June 30, 2026
Total days in statement period: 32

DAVIS KITCHEN & TILE LLC
DKT RETAIL
831 VENTURE DR
MORGANTOWN WV 26508-7307


[redacted]0062
( 0)

***THANK YOU FOR BANKING WITH US!***

## My Elite Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted]0062 | Beginning balance | $7,695.51 |
| Low balance | $-2,931.04 | Total additions | 36,111.72 |
| Average balance | $5,769.41 | Total subtractions | 41,143.92 |
| Avg collected balance | $5,769 | Ending balance | $2,663.31 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1125 | 06-29 | 799.19 | 1181 | 06-15 | 1,225.07 |
| 1167 * | 06-01 | 826.43 | 1181 * | 06-18 | 1,255.07 |
| 1168 | 06-01 | 1,025.97 | 1182 | 06-15 | 1,089.87 |
| 1169 | 06-01 | 968.57 | 1183 | 06-18 | 924.05 |
| 1170 | 06-02 | 1,248.47 | 1184 | 06-22 | 1,239.69 |
| 1171 | 06-01 | 1,097.67 | 1185 | 06-22 | 1,261.07 |
| 1172 | 06-08 | 603.16 | 1186 | 06-23 | 968.57 |
| 1173 | 06-08 | 855.97 | 1187 | 06-26 | 800.00 |
| 1174 | 06-08 | 758.61 | 1188 | 06-29 | 968.57 |
| 1175 | 06-08 | 968.57 | 1189 | 06-29 | 1,315.07 |
| 1176 | 06-15 | 1,253.87 | 1190 | 06-29 | 1,148.03 |
| 1177 | 06-08 | 1,056.27 | 1191 | 06-29 | 878.62 |
| 1178 | 06-15 | 894.71 | 52926 * | 06-03 | 587.28 |
| 1179 | 06-15 | 1,005.02 | 61726 * | 06-23 | 602.28 |
| 1180 | 06-15 | 968.57 | | | |
| 1180 * | 06-18 | 968.57 | | | |

*** Skip in check sequence**

DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 06-01 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 ZOHO ZOHO BIGIN<br>WWW ZOHO CA XXXXXXXXXXXX7153 05-30-26 | 74.20 |
| 06-02 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 449215 M S INTERNATIONAL<br>714 685 7 CA XXXXXXXXXXXX7153 06-01-26 | 359.16 |
| 06-02 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 VERIZONWRLSS RTCCR<br>VB 800 922 0 FL XXXXXXXXXXXX7153 06-01-26 | 1,868.95 |
| 06-04 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER VISA DIRE NY XXXXXXXXXXXX7153 06-04-26 7:22 AM | 22.50 |
| 06-10 | ' Preauthorized Wd<br>TSYS/TRANSFIRST MERCH FEES 260610<br>543684555987296 DAVIS KITCHEN AND TILE | 198.32 |
| 06-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 06-15-26 | 24.83 |
| 06-16 | ' Preauthorized Wd<br>M S INTERNATIONA 7146857500 260616<br>CHRISTOPHER COLLINS | 189.26 |
| 06-17 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 06-16-26 | 257.06 |
| 06-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER NEW YORK NY XXXXXXXXXXXX7153 06-18-26 8:38 AM | 112.50 |
| 06-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 06-17-26 | 357.54 |
| 06-18 | ' Wire Transfer-Out<br>202606180137315 VIZO FINANCIAL COR1201 FULLING MILL<br>MIKE BAKOS 1610480 | 437.39 |
| 06-22 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER NEW YORK NY XXXXXXXXXXXX7153 06-19-26 2:15 PM | 90.00 |
| 06-22 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER VISA DIRE NY XXXXXXXXXXXX7153 06-22-26 3:13 PM | 157.50 |
| 06-22 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 VERIZONWRLSS RTCCR<br>VB 800 922 0 FL XXXXXXXXXXXX7153 06-19-26 | 488.36 |
| 06-22 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 449215 DAL TILE 169 PITT<br>SBURGH412 787 2 PAXXXXXXXXXXXX7153 06-18-26 | 2,316.21 |

| Date | Description | Subtractions |
|---|---|---|
| 06-23 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER VISA DIRE NY XXXXXXXXXXXX7153 06-23-26 12:45 PM | 22.50 |
| 06-23 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER NEW YORK NY XXXXXXXXXXXX7153 06-23-26 6:34 AM | 90.00 |
| 06-23 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 06-22-26 | 197.64 |
| 06-24 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 403629 MORGANTOWN UTIL<br>304 292 8 WV XXXXXXXXXXXX7153 06-23-26 | 152.43 |
| 06-24 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 06-23-26 | 248.56 |
| 06-25 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 06-24-26 | 104.82 |
| 06-26 | ' A2A Pmt Debit<br>TERMINAL V101569 110083493145 FIRSTENERGY<br>AKRON OH XXXXXXXXXXXX7153 06-26-26 9:39 AM | 822.00 |
| 06-26 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *GINA ZARA<br>NEW YORK NY XXXXXXXXXXXX7153 06-26-26 8:46 AM | 120.00 |
| 06-29 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 449851 EPN GATEWAY<br>903 92000 TX XXXXXXXXXXXX7153 06-26-26 | 30.00 |
| 06-29 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 PROGRESSIVE INS<br>800 776 4 OH XXXXXXXXXXXX7153 06-27-26 | 240.28 |
| 06-29 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 06-27-26 | 284.67 |
| 06-29 | ' Preauthorized Wd<br>TSYS/TRANSFIRST RSRV FUND 5436845559872964DA<br>VIS KITCHEN AND TILE RSRV FUND 062 926 | 213.32 |
| 06-30 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 06-29-26 | 185.17 |
| 06-30 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 449215 DAL TILE 169 PITT<br>SBURGH412 787 2 PAXXXXXXXXXXXX7153 06-29-26 | 480.27 |
| 06-30 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 449215 DAL TILE 169 PITT<br>SBURGH412 787 2 PAXXXXXXXXXXXX7153 06-29-26 | 1,435.62 |

CREDITS

| Date | Description | Additions |
|---|---|---|
| 06-04 | ' NSF Returned Item<br>CHECK 52926 | 587.28 |
| 06-08 | ' Cash Mgmt Trsfr Cr<br>REF 1590758L FUNDS TRANSFER FRMDEP XXXXX7600<br>FROM | 760.00 |
| 06-08 | ' Wire Transfer-IN<br>202606080070817 Chris Collins 831 Venture Dr nul | 455.00 |
| 06-08 | ' Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF 5436845559872964DA<br>VIS KITCHEN AND TILE MERC SV-TF060 826 | 2,902.21 |
| 06-11 | ' Return Item<br>TSYS/TRANSFIRST MERCH FEES 260610<br>543684555987296 DAVIS KITCHEN AND TILE | 198.32 |
| 06-12 | ' Wire Transfer-IN<br>202606120118508 THE COLLINS SOOKHO2/809 E CHURCH ST | 400.00 |
| 06-15 | ' Wire Transfer-IN<br>202606150042177 JUSTINE G HANDELMA9915 HILLRIDGE DR | 3,027.85 |
| 06-16 | ' NSF Returned Item<br>CHECK 1180 | 968.57 |
| 06-16 | ' NSF Returned Item<br>CHECK 1182 | 1,089.87 |
| 06-16 | ' NSF Returned Item<br>CHECK 1181 | 1,225.07 |
| 06-17 | ' Deposit | 5,225.05 |
| 06-17 | ' Wire Transfer-IN<br>202606170082275 KELSIE R GOODWIN 410 SEMINOLE AVE C<br>Kitchen and Raikin/REF/0514475411386576 | 14,564.15 |
| 06-23 | ' Deposit | 4,171.67 |
| 06-29 | ' Deposit | 500.00 |
| 06-29 | ' Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF 5436845559872964DA<br>VIS KITCHEN AND TILE MERC SV-TF062 926 | 36.68 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-29 | 7,695.51 | 06-11 | 78.22 | 06-23 | 12,353.25 |
| 06-01 | 3,702.67 | 06-12 | 478.22 | 06-24 | 11,952.26 |
| 06-02 | 226.09 | 06-15 | -2,931.04 | 06-25 | 11,847.44 |
| 06-03 | -361.19 | 06-16 | 138.38 | 06-26 | 10,105.44 |
| 06-04 | 203.59 | 06-17 | 19,670.52 | 06-29 | 4,764.37 |
| 06-08 | 78.22 | 06-18 | 15,615.40 | 06-30 | 2,663.31 |
| 06-10 | -120.10 | 06-22 | 10,062.57 | | |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $84.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## CHANGE OF ADDRESS

Please notify us immediately if you need to change your address. To change your address, visit any local First United branch or you may call our Customer Care Center at 1-888-692-2654.

## HOW TO RECONCILE YOUR ACCOUNT

Please compare this statement with your records. If no error is reported within 60 days, the statement will be considered correct. Retain all receipts until your next statement is received and reconciled.

1. List and total all outstanding checks or withdrawals including those still outstanding from previous statements. Also, list any other outstanding debits to your account that are in your register, but not on this statement, such as ATM withdrawals, debit card transactions or automatic payments.
2. Enter ending balance shown on the front of statement.
3. Add deposits and other credits not shown on this statement.
4. Total
5. Subtract the total of outstanding checks and debits as determined in step 1 above.
6. This figure should be your checkbook balance. If it does not agree, review the above steps and, if necessary, review your checkbook entries.

| (1) OUTSTANDING CHECKS & OTHER DEBITS | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

| RECONCILEMENT | | |
|---|---|---|
| (2) | | |
| (3) | | |
| | | |
| | | |
| | | |
| | | |
| (4) | | |
| (5) | | |
| (6) | | |

ENTER ALL DEPOSITS AND WITHDRAWALS MADE DURING THE PERIOD UNTIL YOUR NEXT STATEMENT

| DATE | DESCRIPTION | INTEREST | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you may call us at 1-888-692-2654 to verify that the deposit has been made.

## CERTIFICATE OF DEPOSIT

If you have questions concerning your Certificate of Deposit, please contact your local community office or call our Customer Care Center at 1-888-692-2654.

## IMPORTANT INFORMATION ABOUT YOUR LINE OF CREDIT ACCOUNT

We figure the Interest Charge on your account by applying the daily periodic rate to the "AVERAGE DAILY BALANCE", then multiply by the number of days in the billing cycle. The annual percentage rate (APR) may vary. To get the "AVERAGE DAILY BALANCE" we take the beginning Principal Balance of your account each day, add any new advances and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "AVERAGE DAILY BALANCE".

Notify us of inaccurate information we report to Consumer Reporting Agencies. Please notify us if we report any inaccurate information about your account to a consumer reporting agency. Your written notice describing the specific inaccuracy should be sent to us at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550.

## BILLING RIGHTS SUMMARY

*Notify us in case of errors or questions about your statement*

If you think your statement is incorrect or you need more information about a transaction on your statement, please call 1-888-692-2654 or visit your local community office. To dispute a payment, please write us on a separate sheet of paper at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550. We must hear from you no later than 60 days after we send you the first statement on which the error appeared. You may telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- Specify in detail what you believe to be an error and the reasons you believe the billing error exists, along with the amount, date and type of error.

During our investigation, we cannot try to collect any amount you question, or report you as delinquent on the amount in question. We can continue to bill you for the amount you question, including finance charges and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating but you are still obligated to pay the parts of your bill that are not in question.

EQUAL HOUSING LENDER Member FDIC

## ELECTRONIC FUNDS TRANSFER

Telephone our Customer Care Center at 1-888-692-2654 or write us at 12892 Garrett Highway, Oakland, MD 21550, as soon as possible, if you think your statement or receipt is wrong or if you need more information about the transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If our investigation takes longer than 10 business days after we hear from you we will credit your account the amount that you think is in error, so you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

We will tell you the results within three business days after completing our investigation. If we decide there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## HOW TO AVOID OVERDRAFTS

We review our overdraft report daily and do not charge fees for overdrafts if the account balance is overdrawn $10 or less. We typically pay most checks for a fee. We also offer additional services to help you avoid overdrafts and keep your checking account in the black.

- **Link with savings** – Automatically pull funds from your savings account when your checking account goes negative. Transaction limits may apply.
- **Link with Personal Line of Credit** – You may apply for a Personal Credit Line (PCL). If you meet the underwriting standards, the PCL will be set up for you. You may then link your PCL to your checking account. If an overdraft occurs, a transfer will be made from your PCL to your checking account. There is an annual fee for a PCL.
- **Opt-Out of Overdraft Services** – If you've experienced repeated difficulty with overdrafts, First United Bank & Trust will honor your request to decline coverage of overdrafts (i.e. opt-out) resulting from any non-electronic transactions such as checks. This opt-out means items presented against insufficient funds will be returned as applicable by law. Any previous "opt-in" request to our Standard Overdraft Protection services will be discontinued which may result in ATM or Point of Sale transactions being rejected or declined at the time of transaction. Customers are responsible for the return item charges from First United, as well as any charges from the merchant. Most customers prefer to avoid these additional charges and the embarrassment of declined payments, so this opt-out is intended as a last resort in special circumstances. This option may not result in a reduction of fees. Contact us at 1-888-692-2654 for information on how to opt-out entirely.

# Bank Reconciliation

07/16/26

Davis Kitchen and Tile LLC

## Bank Reconciliation

*1070 - FUBT - Retail Statement Date: 06/30/2026*

| Record# | Status | Trans# | Date | Payee/Description | Amount |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 77279 | Clear | 06292026 | 06/29/2026 | CC Fees | -273.32 |
| **Deposits** | | | | | |
| 77256 | Clear | 8152083 | 06/29/2026 | Del Greco | 36.68 |
| 77228 | Clear | 8152076 | 06/15/2026 | Eric Payroll Adj | 251.25 |
| 77237 | Clear | 8152081 | 06/12/2026 | Chris Transfer | 400.00 |
| 77155 | Clear | 8152071 | 06/08/2026 | Transfer - Liberty | 455.00 |
| 77231 | Clear | 8152077 | 06/29/2026 | Payments | 500.00 |
| 77154 | Clear | 8152070 | 06/08/2026 | Transfer - Cliffside | 760.00 |
| 77238 | Clear | 8152082 | 06/05/2026 | Chris Payroll 6/5-6/19 | 2,397.57 |
| 77157 | Clear | 8152072 | 06/08/2026 | CC Payments | 2,902.21 |
| 77211 | Clear | 8152074 | 06/16/2026 | Payments | 3,027.85 |
| 77232 | Clear | 8152078 | 06/23/2026 | Payments | 4,171.67 |
| 77212 | Clear | 8152075 | 06/17/2026 | Payments | 5,225.05 |
| 77210 | Clear | 8152073 | 06/17/2026 | Payments | 14,564.15 |
| **Checks** | | | | | |
| 77278 | Clear | 7333575444 | 06/08/2026 | | 0.04 |
| 77147 | Clear | 06042026 | 06/04/2026 | Bennett Designs | 22.50 |
| 77241 | Clear | 06172026 | 06/17/2026 | LOWES | 24.83 |
| 77281 | | 270658713464007 | 06/30/2026 | LOWES | 31.86 |
| 77145 | Clear | 06012026 | 06/01/2026 | Zoho | 74.20 |
| 77244 | Clear | 06222026 | 06/22/2026 | Bennett Designs | 90.00 |
| 77264 | Clear | 06252026 | 06/25/2026 | LOWES | 104.82 |
| 77242 | Clear | 270658713464004 | 06/18/2026 | Bennett Designs | 112.50 |
| 77247 | Clear | 06232026 | 06/23/2026 | Bennett Designs | 112.50 |
| 77259 | Clear | 7333575444 | 06/26/2026 | | 120.00 |
| 77249 | Clear | 06222026 | 06/24/2026 | MORGANTOWN UTILITY BOARD, CVPS | 152.43 |
| 77245 | Clear | 270658713464005 | 06/22/2026 | Bennett Designs | 157.50 |
| 77265 | Clear | 06302026 | 06/30/2026 | LOWES | 185.17 |
| 77216 | Clear | 06182026 | 06/18/2026 | MSI | 189.26 |
| 77248 | Clear | 06232026 | 06/23/2026 | LOWES | 197.64 |
| 77258 | Clear | 06262026 | 06/29/2026 | | 240.28 |
| 77243 | Clear | 06182026 | 06/18/2026 | LOWES | 357.54 |
| 77158 | Clear | 06082026 | 06/08/2026 | MSI | 359.16 |
| 77202 | Clear | 1319 | 06/19/2026 | Michael P Bakos | 437.39 |
| 77246 | Clear | 06222026 | 06/22/2026 | Verizon | 488.36 |
| 77240 | Clear | 06232026 | 06/23/2026 | Dreamline Shower Doors | 602.28 |
| 77126 | Clear | 1304 | 05/29/2026 | Jennifer A Ammons | 603.16 |

# Bank Reconciliation

07/16/26

Continued...

| Record# | Status | Trans# | Date | Payee/Description | Amount |
|---|---|---|---|---|---|
| 77149 | Clear | 1307 | 06/05/2026 | Michael P Bakos | 758.61 |
| 77263 | Clear | 06222026 | 06/22/2026 | Build.com | 790.29 |
| 77151 | Clear | 1309 | 06/05/2026 | Christopher S Collins | 799.19 |
| 77166 | Clear | 1315 | 06/12/2026 | Christopher S Collins | 799.19 |
| 77204 | Clear | 1321 | 06/19/2026 | Christopher S Collins | 799.19 |
| 77219 | Clear | 1325 | 06/26/2026 | Christopher S Collins | 799.19 |
| 77266 | Clear | 1187 | 06/26/2026 | Rugratz Flooring | 800.00 |
| 77250 | Clear | 06242026 | 06/24/2026 | MonPower 110 083 493 145 Show | 822.00 |
| 77120 | Clear | 1299 | 05/29/2026 | Burl G Cobb | 826.43 |
| 77148 | Clear | 1306 | 06/05/2026 | Burl G Cobb | 855.93 |
| 77239 | Clear | 1191 | 06/29/2026 | | 878.62 |
| 77163 | Clear | 1312 | 06/12/2026 | Burl G Cobb | 894.71 |
| 77201 | Clear | 1318 | 06/19/2026 | Burl G Cobb | 924.05 |
| 77122 | Clear | 1301 | 05/29/2026 | Jessica A Engels | 968.57 |
| 77150 | Clear | 1308 | 06/05/2026 | Jessica A Engels | 968.57 |
| 77165 | Clear | 1314 | 06/12/2026 | Jessica A Engels | 968.57 |
| 77203 | Clear | 1320 | 06/19/2026 | Jessica A Engels | 968.57 |
| 77218 | Clear | 1324 | 06/26/2026 | Jessica A Engels | 968.57 |
| 77164 | Clear | 1313 | 06/12/2026 | Michael P Bakos | 1,005.02 |
| 77121 | Clear | 1300 | 05/29/2026 | Michael P Bakos | 1,025.97 |
| 77153 | Clear | 1311 | 06/05/2026 | Viktor Srenker | 1,056.27 |
| 77168 | | 1317 | 06/12/2026 | Viktor Srenker | 1,089.87 |
| 77125 | Clear | 1305 | 05/29/2026 | Viktor Srenker | 1,097.67 |
| 77221 | Clear | 1327 | 06/26/2026 | Viktor Srenker | 1,148.03 |
| 77206 | Clear | 1323 | 06/19/2026 | Viktor Srenker | 1,239.69 |
| 77124 | Clear | 1303 | 05/29/2026 | Eric T Dalton | 1,248.47 |
| 77152 | Clear | 1310 | 06/05/2026 | Eric T Dalton | 1,253.87 |
| 77205 | Clear | 1322 | 06/19/2026 | Eric T Dalton | 1,261.07 |
| 77220 | Clear | 1326 | 06/26/2026 | Eric T Dalton | 1,315.07 |
| 77167 | Clear | 1316 | 06/12/2026 | Eric T Dalton | 1,476.32 |
| 77146 | Clear | 7333575442 | 06/11/2026 | Verizon | 1,868.95 |
| 77262 | Clear | 06302026 | 06/30/2026 | Daltile | 1,915.89 |
| 77215 | Clear | 06182026 | 06/18/2026 | Daltile | 2,316.21 |

| #Dep | $Deposits | #Clear | $Clear | #Chk | $Checks | #Clear | $Clear |
|---|---|---|---|---|---|---|---|
| 12 | 34,691.43 | 12 | 34,691.43 | 55 | 40,572.04 | 53 | 39,450.31 |

Statement Beginning Balance: 7,695.51

Statement Ending Balance: 2,663.31

Account Current Balance: 290.81

**Davis Kitchen and Tile LLC**
Prepared on 07/20/26
**Income Statement/Budget**
*For Future 12 Months*

| | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Income** | | | | | | | | | | | | | |
| Contract Income | $23,960.00 | $37,660.00 | $37,661.00 | $37,662.00 | $37,663.00 | $37,664.00 | $37,665.00 | $37,666.00 | $37,667.00 | $37,668.00 | $37,669.00 | $37,669.00 | $438,274.00 |
| Service Income | 0.00 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | $30,863.47 |
| Showroom Sales | 170,500.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | 94,750.00 | $1,212,750.00 |
| Design/Measure Fees | 0.00 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | $26,079.17 |
| Vendor Rebates | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Discounts Given | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Finance Charge Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Freight Income | 0.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | $3,850.00 |
| Over/Underbillings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Discounts Earned | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Operating Income:** | **$194,460.00** | **$137,936.60** | **$137,937.60** | **$137,938.60** | **$137,939.60** | **$137,940.60** | **$137,941.60** | **$137,942.60** | **$137,943.60** | **$137,944.60** | **$137,945.60** | **$137,945.60** | **$1,711,816.64** |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Direct Expense** | | | | | | | | | | | | | |
| Materials | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | $512,492.00 |
| Freight | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | $6,600.00 |
| Equipment Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Subcontracted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Job Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Commission Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Direct Labor | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | $166,358.00 |
| D/L Payroll Taxes | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | $15,775.00 |
| D/L Workers Compensation | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | $3,712.00 |
| D/L Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| D/L Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| B&O Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Non-Tax Per Diem | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | $14,579.00 |
| Other Direct Expense | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| **Total Direct Expense:** | **59,960.67** | **59,961.67** | **59,962.67** | **59,963.67** | **59,964.67** | **59,965.67** | **59,966.67** | **59,967.67** | **59,968.67** | **59,969.67** | **59,970.67** | **59,970.67** | **719,593.00** |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Equip/Shop Expense** | | | | | | | | | | | | | |
| Shop Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Warehouse Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Lease Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Fuel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Supplies & Maint | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Use Contra | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Warehouse/Equipt Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Equip/Shop Expense:** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Total Direct & Equip/Shop Expense:** | **59,960.67** | **59,961.67** | **59,962.67** | **59,963.67** | **59,964.67** | **59,965.67** | **59,966.67** | **59,967.67** | **59,968.67** | **59,969.67** | **59,970.67** | **59,970.67** | **719,593.00** |
| | | | | | | | | | | | | | |
| **Gross Profit:** | **134,499.33** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **77,974.94** | **992,223.64** |

**Davis Kitchen and Tile LLC**
Prepared on 07/20/26
**Income Statement/Budget**
*For Future 12 Months*

| | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overhead Expense** | | | | | | | | | | | | | |
| Rent | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | $62,653.00 |
| Office Supplies | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | $1,622.00 |
| Utilities | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | $23,569.00 |
| Electric | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| Credit Card Process Fees | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | $5,487.00 |
| Bank Charges | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | $1,573.00 |
| Finance Charges-Vendors | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | $16,114.00 |
| Postage | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | $422.00 |
| Freight Charges | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | $464.00 |
| Sales Tax Expense | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | $122.00 |
| Office Cleaning | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | $3,960.00 |
| Trash Service | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | $1,403.00 |
| Printing | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | $52.00 |
| Photography | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | $350.00 |
| Advertising & Promotion | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | $5,961.24 |
| Computer Software Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Computer Hardware | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Computer Service & Support | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | $9,000.00 |
| Computer Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Accounting Fees | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | $6,000.00 |
| Legal Fees | 751.00 | 752.00 | 753.00 | 754.00 | 755.00 | 756.00 | 757.00 | 758.00 | 759.00 | 760.00 | 761.00 | 761.00 | $9,077.00 |
| Employment Expenses | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | $984.00 |
| Travel | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | $362.00 |
| Dues & Subscriptions | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | $4,727.00 |
| Training/Seminars | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| Meals & Entertainment | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | $1,024.00 |
| Charity Donations | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| Maintenance & Repair | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | $1,597.00 |
| Gifts & Entertainment | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| Discounts- Contractor | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | $1,439.00 |
| Liability Insurance | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | $1,341.00 |
| Taxes | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| Property Tax | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | $17,658.00 |
| Licenses | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | $168.00 |
| Interest Expense | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | $10,745.00 |
| Customer Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Bad Debt Expense | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | $122.52 |
| Other Office Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Decore & Displays | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Samples & Catalogs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Suspense/Clearing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Plan Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

**Davis Kitchen and Tile LLC**
Prepared on 07/20/26
**Income Statement/Budget**
*For Future 12 Months*

| | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Warranty Work | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Commission - Outside Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Overhead Labor | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | $174,921.00 |
| O/H Payroll Taxes | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | $16,280.00 |
| O/H Workers Compensation | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | $1,169.00 |
| O/H Benefits | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | $432.00 |
| O/H Liability Insurance | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| Simple IRA Employer Contributions | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | $4,927.00 |
| COVID Payroll Tax offset | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| O/H Per Diem | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | $14,574.00 |
| Vehicle Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Fuel | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | $559.00 |
| Vehicle Repair | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| Vehicle & Liability Insurance | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | $7,189.00 |
| Small Tools | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Uniforms | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Shop Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Tools Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Office Equipment Dep'n Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Furniture & Fixtures Dep'n Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Inventory Adjustments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Overhead Expense:** | **34,006.56** | **34,015.56** | **34,024.56** | **34,033.56** | **34,042.56** | **34,051.56** | **34,060.56** | **34,069.56** | **34,078.56** | **34,087.56** | **34,096.56** | **34,096.56** | **408,663.76** |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Administrative Expense** | | | | | | | | | | | | | |
| Admin Salaries | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | $145,692.00 |
| Admin Payroll Taxes | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | $15,036.00 |
| Admin Workers Compensation | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | $677.00 |
| Admin Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Admin Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Admin Per Diem | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | $576.00 |
| Other Administrative Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Administrative Expense:** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **161,981.00** |
| **Total Indirect Expense:** | **47,504.98** | **47,513.98** | **47,522.98** | **47,531.98** | **47,540.98** | **47,549.98** | **47,558.98** | **47,567.98** | **47,576.98** | **47,585.98** | **47,594.98** | **47,594.98** | **570,644.76** |
| | | | | | | | | | | | | | |
| **Income from Operations:** | **86,994.35** | **30,460.96** | **30,451.96** | **30,442.96** | **30,433.96** | **30,424.96** | **30,415.96** | **30,406.96** | **30,397.96** | **30,388.96** | **30,379.96** | **30,379.96** | **421,578.88** |
| | | | | | | | | | | | | | |
| **Other Income** | | | | | | | | | | | | | |
| Other Income | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | $77.00 |
| | | | | | | | | | | | | | |
| **Net Income Before Tax:** | **86,994.35** | **30,460.96** | **30,451.96** | **30,442.96** | **30,433.96** | **30,424.96** | **30,415.96** | **30,406.96** | **30,397.96** | **30,388.96** | **30,379.96** | **30,379.96** | **421,578.88** |
| | | | | | | | | | | | | | |
| **After Tax Expense** | | | | | | | | | | | | | |

**Davis Kitchen and Tile LLC**
Prepared on 07/20/26
**Income Statement/Budget**
*For Future 12 Months*

| | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Federal Income Tax Expense | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | $4,000.00 |
| State Income Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Tax Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other After Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total After Tax Expense:** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **4,000.00** |
| **Net Income:** | **$86,661.02** | **$30,127.62** | **$30,118.62** | **$30,109.62** | **$30,100.62** | **$30,091.62** | **$30,082.62** | **$30,073.62** | **$30,064.62** | **$30,055.62** | **$30,046.62** | **$30,046.62** | **$417,578.88** |
| **Chapter 11 Payment Plan** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | **27,400.00** | $328,800.00 |
| **Net Income After Chapter 11 Payment Plan** | **$59,261.02** | **$2,727.62** | **$2,718.62** | **$2,709.62** | **$2,700.62** | **$2,691.62** | **$2,682.62** | **$2,673.62** | **$2,664.62** | **$2,655.62** | **$2,646.62** | **$2,646.62** | **$88,778.88** |

| Davis Kitchen & Tile - Work in Progress Report | | | | | |
|---|---|---|---|---|---|
| **Date: 7/20/2026** | | | | | |
| | $ 457,322 | $ 308,433 | $ 148,890 | | |
| **Job** | **Outstanding Balance** | **Outstanding Materials** | **Amount Receivable vs Amount Payable** | **Start Date** | **Status** |
| Dittenhafer Bathroom | $ 15,910 | $ 6,440 | $ 9,470 | 6/29/2026 | |
| Shutler Shower Install | $ 6,808 | $ 2,445 | $ 4,363 | 6/29/2026 | Plan to start 8/3 |
| Jeruzal Upstairs and Kitchen | $ 2,325 | $ 1,234 | $ 1,092 | 6/29/2026 | |
| Murray Kitchen Cabinets | $ 10,702 | $ 10,233 | $ 469 | 6/29/2026 | |
| Schwalm Primary Bath | $ 11,511 | $ 7,546 | $ 3,964 | 8/3/2026 | |
| Agee Bath & Flooring | $ 7,686 | $ 1,844 | $ 5,842 | 8/3/2026 | |
| Lemine - Turner Countertop | $ 5,803 | $ 5,137 | $ 666 | 8/3/2026 | |
| Ramsey Shower | $ 5,450 | $ 4,632 | $ 818 | 8/10/2026 | |
| Keough Kitchen | $ 23,406 | $ 18,621 | $ 4,785 | 8/10/2026 | |
| Dittenhafer Laundry | $ 8,002 | $ 5,222 | $ 2,780 | 8/15/2026 | |
| Schwalm Guest Bath | $ 7,906 | $ 4,042 | $ 3,864 | 8/17/2026 | |
| Jeruzal Basement Bath | $ 8,215 | $ 3,521 | $ 4,694 | 8/17/2026 | |
| Allen Basement Bar | $ 13,892 | $ 3,965 | $ 9,927 | 8/24/2026 | |
| Sherfinski Bath | $ 12,785 | $ 5,508 | $ 7,277 | 8/24/2026 | |
| Battin Laundry | $ 36,227 | $ 20,562 | $ 15,666 | 9/7/2026 | |
| Miconi Bathroom | $ 12,024 | $ 8,598 | $ 3,427 | 9/7/2026 | |
| Corwin Kitchen | $ 60,979 | $ 45,000 | $ 15,979 | 9/7/2026 | |
| Warren Kitchen | $ 11,146 | $ 12,000 | $ (854) | 9/14/2026 | |
| Hyde Kitchen | $ 23,515 | $ 16,179 | $ 7,336 | 9/15/2026 | |
| Rowan Kitchen | $ 22,188 | $ 19,143 | $ 3,045 | 9/21/2026 | |
| Goodwin Kitchen | $ 28,800 | $ 13,219 | $ 15,581 | 9/21/2026 | |
| Delardas Flooring | $ 8,308 | $ 4,047 | $ 4,261 | 10/15/2026 | |
| Schifano Master | $ 8,704 | $ 17,015 | $ (8,311) | In Process | Next draw is Ctop template |
| Sellaro Master | $ 12,447 | $ 4,458 | $ 7,989 | In Process | Tilework starting 7/27 |
| Handelman Upstairs Bathroom | $ 4,543 | $ 3,863 | $ 680 | In Process | Starting work on 7/27 |
| Handelman Downstairs Bathroom | $ 11,515 | $ 5,326 | $ 6,189 | In Process | Demoed, Crew going back on 7/27 |
| Sellaro Fridge Cabinet | $ 1,144 | | $ 1,144 | In Process | |
| Lituma Kitchen | $ 27,529 | $ 24,733 | $ 2,796 | In Process | Owes $11,000 from last draw |

# Income Statement

07/16/26

Davis Kitchen and Tile LLC

## Income Statement

*For 1 Month Ending June 2026*

---

**Operating Income**

| | | |
|---|---|---|
| Contract Income | $27,749.37 | |
| Service Income | 0.00 | |
| Showroom Sales | 0.00 | |
| Design/Measure Fees | 536.68 | |
| Vendor Rebates | 0.00 | |
| Discounts Given | (488.99) | |
| Finance Charge Income | 0.00 | |
| Freight Income | 0.00 | |
| Over/Underbillings | 0.00 | |
| Discounts Earned | 0.00 | |
| **Total Operating Income:** | | **$27,797.06** |

**Direct Expense**

| | |
|---|---|
| Materials | 5,855.61 |
| Freight | 360.00 |
| Equipment Expenses | 0.00 |
| Subcontracted | 800.00 |
| Other Job Expense | 1,013.62 |
| Liability Insurance | 0.00 |
| Commission Expense | 0.00 |
| Direct Labor | 7,718.51 |
| D/L Payroll Taxes | 590.50 |
| D/L Workers Compensation | 173.62 |
| D/L Benefits | 0.00 |
| D/L Liability Insurance | 0.00 |
| B&O Tax | 0.00 |
| Non-Tax Per Diem | 504.25 |
| Other Direct Expense | 0.00 |
| **Total Direct Expense:** | **17,016.11** |

**Equip/Shop Expense**

| | |
|---|---|
| Shop Labor | 0.00 |
| Warehouse Liability Insurance | 0.00 |

| | | |
|---|---|---|
| Equipment Lease Expense | 0.00 | |
| Equipment Fuel | 0.00 | |
| Equipment Supplies & Maint | 0.00 | |
| Equipment Repair | 0.00 | |
| Equipment Use Contra | 0.00 | |
| Other Warehouse/Equipt Expense | 0.00 | |
| **Total Equip/Shop Expense:** | **0.00** | |
| **Total Direct & Equip/Shop Expense:** | | **17,016.11** |
| **Gross Profit:** | | **10,780.95** |

**Overhead Expense**

| | |
|---|---|
| Rent | 5,318.60 |
| Office Supplies | 0.00 |
| Utilities | 4,019.29 |
| Electric | 0.00 |
| Credit Card Process Fees | 273.32 |
| Bank Charges | 0.00 |
| Finance Charges-Vendors | 0.00 |
| Postage | 0.00 |
| Freight Charges | 0.00 |
| Sales Tax Expense | 0.00 |
| Office Cleaning | 0.00 |
| Trash Service | 0.00 |
| Printing | 0.00 |
| Photography | 0.00 |
| Advertising & Promotion | 0.00 |
| Professional Services | 480.00 |
| Computer Software Expense | 0.00 |
| Computer Hardware | 0.00 |
| Computer Service & Support | 0.00 |
| Computer Supplies | 0.00 |
| Accounting Fees | 0.00 |
| Legal Fees | 0.00 |
| Employment Expenses | 0.00 |
| Travel | 0.00 |
| Dues & Subscriptions | 74.20 |
| Training/Seminars | 0.00 |
| Meals & Entertainment | 0.00 |
| Charity Donations | 0.00 |
| Maintenance & Repair | 194.74 |
| Gifts & Entertainment | 0.00 |
| Discounts- Contractor | 0.00 |

Continued...

| | |
|---|---|
| Liability Insurance | 436.79 |
| Taxes | 0.00 |
| Property Tax | 97.82 |
| Licenses | 0.00 |
| Interest Expense | 0.00 |
| Customer Discount | 0.00 |
| Bad Debt Expense | 0.00 |
| Other Office Expense | 0.00 |
| Decore & Displays | 0.00 |
| Samples & Catalogs | 0.00 |
| Suspense/Clearing | 0.04 |
| Plan Fees | 0.00 |
| Warranty Work | 0.00 |
| Commission - Outside Sales | 0.00 |
| Overhead Labor | 9,268.00 |
| O/H Payroll Taxes | 708.97 |
| O/H Workers Compensation | 61.60 |
| O/H Benefits | 0.00 |
| O/H Liability Insurance | 0.00 |
| Simple IRA Employer Contributions | 0.00 |
| COVID Payroll Tax offset | 0.00 |
| O/H Per Diem | 404.40 |
| Vehicle Maintenance | 0.00 |
| Vehicle Fees | 0.00 |
| Vehicle Fuel | 0.00 |
| Vehicle Repair | 0.00 |
| Vehicle & Liability Insurance | 0.00 |
| Small Tools | 0.00 |
| Uniforms | 0.00 |
| Other Shop Expense | 0.00 |
| Depreciation Expense | 0.00 |
| Vehicle Depreciation Expense | 0.00 |
| Tools Depreciation Expense | 0.00 |
| Office Equipment Dep'n Expense | 0.00 |
| Furniture & Fixtures Dep'n Exp | 0.00 |
| Amortization Expense | 0.00 |
| Inventory Adjustments | 0.00 |
| **Total Overhead Expense:** | **21,337.77** |

**Administrative Expense**

| | |
|---|---|
| Admin Salaries | 8,461.56 |
| Admin Payroll Taxes | 647.32 |
| Admin Workers Compensation | 29.72 |
| Admin Benefits | 0.00 |

| | | |
|---|---|---|
| Admin Liability Insurance | 0.00 | |
| Admin Per Diem | 0.00 | |
| Other Administrative Expense | 0.00 | |
| **Total Administrative Expense:** | **9,138.60** | |
| **Total Indirect Expense:** | | **30,476.37** |
| **Income from Operations:** | | **(19,695.42)** |
| **Other Income** | | |
| Other Income | 0.00 | |
| Admin Services Income | 0.00 | |
| **Total Other Income:** | | **0.00** |
| **Net Income Before Tax:** | | **(19,695.42)** |
| **After Tax Expense** | | |
| Federal Income Tax Expense | 0.00 | |
| State Income Tax Expense | 0.00 | |
| Tax Penalties | 0.00 | |
| Other Penalties | 0.00 | |
| Other After Tax Expense | 0.00 | |
| **Total After Tax Expense:** | | **0.00** |
| **Net Income:** | | **$(19,695.42)** |

# Balance Sheet

07/16/26

Davis Kitchen and Tile LLC

Balance Sheet

*Period 6 At June 2026*

---

## Assets

### Current Assets

| | | |
|---|---|---|
| Clear Mtn Checking | $55.48 | |
| PPP Proceeds Bank | 0.00 | |
| Petty Cash | 37.87 | |
| Undeposited Funds | 0.00 | |
| Clear Mtn Debit Card | 0.00 | |
| Amazon Gift Card | 0.00 | |
| First United Bank & Trust | 0.00 | |
| Cash Clearing Account | (0.02) | |
| FUBT - Retail | 1,541.58 | |
| Contract Receivables | 22,942.07 | |
| Startup Contract Receivables | 0.00 | |
| Service Receivables | 118,607.78 | |
| Startup Service Receivables | 0.00 | |
| Other Receivables | 0.00 | |
| Bad Debt Allowance | 0.00 | |
| Underbillings | 0.00 | |
| Inventory | 63,461.03 | |
| Startup Inventory | 0.00 | |
| Payroll Advances | 0.00 | |
| Refundable Deposits | 0.00 | |
| **Total Current Assets:** | | **$206,645.79** |

### WIP Assets

| | | |
|---|---|---|
| WIP - Default | 0.00 | |
| **Total WIP Assets:** | | **0.00** |

### Long Term Assets

| | | |
|---|---|---|
| Misc Fixed Assets | 80,131.90 | |
| Store Displays | 28,000.00 | |
| Tools | 6,300.00 | |

| | | |
|---|---|---|
| Office Equipment | 9,808.40 | |
| Master Builder Software | 5,000.00 | |
| Furniture & Fixtures | 0.00 | |
| Goodwill | 255,519.64 | |
| Vehicle Asset | 0.00 | |
| Equipment Assest | 0.00 | |
| Lease Hld/Improvements | 20,000.00 | |
| **Total Long Term Assets:** | **404,759.94** | |

**Accumulated Depreciation**

| | | |
|---|---|---|
| Accum Dep'n Displays | 0.00 | |
| Accumulated Depreciation | (100,755.00) | |
| Accum Dep'n Vehicles | 0.00 | |
| Accum Dep'n Tools | 0.00 | |
| Accum Dep'n Office Equipment | 0.00 | |
| Accum Dep'n Communication Eq | 0.00 | |
| Accum Dep'n Furniture & Fxt | 0.00 | |
| Accumulated Amortization | (49,871.00) | |
| **Total Accumulated Depreciation:** | **(150,626.00)** | |
| **Net Long Term Assets:** | | **254,133.94** |

**Other Assets**

| | | |
|---|---|---|
| Prepaid Insurance | 0.00 | |
| Prepaid Expenses | 0.00 | |
| **Total Other Assets:** | | **0.00** |
| **Total Assets:** | | **$460,779.73** |

# Liabilities

**Current Liabilities**

| | |
|---|---|
| Trade Accounts Payable | 445,467.38 |
| Startup Accounts Payable | 0.00 |
| Trade Advances Payable | 0.00 |
| Lowes | 22,610.77 |
| Chase | 0.00 |
| Hugharts Supply | 0.00 |
| OC Cluss | 0.00 |
| Office Depot | 0.00 |

| | | |
|---|---|---|
| Office Depot | 0.00 | |
| Blue Tarp Credit Services | 0.00 | |
| American Express | 0.00 | |
| American Express | 1,432.21 | |
| Menards | 30,314.11 | |
| Christel Collins | 937.82 | |
| Christopher Collins | 12,030.13 | |
| OC Cluss Payable | 6,500.00 | |
| Other Accounts Payable | 0.00 | |
| Lowes LBA | 0.00 | |
| Overbillings | 0.00 | |
| Sales Tax Payable | 70,224.34 | |
| Sales Tax Refund | 0.00 | |
| FICA/FIT Payable | 207,262.03 | |
| WV State Witholding | 46,024.57 | |
| PA State Withholding Tax | 2,388.55 | |
| Workers' Compensation Payable | 7,295.70 | |
| FUTA Payable | 1,057.86 | |
| AFLAC Payable | 41.40 | |
| Vacation Payable | 0.00 | |
| Health Insurance Payable | 0.00 | |
| WV State Unemployment | 3,092.36 | |
| Garnishment Payable | 0.00 | |
| Child Support Payable | 0.00 | |
| Liability Insurance Payable | 0.00 | |
| Morgantown Emp. Svc Fee Payble | 0.00 | |
| Deposits On Contract | 0.00 | |
| Client Refund Payable | 46,130.01 | |
| Corporate Federal Tax Payable | 0.00 | |
| Corp State Income Tax Payable | 0.00 | |
| Property Tax Payable | 0.00 | |
| Other Current Liabilities | 40.00 | |
| SIMPLE IRA- Employee Contribution | 7,522.87 | |
| Accrued Wages | 0.00 | |
| Employee Payable - Eric Dalton | 2,000.00 | |
| **Total Current Liabilities:** | | **912,372.11** |

**Long Term Liabilities**

| | |
|---|---|
| Equipment Loans | 53,571.21 |
| Master Builder Loan | 0.00 |
| Cole Davis Loan | 0.00 |
| Ed Loan | 0.00 |
| PPP Loan | 0.00 |

| | | |
|---|---|---|
| Clear Mtn Commercial Loan | 0.00 | |
| Ed Loan Payable | 113,876.44 | |
| First United Bank Loan Payable | 124,491.55 | |
| Headway Capital | (7,755.15) | |
| Vehicle Loan | 0.00 | |
| FUBT LOC | 147,660.87 | |
| Cliffside Payable | 311,309.82 | |
| Amare Payable | 169,784.66 | |
| Liberty Payable | 21,553.76 | |
| On Deck Loan | 22,179.86 | |
| Forward Financing | 0.00 | |
| **Total Long Term Liabilities:** | | **956,673.02** |
| **Total Liabilities:** | | **1,869,045.13** |

# Equity

**Equity/Capital**

| | | |
|---|---|---|
| Retained Earnings | (1,568,775.60) | |
| Capital Contributions | 260,461.11 | |
| Capital Distributions | (44,919.22) | |
| Chris Collins Equity | 75,000.00 | |
| GL Suspense | 0.00 | |
| **Subtotal Equity/Capital:** | **(1,278,233.71)** | |
| **Current Profit (Loss):** | **(130,031.69)** | |
| **Total Equity/Capital:** | | **(1,408,265.40)** |
| **Total Liabilities + Equity:** | | **$460,779.73** |

# Statement of Cash Flows

07/16/26

Davis Kitchen and Tile LLC

## Statement of Cash Flows

*Period 06 (Jun 2026) to 06 (Jun 2026)*
*, For 1 Month Ending June 2026*

**Cash flows from operating activities:**

| | | |
|---|---|---|
| Net Income | | $(19,018.60) |
| Adjustments to reconcile net income to net cash | | |
| Decrease in trade receivables | $1,896.78 | |
| Increase in trade payables | 5,635.88 | |
| Increase in current liabilities | 7,766.53 | |
| | | 15,299.19 |
| Net cash used by operating activities | | (3,719.41) |

**Cash flows from investing activites:**

| | | |
|---|---|---|
| Net cash provided by investing activities | | 0.00 |

**Cash flows from financing activities:**

| | | |
|---|---|---|
| Increase in long term liabilities | 1,215.00 | |
| Increase in equity | 2,797.57 | |
| Net cash provided by financing activities | | 4,012.57 |
| Net increase (decrease) in cash | | 293.16 |
| Cash and cash equivalents, beginning of period | | 1,341.75 |
| Cash and cash equivalents, end of period | | $1,634.91 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br>**DAVIS KITCHEN & TILE, LLC,**<br>Debtor. | Case No. 1:26-bk-00343<br>Chapter 11, Subchapter V |

# DEBTOR'S EXHIBIT

# D-5

Monthly Operating Report — July 2026

*Source: Doc. 147 | Matter(s): (a), (c), (d)*

*Hearing of October 28, 2026*

**Fill in this information to identify the case:**

Debtor Name Davis Kitchen & Tile LLC

United States Bankruptcy Court for the Northern District of West Virginia

Case number: 26-bk-343

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: July

Date report filed: 08/20/2026 (MM / DD / YYYY)

Line of business: Interior Renovation Const

NAISC code:

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: CEO/Owner

Original signature of responsible party: [signature]

Printed name of responsible party: Christopher S Collins

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Davis Kitchen & Tile LLC Case number 26-bk-343

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 2,663.31

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 51,033.51

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 48,552.40

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ 2,481.11

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 5,144.42

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 666.58

*(Exhibit E)*

Debtor Name Davis Kitchen & Tile LLC

Case number 26-bk-343

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 14,084.97

## 5. Employees

26. What was the number of employees when the case was filed? 6
27. What is the number of employees as of the date of this monthly report? 4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | | Column B **Actual** Copy lines 20-22 of this report. | | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 194,460.00 | – | $ 51,033.51 | = | $ 143,426.49 |
| 33. **Cash disbursements** | $ 107,798.98 | – | $ 48,552.40 | = | $ 59,246.58 |
| 34. **Net cash flow** | $ 86,661.02 | – | $ 2,481.11 | = | $ 84,179.91 |

35. Total projected cash receipts for the next month: $ 127,936.60
36. Total projected cash disbursements for the next month: - $ 107,475.65
37. Total projected net cash flow for the next month: = $ 20,460.96

Debtor Name Davis Kitchen & Tile LLC Case number 26-bk-343

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☑ 42. Project, job costing, or work-in-progress reports.

**Davis Kitchen and Tile LLC**
Prepared on 07/20/26
**Income Statement/Budget**
*For Future 12 Months*

| | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Aug-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Income** | | | | | | | | | | | | | |
| Contract Income | $37,660.00 | $37,661.00 | $37,662.00 | $37,663.00 | $37,664.00 | $37,665.00 | $37,666.00 | $37,667.00 | $37,668.00 | $37,669.00 | $37,669.00 | $37,670.00 | $451,984.00 |
| Service Income | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | $33,669.24 |
| Showroom Sales | 84,750.00 | 80,750.00 | 84,750.00 | 80,750.00 | 84,750.00 | 80,750.00 | 84,750.00 | 80,750.00 | 84,750.00 | 80,750.00 | 84,750.00 | 84,750.00 | $997,000.00 |
| Design/Measure Fees | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | $28,450.00 |
| Vendor Rebates | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Discounts Given | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Finance Charge Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Freight Income | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | $4,200.00 |
| Over/Underbillings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Discounts Earned | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Operating Income:** | **$127,936.60** | **$123,937.60** | **$127,938.60** | **$123,939.60** | **$127,940.60** | **$123,941.60** | **$127,942.60** | **$123,943.60** | **$127,944.60** | **$123,945.60** | **$127,945.60** | **$127,946.60** | **$1,515,303.24** |
| | | | | | | | | | | | | | |
| **Direct Expense** | | | | | | | | | | | | | |
| Materials | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | 42,707.67 | $512,492.00 |
| Freight | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | $6,600.00 |
| Equipment Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Subcontracted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Job Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Commission Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Direct Labor | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | 13,863.17 | $166,358.00 |
| D/L Payroll Taxes | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | 1,314.58 | $15,775.00 |
| D/L Workers Compensation | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | 309.33 | $3,712.00 |
| D/L Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| D/L Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| B&O Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Non-Tax Per Diem | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | 1,214.92 | $14,579.00 |
| Other Direct Expense | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| **Total Direct Expense:** | **59,961.67** | **59,962.67** | **59,963.67** | **59,964.67** | **59,965.67** | **59,966.67** | **59,967.67** | **59,968.67** | **59,969.67** | **59,970.67** | **59,970.67** | **59,971.67** | **719,604.00** |
| | | | | | | | | | | | | | |
| **Equip/Shop Expense** | | | | | | | | | | | | | |
| Shop Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Warehouse Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Lease Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Fuel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Supplies & Maint | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Equipment Use Contra | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Warehouse/Equipt Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Equip/Shop Expense:** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Total Direct & Equip/Shop Expense** | **59,961.67** | **59,962.67** | **59,963.67** | **59,964.67** | **59,965.67** | **59,966.67** | **59,967.67** | **59,968.67** | **59,969.67** | **59,970.67** | **59,970.67** | **59,971.67** | **719,604.00** |
| | | | | | | | | | | | | | |
| **Gross Profit:** | **67,974.94** | **63,974.94** | **67,974.94** | **63,974.94** | **67,974.94** | **63,974.94** | **67,974.94** | **63,974.94** | **67,974.94** | **63,974.94** | **67,974.94** | | **795,699.24** |

| Davis Kitchen and Tile LLC | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prepared on 07/20/26 | | | | | | | | | | | | | |
| **Income Statement/Budget** | | | | | | | | | | | | | |
| *For Future 12 Months* | | | | | | | | | | | | | |
| | **Aug-26** | **Sep-26** | **Oct-26** | **Nov-26** | **Dec-26** | **Jan-27** | **Feb-27** | **Mar-27** | **Apr-27** | **May-27** | **Jun-27** | **Aug-27** | **Total 12-Month** |
| **Overhead Expense** | | | | | | | | | | | | | |
| Rent | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | $62,653.00 |
| Office Supplies | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | $1,622.00 |
| Utilities | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | 1,964.08 | $23,569.00 |
| Electric | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Credit Card Process Fees | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | 457.25 | $5,487.00 |
| Bank Charges | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | 131.08 | $1,573.00 |
| Finance Charges-Vendors | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | 1,342.83 | $16,114.00 |
| Postage | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | $422.00 |
| Freight Charges | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | $464.00 |
| Sales Tax Expense | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | $122.00 |
| Office Cleaning | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | 330.00 | $3,960.00 |
| Trash Service | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | 116.92 | $1,403.00 |
| Printing | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | $52.00 |
| Photography | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | $350.00 |
| Advertising & Promotion | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | $5,961.24 |
| Computer Software Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Computer Hardware | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Computer Service & Support | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | $9,000.00 |
| Computer Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Accounting Fees | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | $6,000.00 |
| Legal Fees | 752.00 | 753.00 | 754.00 | 755.00 | 756.00 | 757.00 | 758.00 | 759.00 | 760.00 | 761.00 | 761.00 | 762.00 | $9,088.00 |
| Employment Expenses | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | $984.00 |
| Travel | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | 30.17 | $362.00 |
| Dues & Subscriptions | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | $4,727.00 |
| Training/Seminars | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Meals & Entertainment | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | 85.33 | $1,024.00 |
| Charity Donations | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Maintenance & Repair | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | $1,597.00 |
| Gifts & Entertainment | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Discounts- Contractor | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | 119.92 | $1,439.00 |
| Liability Insurance | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | 111.75 | $1,341.00 |
| Taxes | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Property Tax | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | $17,658.00 |
| Licenses | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | $168.00 |
| Interest Expense | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | $10,745.00 |
| Customer Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Bad Debt Expense | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | $122.52 |
| Other Office Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Decore & Displays | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Samples & Catalogs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Suspense/Clearing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Plan Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Warranty Work | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Commission - Outside Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Overhead Labor | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | 14,576.75 | $174,921.00 |
| O/H Payroll Taxes | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | 1,356.67 | $16,280.00 |

**Davis Kitchen and Tile LLC**
Prepared on 07/20/26
**Income Statement/Budget**
*For Future 12 Months*

| | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Aug-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O/H Workers Compensation | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | 97.42 | $1,169.00 |
| O/H Benefits | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | $432.00 |
| O/H Liability Insurance | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Simple IRA Employer Contributions | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | $4,927.00 |
| COVID Payroll Tax offset | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| O/H Per Diem | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | 1,214.50 | $14,574.00 |
| Vehicle Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Fuel | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | $559.00 |
| Vehicle Repair | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Vehicle & Liability Insurance | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | $7,189.00 |
| Small Tools | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Uniforms | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Shop Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Tools Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Office Equipment Dep'n Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Furniture & Fixtures Dep'n Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Inventory Adjustments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Overhead Expense:** | **34,015.56** | **34,024.56** | **34,033.56** | **34,042.56** | **34,051.56** | **34,060.56** | **34,069.56** | **34,078.56** | **34,087.56** | **34,096.56** | **34,096.56** | **34,105.56** | **408,762.76** |
| | | | | | | | | | | | | | |
| **Administrative Expense** | | | | | | | | | | | | | |
| Admin Salaries | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | 12,141.00 | $145,692.00 |
| Admin Payroll Taxes | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | 1,253.00 | $15,036.00 |
| Admin Workers Compensation | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | 56.42 | $677.00 |
| Admin Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Admin Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Admin Per Diem | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | $576.00 |
| Other Administrative Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Administrative Expense:** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **13,498.42** | **161,981.00** |
| **Total Indirect Expense:** | **47,513.98** | **47,522.98** | **47,531.98** | **47,540.98** | **47,549.98** | **47,558.98** | **47,567.98** | **47,576.98** | **47,585.98** | **47,594.98** | **47,594.98** | **47,603.98** | **570,743.76** |
| | | | | | | | | | | | | | |
| **Income from Operations:** | **20,460.96** | **16,451.96** | **20,442.96** | **16,433.96** | **20,424.96** | **16,415.96** | **20,406.96** | **16,397.96** | **20,388.96** | **16,379.96** | **20,379.96** | **20,370.96** | **224,955.48** |
| | | | | | | | | | | | | | |
| **Other Income** | | | | | | | | | | | | | |
| Other Income | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 11.00 | $87.00 |
| | | | | | | | | | | | | | |
| **Net Income Before Tax:** | **20,460.96** | **16,451.96** | **20,442.96** | **16,433.96** | **20,424.96** | **16,415.96** | **20,406.96** | **16,397.96** | **20,388.96** | **16,379.96** | **20,379.96** | **20,370.96** | **224,955.48** |
| | | | | | | | | | | | | | |
| **After Tax Expense** | | | | | | | | | | | | | |
| Federal Income Tax Expense | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | $4,000.00 |
| State Income Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Tax Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other After Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

| Davis Kitchen and Tile LLC | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prepared on 07/20/26 | | | | | | | | | | | | | | |
| **Income Statement/Budget** | | | | | | | | | | | | | | |
| *For Future 12 Months* | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | **Aug-26** | **Sep-26** | **Oct-26** | **Nov-26** | **Dec-26** | **Jan-27** | **Feb-27** | **Mar-27** | **Apr-27** | **May-27** | **Jun-27** | **Aug-27** | **Total 12-Month** |
| | **Total After Tax Expense:** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **4,000.00** |
| | | | | | | | | | | | | | | |
| | **Net Income:** | **$20,127.62** | **$16,118.62** | **$20,109.62** | **$16,100.62** | **$20,091.62** | **$16,082.62** | **$20,073.62** | **$16,064.62** | **$20,055.62** | **$16,046.62** | **$20,046.62** | **$20,037.62** | **$220,955.48** |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Chapter 11 Payment Plan** | | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | $189,000.00 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Net Income After Chapter 11 Payment Plan** | | **$4,377.62** | **$368.62** | **$4,359.62** | **$350.62** | **$4,341.62** | **$332.62** | **$4,323.62** | **$314.62** | **$4,305.62** | **$296.62** | **$4,296.62** | **$4,287.62** | **$31,955.48** |

| Davis Kitchen & Tile - Work in Progress Report | | | | | |
|---|---|---|---|---|---|
| **Date: 8/20/2026** | | | | | |
| | $ 459,255 | $ 308,897 | $ 150,358 | | |
| **Job** | **Outstanding Balance** | **Outstanding Materials** | **Amount Receivable vs Amount Payable** | **Start Date** | **Status** |
| Dittenhafer Bathroom | $ 15,910 | $ 6,440 | $ 9,470 | 8/27/2026 | |
| Shutler Shower Install | $ 6,808 | $ 2,445 | $ 4,363 | In Process | Start of Demo/Shower Completion |
| Jeruzal Upstairs and Kitchen | $ 2,325 | $ 1,234 | $ 1,092 | In Process | |
| Murray Kitchen Cabinets | $ 10,702 | $ 10,233 | $ 469 | 8/27/2026 | Start of Demo |
| Schwalm Primary Bath | $ 11,511 | $ 7,546 | $ 3,964 | 8/3/2026 | |
| Agee Bath & Flooring | $ 7,686 | $ 1,844 | $ 5,842 | 8/3/2026 | |
| Lemine - Turner Countertop | $ 5,803 | $ 5,137 | $ 666 | 8/3/2026 | Countertop Template Complete |
| Ramsey Shower | $ 5,450 | $ 4,632 | $ 818 | 9/10/2026 | |
| Keough Kitchen | $ 23,406 | $ 18,621 | $ 4,785 | 9/10/2026 | |
| Dittenhafer Laundry | $ 8,002 | $ 5,222 | $ 2,780 | 9/15/2026 | |
| Schwalm Guest Bath | $ 7,906 | $ 4,042 | $ 3,864 | 9/17/2026 | |
| Jeruzal Basement Bath | $ 8,215 | $ 3,521 | $ 4,694 | 8/27/2026 | |
| Allen Basement Bar | $ 13,892 | $ 3,965 | $ 9,927 | 9/24/2026 | |
| Sherfinski Bath | $ 12,785 | $ 5,508 | $ 7,277 | 9/24/2026 | |
| Battin Laundry | $ 36,227 | $ 20,562 | $ 15,666 | 9/25/2026 | |
| Miconi Bathroom | $ 12,024 | $ 8,598 | $ 3,427 | 9/25/2026 | |
| Corwin Kitchen | $ 60,979 | $ 45,000 | $ 15,979 | 10/5/2026 | |
| Warren Kitchen | $ 11,146 | $ 12,000 | $ (854) | 10/14/2026 | |
| Hyde Kitchen | $ 23,515 | $ 16,179 | $ 7,336 | 9/15/2026 | |
| Rowan Kitchen | $ 22,188 | $ 19,143 | $ 3,045 | 9/21/2026 | |
| Goodwin Kitchen | $ 28,800 | $ 13,219 | $ 15,581 | 9/21/2026 | |
| Delardas Flooring | $ 8,308 | $ 4,047 | $ 4,261 | 10/15/2026 | |
| Schifano Master | $ 8,704 | $ 17,015 | $ (8,311) | In Process | Next draw is Ctop template |
| Sellaro Master | $ 12,447 | $ 4,458 | $ 7,989 | In Process | Countertop Template Complete |
| Handelman Upstairs Bathroom | $ 4,543 | $ 3,863 | $ 680 | In Process | Countertop Template Complete |
| Handelman Downstairs Bathroom | $ 11,515 | $ 5,326 | $ 6,189 | In Process | Buildout Complete/Flooring Complete |
| Sellaro Fridge Cabinet | $ 1,144 | | $ 1,144 | In Process | |
| Lituma Kitchen | $ 27,529 | $ 24,733 | $ 2,796 | In Process | Owes $11,000 from last draw |
| Brugnoli Bath Floor | $ 2,128 | $ - | $ 2,128 | In Process | Completion |
| Kessler Bath | $ 853 | $ 6,578 | $ (5,725) | In Process | Shower Started 7/20 |
| Mary Lou Wilson Kitchen | $ 23,963 | $ 15,485 | $ 8,478 | Unsure | |
| Rellick Master | $ 20,918 | $ 11,403 | $ 9,515 | Unsure | Have cabinetry in warehouse, wanted to start 6/1 and heard from her attorney that she wants to cancel job |
| Burkle Countertop | $ 1,923 | $ 900 | $ 1,023 | 8/27/2026 | Countertop Template Complete |

# Balance Sheet

08/14/26

Davis Kitchen and Tile LLC

Balance Sheet

*Period 7 At July 2026*

---

## Assets

### Current Assets

| | | |
|---|---|---|
| Clear Mtn Checking | $55.48 | |
| PPP Proceeds Bank | 0.00 | |
| Petty Cash | 37.87 | |
| Undeposited Funds | 0.00 | |
| Clear Mtn Debit Card | 0.00 | |
| Amazon Gift Card | 0.00 | |
| First United Bank & Trust | 0.00 | |
| Cash Clearing Account | (0.02) | |
| FUBT - Retail | 14,694.16 | |
| Contract Receivables | 20,696.91 | |
| Startup Contract Receivables | 0.00 | |
| Service Receivables | 116,974.44 | |
| Startup Service Receivables | 0.00 | |
| Other Receivables | 0.00 | |
| Bad Debt Allowance | 0.00 | |
| Underbillings | 0.00 | |
| Inventory | 63,461.03 | |
| Startup Inventory | 0.00 | |
| Payroll Advances | 0.00 | |
| Refundable Deposits | 0.00 | |
| **Total Current Assets:** | | **$215,919.87** |

### WIP Assets

| | | |
|---|---|---|
| WIP - Default | 0.00 | |
| **Total WIP Assets:** | | **0.00** |

### Long Term Assets

| | | |
|---|---|---|
| Misc Fixed Assets | 80,131.90 | |
| Store Displays | 28,000.00 | |
| Tools | 6,300.00 | |

Balance Sheet 08/14/26

Continued...

| | | |
|---|---|---|
| Office Equipment | 9,808.40 | |
| Master Builder Software | 5,000.00 | |
| Furniture & Fixtures | 0.00 | |
| Goodwill | 255,519.64 | |
| Vehicle Asset | 0.00 | |
| Equipment Assest | 0.00 | |
| Lease Hld/Improvements | 20,000.00 | |
| **Total Long Term Assets:** | **404,759.94** | |
| **Accumulated Depreciation** | | |
| Accum Dep'n Displays | 0.00 | |
| Accumulated Depreciation | (100,755.00) | |
| Accum Dep'n Vehicles | 0.00 | |
| Accum Dep'n Tools | 0.00 | |
| Accum Dep'n Office Equipment | 0.00 | |
| Accum Dep'n Communication Eq | 0.00 | |
| Accum Dep'n Furniture & Fxt | 0.00 | |
| Accumulated Amortization | (49,871.00) | |
| **Total Accumulated Depreciation:** | **(150,626.00)** | |
| **Net Long Term Assets:** | | **254,133.94** |
| **Other Assets** | | |
| Prepaid Insurance | 0.00 | |
| Prepaid Expenses | 0.00 | |
| **Total Other Assets:** | | **0.00** |
| **Total Assets:** | | **$470,053.81** |

# Liabilities

| | |
|---|---|
| **Current Liabilities** | |
| Trade Accounts Payable | 447,992.77 |
| Startup Accounts Payable | 0.00 |
| Trade Advances Payable | 0.00 |
| Lowes | 22,610.77 |
| Chase | 0.00 |
| Hugharts Supply | 0.00 |
| OC Cluss | 0.00 |
| Office Depot | 0.00 |

| | | |
|---|---|---|
| Office Depot | 0.00 | |
| Blue Tarp Credit Services | 0.00 | |
| American Express | 0.00 | |
| American Express | 1,432.21 | |
| Menards | 30,314.11 | |
| Christel Collins | 937.82 | |
| Christopher Collins | 12,030.13 | |
| OC Cluss Payable | 6,500.00 | |
| Other Accounts Payable | 0.00 | |
| Lowes LBA | 0.00 | |
| Overbillings | 0.00 | |
| Sales Tax Payable | 72,020.81 | |
| Sales Tax Refund | 0.00 | |
| FICA/FIT Payable | 209,404.24 | |
| WV State Witholding | 46,875.57 | |
| PA State Withholding Tax | 2,388.55 | |
| Workers' Compensation Payable | 5,914.25 | |
| FUTA Payable | 1,057.86 | |
| AFLAC Payable | 41.40 | |
| Vacation Payable | 0.00 | |
| Health Insurance Payable | 0.00 | |
| WV State Unemployment | 3,092.36 | |
| Garnishment Payable | 0.00 | |
| Child Support Payable | 0.00 | |
| Liability Insurance Payable | 0.00 | |
| Morgantown Emp. Svc Fee Payble | 0.00 | |
| Deposits On Contract | 0.00 | |
| Client Refund Payable | 46,130.01 | |
| Corporate Federal Tax Payable | 0.00 | |
| Corp State Income Tax Payable | 0.00 | |
| Property Tax Payable | 0.00 | |
| Other Current Liabilities | 40.00 | |
| SIMPLE IRA- Employee Contribution | 7,710.37 | |
| Accrued Wages | 0.00 | |
| Employee Payable - Eric Dalton | 2,000.00 | |
| **Total Current Liabilities:** | | **918,493.23** |

**Long Term Liabilities**

| | | |
|---|---|---|
| Equipment Loans | 53,571.21 | |
| Master Builder Loan | 0.00 | |
| Cole Davis Loan | 0.00 | |
| Ed Loan | 0.00 | |
| PPP Loan | 0.00 | |

| | | |
|---|---|---|
| Clear Mtn Commercial Loan | 0.00 | |
| Ed Loan Payable | 113,876.44 | |
| First United Bank Loan Payable | 124,491.55 | |
| Headway Capital | (7,755.15) | |
| Vehicle Loan | 0.00 | |
| FUBT LOC | 147,660.87 | |
| Cliffside Payable | 311,309.82 | |
| Amare Payable | 169,784.66 | |
| Liberty Payable | 21,553.76 | |
| On Deck Loan | 22,179.86 | |
| Forward Financing | 0.00 | |
| **Total Long Term Liabilities:** | | **956,673.02** |
| **Total Liabilities:** | | **1,875,166.25** |

# Equity

**Equity/Capital**

| | | |
|---|---|---|
| Retained Earnings | (1,568,775.60) | |
| Capital Contributions | 260,461.11 | |
| Capital Distributions | (44,919.22) | |
| Chris Collins Equity | 75,000.00 | |
| GL Suspense | 0.00 | |
| **Subtotal Equity/Capital:** | **(1,278,233.71)** | |
| **Current Profit (Loss):** | **(126,878.73)** | |
| **Total Equity/Capital:** | | **(1,405,112.44)** |
| **Total Liabilities + Equity:** | | **$470,053.81** |

# Income Statement

08/14/26

Davis Kitchen and Tile LLC

## Income Statement

*For 1 Month Ending July 2026*

---

**Operating Income**

| | | |
|---|---|---|
| Contract Income | $64,649.05 | |
| Service Income | 0.00 | |
| Showroom Sales | 348.46 | |
| Design/Measure Fees | 213.32 | |
| Vendor Rebates | 0.00 | |
| Discounts Given | (854.33) | |
| Finance Charge Income | 0.00 | |
| Freight Income | 55.00 | |
| Over/Underbillings | 0.00 | |
| Discounts Earned | 0.00 | |
| **Total Operating Income:** | | **$64,411.50** |

**Direct Expense**

| | | |
|---|---|---|
| Materials | 11,641.32 | |
| Freight | 525.51 | |
| Equipment Expenses | 0.00 | |
| Subcontracted | 8,929.00 | |
| Other Job Expense | 220.08 | |
| Liability Insurance | 0.00 | |
| Commission Expense | 0.00 | |
| Direct Labor | 4,995.00 | |
| D/L Payroll Taxes | 382.18 | |
| D/L Workers Compensation | 98.38 | |
| D/L Benefits | 0.00 | |
| D/L Liability Insurance | 0.00 | |
| B&O Tax | 0.00 | |
| Non-Tax Per Diem | 404.40 | |
| Other Direct Expense | 0.00 | |
| **Total Direct Expense:** | **27,195.87** | |

**Equip/Shop Expense**

| | | |
|---|---|---|
| Shop Labor | 0.00 | |
| Warehouse Liability Insurance | 0.00 | |

| | | |
|---|---|---|
| Equipment Lease Expense | 0.00 | |
| Equipment Fuel | 0.00 | |
| Equipment Supplies & Maint | 0.00 | |
| Equipment Repair | 0.00 | |
| Equipment Use Contra | 0.00 | |
| Other Warehouse/Equipt Expense | 0.00 | |
| **Total Equip/Shop Expense:** | **0.00** | |
| **Total Direct & Equip/Shop Expense:** | | **27,195.87** |
| **Gross Profit:** | | **37,215.63** |

**Overhead Expense**

| | |
|---|---|
| Rent | 5,408.70 |
| Office Supplies | 43.18 |
| Utilities | 2,890.11 |
| Electric | 0.00 |
| Credit Card Process Fees | 192.51 |
| Bank Charges | 0.00 |
| Finance Charges-Vendors | 0.00 |
| Postage | 0.00 |
| Freight Charges | 0.00 |
| Sales Tax Expense | 0.00 |
| Office Cleaning | 0.00 |
| Trash Service | 0.00 |
| Printing | 0.00 |
| Photography | 0.00 |
| Advertising & Promotion | 0.00 |
| Professional Services | 180.00 |
| Computer Software Expense | 0.00 |
| Computer Hardware | 0.00 |
| Computer Service & Support | 0.00 |
| Computer Supplies | 0.00 |
| Accounting Fees | 0.00 |
| Legal Fees | 0.00 |
| Employment Expenses | 0.00 |
| Travel | 0.00 |
| Dues & Subscriptions | 251.12 |
| Training/Seminars | 0.00 |
| Meals & Entertainment | 0.00 |
| Charity Donations | 0.00 |
| Maintenance & Repair | 194.74 |
| Gifts & Entertainment | 0.00 |
| Discounts- Contractor | 0.00 |

# Income Statement

08/14/26

Continued...

| | |
|---|---|
| Liability Insurance | 1,651.50 |
| Taxes | 0.00 |
| Property Tax | 97.82 |
| Licenses | 100.00 |
| Interest Expense | 0.00 |
| Customer Discount | 0.00 |
| Bad Debt Expense | 0.00 |
| Other Office Expense | 0.00 |
| Decore & Displays | 0.00 |
| Samples & Catalogs | 0.00 |
| Suspense/Clearing | 0.00 |
| Plan Fees | 0.00 |
| Warranty Work | 0.00 |
| Commission - Outside Sales | 0.00 |
| Overhead Labor | 8,832.50 |
| O/H Payroll Taxes | 675.63 |
| O/H Workers Compensation | 59.03 |
| O/H Benefits | 321.36 |
| O/H Liability Insurance | 0.00 |
| Simple IRA Employer Contributions | 0.00 |
| COVID Payroll Tax offset | 0.00 |
| O/H Per Diem | 362.18 |
| Vehicle Maintenance | 0.00 |
| Vehicle Fees | 0.00 |
| Vehicle Fuel | 0.00 |
| Vehicle Repair | 0.00 |
| Vehicle & Liability Insurance | 0.00 |
| Small Tools | 0.00 |
| Uniforms | 0.00 |
| Other Shop Expense | 0.00 |
| Depreciation Expense | 0.00 |
| Vehicle Depreciation Expense | 0.00 |
| Tools Depreciation Expense | 0.00 |
| Office Equipment Dep'n Expense | 0.00 |
| Furniture & Fixtures Dep'n Exp | 0.00 |
| Amortization Expense | 0.00 |
| Inventory Adjustments | 0.00 |
| **Total Overhead Expense:** | **21,260.38** |

**Administrative Expense**

| | |
|---|---|
| Admin Salaries | 10,576.95 |
| Admin Payroll Taxes | 809.15 |
| Admin Workers Compensation | 37.15 |
| Admin Benefits | 0.00 |

| | | |
|---|---|---|
| Admin Liability Insurance | 0.00 | |
| Admin Per Diem | 0.00 | |
| Other Administrative Expense | 0.00 | |
| **Total Administrative Expense:** | **11,423.25** | |
| **Total Indirect Expense:** | | **32,683.63** |
| **Income from Operations:** | | **4,532.00** |
| **Other Income** | | |
| Other Income | 0.00 | |
| Admin Services Income | 0.00 | |
| **Total Other Income:** | | **0.00** |
| **Net Income Before Tax:** | | **4,532.00** |
| **After Tax Expense** | | |
| Federal Income Tax Expense | 0.00 | |
| State Income Tax Expense | 0.00 | |
| Tax Penalties | 0.00 | |
| Other Penalties | 0.00 | |
| Other After Tax Expense | 0.00 | |
| **Total After Tax Expense:** | | **0.00** |
| **Net Income:** | | **$4,532.00** |

# Statement of Cash Flows

08/14/26

Davis Kitchen and Tile LLC

## Statement of Cash Flows

*Period 07 (Jul 2026) to 07 (Jul 2026)*
*, For 1 Month Ending July 2026*

**Cash flows from operating activities:**

| | | |
|---|---|---|
| Net Income | | $4,532.00 |
| Adjustments to reconcile net income to net cash | | |
| Decrease in trade receivables | $3,878.50 | |
| Increase in trade payables | 1,146.35 | |
| Increase in current liabilities | 3,595.73 | |
| | | 8,620.58 |
| Net cash provided by operating activities | | 13,152.58 |

**Cash flows from investing activites:**

| | |
|---|---|
| Net cash provided by investing activities | 0.00 |

**Cash flows from financing activities:**

| | |
|---|---|
| Net cash provided by financing activities | 0.00 |
| Net increase (decrease) in cash | 13,152.58 |
| Cash and cash equivalents, beginning of period | 1,634.91 |
| Cash and cash equivalents, end of period | $14,787.49 |

First United
Bank & Trust

12892 Garrett Highway
Oakland, MD 21550

1-888-692-2654
MyBank.com

MEMBER FDIC

Last statement: June 30, 2026
This statement: July 31, 2026
Total days in statement period: 31

DAVIS KITCHEN & TILE LLC
DKT RETAIL
831 VENTURE DR
MORGANTOWN WV 26508-7307

Page 1 of 5
[redacted]0062
( 0)

***MAKE EVERY PURCHASE COUNT WITH OUR SWIPE INTO SUMMER SWEEPSTAKES! FROM JULY 1 THROUGH SEPTEMBER 30, SOAK UP REWARDS, CASH BACK OR UNFORGETTABLE EXPERIENCES EACH TIME YOU TAP, SWIPE AND SPEND WITH YOUR MY BANK VISA DEBIT CARD. EACH PURCHASE AUTOMATICALLY ENTERS YOU FOR A CHANCE TO WIN ONE OF THREE SUMMER GRAND PRIZE PACKS! VISIT MYBANK.COM/SWEEPS FOR DETAILS. MEMBER OF FDIC***

## My Elite Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted]0062 | Beginning balance | $2,663.31 |
| Low balance | $28.48 | Total additions | 51,033.51 |
| Average balance | $8,474.33 | Total subtractions | 48,552.40 |
| Avg collected balance | $8,474 | Ending balance | $5,144.42 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1107 | 07-20 | 968.57 | 1274 * | 07-17 | 1,330.45 |
| 1120 * | 07-17 | 1,125.27 | 1300 * | 07-27 | 968.57 |
| 1192 * | 07-03 | 968.57 | 1301 | 07-27 | 1,207.07 |
| 1193 | 07-03 | 1,225.07 | 1302 | 07-24 | 1,105.47 |
| 1194 | 07-03 | 1,168.10 | 1303 | 07-28 | 816.57 |
| 1195 | 07-06 | 1,089.87 | 1304 | 07-29 | 1,804.63 |
| 1196 | 07-14 | 816.57 | 1306 * | 07-29 | 1,000.00 |
| 1197 | 07-13 | 968.57 | 1308 * | 07-29 | 3,000.00 |
| 1198 | 07-13 | 1,287.47 | 63026 * | 07-03 | 587.28 |
| 1199 | 07-10 | 1,133.97 | | | |

*** Skip in check sequence**

DEBITS

| Date | | Description | Subtractions |
|---|---|---|---|
| 07-01 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 06-30-26 | 31.86 |
| 07-01 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 ZOHO ZOHO BIGIN<br>WWW ZOHO CA XXXXXXXXXXXX7153 06-30-26 | 74.20 |
| 07-01 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 VERIZONWRLSS RTCCR<br>VB 800 922 0 FL XXXXXXXXXXXX7153 06-30-26 | 853.07 |
| 07-02 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 UPS 298338D79A5<br>800 811 1 GA XXXXXXXXXXXX7153 07-01-26 | 15.75 |
| 07-03 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 07-02-26 | 58.58 |
| 07-03 | ' | Wire Transfer-Out<br>202607030040614 CHRISTOPHER COLLIN1213 E MURIEL ST F | 799.19 |
| 07-06 | ' | Preauthorized Wd<br>IRS USATAXPYMT 260706<br>270658713464003 DAVIS KITCHEN & TILE L | 1,119.66 |
| 07-07 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 07-06-26 | 40.24 |
| 07-07 | ' | Preauthorized Wd<br>NIC SERVICES Encova Ins 260707<br>888 859 6183 Davis Kitchen Til e LL | 788.00 |
| 07-08 | ' | Preauthorized Wd<br>LIBERTY NATIONAL WSOBILLING 260707<br>DAVIS KITCHEN AND TILE | 321.36 |
| 07-10 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 07-09-26 | 61.55 |
| 07-10 | ' | Wire Transfer-Out<br>202607100113171 CHRISTOPHER COLLIN1213 E MURIEL ST F | 799.19 |
| 07-10 | ' | Preauthorized Wd<br>TSYS/TRANSFIRST MERCH FEES 260710<br>543684555987296 DAVIS KITCHEN AND TILE | 192.51 |
| 07-13 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 07-10-26 | 14.23 |
| 07-13 | ' | Preauthorized Wd<br>DEUTSCH IMPORTS, SIGONFILE 260713<br>Davis Kitchen and Tile | 373.78 |

| Date | Description | Subtractions |
|---|---|---|
| 07-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 07-15-26 | 11.66 |
| 07-17 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 07-16-26 | 172.82 |
| 07-17 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER VISA DIRE NY XXXXXXXXXXXX7153 07-17-26 1:52 PM | 180.00 |
| 07-17 | ' Wire Transfer-Out<br>202607170116163 CHRISTOPHER COLLIN1213 E MURIEL ST F | 799.19 |
| 07-17 | ' Preauthorized Wd<br>IRS USATAXPYMT 260717<br>270659820532772 DAVIS KITCHEN & TILE L | 1,101.22 |
| 07-20 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 403629 MORGANTOWN UTIL<br>304 292 8 WV XXXXXXXXXXXX7153 07-17-26 | 198.78 |
| 07-20 | ' Preauthorized Wd<br>COMM OF PA OB/OC INTERNET 260720<br>043000095782762 1400310000039406686520 | 100.00 |
| 07-20 | ' Preauthorized Wd<br>Secure Storage o 2123723403 260720<br>Christopher Collins | 1,440.00 |
| 07-20 | ' Preauthorized Wd<br>PIERPONT CENTER E-CHECK 260720<br>Davis Kitchen and Tile | 4,367.67 |
| 07-22 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER VISA DIRE NY XXXXXXXXXXXX7153 07-22-26 1:58 PM | 22.50 |
| 07-22 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 TBE BRADFORD CHECK<br>S 800 323 8 IL XXXXXXXXXXXX7153 07-21-26 | 43.18 |
| 07-22 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER VISA DIRE NY XXXXXXXXXXXX7153 07-22-26 12:18 PM | 112.50 |
| 07-22 | ' Preauthorized Wd<br>COMCAST-XFINITY CABLE SVCS 260722<br>Christopher *Collins | 1,239.79 |
| 07-22 | ' Preauthorized Wd<br>IPFS866-412-2560 IPFSPMTMDB 260722<br>871112 DAVIS KITCHEN AND TILE | 1,454.99 |
| 07-23 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 WP WORDPRESS NSL74<br>3T5Z WORDPRESS CA XXXXXXXXXXXX7153 07-22-26 | 102.72 |
| 07-24 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 437735 BENNETT SUPPLY OF<br>PA 724 27417 PA XXXXXXXXXXXX7153 07-23-26 | 1,650.73 |

| Date | | Description | Subtractions |
|---|---|---|---|
| 07-24 | ' | Wire Transfer-Out<br>202607240127033 CHRISTOPHER COLLIN1213 E MURIEL ST F | 799.19 |
| 07-27 | ' | Preauthorized Wd<br>IRS USATAXPYMT 260727<br>270660860449285 DAVIS KITCHEN & TILE L | 1,101.22 |
| 07-29 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 449215 DAL TILE 169 PITT<br>SBURGH412 787 2 PAXXXXXXXXXXXX7153 07-28-26 | 980.05 |
| 07-29 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 07-28-26 | 1,362.58 |
| 07-29 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 07-28-26 | 2,627.89 |
| 07-29 | ' | Preauthorized Wd<br>M S INTERNATIONA 7146857500 260729<br>CHRISTOPHER COLLINS | 231.46 |
| 07-30 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 07-29-26 | 148.12 |
| 07-31 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 ZOHO ZOHO BIGIN<br>WWW ZOHO CA XXXXXXXXXXXX7153 07-30-26 | 74.20 |
| 07-31 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 07-30-26 | 114.70 |

## CREDITS

| Date | | Description | Additions |
|---|---|---|---|
| 07-02 | ' | Deposit | 1,335.16 |
| 07-02 | ' | Preauthorized Credit<br>TSYS/TRANSFIRST CR CD ADJ 5436845559872964DA<br>VIS KITCHEN AND TILE CR CD ADJ 070 226 | 213.32 |
| 07-02 | ' | Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF 5436845559872964DA<br>VIS KITCHEN AND TILE MERC SV-TF070 226 | 8,596.74 |
| 07-06 | ' | POS Refund<br>MERCHANT REFUND TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 07-04-26 12:00 AM | 257.06 |
| 07-09 | ' | Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF 5436845559872964DA<br>VIS KITCHEN AND TILE MERC SV-TF070 926 | 1,433.34 |
| 07-13 | ' | Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF 5436845559872964DA<br>VIS KITCHEN AND TILE MERC SV-TF071 326 | 318.19 |
| 07-15 | ' | Deposit | 13,829.54 |
| 07-17 | ' | Deposit | 5,214.60 |

DAVIS KITCHEN & TILE LLC
July 31, 2026

Page 5 of 5
[redacted]0062

| Date | | Description | Additions |
|---|---|---|---|
| 07-20 | ' | Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF 5436845559872964DA<br>VIS KITCHEN AND TILE MERC SV-TF072 026 | 318.18 |
| 07-24 | ' | Deposit | 17,594.23 |
| 07-28 | ' | Deposit | 1,923.15 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 2,663.31 | 07-10 | 3,170.91 | 07-23 | 4,619.49 |
| 07-01 | 1,704.18 | 07-13 | 845.05 | 07-24 | 18,658.33 |
| 07-02 | 11,833.65 | 07-14 | 28.48 | 07-27 | 15,381.47 |
| 07-03 | 7,026.86 | 07-15 | 13,858.02 | 07-28 | 16,488.05 |
| 07-06 | 5,074.39 | 07-16 | 13,846.36 | 07-29 | 5,481.44 |
| 07-07 | 4,246.15 | 07-17 | 14,352.01 | 07-30 | 5,333.32 |
| 07-08 | 3,924.79 | 07-20 | 7,595.17 | 07-31 | 5,144.42 |
| 07-09 | 5,358.13 | 07-22 | 4,722.21 | | |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $84.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

CHANGE OF ADDRESS
Please notify us immediately if you need to change your address. To change your address, visit any local First United branch or you may call our Customer Care Center at 1-888-692-2654.

HOW TO RECONCILE YOUR ACCOUNT
Please compare this statement with your records. If no error is reported within 60 days, the statement will be considered correct. Retain all receipts until your next statement is received and reconciled.

1. List and total all outstanding checks or withdrawals including those still outstanding from previous statements. Also, list any other outstanding debits to your account that are in your register, but not on this statement, such as ATM withdrawals, debit card transactions or automatic payments.
2. Enter ending balance shown on the front of statement.
3. Add deposits and other credits not shown on this statement.
4. Total
5. Subtract the total of outstanding checks and debits as determined in step 1 above.
6. This figure should be your checkbook balance. If it does not agree, review the above steps and, if necessary, review your checkbook entries.

| (1) OUTSTANDING CHECKS & OTHER DEBITS | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

| RECONCILEMENT | | |
|---|---|---|
| (2) | | |
| (3) | | |
| | | |
| | | |
| | | |
| | | |
| (4) | | |
| (5) | | |
| (6) | | |

ENTER ALL DEPOSITS AND WITHDRAWALS MADE DURING THE PERIOD UNTIL YOUR NEXT STATEMENT

| DATE | DESCRIPTION | INTEREST | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

PREAUTHORIZED CREDITS
If you have arranged to have direct deposits made to your account, you may call us at 1-888-692-2654 to verify that the deposit has been made.

CERTIFICATE OF DEPOSIT
If you have questions concerning your Certificate of Deposit, please contact your local community office or call our Customer Care Center at 1-888-692-2654.

IMPORTANT INFORMATION ABOUT YOUR LINE OF CREDIT ACCOUNT
We figure the Interest Charge on your account by applying the daily periodic rate to the "AVERAGE DAILY BALANCE", then multiply by the number of days in the billing cycle. The annual percentage rate (APR) may vary. To get the "AVERAGE DAILY BALANCE" we take the beginning Principal Balance of your account each day, add any new advances and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "AVERAGE DAILY BALANCE".

Notify us of inaccurate information we report to Consumer Reporting Agencies. Please notify us if we report any inaccurate information about your account to a consumer reporting agency. Your written notice describing the specific inaccuracy should be sent to us at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550.

BILLING RIGHTS SUMMARY
*Notify us in case of errors or questions about your statement*

If you think your statement is incorrect or you need more information about a transaction on your statement, please call 1-888-692-2654 or visit your local community office. To dispute a payment, please write us on a separate sheet of paper at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550. We must hear from you no later than 60 days after we send you the first statement on which the error appeared. You may telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- Specify in detail what you believe to be an error and the reasons you believe the billing error exists, along with the amount, date and type of error.

During our investigation, we cannot try to collect any amount you question, or report you as delinquent on the amount in question. We can continue to bill you for the amount you question, including finance charges and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating but you are still obligated to pay the parts of your bill that are not in question.

EQUAL HOUSING LENDER Member FDIC

ELECTRONIC FUNDS TRANSFER
Telephone our Customer Care Center at 1-888-692-2654 or write us at 12892 Garrett Highway, Oakland, MD 21550, as soon as possible, if you think your statement or receipt is wrong or if you need more information about the transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If our investigation takes longer than 10 business days after we hear from you we will credit your account the amount that you think is in error, so you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

We will tell you the results within three business days after completing our investigation. If we decide there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

HOW TO AVOID OVERDRAFTS
We review our overdraft report daily and do not charge fees for overdrafts if the account balance is overdrawn $10 or less. We typically pay most checks for a fee. We also offer additional services to help you avoid overdrafts and keep your checking account in the black.

- **Link with savings** – Automatically pull funds from your savings account when your checking account goes negative. Transaction limits may apply.
- **Link with Personal Line of Credit** – You may apply for a Personal Credit Line (PCL). If you meet the underwriting standards, the PCL will be set up for you. You may then link your PCL to your checking account. If an overdraft occurs, a transfer will be made from your PCL to your checking account. There is an annual fee for a PCL.
- **Opt-Out of Overdraft Services** – If you've experienced repeated difficulty with overdrafts, First United Bank & Trust will honor your request to decline coverage of overdrafts (i.e. opt-out) resulting from any non-electronic transactions such as checks. This opt-out means items presented against insufficient funds will be returned as applicable by law. Any previous "opt-in" request to our Standard Overdraft Protection services will be discontinued which may result in ATM or Point of Sale transactions being rejected or declined at the time of transaction. Customers are responsible for the return item charges from First United, as well as any charges from the merchant. Most customers prefer to avoid these additional charges and the embarrassment of declined payments, so this opt-out is intended as a last resort in special circumstances. This option may not result in a reduction of fees. Contact us at 1-888-692-2654 for information on how to opt-out entirely.

# Bank Reconciliation

08/14/26

Davis Kitchen and Tile LLC

## Bank Reconciliation

*1070 - FUBT - Retail Statement Date: 07/31/2026*

| Record# | Status | Trans# | Date | Payee/Description | Amount |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 77401 | Clear | 07212026 | 07/21/2026 | Fees | -75.95 |
| **Deposits** | | | | | |
| 77285 | Clear | 8152086 | 07/02/2026 | Del Greco | 213.32 |
| 77326 | Clear | 8152089 | 07/17/2026 | Payments | 318.18 |
| 77300 | Clear | 8152088 | 07/13/2026 | Payments | 318.19 |
| 77233 | Clear | 8152079 | 07/02/2026 | Payments | 1,335.16 |
| 77268 | Clear | 8152084 | 07/09/2026 | CC Payments | 1,433.34 |
| 77363 | Clear | 8152092 | 07/27/2026 | Payments | 1,923.15 |
| 77327 | Clear | 8152090 | 07/17/2026 | Payments | 5,214.60 |
| 77365 | | 8152093 | 07/31/2026 | Payments | 5,225.05 |
| 77235 | Clear | 8152080 | 07/02/2026 | CC Payments | 8,596.74 |
| 77299 | Clear | 8152087 | 07/15/2026 | Payments | 13,829.54 |
| 77372 | | 8152094 | 07/31/2026 | Payments | 14,084.97 |
| 77341 | Clear | 8152091 | 07/24/2026 | Payments | 17,594.23 |
| **Checks** | | | | | |
| 77274 | Clear | 07092026 | 07/09/2026 | Build.com | -257.06 |
| 77305 | Clear | 7333575444 | 07/16/2026 | LOWES | 11.66 |
| 77306 | Clear | 7333575444 | 07/14/2026 | LOWES | 14.23 |
| 77282 | Clear | 270658713464008 | 07/02/2026 | UPS | 15.75 |
| 77357 | Clear | 07222026 | 07/22/2026 | Bennett Designs | 22.50 |
| 77281 | Clear | 270658713464007 | 06/30/2026 | LOWES | 31.86 |
| 77283 | Clear | 07072026 | 07/07/2026 | LOWES | 40.24 |
| 77303 | Clear | 7102027 | 07/16/2026 | | 43.18 |
| 77280 | Clear | 07022026 | 07/02/2026 | LOWES | 58.58 |
| 77284 | Clear | 07092026 | 07/09/2026 | LOWES | 61.55 |
| 77277 | Clear | 270658713464006 | 07/01/2026 | Zoho | 74.20 |
| 77382 | Clear | 07312026 | 07/31/2026 | Zoho | 74.20 |
| 77318 | Clear | 270659820532773 | 07/17/2026 | PA Department of Revenue | 100.00 |
| 77355 | Clear | 07232026 | 07/23/2026 | | 102.72 |
| 77356 | Clear | 07222026 | 07/22/2026 | Bennett Designs | 112.50 |
| 77381 | Clear | 7333575444 | 07/31/2026 | LOWES | 114.70 |
| 77380 | Clear | 1313 | 07/30/2026 | LOWES | 148.12 |
| 77304 | Clear | 7333575444 | 07/16/2026 | LOWES | 172.82 |
| 77330 | Clear | 270659820532774 | 07/21/2026 | Bennett Designs | 180.00 |
| 77296 | Clear | 07102026 | 07/10/2026 | | 192.51 |
| 77321 | Clear | 07172026 | 07/17/2026 | MORGANTOWN UTILITY BOARD, CVPS | 198.78 |
| 77384 | Clear | 07282026 | 07/28/2026 | MSI | 231.46 |

Bank Reconciliation 08/14/26

Continued...

| Record# | Status | Trans# | Date | Payee/Description | Amount |
|---|---|---|---|---|---|
| 77271 | Clear | 06262026 | 07/09/2026 | | 321.36 |
| 77302 | Clear | 07132026 | 07/13/2026 | Glazzio Tile | 373.78 |
| 77273 | Clear | 07062026 | 07/06/2026 | Dreamline Shower Doors | 587.28 |
| 77272 | Clear | 7333575444 | 07/09/2026 | ENCOVA | 788.00 |
| 77225 | Clear | 1329 | 07/03/2026 | Christopher S Collins | 799.19 |
| 77289 | Clear | 1198 | 07/10/2026 | Christopher S Collins | 799.19 |
| 77308 | Clear | 1202 | 07/17/2026 | Christopher S Collins | 799.19 |
| 77333 | Clear | 1206 | 07/24/2026 | Christopher S Collins | 799.19 |
| 77359 | | 1310 | 07/31/2026 | Christopher S Collins | 799.19 |
| 77287 | Clear | 1196 | 07/09/2026 | Rugratz Flooring | 816.57 |
| 77352 | Clear | 1303 | 07/24/2026 | Rugratz Flooring | 816.57 |
| 77276 | Clear | 07012026 | 07/01/2026 | Verizon | 853.07 |
| 77361 | | 1312 | 07/31/2026 | Viktor Srenker | 922.05 |
| 77367 | | 1309 | 07/31/2026 | Real Wood | 950.00 |
| 77224 | Clear | 1328 | 07/03/2026 | Jessica A Engels | 968.57 |
| 77288 | Clear | 1197 | 07/10/2026 | Jessica A Engels | 968.57 |
| 77307 | Clear | 1201 | 07/17/2026 | Jessica A Engels | 968.57 |
| 77332 | Clear | 1205 | 07/24/2026 | Jessica A Engels | 968.57 |
| 77358 | | 1309 | 07/31/2026 | Jessica A Engels | 968.57 |
| 77379 | Clear | 07282026 | 07/28/2026 | Daltile | 980.05 |
| 77353 | Clear | 1306 | 07/28/2026 | Rugratz Flooring | 1,000.00 |
| 77168 | Clear | 1317 | 06/12/2026 | Viktor Srenker | 1,089.87 |
| 77313 | Clear | 270659820532772 | 07/17/2026 | IRS UNITED STATES TREASURY | 1,101.22 |
| 77338 | Clear | 270660860449285 | 07/27/2026 | IRS UNITED STATES TREASURY | 1,101.22 |
| 77335 | Clear | 1208 | 07/24/2026 | Viktor Srenker | 1,105.47 |
| 77229 | Clear | 270658713464003 | 07/06/2026 | IRS UNITED STATES TREASURY | 1,119.66 |
| 77310 | Clear | 1204 | 07/17/2026 | Viktor Srenker | 1,125.27 |
| 77291 | Clear | 1200 | 07/10/2026 | Viktor Srenker | 1,133.97 |
| 77227 | Clear | 1331 | 07/03/2026 | Viktor Srenker | 1,168.10 |
| 77360 | | 1311 | 07/31/2026 | Eric T Dalton | 1,191.47 |
| 77334 | Clear | 1207 | 07/24/2026 | Eric T Dalton | 1,207.07 |
| 77226 | Clear | 1330 | 07/03/2026 | Eric T Dalton | 1,225.07 |
| 77331 | Clear | 23607547183 | 07/21/2026 | Comcast | 1,239.79 |
| 77290 | Clear | 1199 | 07/10/2026 | Eric T Dalton | 1,287.47 |
| 77309 | Clear | 1203 | 07/17/2026 | Eric T Dalton | 1,330.45 |
| 77328 | Clear | 07212026 | 07/21/2026 | IPFS Corporation | 1,379.04 |
| 77311 | Clear | 07172026 | 07/17/2026 | SECURE STORAGE OF MORGANTOWN | 1,440.00 |
| 77337 | Clear | 07232026 | 07/23/2026 | BENNETT SUPPLY CO | 1,650.73 |
| 77343 | Clear | 1304 | 07/27/2026 | BENNETT SUPPLY CO | 1,804.63 |
| 77354 | Clear | 1308 | 07/28/2026 | Rugratz Flooring | 3,000.00 |
| 77349 | Clear | 07272026 | 07/27/2026 | Build.com | 3,990.47 |
| 77312 | Clear | 07172026 | 07/17/2026 | WHLR - Pierpont Center | 4,367.67 |
| 77345 | | 1307 | 07/27/2026 | BC STONE INC | 4,929.00 |

| #Dep | $Deposits | #Clear | $Clear | #Chk | $Checks | #Clear | $Clear |
|---|---|---|---|---|---|---|---|

Bank Reconciliation 08/14/26

Continued...

| Record# | Status | Trans# | Date | Payee/Description | Amount |
|---|---|---|---|---|---|

12 70,086.47 10 50,776.45 65 57,979.67 59 48,219.39

Statement Beginning Balance: 2,663.31 Statement Ending Balance: 5,144.42

Account Current Balance: -4,965.59

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br>**DAVIS KITCHEN & TILE, LLC,**<br>Debtor. | Case No. 1:26-bk-00343<br>Chapter 11, Subchapter V |

# DEBTOR'S EXHIBIT

# D-6

Monthly Operating Report — August 2026

*Source: Doc. 176 | Matter(s): (a), (c), (d)*

*Hearing of October 28, 2026*

Fill in this information to identify the case:

Debtor Name Davis Kitchen & Tile LLC

United States Bankruptcy Court for the Northern District of West Virginia

Case number: 26-bk-343

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: August

Date report filed: 09/21/2026 (MM / DD / YYYY)

Line of business: Interior Renovation Const

NAISC code:

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: CEO/Owner

Original signature of responsible party: [signature]

Printed name of responsible party: Christopher S Collins

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Davis Kitchen & Tile LLC Case number 26-bk-343

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 5,144.42

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 70,615.77

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. − $ 70,503.28

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ 112.49

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 5,256.91

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 1,469.14

*(Exhibit E)*

Debtor Name Davis Kitchen & Tile LLC Case number 26-bk-343

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 5,177.48

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 6
27. What is the number of employees as of the date of this monthly report? 5

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** | | Column B **Actual** | | *Column C* **Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | – | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 127,936.60 | – | $ 70,615.77 | = | $ 57,320.83 |
| 33. **Cash disbursements** | $ 107,475.65 | – | $ 70,503.28 | = | $ 36,972.37 |
| 34. **Net cash flow** | $ 20,460.96 | – | $ 112.49 | = | $ 20,348.47 |

35. Total projected cash receipts for the next month: $ 94,937.60
36. Total projected cash disbursements for the next month: - $ 93,312.90
37. Total projected net cash flow for the next month: = $ 1,624.70

Debtor Name Davis Kitchen & Tile LLC Case number 26-bk-343

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☑ 42. Project, job costing, or work-in-progress reports.

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Davis Kitchen and Tile LLC** | | | | | | | | | | | | | | |
| Prepared on 09/21/26 | | | | | | | | | | | | | | |
| **Income Statement/Budget** | | | | | | | | | | | | | | |
| *For Future 12 Months* | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | **Sep-26** | **Oct-26** | **Nov-26** | **Dec-26** | **Jan-27** | **Feb-27** | **Mar-27** | **Apr-27** | **May-27** | **Jun-27** | **Jul-27** | **Aug-27** | **Total 12-Month** |
| **Operating Income** | | | | | | | | | | | | | | |
| | Contract Income | $25,539.73 | $35,661.00 | $35,661.00 | $35,661.00 | $35,661.00 | $35,661.00 | $35,661.00 | $35,661.00 | $35,661.00 | $35,661.00 | $35,661.00 | $35,661.00 | $417,810.73 |
| | Service Income | 0.00 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | 2,805.77 | $30,863.47 |
| | Showroom Sales | 43,000.00 | 53,750.00 | 53,750.00 | 53,750.00 | 53,750.00 | 53,750.00 | 53,750.00 | 53,750.00 | 53,750.00 | 53,750.00 | 53,750.00 | 53,750.00 | $634,250.00 |
| | Design/Measure Fees | 2,000.00 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | 2,370.83 | $28,079.17 |
| | Vendor Rebates | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Discounts Given | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Finance Charge Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Freight Income | 0.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | $3,850.00 |
| | Over/Underbillings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Discounts Earned | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | **Total Operating Income:** | **$70,539.73** | **$94,937.60** | **$94,937.60** | **$94,937.60** | **$94,937.60** | **$94,937.60** | **$94,937.60** | **$94,937.60** | **$94,937.60** | **$94,937.60** | **$94,937.60** | **$94,937.60** | **$1,114,853.37** |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Direct Expense** | | | | | | | | | | | | | | |
| | Materials | 22,707.67 | 28,702.67 | 27,702.67 | 27,702.67 | 27,702.67 | 27,702.67 | 27,702.67 | 27,702.67 | 27,702.67 | 27,702.67 | 27,702.67 | 27,702.67 | $328,437.04 |
| | Freight | 378.92 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | $6,428.92 |
| | Equipment Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Subcontracted | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | $164,884.80 |
| | Other Job Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Commission Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Direct Labor | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | $44,280.12 |
| | D/L Payroll Taxes | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | $3,387.48 |
| | D/L Workers Compensation | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | $1,161.00 |
| | D/L Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | D/L Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | B&O Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Non-Tax Per Diem | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | $2,268.00 |
| | Other Direct Expense | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| | **Total Direct Expense:** | **41,087.04** | **47,254.12** | **46,255.12** | **46,256.12** | **46,257.12** | **46,258.12** | **46,259.12** | **46,260.12** | **46,261.12** | **46,262.12** | **46,262.12** | **46,263.12** | **550,935.36** |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Equip/Shop Expense** | | | | | | | | | | | | | | |
| | Shop Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Warehouse Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Lease Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Fuel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Supplies & Maint | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Use Contra | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Other Warehouse/Equipt Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | **Total Equip/Shop Expense:** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| | **Total Direct & Equip/Shop Expense** | **41,087.04** | **47,254.12** | **46,255.12** | **46,256.12** | **46,257.12** | **46,258.12** | **46,259.12** | **46,260.12** | **46,261.12** | **46,262.12** | **46,262.12** | **46,263.12** | **550,935.36** |
| | | | | | | | | | | | | | | |
| | **Gross Profit:** | **29,452.69** | **47,683.48** | **48,682.48** | **48,681.48** | **48,680.48** | **48,679.48** | **48,678.48** | **48,677.48** | **48,676.48** | **48,675.48** | **48,675.48** | | **563,918.01** |

| Davis Kitchen and Tile LLC | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prepared on 09/21/26 | | | | | | | | | | | | | |
| **Income Statement/Budget** | | | | | | | | | | | | | |
| *For Future 12 Months* | | | | | | | | | | | | | |
| | **Sep-26** | **Oct-26** | **Nov-26** | **Dec-26** | **Jan-27** | **Feb-27** | **Mar-27** | **Apr-27** | **May-27** | **Jun-27** | **Jul-27** | **Aug-27** | **Total 12-Month** |
| **Overhead Expense** | | | | | | | | | | | | | |
| Rent | 5,318.60 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | $62,750.52 |
| Office Supplies | 56.99 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | $1,543.82 |
| Utilities | 564.47 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | $12,269.02 |
| Electric | 0.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $86.00 |
| Credit Card Process Fees | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | $8,262.36 |
| Bank Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Finance Charges-Vendors | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Postage | 18.50 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | $405.33 |
| Freight Charges | 0.00 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | $425.33 |
| Sales Tax Expense | 0.00 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | $111.83 |
| Office Cleaning | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Trash Service | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Printing | 0.00 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | $47.67 |
| Photography | 0.00 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | $320.83 |
| Advertising & Promotion | 0.00 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | $5,464.47 |
| Computer Software Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Computer Hardware | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Computer Service & Support | 0.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | $8,250.00 |
| Computer Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Accounting Fees | 0.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | $4,400.00 |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Employment Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Dues & Subscriptions | 0.00 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | $4,333.08 |
| Training/Seminars | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Meals & Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Charity Donations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Maintenance & Repair | 194.74 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | $1,658.66 |
| Gifts & Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Discounts- Contractor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Liability Insurance | 2,183.52 | 111.75 | 2,183.52 | 111.75 | 2,183.52 | 111.75 | 2,183.52 | 111.75 | 2,183.52 | 111.75 | 2,183.52 | 111.75 | $13,771.62 |
| Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Property Tax | 97.82 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | $16,284.32 |
| Licenses | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | $168.00 |
| Interest Expense | 0.00 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | $9,849.58 |
| Customer Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Bad Debt Expense | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | $122.52 |
| Other Office Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Decore & Displays | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Samples & Catalogs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Suspense/Clearing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Plan Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Warranty Work | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Commission - Outside Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Overhead Labor | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | $81,840.00 |
| O/H Payroll Taxes | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | $6,260.76 |

**Davis Kitchen and Tile LLC**
Prepared on 09/21/26
**Income Statement/Budget**
*For Future 12 Months*

| | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O/H Workers Compensation | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | $548.28 |
| O/H Benefits | 0.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | $396.00 |
| O/H Liability Insurance | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Simple IRA Employer Contributions | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | $4,927.00 |
| COVID Payroll Tax offset | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| O/H Per Diem | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | $4,730.40 |
| Vehicle Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Fuel | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | $559.00 |
| Vehicle Repair | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Vehicle & Liability Insurance | 0.00 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | $6,589.92 |
| Small Tools | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Uniforms | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Shop Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Tools Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Office Equipment Dep'n Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Furniture & Fixtures Dep'n Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Inventory Adjustments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Overhead Expense:** | **17,392.17** | **20,788.85** | **22,864.62** | **20,796.85** | **22,872.62** | **20,804.85** | **22,880.62** | **20,812.85** | **22,888.62** | **20,820.85** | **22,892.62** | **20,824.85** | **256,640.33** |
| | | | | | | | | | | | | | |
| **Administrative Expense** | | | | | | | | | | | | | |
| Admin Salaries | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | $101,538.72 |
| Admin Payroll Taxes | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | $7,767.84 |
| Admin Workers Compensation | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | $356.64 |
| Admin Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Admin Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Admin Per Diem | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | $576.00 |
| Other Administrative Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Administrative Expense:** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **110,239.20** |
| **Total Indirect Expense:** | **26,578.77** | **29,975.45** | **32,051.22** | **29,983.45** | **32,059.22** | **29,991.45** | **32,067.22** | **29,999.45** | **32,075.22** | **30,007.45** | **32,079.22** | **30,011.45** | **366,879.53** |
| | | | | | | | | | | | | | |
| **Income from Operations:** | **2,873.92** | **17,708.04** | **16,631.27** | **18,698.04** | **16,621.27** | **18,688.04** | **16,611.27** | **18,678.04** | **16,601.27** | **18,668.04** | **16,596.27** | **18,663.04** | **197,038.48** |
| | | | | | | | | | | | | | |
| **Other Income** | | | | | | | | | | | | | |
| Other Income | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 11.00 | $87.00 |
| | | | | | | | | | | | | | |
| **Net Income Before Tax:** | **2,873.92** | **17,708.04** | **16,631.27** | **18,698.04** | **16,621.27** | **18,688.04** | **16,611.27** | **18,678.04** | **16,601.27** | **18,668.04** | **16,596.27** | **18,663.04** | **197,038.48** |
| | | | | | | | | | | | | | |
| **After Tax Expense** | | | | | | | | | | | | | |
| Federal Income Tax Expense | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | $4,000.00 |
| State Income Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Tax Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other After Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

**Davis Kitchen and Tile LLC**
Prepared on 09/21/26
**Income Statement/Budget**
*For Future 12 Months*

| | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total After Tax Expense:** | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 4,000.00 |
| **Net Income:** | $2,540.59 | $17,374.70 | $16,297.93 | $18,364.70 | $16,287.93 | $18,354.70 | $16,277.93 | $18,344.70 | $16,267.93 | $18,334.70 | $16,262.93 | $18,329.70 | $193,038.48 |
| **Chapter 11 Payment Plan** | 0.00 | 15,750.00 | 15,750.00 | 15,750.00 | 15,750.00 | 15,750.00 | 15,750.00 | 15,750.00 | 15,750.00 | 15,750.00 | 15,750.00 | 15,750.00 | $173,250.00 |
| **Net Income After Chapter 11 Payment Plan** | $2,540.59 | $1,624.70 | $547.93 | $2,614.70 | $537.93 | $2,604.70 | $527.93 | $2,594.70 | $517.93 | $2,584.70 | $512.93 | $2,579.70 | $19,788.48 |

| Davis Kitchen & Tile - Work in Progress Report | | | | | |
|---|---|---|---|---|---|
| Date: 9/21/2026 | | | | | |
| | $ 565,319 | $ 368,953 | $ 196,366 | | |
| **Job** | **Outstanding Balance** | **Outstanding Materials** | **Amount Receivable vs Amount Payable** | **Start Date** | **Status** |
| Dittenhafer Bathroom | $ 15,910 | $ 6,440 | $ 9,470 | 8/27/2026 | |
| Burkle Countertop | $ 1,923 | $ 900 | $ 1,023 | 8/27/2026 | Countertop Template Complete |
| Ramsey Shower | $ 5,450 | $ 4,632 | $ 818 | 9/10/2026 | |
| Keough Kitchen | $ 23,406 | $ 18,621 | $ 4,785 | 9/10/2026 | |
| Dittenhafer Laundry | $ 8,002 | $ 5,222 | $ 2,780 | 9/15/2026 | |
| Hyde Kitchen | $ 23,515 | $ 16,179 | $ 7,336 | 9/15/2026 | |
| Rowan Kitchen | $ 22,188 | $ 19,143 | $ 3,045 | 9/21/2026 | |
| Goodwin Kitchen | $ 28,800 | $ 13,219 | $ 15,581 | 9/21/2026 | |
| Allen Basement Bar | $ 13,892 | $ 3,965 | $ 9,927 | 9/24/2026 | |
| Sherfinski Bath | $ 12,785 | $ 5,508 | $ 7,277 | 9/24/2026 | |
| Battin Laundry | $ 36,227 | $ 20,562 | $ 15,666 | 9/25/2026 | |
| Miconi Bathroom | $ 12,024 | $ 8,598 | $ 3,427 | 9/25/2026 | |
| Corwin Kitchen | $ 60,979 | $ 45,000 | $ 15,979 | 10/5/2026 | |
| Warren Kitchen | $ 11,146 | $ 12,000 | $ (854) | 10/14/2026 | |
| Delardas Flooring | $ 8,308 | $ 4,047 | $ 4,261 | 10/15/2026 | |
| Robinson Bath & Shower | $ 30,000 | $ 15,000 | $ 15,000 | 11/1/2026 | |
| Maier Kitchen | $ 70,000 | $ 40,000 | $ 30,000 | 11/15/2026 | |
| Del Greco Bathrooms | $ 15,000 | $ 7,500 | $ 7,500 | 11/15/2026 | |
| Jeruzal Upstairs and Kitchen | $ 2,325 | $ 1,234 | $ 1,092 | In Process | |
| Murray Kitchen Cabinets | $ 10,702 | $ 10,233 | $ 469 | In Process | Start of Demo |
| Schwalm Primary Bath | $ 11,511 | $ 7,546 | $ 3,964 | In Process | |
| Agee Bath & Flooring | $ 7,686 | $ 1,844 | $ 5,842 | In Process | |
| Lemine - Turner Countertop | $ 5,803 | $ 5,137 | $ 666 | In Process | Countertop Template Complete |
| Schwalm Guest Bath | $ 7,906 | $ 4,042 | $ 3,864 | In Process | |
| Jeruzal Basement Bath | $ 8,215 | $ 3,521 | $ 4,694 | In Process | |
| Schifano Master | $ 8,704 | $ 17,015 | $ (8,311) | In Process | Next draw is Ctop template |
| Sellaro Master | $ 12,447 | $ 4,458 | $ 7,989 | In Process | Countertop Template Complete |
| Handelman Upstairs Bathroom | $ 4,543 | $ 3,863 | $ 680 | In Process | Countertop Template Complete |
| Handelman Downstairs Bathroom | $ 11,515 | $ 5,326 | $ 6,189 | In Process | Buildout Complete/Flooring Complete |
| Sellaro Fridge Cabinet | $ 1,144 | | $ 1,144 | In Process | |
| Lituma Kitchen | $ 27,529 | $ 24,733 | $ 2,796 | In Process | Owes $11,000 from last draw |

# Bank Reconciliation

09/21/26

Davis Kitchen and Tile LLC

## Bank Reconciliation

*1070 - FUBT - Retail  Statement Date: 08/31/2026*

| Record# | Status | Trans# | Date | Payee/Description | Amount |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 77472 | Clear | 8242027 | 08/26/2026 | Mon Power | -471.36 |
| 77436 | Clear | 08182026 | 08/18/2026 | Lowes | -395.36 |
| 77515 | Clear | 08312026 | 08/31/2026 | ZoHo | -74.19 |
| **Deposits** | | | | | |
| 77435 | Clear | 8152101 | 08/11/2026 | Deposit | 100.00 |
| 77434 | Clear | 8152100 | 08/10/2026 | Transfer | 1,090.00 |
| 77433 | Clear | 8152099 | 08/20/2026 | Payments | 2,118.27 |
| 77431 | Clear | 8152097 | 08/13/2026 | Payments | 2,662.81 |
| 77432 | Clear | 8152098 | 08/17/2026 | Payments | 2,843.84 |
| 77430 | Clear | 8152096 | 08/12/2026 | Payments | 3,385.35 |
| 77480 | Clear | 6292027 | 08/27/2026 | Payments | 4,084.82 |
| 77365 | Clear | 8152093 | 07/31/2026 | Payments | 5,225.05 |
| 77372 | Clear | 8152094 | 07/31/2026 | Payments | 14,084.97 |
| 77447 | Clear | 8152102 | 08/24/2026 | Payments | 35,020.66 |
| **Checks** | | | | | |
| 77421 | Clear | 08062026 | 08/06/2026 | LOWES | 7.40 |
| 77420 | Clear | 08052026 | 08/05/2026 | LOWES | 15.09 |
| 77492 | | 7333575444 | 08/31/2026 | LOWES | 17.43 |
| 77514 | Clear | 08282026 | 08/28/2026 | USPS | 18.50 |
| 77426 | Clear | 08192026 | 08/19/2026 | | 30.00 |
| 77437 | Clear | 1316 | 08/06/2026 | BENNETT SUPPLY CO | 30.00 |
| 77422 | Clear | 08062026 | 08/06/2026 | LOWES | 33.81 |
| 77399 | Clear | 08042026 | 08/04/2026 | Bennett Designs | 45.00 |
| 77398 | Clear | 08042026 | 08/04/2026 | AMAZON.COM | 56.99 |
| 77425 | Clear | 08172026 | 08/17/2026 | LOWES | 58.55 |
| 77400 | Clear | 7333575446 | 08/06/2026 | Bennett Designs | 67.50 |
| 77473 | Clear | 08262026 | 08/26/2026 | MORGANTOWN UTILITY BOARD, CVPS | 93.11 |
| 77445 | Clear | 1332 | 08/21/2026 | Rugratz Flooring | 144.32 |
| 77428 | Clear | 08212026 | 08/21/2026 | LOWES | 153.44 |
| 77484 | Clear | 08272026 | 08/27/2026 | LOWES | 180.72 |
| 77471 | Clear | 08262026 | 08/26/2026 | MonPower 110 083 493 145 Show | 222.96 |
| 77394 | Clear | 08032026 | 08/03/2026 | Menards | 243.80 |
| 77427 | Clear | 08202026 | 08/20/2026 | | 350.00 |
| 77462 | Clear | 08252026 | 08/25/2026 | Build.com | 469.00 |
| 77429 | Clear | 08242026 | 08/24/2026 | IPFS Corporation | 531.11 |
| 77419 | Clear | 08052026 | 08/05/2026 | Dreamline Shower Doors | 587.28 |
| 77408 | Clear | 08102026 | 08/10/2026 | | 658.53 |

Bank Reconciliation 09/21/26

Continued...

| Record# | Status | Trans# | Date | Payee/Description | Amount |
|---|---|---|---|---|---|
| 77373 | Clear | 08032026 | 08/03/2026 | ENCOVA | 788.00 |
| 77452 | Clear | 08242026 | 08/24/2026 | ENCOVA | 788.00 |
| 77359 | Clear | 1310 | 07/31/2026 | Christopher S Collins | 799.19 |
| 77403 | Clear | 1318 | 08/07/2026 | Christopher S Collins | 799.19 |
| 77410 | Clear | 1323 | 08/14/2026 | Christopher S Collins | 799.19 |
| 77416 | Clear | 1328 | 08/21/2026 | Christopher S Collins | 799.19 |
| 77477 | Clear | 1336 | 08/28/2026 | Christopher S Collins | 799.19 |
| 77439 | Clear | 1326 | 08/19/2026 | BENNETT SUPPLY CO | 830.89 |
| 77412 | Clear | 1325 | 08/14/2026 | Viktor Srenker | 847.15 |
| 77387 | Clear | 1315 | 08/03/2026 | DAVIS CABINETRY | 900.00 |
| 77361 | Clear | 1312 | 07/31/2026 | Viktor Srenker | 922.05 |
| 77455 | Clear | 08242026 | 08/24/2026 | MSI | 934.96 |
| 77479 | Clear | 1338 | 08/28/2026 | Viktor Srenker | 946.96 |
| 77367 | Clear | 1309 | 07/31/2026 | Real Wood | 950.00 |
| 77418 | Clear | 1330 | 08/21/2026 | Viktor Srenker | 953.54 |
| 77358 | Clear | 1309 | 07/31/2026 | Jessica A Engels | 968.57 |
| 77402 | Clear | 1317 | 08/07/2026 | Jessica A Engels | 968.57 |
| 77415 | Clear | 1327 | 08/21/2026 | Jessica A Engels | 968.57 |
| 77476 | Clear | 1335 | 08/28/2026 | Jessica A Engels | 968.57 |
| 77409 | Clear | 1322 | 08/14/2026 | Jessica A Engels | 1,068.57 |
| 77405 | Clear | 1320 | 08/07/2026 | Viktor Srenker | 1,103.67 |
| 77360 | Clear | 1311 | 07/31/2026 | Eric T Dalton | 1,191.47 |
| 77411 | Clear | 1324 | 08/14/2026 | Eric T Dalton | 1,239.47 |
| 77478 | Clear | 1337 | 08/28/2026 | Eric T Dalton | 1,263.47 |
| 77417 | Clear | 1329 | 08/21/2026 | Eric T Dalton | 1,270.67 |
| 77404 | Clear | 1319 | 08/07/2026 | Eric T Dalton | 1,279.07 |
| 77438 | Clear | 1321 | 08/13/2026 | BENNETT SUPPLY CO | 1,290.24 |
| 77393 | Clear | 08032026 | 08/03/2026 | Build.com | 1,297.95 |
| 77374 | Clear | 08032026 | 08/03/2026 | SECURE STORAGE OF MORGANTOWN | 1,440.00 |
| 77482 | | 08282026 | 08/31/2026 | SECURE STORAGE OF MORGANTOWN | 1,440.00 |
| 77451 | Clear | 08242026 | 08/24/2026 | IPFS Corporation | 1,454.99 |
| 77441 | | 1331 | 08/21/2026 | BC STONE INC | 1,516.00 |
| 77440 | | 1325 | 08/17/2026 | BC STONE INC | 1,604.00 |
| 77464 | Clear | 1333 | 08/25/2026 | First United Bank & Trust | 1,691.46 |
| 77449 | Clear | 08242026 | 08/24/2026 | Build.com | 1,710.59 |
| 77392 | Clear | 1316 | 08/03/2026 | BENNETT SUPPLY CO | 1,874.36 |
| 77465 | Clear | 1334 | 08/25/2026 | First United Bank & Trust | 1,914.58 |
| 77423 | Clear | 1320 | 08/12/2026 | Peak Builders | 2,915.60 |
| 77444 | Clear | 1330 | 08/21/2026 | Rugratz Flooring | 3,500.00 |
| 77385 | Clear | 7333575445 | 08/03/2026 | First United Bank & Trust | 3,604.46 |
| 77481 | Clear | 08282026 | 08/28/2026 | Peak Builders | 3,904.80 |
| 77345 | Clear | 1307 | 07/27/2026 | BC STONE INC | 4,929.00 |
| 77458 | Clear | 08242026 | 08/24/2026 | WHLR - Pierpont Center | 8,889.06 |

| #Dep | $Deposits | #Clear | $Clear | #Chk | $Checks | #Clear | $Clear |
|---|---|---|---|---|---|---|---|

Continued...

| Record# | Status | Trans# | Date | Payee/Description | | | Amount |
|---|---|---|---|---|---|---|---|
| 10 | 70,615.77 | 10 | 70,615.77 | 65 | 74,139.80 | 61 | 69,562.37 |

Statement Beginning Balance: 5,144.42 Statement Ending Balance: 5,256.91

Account Current Balance: -3,061.13

First United
Bank & Trust

12892 Garrett Highway
Oakland, MD 21550

1-888-692-2654
MyBank.com

MEMBER FDIC

Last statement: July 31, 2026
This statement: August 31, 2026
Total days in statement period: 31

DAVIS KITCHEN & TILE LLC
DKT RETAIL
831 VENTURE DR
MORGANTOWN WV 26508-7307

Page 1 of 5
[redacted]0062
( 0)

*MAKE EVERY PURCHASE COUNT WITH OUR SWIPE INTO SUMMER SWEEPSTAKES! FROM JULY 1 THROUGH SEPTEMBER 30, SOAK UP REWARDS, CASH BACK OR UNFORGETTABLE EXPERIENCES EACH TIME YOU TAP, SWIPE AND SPEND WITH YOUR MY BANK VISA DEBIT CARD. EACH PURCHASE AUTOMATICALLY ENTERS YOU FOR A CHANCE TO WIN ONE OF THREE SUMMER GRAND PRIZE PACKS! VISIT MYBANK.COM/SWEEPS FOR DETAILS. MEMBER OF FDIC*

## My Elite Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted]0062 | Beginning balance | $5,144.42 |
| Low balance | $331.36 | Total additions | 70,615.77 |
| Average balance | $5,374.44 | Total subtractions | 70,503.28 |
| Avg collected balance | $5,374 | Ending balance | $5,256.91 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1307 | 08-03 | 4,929.00 | 1323 | 08-17 | 1,239.47 |
| 1309 * | 08-04 | 950.00 | 1324 | 08-14 | 847.15 |
| 1310 | 08-03 | 968.57 | 1326 * | 08-24 | 830.89 |
| 1311 | 08-03 | 1,191.47 | 1327 | 08-21 | 953.54 |
| 1312 | 08-03 | 922.05 | 1328 | 08-24 | 1,270.67 |
| 1313 | 08-03 | 3,604.46 | 1329 | 08-24 | 968.57 |
| 1314 | 08-04 | 900.00 | 1330 | 08-25 | 3,500.00 |
| 1315 | 08-06 | 1,874.36 | 1332 * | 08-25 | 144.32 |
| 1316 | 08-10 | 30.00 | 1333 | 08-25 | 1,691.46 |
| 1317 | 08-10 | 1,279.07 | 1334 | 08-25 | 1,914.58 |
| 1318 | 08-10 | 968.57 | 1335 | 08-31 | 968.57 |
| 1319 | 08-18 | 1,103.67 | 1336 | 08-31 | 1,263.47 |
| 1320 | 08-12 | 2,915.60 | 1337 | 08-28 | 946.96 |
| 1321 | 08-17 | 1,290.24 | 73126 * | 08-05 | 587.28 |
| 1322 | 08-17 | 1,068.57 | | | |

*** Skip in check sequence**

DAVIS KITCHEN & TILE LLC
August 31, 2026


[redacted]0062

DEBITS

| Date | | Description | Subtractions |
|---|---|---|---|
| 08-03 | ' | Wire Transfer-Out<br>202608030039537 CHRISTOPHER COLLIN1213 E MURIEL ST F | 799.19 |
| 08-03 | ' | Preauthorized Wd<br>Secure Storage o 2123723403 260803<br>Christopher Collins | 1,440.00 |
| 08-04 | ' | POS Purchase<br>POS PURCHASE TERMINAL 00000000 AMAZON.COM*562SL64<br>B0 SEATTLE WA XXXXXXXXXXXX7153 08-03-26 10:39 AM | 56.99 |
| 08-04 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER NEW YORK NY XXXXXXXXXXXX7153 08-04-26 9:20 AM | 45.00 |
| 08-04 | ' | Preauthorized Wd<br>NIC SERVICES Encova Ins 260804<br>888 859 6183 Davis Kitchen and Tile | 788.00 |
| 08-05 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 08-04-26 | 15.09 |
| 08-05 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 424818 VENMO *AMANDA FISH<br>ER NEW YORK NY XXXXXXXXXXXX7153 08-05-26 7:19 AM | 67.50 |
| 08-05 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 08-04-26 | 121.16 |
| 08-05 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 413746 MENARDS 3368<br>715 876 6 WV XXXXXXXXXXXX7153 08-03-26 | 243.80 |
| 08-05 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 08-04-26 | 1,176.79 |
| 08-06 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 08-05-26 | 7.40 |
| 08-06 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 08-05-26 | 33.81 |
| 08-07 | ' | Wire Transfer-Out<br>202608070065780 CHRISTOPHER COLLI 1213 E MURIEL ST F | 799.19 |
| 08-10 | ' | Preauthorized Wd<br>TSYS/TRANSFIRST MERCH FEES 260810<br>543684555987296 DAVIS KITCHEN AND TILE | 658.53 |
| 08-14 | ' | Wire Transfer-Out<br>202608140116641 CHRISTOPHER COLLIN1213 E MURIEL ST F | 799.19 |
| 08-17 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 08-14-26 | 58.55 |

| Date | | Description | Subtractions |
|---|---|---|---|
| 08-18 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00907<br>866 483 7 NC XXXXXXXXXXXX7153 08-17-26 | 395.36 |
| 08-19 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 449851 EPN GATEWAY<br>903 92000 TX XXXXXXXXXXXX7153 08-18-26 | 30.00 |
| 08-20 | ' | Cash Mgmt Trsfr Dr<br>REF 2320915L FUNDS TRANSFER TO DEP XXXXX7600<br>FROM | 350.00 |
| 08-21 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 08-20-26 | 153.44 |
| 08-24 | ' | Preauthorized Wd<br>Blue Ridge Risk PURCHASE<br>TRN*1*QK5LKGW9DQHMQ5F3**4VXOEJ6C33EO2EIU\RMR*IK*Blue R | 531.11 |
| 08-25 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 449215 M S INTERNATIONAL<br>714 685 7 CA XXXXXXXXXXXX7153 08-24-26 | 204.73 |
| 08-25 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 449215 M S INTERNATIONAL<br>714 685 7 CA XXXXXXXXXXXX7153 08-24-26 | 730.23 |
| 08-25 | ' | Wire Transfer-Out<br>202608250059039 CHRISTOPHER COLLIN1213 E MURIEL ST F | 799.19 |
| 08-25 | ' | Wire Transfer-Out<br>202608250061000 WHLRPP 2529 VIRGINIA BEAC | 8,889.06 |
| 08-25 | ' | Preauthorized Wd<br>NIC SERVICES Encova Ins 260825<br>888 859 6183 Davis Kitchen and Tile | 788.00 |
| 08-25 | ' | Preauthorized Wd<br>IPFS866-412-2560 IPFSPMTMDB 260825<br>871112 DAVIS KITCHEN AND TILE | 1,454.99 |
| 08-26 | ' | A2A Pmt Debit<br>TERMINAL E101569 110083493145 FIRSTENERGY<br>AKRON OH XXXXXXXXXXXX7153 08-26-26 9:26 AM | 694.31 |
| 08-26 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 08-25-26 | 1,710.59 |
| 08-27 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 403629 MORGANTOWN UTIL<br>304 292 8 WV XXXXXXXXXXXX7153 08-26-26 | 93.11 |
| 08-27 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 08-26-26 | 180.72 |
| 08-27 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 08-26-26 | 469.00 |

| Date | | Description | Subtractions |
|---|---|---|---|
| 08-28 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 413746 USPS COM POSTAL ST<br>ORE 800 782 6 MO XXXXXXXXXXXX7153 08-27-26 | 18.50 |
| 08-28 | ' | Wire Transfer-Out<br>202608280117999 CHRISTOPHER COLLIN1213 E MURIEL ST F | 799.19 |
| 08-28 | ' | Preauthorized Wd<br>Peak Builders, L Peak Build 260828<br>ST-F0Z5B6O6C9T8 DAVIS KITCHEN TILE | 3,904.80 |
| 08-31 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 ZOHO ZOHO BIGIN<br>WWW ZOHO CA XXXXXXXXXXXX7153 08-30-26 | 74.20 |

## CREDITS

| Date | | Description | Additions |
|---|---|---|---|
| 08-03 | ' | Deposit | 5,225.05 |
| 08-03 | ' | Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF 5436845559872964DA<br>VIS KITCHEN AND TILE MERC SV-TF080 326 | 14,084.97 |
| 08-10 | ' | Cash Mgmt Trsfr Cr<br>REF 2221530L FUNDS TRANSFER FRMDEP XXXXX7600<br>FROM | 1,090.00 |
| 08-11 | ' | Deposit | 100.00 |
| 08-12 | ' | Wire Transfer-IN<br>202608120143250 JUSTINE G HANDELMA9915 HILLRIDGE DR | 3,385.35 |
| 08-13 | ' | Deposit | 2,662.81 |
| 08-17 | ' | Deposit | 2,843.84 |
| 08-20 | ' | Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF 5436845559872964DA<br>VIS KITCHEN AND TILE MERC SV-TF082 026 | 2,118.27 |
| 08-24 | ' | Wire Transfer-IN<br>202608240045378 LEONARD MAIER OR M621 VALLEY VIEW DR<br>KITCHEN RENOVATION | 35,020.66 |
| 08-27 | ' | Deposit | 4,084.82 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 5,144.42 | 08-12 | 1,656.91 | 08-24 | 32,412.07 |
| 08-03 | 10,599.70 | 08-13 | 4,319.72 | 08-25 | 12,295.51 |
| 08-04 | 7,859.71 | 08-14 | 2,673.38 | 08-26 | 9,890.61 |
| 08-05 | 5,648.09 | 08-17 | 1,860.39 | 08-27 | 13,232.60 |
| 08-06 | 3,732.52 | 08-18 | 361.36 | 08-28 | 7,563.15 |
| 08-07 | 2,933.33 | 08-19 | 331.36 | 08-31 | 5,256.91 |
| 08-10 | 1,087.16 | 08-20 | 2,099.63 | | |
| 08-11 | 1,187.16 | 08-21 | 992.65 | | |

DAVIS KITCHEN & TILE LLC
August 31, 2026


[redacted]0062

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $84.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## CHANGE OF ADDRESS

Please notify us immediately if you need to change your address. To change your address, visit any local First United branch or you may call our Customer Care Center at 1-888-692-2654.

## HOW TO RECONCILE YOUR ACCOUNT

Please compare this statement with your records. If no error is reported within 60 days, the statement will be considered correct. Retain all receipts until your next statement is received and reconciled.

1. List and total all outstanding checks or withdrawals including those still outstanding from previous statements. Also, list any other outstanding debits to your account that are in your register, but not on this statement, such as ATM withdrawals, debit card transactions or automatic payments.
2. Enter ending balance shown on the front of statement.
3. Add deposits and other credits not shown on this statement.
4. Total
5. Subtract the total of outstanding checks and debits as determined in step 1 above.
6. This figure should be your checkbook balance. If it does not agree, review the above steps and, if necessary, review your checkbook entries.

| (1) OUTSTANDING CHECKS & OTHER DEBITS | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

| RECONCILEMENT | | |
|---|---|---|
| (2) | | |
| (3) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| (4) | | |
| (5) | | |
| (6) | | |

ENTER ALL DEPOSITS AND WITHDRAWALS MADE DURING THE PERIOD UNTIL YOUR NEXT STATEMENT

| DATE | DESCRIPTION | INTEREST | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you may call us at 1-888-692-2654 to verify that the deposit has been made.

## CERTIFICATE OF DEPOSIT

If you have questions concerning your Certificate of Deposit, please contact your local community office or call our Customer Care Center at 1-888-692-2654.

## IMPORTANT INFORMATION ABOUT YOUR LINE OF CREDIT ACCOUNT

We figure the Interest Charge on your account by applying the daily periodic rate to the "AVERAGE DAILY BALANCE", then multiply by the number of days in the billing cycle. The annual percentage rate (APR) may vary. To get the "AVERAGE DAILY BALANCE" we take the beginning Principal Balance of your account each day, add any new advances and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "AVERAGE DAILY BALANCE".

Notify us of inaccurate information we report to Consumer Reporting Agencies. Please notify us if we report any inaccurate information about your account to a consumer reporting agency. Your written notice describing the specific inaccuracy should be sent to us at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550.

## BILLING RIGHTS SUMMARY

*Notify us in case of errors or questions about your statement*

If you think your statement is incorrect or you need more information about a transaction on your statement, please call 1-888-692-2654 or visit your local community office. To dispute a payment, please write us on a separate sheet of paper at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550. We must hear from you no later than 60 days after we send you the first statement on which the error appeared. You may telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- Specify in detail what you believe to be an error and the reasons you believe the billing error exists, along with the amount, date and type of error.

During our investigation, we cannot try to collect any amount you question, or report you as delinquent on the amount in question. We can continue to bill you for the amount you question, including finance charges and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

EQUAL HOUSING LENDER Member FDIC

## ELECTRONIC FUNDS TRANSFER

Telephone our Customer Care Center at 1-888-692-2654 or write us at 12892 Garrett Highway, Oakland, MD 21550, as soon as possible, if you think your statement or receipt is wrong or if you need more information about the transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If our investigation takes longer than 10 business days after we hear from you we will credit your account the amount that you think is in error, so you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

We will tell you the results within three business days after completing our investigation. If we decide there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## HOW TO AVOID OVERDRAFTS

We review our overdraft report daily and do not charge fees for overdrafts if the account balance is overdrawn $10 or less. We typically pay most checks for a fee. We also offer additional services to help you avoid overdrafts and keep your checking account in the black.

- **Link with savings** – Automatically pull funds from your savings account when your checking account goes negative. Transaction limits may apply.
- **Link with Personal Line of Credit** – You may apply for a Personal Credit Line (PCL). If you meet the underwriting standards, the PCL will be set up for you. You may then link your PCL to your checking account. If an overdraft occurs, a transfer will be made from your PCL to your checking account. There is an annual fee for a PCL.
- **Opt-Out of Overdraft Services** – If you've experienced repeated difficulty with overdrafts, First United Bank & Trust will honor your request to decline coverage of overdrafts (i.e. opt-out) resulting from any non-electronic transactions such as checks. This opt-out means items presented against insufficient funds will be returned as applicable by law. Any previous "opt-in" request to our Standard Overdraft Protection services will be discontinued which may result in ATM or Point of Sale transactions being rejected or declined at the time of transaction. Customers are responsible for the return item charges from First United, as well as any charges from the merchant. Most customers prefer to avoid these additional charges and the embarrassment of declined payments, so this opt-out is intended as a last resort in special circumstances. This option may not result in a reduction of fees. Contact us at 1-888-692-2654 for information on how to opt-out entirely.

# Balance Sheet

09/21/26

Davis Kitchen and Tile LLC

Balance Sheet

*Period 8 At August 2026*

---

## Assets

### Current Assets

| | | |
|---|---|---|
| Clear Mtn Checking | $55.48 | |
| PPP Proceeds Bank | 0.00 | |
| Petty Cash | 37.87 | |
| Undeposited Funds | 0.00 | |
| Clear Mtn Debit Card | 0.00 | |
| Amazon Gift Card | 0.00 | |
| First United Bank & Trust | 0.00 | |
| Cash Clearing Account | (0.02) | |
| FUBT - Retail | 679.48 | |
| Contract Receivables | 30,828.82 | |
| Startup Contract Receivables | 0.00 | |
| Service Receivables | 116,974.44 | |
| Startup Service Receivables | 0.00 | |
| Other Receivables | 0.00 | |
| Bad Debt Allowance | 0.00 | |
| Underbillings | 0.00 | |
| Inventory | 63,461.03 | |
| Startup Inventory | 0.00 | |
| Payroll Advances | 0.00 | |
| Refundable Deposits | 0.00 | |
| **Total Current Assets:** | | **$212,037.10** |

### WIP Assets

| | | |
|---|---|---|
| WIP - Default | 0.00 | |
| **Total WIP Assets:** | | **0.00** |

### Long Term Assets

| | | |
|---|---|---|
| Misc Fixed Assets | 80,131.90 | |
| Store Displays | 28,000.00 | |
| Tools | 6,300.00 | |

| | | |
|---|---|---|
| Office Equipment | 9,808.40 | |
| Master Builder Software | 5,000.00 | |
| Furniture & Fixtures | 0.00 | |
| Goodwill | 255,519.64 | |
| Vehicle Asset | 0.00 | |
| Equipment Assest | 0.00 | |
| Lease Hld/Improvements | 20,000.00 | |
| **Total Long Term Assets:** | **404,759.94** | |

**Accumulated Depreciation**

| | | |
|---|---|---|
| Accum Dep'n Displays | 0.00 | |
| Accumulated Depreciation | (100,755.00) | |
| Accum Dep'n Vehicles | 0.00 | |
| Accum Dep'n Tools | 0.00 | |
| Accum Dep'n Office Equipment | 0.00 | |
| Accum Dep'n Communication Eq | 0.00 | |
| Accum Dep'n Furniture & Fxt | 0.00 | |
| Accumulated Amortization | (49,871.00) | |
| **Total Accumulated Depreciation:** | **(150,626.00)** | |
| **Net Long Term Assets:** | | **254,133.94** |

**Other Assets**

| | | |
|---|---|---|
| Prepaid Insurance | 0.00 | |
| Prepaid Expenses | 0.00 | |
| **Total Other Assets:** | | **0.00** |
| **Total Assets:** | | **$466,171.04** |

# Liabilities

**Current Liabilities**

| | | |
|---|---|---|
| Trade Accounts Payable | 441,716.43 | |
| Startup Accounts Payable | 0.00 | |
| Trade Advances Payable | 0.00 | |
| Lowes | 22,610.77 | |
| Chase | 0.00 | |
| Hugharts Supply | 0.00 | |
| OC Cluss | 0.00 | |
| Office Depot | 0.00 | |

| | | |
|---|---|---|
| Office Depot | 0.00 | |
| Blue Tarp Credit Services | 0.00 | |
| American Express | 0.00 | |
| American Express | 1,432.21 | |
| Menards | 30,314.11 | |
| Christel Collins | 937.82 | |
| Christopher Collins | 12,030.13 | |
| OC Cluss Payable | 6,500.00 | |
| Other Accounts Payable | 0.00 | |
| Lowes LBA | 0.00 | |
| Overbillings | 0.00 | |
| Sales Tax Payable | 74,061.73 | |
| Sales Tax Refund | 0.00 | |
| FICA/FIT Payable | 213,631.30 | |
| WV State Witholding | 47,529.57 | |
| PA State Withholding Tax | 2,388.55 | |
| Workers' Compensation Payable | 5,298.42 | |
| FUTA Payable | 1,057.86 | |
| AFLAC Payable | 41.40 | |
| Vacation Payable | 0.00 | |
| Health Insurance Payable | 0.00 | |
| WV State Unemployment | 3,092.36 | |
| Garnishment Payable | 0.00 | |
| Child Support Payable | 0.00 | |
| Liability Insurance Payable | 0.00 | |
| Morgantown Emp. Svc Fee Payble | 0.00 | |
| Deposits On Contract | 0.00 | |
| Client Refund Payable | 46,130.01 | |
| Corporate Federal Tax Payable | 0.00 | |
| Corp State Income Tax Payable | 0.00 | |
| Property Tax Payable | 0.00 | |
| Other Current Liabilities | 40.00 | |
| SIMPLE IRA- Employee Contribution | 7,860.37 | |
| Accrued Wages | 0.00 | |
| Employee Payable - Eric Dalton | 2,000.00 | |
| **Total Current Liabilities:** | | **918,673.04** |

**Long Term Liabilities**

| | |
|---|---|
| Equipment Loans | 53,571.21 |
| Master Builder Loan | 0.00 |
| Cole Davis Loan | 0.00 |
| Ed Loan | 0.00 |
| PPP Loan | 0.00 |

| | | |
|---|---|---|
| Clear Mtn Commercial Loan | 0.00 | |
| Ed Loan Payable | 113,876.44 | |
| First United Bank Loan Payable | 119,195.63 | |
| Headway Capital | (7,755.15) | |
| Vehicle Loan | 0.00 | |
| FUBT LOC | 145,746.29 | |
| Cliffside Payable | 312,049.82 | |
| Amare Payable | 169,784.66 | |
| Liberty Payable | 21,553.76 | |
| On Deck Loan | 22,179.86 | |
| Forward Financing | 0.00 | |
| **Total Long Term Liabilities:** | | **950,202.52** |
| **Total Liabilities:** | | **1,868,875.56** |

## Equity

### Equity/Capital

| | | |
|---|---|---|
| Retained Earnings | (1,568,775.60) | |
| Capital Contributions | 260,561.11 | |
| Capital Distributions | (44,919.22) | |
| Chris Collins Equity | 75,000.00 | |
| GL Suspense | 0.00 | |
| **Subtotal Equity/Capital:** | **(1,278,133.71)** | |
| **Current Profit (Loss):** | **(124,570.81)** | |
| **Total Equity/Capital:** | | **(1,402,704.52)** |
| **Total Liabilities + Equity:** | | **$466,171.04** |

# Income Statement

09/21/26

Davis Kitchen and Tile LLC

## Income Statement

*For 1 Month Ending August 2026*

| | | |
|---|---|---|
| **Operating Income** | | |
| Contract Income | $57,608.99 | |
| Service Income | 0.00 | |
| Showroom Sales | 0.00 | |
| Design/Measure Fees | 1,500.00 | |
| Vendor Rebates | 0.00 | |
| Discounts Given | (902.25) | |
| Finance Charge Income | 0.00 | |
| Freight Income | 0.00 | |
| Over/Underbillings | 0.00 | |
| Discounts Earned | 0.00 | |
| **Total Operating Income:** | | **$58,206.74** |
| **Direct Expense** | | |
| Materials | 10,961.70 | |
| Freight | 378.92 | |
| Equipment Expenses | 0.00 | |
| Subcontracted | 13,740.40 | |
| Other Job Expense | 45.00 | |
| Liability Insurance | 0.00 | |
| Commission Expense | 0.00 | |
| Direct Labor | 3,690.01 | |
| D/L Payroll Taxes | 282.29 | |
| D/L Workers Compensation | 96.75 | |
| D/L Benefits | 0.00 | |
| D/L Liability Insurance | 0.00 | |
| B&O Tax | 0.00 | |
| Non-Tax Per Diem | 189.00 | |
| Other Direct Expense | 0.00 | |
| **Total Direct Expense:** | **29,384.07** | |
| **Equip/Shop Expense** | | |
| Shop Labor | 0.00 | |
| Warehouse Liability Insurance | 0.00 | |

| | | |
|---|---|---|
| Equipment Lease Expense | 0.00 | |
| Equipment Fuel | 0.00 | |
| Equipment Supplies & Maint | 0.00 | |
| Equipment Repair | 0.00 | |
| Equipment Use Contra | 0.00 | |
| Other Warehouse/Equipt Expense | 0.00 | |
| **Total Equip/Shop Expense:** | **0.00** | |
| **Total Direct & Equip/Shop Expense:** | | **29,384.07** |
| **Gross Profit:** | | **28,822.67** |

**Overhead Expense**

| | |
|---|---|
| Rent | 5,318.60 |
| Office Supplies | 56.99 |
| Utilities | 564.47 |
| Electric | 0.00 |
| Credit Card Process Fees | 688.53 |
| Bank Charges | 0.00 |
| Finance Charges-Vendors | 0.00 |
| Postage | 18.50 |
| Freight Charges | 0.00 |
| Sales Tax Expense | 0.00 |
| Office Cleaning | 0.00 |
| Trash Service | 0.00 |
| Printing | 0.00 |
| Photography | 0.00 |
| Advertising & Promotion | 0.00 |
| Professional Services | 67.50 |
| Computer Software Expense | 0.00 |
| Computer Hardware | 0.00 |
| Computer Service & Support | 0.00 |
| Computer Supplies | 0.00 |
| Accounting Fees | 0.00 |
| Legal Fees | 0.00 |
| Employment Expenses | 0.00 |
| Travel | 0.00 |
| Dues & Subscriptions | 74.19 |
| Training/Seminars | 0.00 |
| Meals & Entertainment | 0.00 |
| Charity Donations | 0.00 |
| Maintenance & Repair | 194.74 |
| Gifts & Entertainment | 0.00 |
| Discounts- Contractor | 0.00 |

| | |
|---|---|
| Liability Insurance | 2,183.52 |
| Taxes | 0.00 |
| Property Tax | 97.82 |
| Licenses | 0.00 |
| Interest Expense | 0.00 |
| Customer Discount | 0.00 |
| Bad Debt Expense | 0.00 |
| Other Office Expense | 0.00 |
| Decore & Displays | 0.00 |
| Samples & Catalogs | 0.00 |
| Suspense/Clearing | 0.00 |
| Plan Fees | 0.00 |
| Warranty Work | 0.00 |
| Commission - Outside Sales | 0.00 |
| Overhead Labor | 6,820.00 |
| O/H Payroll Taxes | 521.73 |
| O/H Workers Compensation | 45.69 |
| O/H Benefits | 0.00 |
| O/H Liability Insurance | 0.00 |
| Simple IRA Employer Contributions | 0.00 |
| COVID Payroll Tax offset | 0.00 |
| O/H Per Diem | 394.20 |
| Vehicle Maintenance | 0.00 |
| Vehicle Fees | 0.00 |
| Vehicle Fuel | 0.00 |
| Vehicle Repair | 0.00 |
| Vehicle & Liability Insurance | 0.00 |
| Small Tools | 0.00 |
| Uniforms | 0.00 |
| Other Shop Expense | 0.00 |
| Depreciation Expense | 0.00 |
| Vehicle Depreciation Expense | 0.00 |
| Tools Depreciation Expense | 0.00 |
| Office Equipment Dep'n Expense | 0.00 |
| Furniture & Fixtures Dep'n Exp | 0.00 |
| Amortization Expense | 0.00 |
| Inventory Adjustments | 0.00 |
| **Total Overhead Expense:** | **17,046.48** |

**Administrative Expense**

| | |
|---|---|
| Admin Salaries | 8,461.56 |
| Admin Payroll Taxes | 647.32 |
| Admin Workers Compensation | 29.72 |
| Admin Benefits | 0.00 |

| | | |
|---|---|---|
| Admin Liability Insurance | 0.00 | |
| Admin Per Diem | 100.00 | |
| Other Administrative Expense | 0.00 | |
| **Total Administrative Expense:** | **9,238.60** | |
| **Total Indirect Expense:** | | **26,285.08** |
| **Income from Operations:** | | **2,537.59** |

**Other Income**

| | | |
|---|---|---|
| Other Income | 0.00 | |
| Admin Services Income | 0.00 | |
| **Total Other Income:** | | **0.00** |
| **Net Income Before Tax:** | | **2,537.59** |

**After Tax Expense**

| | | |
|---|---|---|
| Federal Income Tax Expense | 0.00 | |
| State Income Tax Expense | 0.00 | |
| Tax Penalties | 0.00 | |
| Other Penalties | 0.00 | |
| Other After Tax Expense | 0.00 | |
| **Total After Tax Expense:** | | **0.00** |
| **Net Income:** | | **$2,537.59** |

# Statement of Cash Flows

09/21/26

Davis Kitchen and Tile LLC

## Statement of Cash Flows

*Period 08 (Aug 2026) to 08 (Aug 2026)*
*, For 1 Month Ending August 2026*

| | | |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Net Income | | $2,537.59 |
| Adjustments to reconcile net income to net cash | | |
| Increase in trade receivables | $(10,131.91) | |
| Decrease in trade payables | (6,506.01) | |
| Increase in current liabilities | 6,456.15 | |
| | | (10,181.77) |
| Net cash used by operating activities | | (7,644.18) |
| **Cash flows from investing activites:** | | |
| Net cash provided by investing activities | | 0.00 |
| **Cash flows from financing activities:** | | |
| Decrease in long term liabilities | (6,470.50) | |
| Increase in equity | 100.00 | |
| Net cash used by financing activities | | (6,370.50) |
| Net increase (decrease) in cash | | (14,014.68) |
| Cash and cash equivalents, beginning of period | | 14,787.49 |
| Cash and cash equivalents, end of period | | $772.81 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

**DAVIS KITCHEN & TILE, LLC,**
Debtor.

Case No. 1:26-bk-00343
Chapter 11, Subchapter V

# DEBTOR'S EXHIBIT

# D-7

Monthly Operating Report — September 2026, including Work-in-Progress Report dated 10/13/2026 and projections dated 10/15/2026

*Source: Doc. 189 | Matter(s): (a), (c), (d)*

*Hearing of October 28, 2026*

**Fill in this information to identify the case:**

Debtor Name Davis Kitchen & Tile LLC

United States Bankruptcy Court for the Northern District of West Virginia

Case number: 26-bk-343

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: September

Date report filed: 10/13/2026 (MM / DD / YYYY)

Line of business: Interior Renovation Const

NAISC code: ____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: CEO/Owner

Original signature of responsible party: [signature]

Printed name of responsible party: Christopher S Collins

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Davis Kitchen & Tile LLC Case number 26-bk-343

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 5,256.91

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 36,610.16

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 39,676.24

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ 2,190.83

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 7,447.74

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 17,726.13

*(Exhibit E)*

Debtor Name Davis Kitchen & Tile LLC                Case number 26-bk-343

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 858.60

## 5. Employees

26. What was the number of employees when the case was filed? 6
27. What is the number of employees as of the date of this monthly report? 5

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 94,937.60 | – | $ 36,610.16 | = | $ 58,327.44 |
| 33. **Cash disbursements** | $ 93,312.90 | – | $ 39,676.24 | = | $ 53,636.66 |
| 34. **Net cash flow** | $ 1,624.70 | – | $ 2,190.83 | = | $ -566.13 |

35. Total projected cash receipts for the next month: $ 67,978.15
36. Total projected cash disbursements for the next month: - $ 67,978.14
37. Total projected net cash flow for the next month: = $ 0.01

Debtor Name Davis Kitchen & Tile LLC Case number 26-bk-343

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☑ 42. Project, job costing, or work-in-progress reports.

**Davis Kitchen and Tile LLC**
Prepared on 10/15/26
**Income Statement/Budget**
*For Future 12 Months*

| | | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Income** | | | | | | | | | | | | | | |
| | Contract Income | $23,978.15 | $48,011.00 | $51,051.00 | $51,051.00 | $51,051.00 | $51,051.00 | $51,051.00 | $51,051.00 | $51,051.00 | $51,051.00 | $51,051.00 | $51,051.00 | $582,499.15 |
| | Service Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Showroom Sales | 42,000.00 | 37,316.00 | 37,316.00 | 37,316.00 | 37,316.00 | 37,316.00 | 37,316.00 | 37,316.00 | 37,316.00 | 37,316.00 | 37,316.00 | 37,316.00 | $452,476.00 |
| | Design/Measure Fees | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | $24,000.00 |
| | Vendor Rebates | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Discounts Given | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Finance Charge Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Freight Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Over/Underbillings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Discounts Earned | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | **Total Operating Income:** | **$67,978.15** | **$87,327.00** | **$90,367.00** | **$90,367.00** | **$90,367.00** | **$90,367.00** | **$90,367.00** | **$90,367.00** | **$90,367.00** | **$90,367.00** | **$90,367.00** | **$90,367.00** | **$1,058,975.15** |
| **Direct Expense** | | | | | | | | | | | | | | |
| | Materials | 22,707.67 | 22,707.67 | 22,707.67 | 22,707.67 | 22,707.67 | 22,707.67 | 22,707.67 | 22,707.67 | 22,707.67 | 22,707.67 | 22,707.67 | 22,707.67 | $272,492.04 |
| | Freight | 378.92 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | $6,428.92 |
| | Equipment Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Subcontracted | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | 13,740.40 | $164,884.80 |
| | Other Job Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Commission Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Direct Labor | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | 3,690.01 | $44,280.12 |
| | D/L Payroll Taxes | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | 282.29 | $3,387.48 |
| | D/L Workers Compensation | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | 96.75 | $1,161.00 |
| | D/L Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | D/L Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | B&O Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Non-Tax Per Diem | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | 189.00 | $2,268.00 |
| | Other Direct Expense | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| | **Total Direct Expense:** | **41,087.04** | **41,259.12** | **41,260.12** | **41,261.12** | **41,262.12** | **41,263.12** | **41,264.12** | **41,265.12** | **41,266.12** | **41,267.12** | **41,267.12** | **41,268.12** | **494,990.36** |
| **Equip/Shop Expense** | | | | | | | | | | | | | | |
| | Shop Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Warehouse Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Lease Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Fuel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Supplies & Maint | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Equipment Use Contra | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Other Warehouse/Equipt Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | **Total Equip/Shop Expense:** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| | **Total Direct & Equip/Shop Expense** | **41,087.04** | **41,259.12** | **41,260.12** | **41,261.12** | **41,262.12** | **41,263.12** | **41,264.12** | **41,265.12** | **41,266.12** | **41,267.12** | **41,267.12** | **41,268.12** | **494,990.36** |
| | **Gross Profit:** | **26,891.11** | **46,067.88** | **49,106.88** | **49,105.88** | **49,104.88** | **49,103.88** | **49,102.88** | **49,101.88** | **49,100.88** | **49,099.88** | **49,099.88** | | **563,984.79** |

**Davis Kitchen and Tile LLC**
Prepared on 10/15/26
**Income Statement/Budget**
*For Future 12 Months*

| | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overhead Expense** | | | | | | | | | | | | | |
| Rent | 5,318.60 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | 5,221.08 | $62,750.52 |
| Office Supplies | 56.99 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | 135.17 | $1,543.82 |
| Utilities | 564.47 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | 1,064.05 | $12,269.02 |
| Electric | 0.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $86.00 |
| Credit Card Process Fees | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | 688.53 | $8,262.36 |
| Bank Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Finance Charges-Vendors | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Postage | 18.50 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | 35.17 | $405.33 |
| Freight Charges | 0.00 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | 38.67 | $425.33 |
| Sales Tax Expense | 0.00 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | 10.17 | $111.83 |
| Office Cleaning | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Trash Service | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Printing | 0.00 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | 4.33 | $47.67 |
| Photography | 0.00 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | 29.17 | $320.83 |
| Advertising & Promotion | 0.00 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | 496.77 | $5,464.47 |
| Computer Software Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Computer Hardware | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Computer Service & Support | 0.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | $8,250.00 |
| Computer Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Accounting Fees | 0.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | $4,400.00 |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Employment Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Dues & Subscriptions | 0.00 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | 393.92 | $4,333.08 |
| Training/Seminars | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Meals & Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Charity Donations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Maintenance & Repair | 194.74 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | 133.08 | $1,658.66 |
| Gifts & Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Discounts- Contractor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Liability Insurance | 2,183.52 | 111.75 | 2,183.52 | 111.75 | 2,183.52 | 111.75 | 2,183.52 | 111.75 | 2,183.52 | 111.75 | 2,183.52 | 111.75 | $13,771.62 |
| Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Property Tax | 97.82 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | 1,471.50 | $16,284.32 |
| Licenses | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | $168.00 |
| Interest Expense | 0.00 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | 895.42 | $9,849.58 |
| Customer Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Bad Debt Expense | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | 10.21 | $122.52 |
| Other Office Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Decore & Displays | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Samples & Catalogs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Suspense/Clearing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Plan Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Warranty Work | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Commission - Outside Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Overhead Labor | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | 6,820.00 | $81,840.00 |
| O/H Payroll Taxes | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | 521.73 | $6,260.76 |

**Davis Kitchen and Tile LLC**
Prepared on 10/15/26
**Income Statement/Budget**
*For Future 12 Months*

| | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Total 12-Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O/H Workers Compensation | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | 45.69 | $548.28 |
| O/H Benefits | 0.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | 36.00 | $396.00 |
| O/H Liability Insurance | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Simple IRA Employer Contributions | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | 410.58 | $4,927.00 |
| COVID Payroll Tax offset | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| O/H Per Diem | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | 394.20 | $4,730.40 |
| Vehicle Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Fuel | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | 46.58 | $559.00 |
| Vehicle Repair | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 12.00 | $88.00 |
| Vehicle & Liability Insurance | 0.00 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | 599.08 | $6,589.92 |
| Small Tools | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Uniforms | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Shop Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Vehicle Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Tools Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Office Equipment Dep'n Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Furniture & Fixtures Dep'n Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Inventory Adjustments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Overhead Expense:** | **17,392.17** | **20,788.85** | **22,864.62** | **20,796.85** | **22,872.62** | **20,804.85** | **22,880.62** | **20,812.85** | **22,888.62** | **20,820.85** | **22,892.62** | **20,824.85** | **256,640.33** |
| | | | | | | | | | | | | | |
| **Administrative Expense** | | | | | | | | | | | | | |
| Admin Salaries | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | 8,461.56 | $101,538.72 |
| Admin Payroll Taxes | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | 647.32 | $7,767.84 |
| Admin Workers Compensation | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | 29.72 | $356.64 |
| Admin Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Admin Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Admin Per Diem | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | $576.00 |
| Other Administrative Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Total Administrative Expense:** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **9,186.60** | **110,239.20** |
| **Total Indirect Expense:** | **26,578.77** | **29,975.45** | **32,051.22** | **29,983.45** | **32,059.22** | **29,991.45** | **32,067.22** | **29,999.45** | **32,075.22** | **30,007.45** | **32,079.22** | **30,011.45** | **366,879.53** |
| | | | | | | | | | | | | | |
| **Income from Operations:** | **312.34** | **16,092.43** | **17,055.66** | **19,122.43** | **17,045.66** | **19,112.43** | **17,035.66** | **19,102.43** | **17,025.66** | **19,092.43** | **17,020.66** | **19,087.43** | **197,105.26** |
| | | | | | | | | | | | | | |
| **Other Income** | | | | | | | | | | | | | |
| Other Income | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 | 11.00 | 11.00 | 11.00 | $87.00 |
| | | | | | | | | | | | | | |
| **Net Income Before Tax:** | **312.34** | **16,092.43** | **17,055.66** | **19,122.43** | **17,045.66** | **19,112.43** | **17,035.66** | **19,102.43** | **17,025.66** | **19,092.43** | **17,020.66** | **19,087.43** | **197,105.26** |
| | | | | | | | | | | | | | |
| **After Tax Expense** | | | | | | | | | | | | | |
| Federal Income Tax Expense | 312.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | 333.33 | $3,979.00 |
| State Income Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Tax Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other Penalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Other After Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Davis Kitchen and Tile LLC** | | | | | | | | | | | | | |
| Prepared on 10/15/26 | | | | | | | | | | | | | |
| **Income Statement/Budget** | | | | | | | | | | | | | |
| *For Future 12 Months* | | | | | | | | | | | | | |
| | **Oct-26** | **Nov-26** | **Dec-26** | **Jan-27** | **Feb-27** | **Mar-27** | **Apr-27** | **May-27** | **Jun-27** | **Jul-27** | **Aug-27** | **Sep-27** | **Total 12-Month** |
| **Total After Tax Expense:** | **312.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **333.33** | **3,979.00** |
| **Net Income:** | **$0.01** | **$15,759.10** | **$16,722.33** | **$18,789.10** | **$16,712.33** | **$18,779.10** | **$16,702.33** | **$18,769.10** | **$16,692.33** | **$18,759.10** | **$16,687.33** | **$18,754.10** | **$193,126.26** |
| **Chapter 11 Payment Plan** | **0.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | **15,750.00** | $173,250.00 |
| **Net Income After Chapter 11 Payment Plan** | **$0.01** | **$9.10** | **$972.33** | **$3,039.10** | **$962.33** | **$3,029.10** | **$952.33** | **$3,019.10** | **$942.33** | **$3,009.10** | **$937.33** | **$3,004.10** | **$19,876.26** |

# Balance Sheet
10/07/26

Davis Kitchen and Tile LLC

Balance Sheet

*Period 9 At September 2026*

---

## Assets

### Current Assets

| | | |
|---|---|---|
| Clear Mtn Checking | $55.48 | |
| PPP Proceeds Bank | 0.00 | |
| Petty Cash | 37.87 | |
| Undeposited Funds | 0.00 | |
| Clear Mtn Debit Card | 0.00 | |
| Amazon Gift Card | 0.00 | |
| First United Bank & Trust | 0.00 | |
| Cash Clearing Account | (0.02) | |
| FUBT - Retail | (1,123.67) | |
| Contract Receivables | 21,555.50 | |
| Startup Contract Receivables | 0.00 | |
| Service Receivables | 116,974.44 | |
| Startup Service Receivables | 0.00 | |
| Other Receivables | 0.00 | |
| Bad Debt Allowance | 0.00 | |
| Underbillings | 0.00 | |
| Inventory | 63,461.03 | |
| Startup Inventory | 0.00 | |
| Payroll Advances | 0.00 | |
| Refundable Deposits | 0.00 | |
| **Total Current Assets:** | | **$200,960.63** |

### WIP Assets

| | | |
|---|---|---|
| WIP - Default | 0.00 | |
| **Total WIP Assets:** | | **0.00** |

### Long Term Assets

| | | |
|---|---|---|
| Misc Fixed Assets | 80,131.90 | |
| Store Displays | 28,000.00 | |
| Tools | 6,300.00 | |

| | | |
|---|---|---|
| Office Equipment | 9,808.40 | |
| Master Builder Software | 5,000.00 | |
| Furniture & Fixtures | 0.00 | |
| Goodwill | 255,519.64 | |
| Vehicle Asset | 0.00 | |
| Equipment Assest | 0.00 | |
| Lease Hld/Improvements | 20,000.00 | |
| **Total Long Term Assets:** | **404,759.94** | |

**Accumulated Depreciation**

| | | |
|---|---|---|
| Accum Dep'n Displays | 0.00 | |
| Accumulated Depreciation | (100,755.00) | |
| Accum Dep'n Vehicles | 0.00 | |
| Accum Dep'n Tools | 0.00 | |
| Accum Dep'n Office Equipment | 0.00 | |
| Accum Dep'n Communication Eq | 0.00 | |
| Accum Dep'n Furniture & Fxt | 0.00 | |
| Accumulated Amortization | (49,871.00) | |
| **Total Accumulated Depreciation:** | **(150,626.00)** | |
| **Net Long Term Assets:** | | **254,133.94** |

**Other Assets**

| | | |
|---|---|---|
| Prepaid Insurance | 0.00 | |
| Prepaid Expenses | 0.00 | |
| **Total Other Assets:** | | **0.00** |
| **Total Assets:** | | **$455,094.57** |

# Liabilities

**Current Liabilities**

| | | |
|---|---|---|
| Trade Accounts Payable | 452,141.59 | |
| Startup Accounts Payable | 0.00 | |
| Trade Advances Payable | 0.00 | |
| Lowes | 22,610.77 | |
| Chase | 0.00 | |
| Hugharts Supply | 0.00 | |
| OC Cluss | 0.00 | |
| Office Depot | 0.00 | |

Continued...

| | | |
|---|---|---|
| Office Depot | 0.00 | |
| Blue Tarp Credit Services | 0.00 | |
| American Express | 0.00 | |
| American Express | 1,432.21 | |
| Menards | 30,314.11 | |
| Christel Collins | 937.82 | |
| Christopher Collins | 12,030.13 | |
| OC Cluss Payable | 6,500.00 | |
| Other Accounts Payable | 0.00 | |
| Lowes LBA | 0.00 | |
| Overbillings | 0.00 | |
| Sales Tax Payable | 74,829.20 | |
| Sales Tax Refund | 0.00 | |
| FICA/FIT Payable | 217,738.28 | |
| WV State Witholding | 48,136.57 | |
| PA State Withholding Tax | 2,388.55 | |
| Workers' Compensation Payable | 5,437.62 | |
| FUTA Payable | 1,063.86 | |
| AFLAC Payable | 41.40 | |
| Vacation Payable | 0.00 | |
| Health Insurance Payable | 0.00 | |
| WV State Unemployment | 3,167.36 | |
| Garnishment Payable | 0.00 | |
| Child Support Payable | 0.00 | |
| Liability Insurance Payable | 0.00 | |
| Morgantown Emp. Svc Fee Payble | 0.00 | |
| Deposits On Contract | 0.00 | |
| Client Refund Payable | 46,130.01 | |
| Corporate Federal Tax Payable | 0.00 | |
| Corp State Income Tax Payable | 0.00 | |
| Property Tax Payable | 0.00 | |
| Other Current Liabilities | 40.00 | |
| SIMPLE IRA- Employee Contribution | 8,010.37 | |
| Accrued Wages | 0.00 | |
| Employee Payable - Eric Dalton | 2,000.00 | |
| **Total Current Liabilities:** | | **934,949.85** |

**Long Term Liabilities**

| | |
|---|---|
| Equipment Loans | 53,571.21 |
| Master Builder Loan | 0.00 |
| Cole Davis Loan | 0.00 |
| Ed Loan | 0.00 |
| PPP Loan | 0.00 |

| | | |
|---|---|---|
| Clear Mtn Commercial Loan | 0.00 | |
| Ed Loan Payable | 113,876.44 | |
| First United Bank Loan Payable | 119,195.63 | |
| Headway Capital | (7,755.15) | |
| Vehicle Loan | 0.00 | |
| FUBT LOC | 145,746.29 | |
| Cliffside Payable | 312,049.82 | |
| Amare Payable | 169,784.66 | |
| Liberty Payable | 21,553.76 | |
| On Deck Loan | 22,179.86 | |
| Forward Financing | 0.00 | |
| **Total Long Term Liabilities:** | | **950,202.52** |
| **Total Liabilities:** | | **1,885,152.37** |

# Equity

**Equity/Capital**

| | | |
|---|---|---|
| Retained Earnings | (1,568,775.60) | |
| Capital Contributions | 260,561.11 | |
| Capital Distributions | (44,919.22) | |
| Chris Collins Equity | 75,000.00 | |
| GL Suspense | 0.00 | |
| **Subtotal Equity/Capital:** | **(1,278,133.71)** | |
| **Current Profit (Loss):** | **(151,924.09)** | |
| **Total Equity/Capital:** | | **(1,430,057.80)** |
| **Total Liabilities + Equity:** | | **$455,094.57** |

# Income Statement

10/07/26

Davis Kitchen and Tile LLC

## Income Statement

*For 1 Month Ending September 2026*

---

### Operating Income

| | | |
|---|---|---|
| Contract Income | $25,439.49 | |
| Service Income | 0.00 | |
| Showroom Sales | 31.12 | |
| Design/Measure Fees | 0.00 | |
| Vendor Rebates | 0.00 | |
| Discounts Given | (669.10) | |
| Finance Charge Income | 0.00 | |
| Freight Income | 0.00 | |
| Over/Underbillings | 0.00 | |
| Discounts Earned | 0.00 | |
| **Total Operating Income:** | | **$24,801.51** |

### Direct Expense

| | | |
|---|---|---|
| Materials | 9,121.88 | |
| Freight | 194.32 | |
| Equipment Expenses | 0.00 | |
| Subcontracted | 20,881.60 | |
| Other Job Expense | 0.00 | |
| Liability Insurance | 0.00 | |
| Commission Expense | 0.00 | |
| Direct Labor | 2,192.50 | |
| D/L Payroll Taxes | 184.95 | |
| D/L Workers Compensation | 60.10 | |
| D/L Benefits | 0.00 | |
| D/L Liability Insurance | 0.00 | |
| B&O Tax | 0.00 | |
| Non-Tax Per Diem | 120.60 | |
| Other Direct Expense | 0.00 | |
| **Total Direct Expense:** | **32,755.95** | |

### Equip/Shop Expense

| | | |
|---|---|---|
| Shop Labor | 0.00 | |
| Warehouse Liability Insurance | 0.00 | |

| | | |
|---|---|---|
| Equipment Lease Expense | 0.00 | |
| Equipment Fuel | 0.00 | |
| Equipment Supplies & Maint | 0.00 | |
| Equipment Repair | 0.00 | |
| Equipment Use Contra | 0.00 | |
| Other Warehouse/Equipt Expense | 0.00 | |
| **Total Equip/Shop Expense:** | **0.00** | |
| **Total Direct & Equip/Shop Expense:** | | **32,755.95** |
| **Gross Profit:** | | **(7,954.44)** |

**Overhead Expense**

| | | |
|---|---|---|
| Rent | 0.00 | |
| Office Supplies | 0.00 | |
| Utilities | 1,302.99 | |
| Electric | 0.00 | |
| Credit Card Process Fees | 242.36 | |
| Bank Charges | 0.00 | |
| Finance Charges-Vendors | 0.00 | |
| Postage | 0.00 | |
| Freight Charges | 0.00 | |
| Sales Tax Expense | 0.00 | |
| Office Cleaning | 0.00 | |
| Trash Service | 192.01 | |
| Printing | 0.00 | |
| Photography | 0.00 | |
| Advertising & Promotion | 0.00 | |
| Professional Services | 0.00 | |
| Computer Software Expense | 0.00 | |
| Computer Hardware | 0.00 | |
| Computer Service & Support | 0.00 | |
| Computer Supplies | 0.00 | |
| Accounting Fees | 0.00 | |
| Legal Fees | 0.00 | |
| Employment Expenses | 0.00 | |
| Travel | 0.00 | |
| Dues & Subscriptions | 74.20 | |
| Training/Seminars | 0.00 | |
| Meals & Entertainment | 0.00 | |
| Charity Donations | 0.00 | |
| Maintenance & Repair | 0.00 | |
| Gifts & Entertainment | 0.00 | |
| Discounts- Contractor | 0.00 | |

# Income Statement

10/07/26

Continued...

| | |
|---|---|
| Liability Insurance | 0.00 |
| Taxes | 0.00 |
| Property Tax | 0.00 |
| Licenses | 0.00 |
| Interest Expense | 0.00 |
| Customer Discount | 0.00 |
| Bad Debt Expense | 0.00 |
| Other Office Expense | 0.00 |
| Decore & Displays | 0.00 |
| Samples & Catalogs | 0.00 |
| Suspense/Clearing | 0.00 |
| Plan Fees | 0.00 |
| Warranty Work | 0.00 |
| Commission - Outside Sales | 0.00 |
| Overhead Labor | 7,367.51 |
| O/H Payroll Taxes | 627.40 |
| O/H Workers Compensation | 49.37 |
| O/H Benefits | 0.00 |
| O/H Liability Insurance | 0.00 |
| Simple IRA Employer Contributions | 0.00 |
| COVID Payroll Tax offset | 0.00 |
| O/H Per Diem | 404.40 |
| Vehicle Maintenance | 0.00 |
| Vehicle Fees | 0.00 |
| Vehicle Fuel | 0.00 |
| Vehicle Repair | 0.00 |
| Vehicle & Liability Insurance | 0.00 |
| Small Tools | 0.00 |
| Uniforms | 0.00 |
| Other Shop Expense | 0.00 |
| Depreciation Expense | 0.00 |
| Vehicle Depreciation Expense | 0.00 |
| Tools Depreciation Expense | 0.00 |
| Office Equipment Dep'n Expense | 0.00 |
| Furniture & Fixtures Dep'n Exp | 0.00 |
| Amortization Expense | 0.00 |
| Inventory Adjustments | 0.00 |
| **Total Overhead Expense:** | **10,260.24** |

**Administrative Expense**

| | |
|---|---|
| Admin Salaries | 8,461.56 |
| Admin Payroll Taxes | 647.32 |
| Admin Workers Compensation | 29.72 |
| Admin Benefits | 0.00 |

Continued...

| | | |
|---|---|---|
| Admin Liability Insurance | 0.00 | |
| Admin Per Diem | 0.00 | |
| Other Administrative Expense | 0.00 | |
| **Total Administrative Expense:** | **9,138.60** | |
| **Total Indirect Expense:** | | **19,398.84** |
| **Income from Operations:** | | **(27,353.28)** |
| **Other Income** | | |
| Other Income | 0.00 | |
| Admin Services Income | 0.00 | |
| **Total Other Income:** | | **0.00** |
| **Net Income Before Tax:** | | **(27,353.28)** |
| **After Tax Expense** | | |
| Federal Income Tax Expense | 0.00 | |
| State Income Tax Expense | 0.00 | |
| Tax Penalties | 0.00 | |
| Other Penalties | 0.00 | |
| Other After Tax Expense | 0.00 | |
| **Total After Tax Expense:** | | **0.00** |
| **Net Income:** | | **$(27,353.28)** |

# Statement of Cash Flows

10/07/26

Davis Kitchen and Tile LLC

## Statement of Cash Flows

*Period 09 (Sep 2026) to 09 (Sep 2026)*
*, For 1 Month Ending September 2026*

| | | |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Net Income | | $(27,353.28) |
| Adjustments to reconcile net income to net cash | | |
| Decrease in trade receivables | $9,273.32 | |
| Increase in trade payables | 10,425.16 | |
| Increase in current liabilities | 5,851.65 | |
| | | 25,550.13 |
| Net cash used by operating activities | | (1,803.15) |
| **Cash flows from investing activites:** | | |
| Net cash provided by investing activities | | 0.00 |
| **Cash flows from financing activities:** | | |
| Net cash provided by financing activities | | 0.00 |
| Net increase (decrease) in cash | | (1,803.15) |
| Cash and cash equivalents, beginning of period | | 772.81 |
| Cash and cash equivalents, end of period | | $(1,030.34) |

**Davis Kitchen & Tile - Work in Progress Report**

**Date: 10/13/2026**

| Job | Outstanding Balance | Outstanding Materials | Amount Receivable vs Amount Payab | Start Date | Status |
|---|---|---|---|---|---|
| | $ 433,746 | $ 278,507 | $ 155,239 | | |
| Battin Laundry | $ 36,227 | $ 20,562 | $ 15,666 | 10/19/2026 | Anticipate Start 10/19 |
| Hyde Kitchen | $ 23,515 | $ 16,179 | $ 7,336 | 10/21/2026 | Working on a firm start date |
| Del Greco Bathrooms | $ 15,000 | $ 7,500 | $ 7,500 | 10/21/2026 | Working on a firm start date |
| Dittenhafer Bathroom | $ 15,910 | $ 6,440 | $ 9,470 | 10/26/2026 | Working on a firm start date |
| Dittenhafer Laundry | $ 8,002 | $ 5,222 | $ 2,780 | 10/26/2026 | Working on a firm start date |
| Sherfinski Bath | $ 12,785 | $ 5,508 | $ 7,277 | 10/26/2026 | Quoting Through RugRatz |
| Allen Basement Bar | $ 13,892 | $ 3,965 | $ 9,927 | 10/28/2026 | |
| Robinson Bath & Shower | $ 30,000 | $ 15,000 | $ 15,000 | 11/1/2026 | |
| Delardas Flooring | $ 8,308 | $ 4,047 | $ 4,261 | 11/2/2026 | On the Schedule |
| Corwin Kitchen | $ 60,979 | $ 45,000 | $ 15,979 | 11/9/2026 | |
| Miconi Bathroom | $ 12,024 | $ 8,598 | $ 3,427 | 11/14/2026 | Working on a firm start date |
| Maier Kitchen | $ 35,735 | $ 20,562 | $ 15,173 | 11/15/2026 | |
| Ramsey Shower | $ 5,450 | $ 4,632 | $ 818 | 11/16/2026 | |
| Goodwin Kitchen | $ 28,800 | $ 13,219 | $ 15,581 | 11/16/2026 | |
| Warren Kitchen | $ 11,146 | $ 12,000 | $ (854) | 11/23/2026 | |
| Keough Kitchen | $ 23,406 | $ 18,621 | $ 4,785 | 11/30/2026 | |
| Rowan Kitchen | $ 22,188 | $ 19,143 | $ 3,045 | 11/30/2026 | |
| Schwalm Primary Bath | $ 11,511 | $ 7,546 | $ 3,964 | 12/12/2026 | |
| Schwalm Guest Bath | $ 7,906 | $ 4,042 | $ 3,864 | 12/12/2026 | |
| Jeruzal Upstairs and Kitchen | $ 2,325 | $ 1,234 | $ 1,092 | In Process | *considering cancelling the remainder of the project* |
| Murray Kitchen Cabinets | $ 10,702 | $ 10,233 | $ 469 | In Process | Countertop Template Complete |
| Agee Bath & Flooring | $ 7,686 | $ 1,844 | $ 5,842 | In Process | Next Draw is Completion |
| Jeruzal Basement Bath | $ 5,029 | $ 1,881 | $ 3,148 | In Process | Next draw is Ctop template |
| Schifano Master | $ 8,704 | $ 17,015 | $ (8,311) | In Process | Next draw is Ctop template |
| Sellaro Master | $ 12,447 | $ 4,458 | $ 7,989 | In Process | Next Draw is Completion |
| Handelman Upstairs Bathroom | $ 1,514 | $ - | $ 1,514 | In Process | Complete |
| Handelman Downstairs Bathroom | $ 345 | $ 800 | $ (455) | In Process | Next Draw is Completion |
| Sellaro Fridge Cabinet | $ 1,144 | $ 800 | $ 344 | In Process | Trying to receive a quote from Real Woods |
| Kessler Bath | $ 1,064 | $ 2,456 | $ (1,392) | In Process | Next Draw is Completion |

**First United**
Bank & Trust

MEMBER FDIC

12892 Garrett Highway
Oakland, MD 21550

1-888-692-2654
**MyBank.com**

Last statement: August 31, 2026
This statement: September 30, 2026
Total days in statement period: 30

Page 1 of 5
[redacted]0062
( 0)

DAVIS KITCHEN & TILE LLC
DKT RETAIL
DEBTOR IN POSSESSION
831 VENTURE DR
MORGANTOWN WV 26508-7307

***MAKE EVERY PURCHASE COUNT WITH OUR SWIPE INTO SUMMER SWEEPSTAKES! FROM JULY 1 THROUGH SEPTEMBER 30, SOAK UP REWARDS, CASH BACK OR UNFORGETTABLE EXPERIENCES EACH TIME YOU TAP, SWIPE AND SPEND WITH YOUR MY BANK VISA DEBIT CARD. EACH PURCHASE AUTOMATICALLY ENTERS YOU FOR A CHANCE TO WIN ONE OF THREE SUMMER GRAND PRIZE PACKS! VISIT MYBANK.COM/SWEEPS FOR DETAILS. MEMBER OF FDIC***

## My Elite Business Checking

| | | | |
|---|---|---|---|
| Account number | [redacted]0062 | Beginning balance | $5,256.91 |
| Low balance | $158.63 | Total additions | 36,610.16 |
| Average balance | $3,605.90 | Total subtractions | 39,676.24 |
| Avg collected balance | $3,605 | Ending balance | $2,190.83 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 134 | 09-14 | 1,251.47 | 1348 * | 09-11 | 559.10 |
| 1325 * | 09-01 | 1,604.00 | 1349 | 09-14 | 617.16 |
| 1331 * | 09-01 | 1,516.00 | 1350 | 09-21 | 968.57 |
| 1338 * | 09-08 | 1,000.00 | 1351 | 09-21 | 1,240.67 |
| 1339 | 09-08 | 1,500.00 | 1352 | 09-21 | 638.81 |
| 1340 | 09-08 | 1,692.67 | 1354 * | 09-25 | 2,500.00 |
| 1341 | 09-08 | 1,305.47 | 1355 | 09-28 | 1,200.00 |
| 1342 | 09-08 | 968.57 | 1356 | 09-28 | 968.57 |
| 1343 | 09-04 | 819.24 | 1357 | 09-28 | 1,292.27 |
| 1344 | 09-09 | 1,000.00 | 1358 | 09-25 | 883.18 |
| 1345 | 09-14 | 900.00 | 83126 * | 09-02 | 587.28 |
| 1346 | 09-14 | 968.57 | | | |

*** Skip in check sequence**

DAVIS KITCHEN & TILE LLC
September 30, 2026


[redacted]0062

DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 09-01 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 08-30-26 | 17.43 |
| 09-01 | ' Preauthorized Wd<br>M S INTERNATIONA 7146857500 260901<br>CHRISTOPHER COLLINS | 152.71 |
| 09-02 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 09-01-26 | 25.50 |
| 09-03 | ' Preauthorized Wd<br>Secure Storage o 2123723403 260903<br>Christopher Collins | 1,440.00 |
| 09-04 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 09-03-26 | 213.27 |
| 09-04 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 09-03-26 | 1,293.63 |
| 09-04 | ' Wire Transfer-Out<br>202609040105108 CHRISTOPHER COLLIN1213 E MURIEL ST F | 799.19 |
| 09-08 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 09-06-26 | 58.68 |
| 09-08 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 494301 HOMEDEPOT COM<br>800 466 3 GA XXXXXXXXXXXX7153 09-03-26 | 438.99 |
| 09-08 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 443565 FERGUSON HOME<br>800 638 8 CA XXXXXXXXXXXX7153 09-04-26 | 471.98 |
| 09-08 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 494301 HOMEDEPOT COM<br>800 466 3 GA XXXXXXXXXXXX7153 09-04-26 | 873.13 |
| 09-09 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 449215 M S INTERNATIONAL<br>714 685 7 CA XXXXXXXXXXXX7153 09-08-26 | 50.58 |
| 09-10 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 449215 M S INTERNATIONAL<br>714 685 7 CA XXXXXXXXXXXX7153 09-09-26 | 87.68 |
| 09-10 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 494300 EMSER TILE MDFRD<br>323 498 7 MD XXXXXXXXXXXX7153 09-09-26 | 353.28 |
| 09-10 | ' Preauthorized Wd<br>TSYS/TRANSFIRST MERCH FEES 260910<br>543684555987296 DAVIS KITCHEN AND TILE | 97.41 |

| Date | Description | Subtractions |
|---|---|---|
| 09-11 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 449851 EPN GATEWAY<br>903 92000 TX XXXXXXXXXXXX7153 09-10-26 | 30.00 |
| 09-11 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 494301 HOMEDEPOT COM<br>800 466 3 GA XXXXXXXXXXXX7153 09-09-26 | 438.99 |
| 09-11 | ' Wire Transfer-Out<br>202609110040026 CHRISTOPHER COLLIN1213 E MURIEL ST F | 799.19 |
| 09-15 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000000 THE SHERWIN-WILLIA<br>MS C CLEVELAND OH XXXXXXXXXXXX7153 09-14-26 9:31 AM | 113.31 |
| 09-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 494301 HOMEDEPOT COM<br>800 466 3 GA XXXXXXXXXXXX7153 09-14-26 | 127.15 |
| 09-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 01671<br>MORGANTOW WV XXXXXXXXXXXX7153 09-15-26 | 164.04 |
| 09-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 494301 HOMEDEPOT COM<br>800 466 3 GA XXXXXXXXXXXX7153 09-14-26 | 429.38 |
| 09-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 494301 HOMEDEPOT COM<br>800 466 3 GA XXXXXXXXXXXX7153 09-14-26 | 873.13 |
| 09-17 | ' Preauthorized Wd<br>Mountaineer Gas doxoPAY 260917<br>"DAVIS KITCHEN & TILE" | 450.00 |
| 09-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 405523 WOODWORKER EXPRESS<br>855 993 4 MO XXXXXXXXXXXX7153 09-17-26 | 36.69 |
| 09-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 09-17-26 | 50.37 |
| 09-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 01671<br>MORGANTOW WV XXXXXXXXXXXX7153 09-17-26 | 198.36 |
| 09-24 | ' Preauthorized Wd<br>COMCAST-XFINITY CABLE SVCS 260924<br>Christopher *Collins | 766.45 |
| 09-25 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 09-24-26 | 153.38 |
| 09-25 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 09-24-26 | 207.66 |
| 09-25 | ' Wire Transfer-Out<br>202609250116129 CHRISTOPHER COLLIN1213 E MURIEL ST F | 799.19 |

| Date | Description | Subtractions |
|---|---|---|
| 09-28 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 494301 MOUNTAINEER TRANSF<br>ER STAMORGANTO WV XXXXXXXXXXXX7153 09-25-26 | 43.06 |
| 09-28 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 494301 MOUNTAINEER TRANSF<br>ER STAMORGANTO WV XXXXXXXXXXXX7153 09-25-26 | 148.69 |
| 09-28 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 VERIZONWRLSS RTCCR<br>VB 800 922 0 FL XXXXXXXXXXXX7153 09-25-26 | 1,302.99 |
| 09-28 | ' Preauthorized Wd<br>MERCANTILE PROCE ACH BATCH 260928<br>DAVIS KITCHEN AND TILE | 114.95 |
| 09-30 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 ZOHO ZOHO BIGIN<br>WWW ZOHO CA XXXXXXXXXXXX7153 09-30-26 | 74.20 |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 09-02 | ' Deposit | 3,385.35 |
| 09-03 | ' Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF[redacted]64DA<br>VIS KITCHEN AND TILE MERC SV-TF090 326 | 5,913.47 |
| 09-08 | ' Deposit | 3,285.87 |
| 09-09 | ' Deposit | 3,483.38 |
| 09-10 | ' Deposit | 1,923.15 |
| 09-11 | ' Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF[redacted]64DA<br>VIS KITCHEN AND TILE MERC SV-TF091 126 | 1,500.00 |
| 09-14 | ' POS Refund<br>MERCHANT REFUND TERMINAL 494301 THE HOME DEPOT 84<br>33 BRIDGEPOR WV XXXXXXXXXXXX7153 09-11-26 12:00 AM | 438.99 |
| 09-14 | ' POS Refund<br>MERCHANT REFUND TERMINAL 494301 THE HOME DEPOT 84<br>33 BRIDGEPOR WV XXXXXXXXXXXX7153 09-11-26 12:00 AM | 873.13 |
| 09-16 | ' POS Refund<br>MERCHANT REFUND TERMINAL 494301 THE HOME DEPOT 84<br>33 BRIDGEPOR WV XXXXXXXXXXXX7153 09-14-26 12:00 AM | 438.99 |
| 09-18 | ' Preauthorized Credit<br>MERCHANT SVCS-TF MERC SV-TF 5436845559872964DA<br>VIS KITCHEN AND TILE MERC SV-TF091 826 | 32.99 |
| 09-21 | ' POS Refund<br>MERCHANT REFUND TERMINAL 469216 LOWES 00567<br>MORGANTOW WV XXXXXXXXXXXX7153 09-18-26 12:00 AM | 16.75 |
| 09-21 | ' Deposit | 2,832.37 |
| 09-23 | ' Deposit | 5,155.41 |
| 09-25 | ' Deposit | 3,135.03 |
| 09-25 | ' Deposit | 4,195.28 |

DAVIS KITCHEN & TILE LLC
September 30, 2026


[redacted]0062

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 5,256.91 | 09-10 | 4,881.44 | 09-21 | 159.70 |
| 09-01 | 1,966.77 | 09-11 | 4,554.16 | 09-23 | 5,315.11 |
| 09-02 | 4,739.34 | 09-14 | 2,129.08 | 09-24 | 4,548.66 |
| 09-03 | 9,212.81 | 09-15 | 2,015.77 | 09-25 | 7,335.56 |
| 09-04 | 6,087.48 | 09-16 | 861.06 | 09-28 | 2,265.03 |
| 09-08 | 1,063.86 | 09-17 | 411.06 | 09-30 | 2,190.83 |
| 09-09 | 3,496.66 | 09-18 | 158.63 | | |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $84.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

CHANGE OF ADDRESS
Please notify us immediately if you need to change your address. To change your address, visit any local First United branch or you may call our Customer Care Center at 1-888-692-2654.

HOW TO RECONCILE YOUR ACCOUNT
Please compare this statement with your records. If no error is reported within 60 days, the statement will be considered correct. Retain all receipts until your next statement is received and reconciled.

1. List and total all outstanding checks or withdrawals including those still outstanding from previous statements. Also, list any other outstanding debits to your account that are in your register, but not on this statement, such as ATM withdrawals, debit card transactions or automatic payments.
2. Enter ending balance shown on the front of statement.
3. Add deposits and other credits not shown on this statement.
4. Total
5. Subtract the total of outstanding checks and debits as determined in step 1 above.
6. This figure should be your checkbook balance. If it does not agree, review the above steps and, if necessary, review your checkbook entries.

| (1) OUTSTANDING CHECKS & OTHER DEBITS | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

| RECONCILEMENT | | |
|---|---|---|
| (2) | | |
| (3) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| (4) | | |
| (5) | | |
| (6) | | |

ENTER ALL DEPOSITS AND WITHDRAWALS MADE DURING THE PERIOD UNTIL YOUR NEXT STATEMENT

| DATE | DESCRIPTION | INTEREST | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

PREAUTHORIZED CREDITS
If you have arranged to have direct deposits made to your account, you may call us at 1-888-692-2654 to verify that the deposit has been made.

CERTIFICATE OF DEPOSIT
If you have questions concerning your Certificate of Deposit, please contact your local community office or call our Customer Care Center at 1-888-692-2654.

IMPORTANT INFORMATION ABOUT YOUR LINE OF CREDIT ACCOUNT
We figure the Interest Charge on your account by applying the daily periodic rate to the "AVERAGE DAILY BALANCE", then multiply by the number of days in the billing cycle. The annual percentage rate (APR) may vary. To get the "AVERAGE DAILY BALANCE" we take the beginning Principal Balance of your account each day, add any new advances and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "AVERAGE DAILY BALANCE".

Notify us of inaccurate information we report to Consumer Reporting Agencies. Please notify us if we report any inaccurate information about your account to a consumer reporting agency. Your written notice describing the specific inaccuracy should be sent to us at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550.

BILLING RIGHTS SUMMARY
*Notify us in case of errors or questions about your statement*

If you think your statement is incorrect or you need more information about a transaction on your statement, please call 1-888-692-2654 or visit your local community office. To dispute a payment, please write us on a separate sheet of paper at the following address: 12892 Garrett Highway, Suite 4, Oakland, MD 21550. We must hear from you no later than 60 days after we send you the first statement on which the error appeared. You may telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- Specify in detail what you believe to be an error and the reasons you believe the billing error exists, along with the amount, date and type of error.

During our investigation, we cannot try to collect any amount you question, or report you as delinquent on the amount in question. We can continue to bill you for the amount you question, including finance charges and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating but you are still obligated to pay the parts of your bill that are not in question.

EQUAL HOUSING LENDER Member FDIC

ELECTRONIC FUNDS TRANSFER
Telephone our Customer Care Center at 1-888-692-2654 or write us at 12892 Garrett Highway, Oakland, MD 21550, as soon as possible, if you think your statement or receipt is wrong or if you need more information about the transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If our investigation takes longer than 10 business days after we hear from you we will credit your account the amount that you think is in error, so you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

We will tell you the results within three business days after completing our investigation. If we decide there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

HOW TO AVOID OVERDRAFTS
We review our overdraft report daily and do not charge fees for overdrafts if the account balance is overdrawn $10 or less. We typically pay most checks for a fee. We also offer additional services to help you avoid overdrafts and keep your checking account in the black.

- **Link with savings** – Automatically pull funds from your savings account when your checking account goes negative. Transaction limits may apply.
- **Link with Personal Line of Credit** – You may apply for a Personal Credit Line (PCL). If you meet the underwriting standards, the PCL will be set up for you. You may then link your PCL to your checking account. If an overdraft occurs, a transfer will be made from your PCL to your checking account. There is an annual fee for a PCL.
- **Opt-Out of Overdraft Services** – If you've experienced repeated difficulty with overdrafts, First United Bank & Trust will honor your request to decline coverage of overdrafts (i.e. opt-out) resulting from any non-electronic transactions such as checks. This opt-out means items presented against insufficient funds will be returned as applicable by law. Any previous "opt-in" request to our Standard Overdraft Protection services will be discontinued which may result in ATM or Point of Sale transactions being rejected or declined at the time of transaction. Customers are responsible for the return item charges from First United, as well as any charges from the merchant. Most customers prefer to avoid these additional charges and the embarrassment of declined payments, so this opt-out is intended as a last resort in special circumstances. This option may not result in a reduction of fees. Contact us at 1-888-692-2654 for information on how to opt-out entirely.

# Bank Reconciliation

10/07/26

Davis Kitchen and Tile LLC

Bank Reconciliation

*1070 - FUBT - Retail Statement Date: 09/30/2026*

| Record# | Status | Trans# | Date | Payee/Description | Amount |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 77579 | | 1353 | 09/18/2026 | Real Woods - Murray | -2,450.00 |
| 77575 | Clear | 09142026 | 09/14/2026 | Home Depot Return | 438.99 |
| 77588 | Clear | 9252030 | 09/25/2026 | Dump Fee | -192.01 |
| **Deposits** | | | | | |
| 77490 | Clear | 6292028 | 09/02/2026 | Payments | 3,385.35 |
| 77502 | Clear | 6292029 | 09/02/2026 | Payments | 5,913.47 |
| 77521 | Clear | 6292030 | 09/09/2026 | Payments | 3,483.38 |
| 77522 | Clear | 6292031 | 09/09/2026 | Payments | 3,285.87 |
| 77538 | Clear | 6292032 | 09/10/2026 | Payments | 1,500.00 |
| 77539 | Clear | 6292033 | 09/10/2026 | Payments | 1,923.15 |
| 77547 | Clear | 09142026 | 09/10/2026 | Home Depot Return | 438.99 |
| 77549 | Clear | 9142027 | 09/14/2026 | Home Depot Return | 873.13 |
| 77559 | Clear | 9142028 | 09/24/2026 | Payments | 5,155.41 |
| 77560 | Clear | 9142029 | 09/21/2026 | Payments | 2,832.37 |
| 77567 | Clear | 9142030 | 09/24/2026 | Payments | 4,195.28 |
| 77576 | Clear | 9142031 | 09/25/2026 | Payments | 3,135.03 |
| 77590 | Clear | 9142032 | 09/21/2026 | Lowes Return | 16.75 |
| 77591 | Clear | 9142033 | 09/21/2026 | Payments | 32.99 |
| **Checks** | | | | | |
| 77541 | Clear | 135 | 09/10/2026 | Mountain State Contracting LLC | 617.16 |
| 77440 | Clear | 1325* | 08/17/2026 | BC STONE INC | 1,604.00 |
| 77441 | Clear | 1331* | 08/21/2026 | BC STONE INC | 1,516.00 |
| 77498 | Clear | 1338* | 09/02/2026 | Rugratz Flooring | 1,000.00 |
| 77500 | Clear | 1339 | 09/02/2026 | Rugratz Flooring | 1,500.00 |
| 77509 | Clear | 1340 | 09/03/2026 | BENNETT SUPPLY CO | 1,692.67 |
| 77510 | Clear | 1341 | 09/04/2026 | Jessica A Engels | 968.57 |
| 77511 | Clear | 1342 | 09/04/2026 | Christopher S Collins | 799.19 |
| 77512 | Clear | 1343 | 09/04/2026 | Eric T Dalton | 1,305.47 |
| 77526 | Clear | 1343* | 09/09/2026 | Peak Builders | 1,000.00 |
| 77513 | Clear | 1344 | 09/04/2026 | Viktor Srenker | 819.24 |
| 77534 | Clear | 1345 | 09/11/2026 | Jessica A Engels | 968.57 |
| 77540 | Clear | 1345* | 09/10/2026 | DAVIS CABINETRY | 900.00 |
| 77535 | Clear | 1346 | 09/11/2026 | Christopher S Collins | 799.19 |
| 77536 | Clear | 1347 | 09/11/2026 | Eric T Dalton | 1,251.47 |
| 77537 | Clear | 1348 | 09/11/2026 | Viktor Srenker | 559.10 |
| 77553 | Clear | 1350* | 09/18/2026 | Jessica A Engels | 968.57 |
| 77554 | | 1351 | 09/18/2026 | Christopher S Collins | 799.19 |

Bank Reconciliation 10/07/26

Continued...

| Record# | Status | Trans# | Date | Payee/Description | Amount |
|---|---|---|---|---|---|
| 77555 | Clear | 1352 | 09/18/2026 | Eric T Dalton | 1,240.67 |
| 77556 | Clear | 1353 | 09/18/2026 | Viktor Srenker | 638.81 |
| 77566 | Clear | 1354 | 09/24/2026 | Peak Builders | 2,500.00 |
| 77565 | Clear | 1355 | 09/24/2026 | Rugratz Flooring | 1,000.00 |
| 77568 | Clear | 1355* | 09/24/2026 | Rugratz Flooring | 200.00 |
| 77561 | Clear | 1356 | 09/25/2026 | Jessica A Engels | 968.57 |
| 77562 | Clear | 1357 | 09/25/2026 | Christopher S Collins | 799.19 |
| 77563 | Clear | 1358 | 09/25/2026 | Eric T Dalton | 1,292.27 |
| 77564 | Clear | 1359 | 09/25/2026 | Cody A Nethken | 883.18 |
| 77491 | Clear | 8272027* | 09/02/2026 | LOWES | 25.50 |
| 77482 | Clear | 08282026* | 08/31/2026 | SECURE STORAGE OF MORGANTOWN | 1,440.00 |
| 77523 | Clear | 8282027 | 09/08/2026 | LOWES | 58.68 |
| 77518 | Clear | 09012026* | 09/01/2026 | MSI | 152.71 |
| 77505 | Clear | 09022026* | 09/02/2026 | Build.com | 1,506.90 |
| 77508 | Clear | 09032026* | 09/03/2026 | HOME DEPOT | 1,439.27 |
| 77517 | Clear | 09032026* | 09/03/2026 | Build.com | 471.98 |
| 77483 | Clear | 09052026* | 09/01/2026 | Dreamline Shower Doors | 587.28 |
| 77525 | Clear | 09092026* | 09/09/2026 | MSI | 50.58 |
| 77531 | Clear | 09092026* | 09/09/2026 | Emser | 353.28 |
| 77532 | Clear | 09092026* | 09/09/2026 | MSI | 87.68 |
| 77533 | Clear | 09102026* | 09/10/2026 | | 97.41 |
| 77546 | Clear | 09112026* | 09/11/2026 | | 30.00 |
| 77548 | Clear | 9112027 | 09/14/2026 | HOME DEPOT | 429.38 |
| 77550 | Clear | 9112028 | 09/14/2026 | HOME DEPOT | 873.13 |
| 77551 | Clear | 9112029 | 09/14/2026 | SHERWIN-WILLIAMS | 113.31 |
| 77569 | Clear | 09172026* | 09/14/2026 | MOUNTAINEER GAS 435575 | 450.00 |
| 77570 | Clear | 09242026* | 09/24/2026 | Comcast | 766.45 |
| 77571 | Clear | 09252026* | 09/25/2026 | Verizon | 1,302.99 |
| 77572 | Clear | 9252027 | 09/25/2026 | LOWES | 361.04 |
| 77573 | Clear | 9252028 | 09/18/2026 | LOWES | 181.61 |
| 77574 | Clear | 9252029 | 09/18/2026 | LOWES | 214.41 |
| 77585 | Clear | 09282026* | 09/28/2026 | | 114.95 |
| 77586 | Clear | 9282027 | 09/29/2026 | Zoho | 74.20 |
| 77492 | Clear | 7333575444* | 08/31/2026 | LOWES | 17.43 |
| 77524 | Clear | 7333575444* | 09/09/2026 | HOME DEPOT | 438.99 |
| 77587 | Clear | 7333575444* | 09/30/2026 | SHERWIN-WILLIAMS | 81.80 |
| 77589 | Clear | 7333575445 | 09/15/2026 | Woodworkers Express | 36.69 |

| #Dep | $Deposits | #Clear | $Clear | #Chk | $Checks | #Clear | $Clear |
|---|---|---|---|---|---|---|---|
| 14 | 36,171.17 | 14 | 36,171.17 | 55 | 40,348.73 | 54 | 39,549.54 |

Statement Beginning Balance: 5,256.91

Statement Ending Balance: 2,125.52

Account Current Balance: -2,978.12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br>**DAVIS KITCHEN & TILE, LLC,**<br>Debtor. | Case No. 1:26-bk-00343<br>Chapter 11, Subchapter V |

# DEBTOR'S EXHIBIT

# D-8

Statement of Operations for Small Business, four months ending April 30, 2026

*Source: Docs. 5, 36 | Matter(s): (a)*

*Hearing of October 28, 2026*

# Income Statement

05/13/26

Davis Kitchen and Tile LLC

## Income Statement

*For 4 Months Ending April 2026*

**Operating Income**

| | | |
|---|---|---|
| Contract Income | $159,762.13 | |
| Service Income | 1,490.00 | |
| Showroom Sales | 4,767.51 | |
| Design/Measure Fees | 5,000.00 | |
| Vendor Rebates | 0.00 | |
| Discounts Given | (2,798.38) | |
| Finance Charge Income | 0.00 | |
| Freight Income | 295.00 | |
| Over/Underbillings | 0.00 | |
| Discounts Earned | 0.00 | |
| **Total Operating Income:** | | **$168,516.26** |

**Direct Expense**

| | | |
|---|---|---|
| Materials | 45,456.31 | |
| Freight | 1,164.01 | |
| Equipment Expenses | 0.00 | |
| Subcontracted | 11,158.16 | |
| Other Job Expense | 1,620.00 | |
| Liability Insurance | 0.00 | |
| Commission Expense | 0.00 | |
| Direct Labor | 44,684.11 | |
| D/L Payroll Taxes | 5,310.20 | |
| D/L Workers Compensation | 1,062.45 | |
| D/L Benefits | 0.00 | |
| D/L Liability Insurance | 0.00 | |
| B&O Tax | 0.00 | |
| Non-Tax Per Diem | 7,503.83 | |
| Other Direct Expense | 0.00 | |
| **Total Direct Expense:** | **117,959.07** | |

**Equip/Shop Expense**

| | |
|---|---|
| Shop Labor | 0.00 |
| Warehouse Liability Insurance | 0.00 |

Continued...

| | | |
|---|---|---|
| Equipment Lease Expense | 90.10 | |
| Equipment Fuel | 0.00 | |
| Equipment Supplies & Maint | 0.00 | |
| Equipment Repair | 0.00 | |
| Equipment Use Contra | 0.00 | |
| Other Warehouse/Equipt Expense | 0.00 | |
| **Total Equip/Shop Expense:** | **90.10** | |
| **Total Direct & Equip/Shop Expense:** | | **118,049.17** |
| **Gross Profit:** | | **50,467.09** |

**Overhead Expense**

| | |
|---|---|
| Rent | 21,454.60 |
| Office Supplies | 0.00 |
| Utilities | 9,689.00 |
| Electric | 0.00 |
| Credit Card Process Fees | 755.99 |
| Bank Charges | 107.89 |
| Finance Charges-Vendors | 6,924.29 |
| Postage | 29.25 |
| Freight Charges | 0.00 |
| Sales Tax Expense | 0.00 |
| Office Cleaning | 0.00 |
| Trash Service | 0.00 |
| Printing | 0.00 |
| Photography | 0.00 |
| Advertising & Promotion | 0.00 |
| Professional Services | 1,027.50 |
| Computer Software Expense | 0.00 |
| Computer Hardware | 0.00 |
| Computer Service & Support | 0.00 |
| Computer Supplies | 0.00 |
| Accounting Fees | 31.79 |
| Legal Fees | 700.00 |
| Employment Expenses | 0.00 |
| Travel | 0.00 |
| Dues & Subscriptions | 222.60 |
| Training/Seminars | 0.00 |
| Meals & Entertainment | 0.00 |
| Charity Donations | 0.00 |
| Maintenance & Repair | 778.96 |
| Gifts & Entertainment | 0.00 |
| Discounts- Contractor | 0.00 |

Income Statement 05/13/26

Continued...

| | |
|---|---|
| Liability Insurance | 786.04 |
| Taxes | 0.00 |
| Property Tax | 391.28 |
| Licenses | 0.00 |
| Interest Expense | 0.00 |
| Customer Discount | 0.00 |
| Bad Debt Expense | 0.00 |
| Other Office Expense | 0.00 |
| Decore & Displays | 0.00 |
| Samples & Catalogs | 0.00 |
| Suspense/Clearing | 0.00 |
| Plan Fees | 0.00 |
| Warranty Work | 0.00 |
| Commission - Outside Sales | 0.00 |
| Overhead Labor | 38,777.35 |
| O/H Payroll Taxes | 4,197.18 |
| O/H Workers Compensation | 251.18 |
| O/H Benefits | 0.00 |
| O/H Liability Insurance | 0.00 |
| Simple IRA Employer Contributions | 0.00 |
| COVID Payroll Tax offset | 0.00 |
| O/H Per Diem | 1,784.65 |
| Vehicle Maintenance | 0.00 |
| Vehicle Fees | 0.00 |
| Vehicle Fuel | 0.00 |
| Vehicle Repair | 0.00 |
| Vehicle & Liability Insurance | 0.00 |
| Small Tools | 0.00 |
| Uniforms | 0.00 |
| Other Shop Expense | 0.00 |
| Depreciation Expense | 0.00 |
| Vehicle Depreciation Expense | 0.00 |
| Tools Depreciation Expense | 0.00 |
| Office Equipment Dep'n Expense | 0.00 |
| Furniture & Fixtures Dep'n Exp | 0.00 |
| Amortization Expense | 0.00 |
| Inventory Adjustments | 0.00 |
| **Total Overhead Expense:** | **87,909.55** |

**Administrative Expense**

| | |
|---|---|
| Admin Salaries | 52,516.14 |
| Admin Payroll Taxes | 5,324.80 |
| Admin Workers Compensation | 147.84 |
| Admin Benefits | 0.00 |

| | | |
|---|---|---|
| Admin Liability Insurance | 0.00 | |
| Admin Per Diem | 610.69 | |
| Other Administrative Expense | 0.00 | |
| **Total Administrative Expense:** | **58,599.47** | |
| **Total Indirect Expense:** | | **146,509.02** |
| **Income from Operations:** | | **(96,041.93)** |

**Other Income**

| | | |
|---|---|---|
| Other Income | 0.00 | |
| Admin Services Income | 0.00 | |
| **Total Other Income:** | | **0.00** |
| **Net Income Before Tax:** | | **(96,041.93)** |

**After Tax Expense**

| | | |
|---|---|---|
| Federal Income Tax Expense | 0.00 | |
| State Income Tax Expense | 0.00 | |
| Tax Penalties | 0.00 | |
| Other Penalties | 0.00 | |
| Other After Tax Expense | 0.00 | |
| **Total After Tax Expense:** | | **0.00** |
| **Net Income:** | | **$(96,041.93)** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

**DAVIS KITCHEN & TILE, LLC,**
Debtor.

Case No. 1:26-bk-00343
Chapter 11, Subchapter V

# DEBTOR'S EXHIBIT

# D-9

Debtor's Income Statement, twelve months ending December 31, 2025

*Source: Debtor's records | Matter(s): (a)*

*Hearing of October 28, 2026*

# Income Statement

05/13/26

Davis Kitchen and Tile LLC

## Income Statement

*For 12 Months Ending December 2025*

### Operating Income

| | | |
|---|---|---|
| Contract Income | $697,923.58 | |
| Service Income | 47,846.00 | |
| Showroom Sales | 26,724.25 | |
| Design/Measure Fees | 12,750.00 | |
| Vendor Rebates | 558.64 | |
| Discounts Given | (12,757.51) | |
| Finance Charge Income | 0.00 | |
| Freight Income | 1,603.65 | |
| Over/Underbillings | 0.00 | |
| Discounts Earned | 0.00 | |
| **Total Operating Income:** | | **$774,648.61** |

### Direct Expense

| | |
|---|---|
| Materials | 141,949.20 |
| Freight | 2,667.54 |
| Equipment Expenses | 0.00 |
| Subcontracted | 22,648.46 |
| Other Job Expense | 10,080.00 |
| Liability Insurance | 0.00 |
| Commission Expense | 0.00 |
| Direct Labor | 166,358.67 |
| D/L Payroll Taxes | 15,775.00 |
| D/L Workers Compensation | 3,712.11 |
| D/L Benefits | 0.00 |
| D/L Liability Insurance | 0.00 |
| B&O Tax | 0.00 |
| Non-Tax Per Diem | 14,579.22 |
| Other Direct Expense | 0.00 |
| **Total Direct Expense:** | **377,770.20** |

### Equip/Shop Expense

| | |
|---|---|
| Shop Labor | 0.00 |
| Warehouse Liability Insurance | 0.00 |

| | | |
|---|---|---|
| Equipment Lease Expense | 0.00 | |
| Equipment Fuel | 0.00 | |
| Equipment Supplies & Maint | 0.00 | |
| Equipment Repair | 0.00 | |
| Equipment Use Contra | 0.00 | |
| Other Warehouse/Equipt Expense | 0.00 | |
| **Total Equip/Shop Expense:** | **0.00** | |
| **Total Direct & Equip/Shop Expense:** | | **377,770.20** |
| **Gross Profit:** | | **396,878.41** |

**Overhead Expense**

| | |
|---|---|
| Rent | 66,215.25 |
| Office Supplies | 1,323.28 |
| Utilities | 21,078.26 |
| Electric | 0.00 |
| Credit Card Process Fees | 5,319.15 |
| Bank Charges | 2,023.76 |
| Finance Charges-Vendors | 2,907.54 |
| Postage | 319.84 |
| Freight Charges | 60.00 |
| Sales Tax Expense | 1,225.93 |
| Office Cleaning | 1,500.00 |
| Trash Service | 1,018.08 |
| Printing | 0.00 |
| Photography | 0.00 |
| Advertising & Promotion | 4,830.29 |
| Professional Services | 12,732.50 |
| Computer Software Expense | 0.00 |
| Computer Hardware | 0.00 |
| Computer Service & Support | 6,152.69 |
| Computer Supplies | 0.00 |
| Accounting Fees | 1,516.25 |
| Legal Fees | 1,500.00 |
| Employment Expenses | 120.00 |
| Travel | 19.10 |
| Dues & Subscriptions | 5,970.50 |
| Training/Seminars | 0.00 |
| Meals & Entertainment | 138.21 |
| Charity Donations | 0.00 |
| Maintenance & Repair | 3,324.11 |
| Gifts & Entertainment | 0.00 |
| Discounts- Contractor | 59.57 |

| | |
|---|---|
| Liability Insurance | 1,934.47 |
| Taxes | 0.00 |
| Property Tax | 1,667.29 |
| Licenses | 168.72 |
| Interest Expense | 10,745.66 |
| Customer Discount | 0.00 |
| Bad Debt Expense | 19,009.96 |
| Other Office Expense | 0.00 |
| Decore & Displays | 0.00 |
| Samples & Catalogs | 0.00 |
| Suspense/Clearing | (1,835.47) |
| Plan Fees | 0.00 |
| Warranty Work | 0.00 |
| Commission - Outside Sales | 0.00 |
| Overhead Labor | 174,921.44 |
| O/H Payroll Taxes | 16,280.55 |
| O/H Workers Compensation | 1,169.21 |
| O/H Benefits | 432.96 |
| O/H Liability Insurance | 0.00 |
| Simple IRA Employer Contributions | 0.00 |
| COVID Payroll Tax offset | 0.00 |
| O/H Per Diem | 14,574.46 |
| Vehicle Maintenance | 0.00 |
| Vehicle Fees | 0.00 |
| Vehicle Fuel | 175.00 |
| Vehicle Repair | 0.00 |
| Vehicle & Liability Insurance | 4,325.00 |
| Small Tools | 0.00 |
| Uniforms | 0.00 |
| Other Shop Expense | 0.00 |
| Depreciation Expense | 0.00 |
| Vehicle Depreciation Expense | 0.00 |
| Tools Depreciation Expense | 0.00 |
| Office Equipment Dep'n Expense | 0.00 |
| Furniture & Fixtures Dep'n Exp | 0.00 |
| Amortization Expense | 0.00 |
| Inventory Adjustments | 0.00 |
| **Total Overhead Expense:** | **382,923.56** |

**Administrative Expense**

| | |
|---|---|
| Admin Salaries | 196,046.90 |
| Admin Payroll Taxes | 17,232.80 |
| Admin Workers Compensation | 677.63 |
| Admin Benefits | 0.00 |

| | | |
|---|---|---|
| Admin Liability Insurance | 0.00 | |
| Admin Per Diem | 5,648.40 | |
| Other Administrative Expense | 0.00 | |
| **Total Administrative Expense:** | **219,605.73** | |
| **Total Indirect Expense:** | | **602,529.29** |
| **Income from Operations:** | | **(205,650.88)** |

**Other Income**

| | | |
|---|---|---|
| Other Income | 0.00 | |
| Admin Services Income | 0.00 | |
| **Total Other Income:** | | **0.00** |
| **Net Income Before Tax:** | | **(205,650.88)** |

**After Tax Expense**

| | | |
|---|---|---|
| Federal Income Tax Expense | 0.00 | |
| State Income Tax Expense | 121.21 | |
| Tax Penalties | 0.00 | |
| Other Penalties | 0.00 | |
| Other After Tax Expense | 0.00 | |
| **Total After Tax Expense:** | | **121.21** |
| **Net Income:** | | **$(205,772.09)** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br>**DAVIS KITCHEN & TILE, LLC,**<br>Debtor. | Case No. 1:26-bk-00343<br>Chapter 11, Subchapter V |

# DEBTOR'S EXHIBIT

# D-10

Internal Revenue Service Proof of Claim No. 3; West Virginia State Tax Department Proofs of Claim Nos. 11 and 23

*Source: Claims Register | Matter(s): (a)*

*Hearing of October 28, 2026*

**Fill in this information to identify the case:**

Debtor 1 DAVIS KITCHEN & TILE LLC

Debtor 2 ______________________
(Spouse, if filing)

United States Bankruptcy Court for the: NORTH District of WEST VIRGINIA
(State)

Case number 1:26-BK-00343

# Official Form 410

# Proof of Claim

**04/25**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Department of Treasury - Internal Revenue Service Creditor Number : 1726137
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______________________

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ______________________

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Internal Revenue Service<br>Name | Internal Revenue Service<br>Name |
| P.O. Box 7346<br>Number Street | 400 North 8th Street, Box 76, M/S ROOM 898<br>Number Street |
| Philadelphia PA 19101-7346<br>City State ZIP Code | RICHMOND VA 23219<br>City State ZIP Code |
| Contact phone 1-800-973-0424 | Contact phone 804-916-8088 |
| Contact email ______________ | Contact email valerie.g.riley@irs.gov |

Uniform claim identifier (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______________
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ______________________

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment

**7. How much is the claim?**

$ 272,495.71. **Does this amount include interest or other charges?**

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ____________

**Basis for perfection:** ____________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $____________

**Amount of the claim that is secured:** $____________

**Amount of the claim that is unsecured:** $____________ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $____________

**Annual Interest Rate** (when case was filed)_______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $____________

**11. Is this claim subject to a right of setoff?**

☐ No
☑ Yes. Identify the property: See attachment

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $__________ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $__________ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $__________ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 227,849.92 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $__________ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $__________ |

* Amounts are subject to adjustment on 04/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 05/27/2026
MM / DD / YYYY

/s/ VALERIE RILEY
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | VALERIE | | RILEY |
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 400 North 8th Street, Box 76, M/S ROOM 898 | | |
| | Number Street | | |
| | RICHMOND | VA | 23219 |
| | City | State | ZIP Code |
| Contact phone | 804-916-8088 | Email | valerie.g.riley@irs.gov |

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

Form 410
Attachment

**In the Matter of:** DAVIS KITCHEN & TILE LLC

831 VENTURE DR
MORGANTOWN, WV 26508

| Case Number | 1:26-BK-00343 |
|---|---|
| Type of Bankruptcy Case | CHAPTER 11 |
| Date of Petition | 05/14/2026 |

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| *Taxpayer ID Number* | *Kind of Tax* | *Tax Period* | *Date Tax Assessed* | *Tax Due* | *Interest to Petition Date* |
|---|---|---|---|---|---|
| XX-XXX5972 | CORP-INC | 12/31/2023 | 05/05/2025 | $0.00 | $0.00 |
| XX-XXX5972 | WT-FICA | 09/30/2024 | 10/13/2025 | $21,145.58 | $2,407.28 |
| XX-XXX5972 | WT-FICA | 12/31/2024 | 10/13/2025 | $27,945.20 | $2,587.09 |
| XX-XXX5972 | CORP-INC | 12/31/2024 | 05/04/2026 | $0.00 | $0.00 |
| XX-XXX5972 | FUTA | 12/31/2024 | 1 1-ESTIMATED-SEE NOTE | $536.74 | $49.70 |
| XX-XXX5972 | WT-FICA | 03/31/2025 | 08/11/2025 | $30,127.65 | $2,232.12 |
| XX-XXX5972 | WT-FICA | 06/30/2025 | 09/29/2025 | $33,931.76 | $1,876.63 |
| XX-XXX5972 | WT-FICA | 09/30/2025 | 1 1-ESTIMATED-SEE NOTE | $33,931.76 | $1,250.43 |
| XX-XXX5972 | WT-FICA | 12/31/2025 | 1 1-ESTIMATED-SEE NOTE | $33,931.76 | $635.18 |
| XX-XXX5972 | CORP-INC | 12/31/2025 | 2 D-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX5972 | FUTA | 12/31/2025 | 1 1-ESTIMATED-SEE NOTE | $1,129.95 | $21.16 |
| XX-XXX5972 | WT-FICA | 03/31/2026 | 1 1-ESTIMATED-SEE NOTE | $33,931.76 | $78.17 |
| | | | | $216,712.16 | $11,137.76 |

**Total Amount of Unsecured Priority Claims: $227,849.92**

**Unsecured General Claims**

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . .$44,645.79

**Total Amount of Unsecured General Claims: $44,645.79**

*Continued from Page 1*

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

2 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Davis Kitchen & Tile, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court | **Northern District of West Virginia** |
| Case number: | **26−00343** |

FILED
**U.S. Bankruptcy Court**
**Northern District of West Virginia**
6/15/2026
**James Voithofer, Clerk**

# Official Form 410
# Proof of Claim

**12/24**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

West Virginia State Tax Department

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| West Virginia State Tax Department | |
| Name | Name |
| Attn: Bankruptcy<br>1001 Lee St. E.<br>Charleston, WV 25301 | |
| Contact phone 3045580740 | Contact phone |
| Contact email eric.m.wilson@wv.gov | Contact email |

Uniform claim identifier (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) Filed on MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 5972

**7. How much is the claim?** $ 166557.58

**Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as healthcare information.

Tax Liens and Taxes

**9. Is all or part of the claim secured?**
☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**
☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☑ Motor vehicle
☑ Other. Describe: Tax Lien

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $

**Amount of the claim that is secured:** $ 129245.19

**Amount of the claim that is unsecured:** $ 37312.39 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $

**Annual Interest Rate** (when case was filed) 11.5 %

☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property:

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No<br>☑ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 31557.39 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 6/15/2026
MM / DD / YYYY

/s/ Christine E Evans
Signature

Print the name of the person who is completing and signing this claim:

Name: Christine E Evans
First name Middle name Last name

Title: Paralegal

Company: West Virginia State Tax Department
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: Bankruptcy Unit, P.O. Box 766
Number Street
Charleston, WV 25323-0766
City State ZIP Code

Contact phone 3045580740 Email christine.e.evans@wv.gov

ATTACHMENT TO PROOF OF CLAIM

# PROOF OF CLAIM FOR WEST VIRGINIA STATE TAXES

| In matter of: | Case Number: |
|---|---|
| **Davis Kitchen & Tile, LLC.**<br>**xx-xxx-5972** | **26-00343**<br>**CH. 11** |

1. The creditor is the West Virginia State Tax Division, whose address is P. O. Box 766, Charleston, WV 25323-0766

2. The amount of all payments, credit and setoffs on this claim has been credited and deducted for the purpose of making this proof of claim.

3. The basis for the claim is taxes, interest, additions to tax and penalties due and owing to the State of West Virginia under Chapter 11 of the West Virginia Code.

4. **The TOTAL AMOUNT of the claim is $ 166,557.58.**

A. **SECURED CLAIM (NOTICE OF STATE TAX LIEN FILED)** **TOTAL: $129,245.19**

| Type of Tax | Period | Tax Due | Interest | Additions | Date Recorded | County Location |
|---|---|---|---|---|---|---|
| Pass Through | 12/31/2022 | 2,543.79 | 1,015.49 | 502.56 | 1/28/2025 | Monongalia |
| Sales/Use | 1/31/24-3/31/24 | 5,200.43 | 1,624.94 | 3,440.38 | 5/15/2025 | Monongalia |
| Sales/Use | 4/30/24-12/31/24 | 30,473.97 | 5,925.08 | 8,312.91 | 5/15/2025 | Monongalia |
| Withholding | 3/31/24-12/31/24 | 21,061.44 | 4,871.84 | 6,653.67 | 5/15/2025 | Monongalia |
| Sales/Use | 1/31/25-3/31/25 | 11,135.51 | 1,539.31 | 1,468.17 | 7/11/2025 | Monongalia |
| Withholding | 3/31/2025 | 5,167.00 | 704.87 | 363.04 | 7/11/2025 | Monongalia |
| Sales/Use | 4/30/25-6/30/25 | 5,915.50 | 615.89 | 703.91 | 10/20/2025 | Monongalia |
| Sales/Use | 7/31/25-8/31/25 | 3,881.10 | 304.55 | 428.20 | 1/12/2026 | Monongalia |
| Withholding | 6/30/2025 | 4,641.00 | 494.30 | 256.34 | 10/20/2025 | Monongalia |

B. **PRIORITY CLAIMS (UNDER BANKRUPTCY CODE 507 (a)(8)** **TOTAL: $31,557.39**

| Type of Tax | Period | Tax Due | Interest |
|---|---|---|---|
| Sales/Use | 10/31/2025 | 3,515.82 | 186.73 |
| Sales/Use | 11/30/2025 | 2,792.23 | 118.36 |
| Sales/Use | 12/31/2025 | 1,855.50 | 61.37 |
| Sales/Use | 1/31/2026 | 890.36 | 20.75 |
| Sales/Use | 2/28/2026 | 1,473.65 | 21.35 |
| Sales/Use | 3/31/2026 | 1,558.21 | 7.36 |
| Sales/Use | 4/30/2026 | 5,000.00E | 1,300.00E |
| Withholding | 9/30/2025 | 5,569.00 | 434.87 |
| Withholding | 12/31/2025 | 3,080.00 | 138.07 |
| Withholding | 3/31/2026 | 3,477.00 | 56.76 |

E=Estimated (no return filed)

C. **UNSECURED NON-PRIORITY** **TOTAL: $ 5,755.00**

| Type of Tax | Period | Tax Due | Interest | Additions |
|---|---|---|---|---|
| Sales/Use | 10/31/2025 | - | - | 896.53 |
| Sales/Use | 11/30/2025 | - | - | 572.40 |
| Sales/Use | 12/31/2025 | - | - | 287.62 |
| Sales/Use | 1/31/2026 | - | - | 93.49 |
| Sales/Use | 2/28/2026 | - | - | 81.60 |
| Sales/Use | 3/31/2026 | - | - | 77.90 |
| Withholding | 9/30/2025 | - | - | 1,615.60 |
| Withholding | 12/31/2025 | - | - | 493.34 |
| Withholding | 3/31/2026 | - | - | 36.52 |
| Sales/Use | 4/30/2026 | - | - | 1,600.00E |

5. The classification of the claim is:
(A) Taxes, interest, and additions to tax secured by statutory tax lien perfected prior to petition date,
(B) Taxes and interest entitled to priority under 11 U.S.C. 507 (a)(8) and not secured by a lien,
(C) Taxes, interest, additions to tax and penalties not entitled to priority under 11 U.S.C. 507 (a)(8) and not secured by a lien.

6. This claim consists of taxes due, interest at statutory rate, and additions to tax and/or penalties not in compensation for actual pecuniary loss, all computed to the petition date. This claim is based upon tax returns filed by the debtor or an audit of the debtor's records, unless estimated in the absence of returns or audit. This claim supersedes any prior claims filed by the State Tax Division.

| | |
|---|---|
| 7. No judgment has been rendered on this claim. | |
| Date:<br><br>June 15, 2026 | /s/ Christine E. Evans |
| | West Virginia State Tax Division, P.O. Box 766, Charleston, WV 25323-0766 Phone (304) 558-0738 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Davis Kitchen & Tile, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court | **Northern District of West Virginia** |
| Case number: | **26−00343** |

FILED
**U.S. Bankruptcy Court**
**Northern District of West Virginia**
7/20/2026
**James Voithofer, Clerk**

# Official Form 410
# Proof of Claim

**12/24**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

West Virginia State Tax Department
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| West Virginia State Tax Department | |
| Name | Name |
| Attn: Bankruptcy<br>1001 Lee St. E.<br>Charleston, WV 25301 | |
| Contact phone 3045580740 | Contact phone |
| Contact email eric.m.wilson@wv.gov | Contact email |
| Uniform claim identifier (if you use one): | |

**4. Does this claim amend one already filed?**

☐ No
☑ Yes. Claim number on court claims registry (if known) 11 Filed on 06/15/2026 (MM / DD / YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 5972 | |
| 7. **How much is the claim?** | $ 160108.14 | **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br>Tax Liens and taxes | |
| 9. **Is all or part of the claim secured?** | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410−A) with this *Proof of Claim*.<br>☑ Motor vehicle<br>☑ Other. Describe: tax lien<br>**Basis for perfection:**<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>**Value of property:** $<br>**Amount of the claim that is secured:** $ 129245.19<br>**Amount of the claim that is unsecured:** $ 30862.95 (The sum of the secured and unsecured amounts should match the amount in line 7.)<br>**Amount necessary to cure any default as of the date of the petition:** $<br>**Annual Interest Rate** (when case was filed) 11.5 %<br>☑ Fixed<br>☐ Variable | |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ | |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: | |

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No<br>☑ Yes. *Check all that apply:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 26578.15 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 7/20/2026
MM / DD / YYYY

/s/ Christine E Evans
Signature

Print the name of the person who is completing and signing this claim:

Name: Christine E Evans
First name Middle name Last name

Title: Paralegal

Company: West Virginia State Tax Department
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: Bankruptcy Unit, P.O. Box 766
Number Street
Charleston, WV 25323-0766
City State ZIP Code

Contact phone 3045580740 Email christine.e.evans@wv.gov

# PROOF OF CLAIM FOR WEST VIRGINIA STATE TAXES

***Amended July 20, 2026***

**In matter of:**

**Davis Kitchen & Tile, LLC.**
**xx-xxx-5972**

**Case Number:**

**26-00343**
**CH. 11**

1. The creditor is the West Virginia State Tax Division, whose address is P. O. Box 766, Charleston, WV 25323-0766

2. The amount of all payments, credit and setoffs on this claim has been credited and deducted for the purpose of making this proof of claim.

3. The basis for the claim is taxes, interest, additions to tax and penalties due and owing to the State of West Virginia under Chapter 11 of the West Virginia Code.

4. **The TOTAL AMOUNT of the claim is <u>$160,108.14 .</u>**

A. **SECURED CLAIM (NOTICE OF STATE TAX LIEN FILED)** **TOTAL: $129,245.19**

| Type of Tax | Period | Tax Due | Interest | Additions | Date Recorded | County Location |
|---|---|---|---|---|---|---|
| Pass Through | 12/31/2022 | 2,543.79 | 1,015.49 | 502.56 | 1/28/2025 | Monongalia |
| Sales/Use | 1/31/24-3/31/24 | 5,200.43 | 1,624.94 | 3,440.38 | 5/15/2025 | Monongalia |
| Sales/Use | 4/30/24-12/31/24 | 30,473.97 | 5,925.08 | 8,312.91 | 5/15/2025 | Monongalia |
| Withholding | 3/31/24-12/31/24 | 21,061.44 | 4,871.84 | 6,653.67 | 5/15/2025 | Monongalia |
| Sales/Use | 1/31/25-3/31/25 | 11,135.51 | 1,539.31 | 1,468.17 | 7/11/2025 | Monongalia |
| Withholding | 3/31/2025 | 5,167.00 | 704.87 | 363.04 | 7/11/2025 | Monongalia |
| Sales/Use | 4/30/25-6/30/25 | 5,915.50 | 615.89 | 703.91 | 10/20/2025 | Monongalia |
| Sales/Use | 7/31/25-8/31/25 | 3,881.10 | 304.55 | 428.20 | 1/12/2026 | Monongalia |
| Withholding | 6/30/2025 | 4,641.00 | 494.30 | 256.34 | 10/20/2025 | Monongalia |

B. **PRIORITY CLAIMS (UNDER BANKRUPTCY CODE 507 (a)(8)** **TOTAL: $26,578.15**

| Type of Tax | Period | Tax Due | Interest |
|---|---|---|---|
| Sales/Use | 10/31/2025 | 3,515.82 | 186.73 |
| Sales/Use | 11/30/2025 | 2,792.23 | 118.36 |
| Sales/Use | 12/31/2025 | 1,855.50 | 61.37 |
| Sales/Use | 1/31/2026 | 890.36 | 20.75 |
| Sales/Use | 2/28/2026 | 1,473.65 | 21.35 |
| Sales/Use | 3/31/2026 | 1,558.21 | 7.36 |
| Sales/Use | 4/30/2026 | 1,297.86 | 22.90 |
| Withholding | 9/30/2025 | 5,569.00 | 434.87 |
| Withholding | 12/31/2025 | 3,080.00 | 138.07 |
| Withholding | 3/31/2026 | 3,477.00 | 56.76 |

C. **UNSECURED NON-PRIORITY** **TOTAL: $4,284.80**

| Type of Tax | Period | Tax Due | Interest | Additions |
|---|---|---|---|---|
| Sales/Use | 10/31/2025 | - | - | 896.53 |
| Sales/Use | 11/30/2025 | - | - | 572.40 |
| Sales/Use | 12/31/2025 | - | - | 287.62 |
| Sales/Use | 1/31/2026 | - | - | 93.49 |
| Sales/Use | 2/28/2026 | - | - | 81.60 |
| Sales/Use | 3/31/2026 | - | - | 77.90 |
| Sales/Use | 4/30/2026 | - | - | 129.80 |
| Withholding | 9/30/2025 | - | - | 1,615.60 |
| Withholding | 12/31/2025 | - | - | 493.34 |
| Withholding | 3/31/2026 | - | - | 36.52 |

5. The classification of the claim is:
   (A) Taxes, interest, and additions to tax secured by statutory tax lien perfected prior to petition date,
   (B) Taxes and interest entitled to priority under 11 U.S.C. 507 (a)(8) and not secured by a lien,
   (C) Taxes, interest, additions to tax and penalties not entitled to priority under 11 U.S.C. 507 (a)(8) and not secured by a lien.

6. This claim consists of taxes due, interest at statutory rate, and additions to tax and/or penalties not in compensation for actual pecuniary loss, all computed to the petition date. This claim is based upon tax returns filed by the debtor or an audit of the debtor's records, unless estimated in the absence of returns or audit. This claim supersedes any prior claims filed by the State Tax Division.

Claim 1 Filed 07/20/26 Desc Page 2 of 2

| | |
|---|---|
| 7. No judgment has been rendered on this claim. | |
| Date:<br><br>July 20, 2026 | /s/ Christine E. Evans |
| | West Virginia State Tax Division, P.O. Box 766, Charleston, WV 25323-0766 Phone (304) 558-0738 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Davis Kitchen & Tile, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court | **Northern District of West Virginia** |
| Case number: | **26−00343** |

FILED
**U.S. Bankruptcy Court**
**Northern District of West Virginia**
7/20/2026
**James Voithofer, Clerk**

# Official Form 410
# Proof of Claim

**12/24**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

West Virginia State Tax Department
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| West Virginia State Tax Department | |
| Name | Name |
| Attn: Bankruptcy<br>1001 Lee St. E.<br>Charleston, WV 25301 | |
| Contact phone 3045580740 | Contact phone ______ |
| Contact email eric.m.wilson@wv.gov | Contact email ______ |
| Uniform claim identifier (if you use one): ______ | |

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ______

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 5972

**7. How much is the claim?**

$ 9321.93

**Does this amount include interest or other charges?**

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Administrative Expense Claim

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: ______

**Basis for perfection:** ______

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ ______

**Amount of the claim that is secured:** $ ______

**Amount of the claim that is unsecured:** $ ______ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ ______

**Annual Interest Rate** (when case was filed) ______ %

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ ______

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ______

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No<br>☑ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 9321.93 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 7/20/2026
MM / DD / YYYY

/s/ Christine E Evans
Signature

Print the name of the person who is completing and signing this claim:

Name: Christine E Evans
First name Middle name Last name

Title: Paralegal

Company: West Virginia State Tax Department
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: Bankruptcy Unit, P.O. Box 766
Number Street
Charleston, WV 25323-0766
City State ZIP Code

Contact phone 3045580740 Email christine.e.evans@wv.gov

| **Request for Payment of West Virginia State Taxes**<br><br>**Administrative Expense Claim – § 503(b)(1)**<br><br>**West Virginia State Tax Department**<br><br>**United States Bankruptcy Court**<br>**Southern District of West Virginia**<br><br>In Re: Davis Kitchen & Tile, LLC. | | **Case Number**<br><br>**26-00343**<br><br>**Type of Bankruptcy Case**<br><br>**Ch. 11**<br><br>**Date of Petition**<br><br>5/14/2026 |
|---|---|---|

1. The undersigned, whose business address is P.O. Box 766, Charleston WV 25323-0766, is the agent of the West Virginia State Tax Department, and is authorized to make this request for payment on behalf of the State of West Virginia.

2. The request for payment of taxes, interest, and/or penalty due under the West Virginia Code, Chapter 11, as shown below.

3. These amounts are for taxes incurred after this case was commenced, are administrative expenses under 11 U.S.C. § 503(b)(1) and entitled to priority under 11 U.S.C. § 507(a)(2).

| *Tax ID Number* | *Kind of Tax* | *Tax Period* | *Tax Due* | *Interest* | *Additions* | *Balance Due* |
|---|---|---|---|---|---|---|
| | | | | | | |
| 5972 | Sales/Use | 5/31/2026 | 3,716.68 | 471.62 | 1,170.86 | 5,359.16 |
| 5972 | Sales/Use | 6/30/2026 | 733.77 | - | - | 733.77 |
| 5972 | Withholding | 6/30/2026 | 3,229.00 | - | - | 3,229.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

The amount due includes interest and additions to tax computed to **$9,321.93.** Interest and additions to tax will continue to accrue under W.Va. Code § 11-10-17 & 18. The current balance of the claim may be obtained by calling Chrissy Evans at 304-558-0740.

| Signature: /s/ Christine Evans | Date: July 20, 2026 |
|---|---|
| Title:<br>Bankruptcy Paralegal | Telephone:<br>304-558-0740 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

**DAVIS KITCHEN & TILE, LLC,**
Debtor.

Case No. 1:26-bk-00343
Chapter 11, Subchapter V

# DEBTOR'S EXHIBIT

# D-11

Application to Employ Tammy R. Dalton, CPA, and any order thereon

*Source: (unfiled) | Matter(s): (a)*

*Hearing of October 28, 2026*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re: | |
| DAVIS KITCHEN & TILE, LLC, | Case No. 1:26-bk-00343 |
| Debtor. | Chapter 11 |

**DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY TAMMY R. DALTON, CPA, PLLC AS ACCOUNTANT TO THE DEBTOR-IN-POSSESSION PURSUANT TO 11 U.S.C. §§ 327(a), 1184 AND 1195**

Davis Kitchen & Tile, LLC, debtor and debtor-in-possession (the "Debtor"), by undersigned counsel, applies for entry of an order authorizing the Debtor to employ Tammy R. Dalton, CPA, PLLC (the "Firm"), through its principal Tammy R. Dalton, CPA ("Ms. Dalton"), as accountant to the Debtor to prepare and file the Debtor's outstanding tax returns, and in support states as follows:

1. On May 14, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code and elected to proceed under Subchapter V. Joe Supple was appointed Subchapter V Trustee (Doc. 27). The Debtor continues to operate its business as debtor-in-possession.

2. The Court approved the employment of Ryan W. Johnson and Johnson Legal Services, PLLC as counsel to the Debtor (Doc. 62). No accountant has previously been employed in this case.

3. Certain of the Debtor's tax returns have not been filed. The Internal Revenue Service has filed Proof of Claim No. 3 asserting a priority claim of $227,849.92, of which

$103,561.97 is an estimated assessment on account of returns the IRS records as unfiled for tax periods in 2025 and 2026.

4. A debtor-in-possession in a Subchapter V case performs the duties of a trustee other than those specified in § 1106(a)(2)–(4), 11 U.S.C. § 1184, which include furnishing the information required for any year for which the debtor has not filed a required tax return, 11 U.S.C. § 1106(a)(6). Failure to file post-petition returns is cause for conversion or dismissal under 11 U.S.C. § 1112(b)(4)(I). And until actual returns replace the estimated assessments, the exact amount of the priority tax claims that the Plan must pay in full under 11 U.S.C. § 1129(a)(9)(C) is unknown, which bears directly on feasibility and on the distribution to general unsecured creditors. The United States Trustee raised this point in its objection to the original Plan (Doc. 95).

5. The Debtor proposes to employ Tammy R. Dalton, CPA, PLLC, 3138 Earl L Core Road, Morgantown, West Virginia 26508, (304) 381-2763. Ms. Dalton is a certified public accountant. The Firm provides accounting, tax preparation and planning, bookkeeping and payroll services to individual and business clients.

6. Ms. Dalton has maintained the Debtor's books and records since January 2023, as disclosed in the Debtor's Statement of Financial Affairs, Part 26a.1 (Doc. 43).

7. Subject to Court approval, the Firm will provide the following services (the "Services"):

(a) prepare and file the Debtor's 2025 federal income tax return and the corresponding West Virginia return(s);

(b) prepare and file any other federal or state return for any period for which the Internal Revenue Service or the West Virginia State Tax Department contends a return has not been filed, including employment tax returns (Forms 941 and 940), West Virginia withholding returns, and sales and use tax returns;

(c) prepare any amended returns necessary to correct prior filings;

(d) prepare post-petition returns as they come due during the case;

(e) assist the Debtor and its counsel in reconciling Proofs of Claim Nos. 3, 11 and 23 against the filed returns, and provide the information needed to support any objection to or amendment of those claims; and

(f) provide such other accounting and tax services as the Debtor may request that are reasonably related to the foregoing.

8. The Firm will charge for the Services at its standard hourly rates, currently **[$____]** per hour for Ms. Dalton and **[$____]** per hour for staff, and will seek reimbursement of actual, necessary expenses.

9. The Firm will not be paid from estate funds except upon application to and approval by the Court under 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016. The Firm has not shared, and has not agreed to share, any compensation with any other person, except as permitted by 11 U.S.C. § 504.

10. The Firm holds a pre-petition claim against the Debtor for accounting services rendered before the Petition Date. The Debtor scheduled the claim as a nonpriority unsecured claim of $641.25 (Schedule E/F, line 3.56 (Doc. 43)), and Ms. Dalton filed Proof of Claim No. 14 in the amount of $750.00. The Amended Plan treats the claim in Class 7.1.52 (Doc. 139).

11. The claim does not disqualify the Firm. Section 1195 provides that, "[n]otwithstanding section 327(a)," a person "is not disqualified for employment under section 327 . . . by a debtor solely because that person holds a claim of less than $10,000 that arose prior to commencement of the case." 11 U.S.C. § 1195. The Firm's claim is $750.00, well below that threshold.

12. Apart from that claim, and to the best of the Debtor's knowledge and as stated in the Declaration of Tammy R. Dalton attached as **Exhibit A** (the "Dalton Declaration"), the Firm and Ms. Dalton do not hold or represent an interest adverse to the estate and are disinterested persons as defined in 11 U.S.C. § 101(14), except as § 1195 permits.

13. The Dalton Declaration discloses the Firm's connections with the Debtor, its creditors and other parties in interest as required by Federal Rule of Bankruptcy Procedure 2014(a). Ms. Dalton is related to Eric Dalton, the Debtor's General Manager/Project Manager. (Doc. 7-1)

14. The Debtor requests that the employment be effective as of the date this Application is filed.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order, substantially in the form submitted with this Application, (i) authorizing the Debtor to employ Tammy R. Dalton, CPA, PLLC as accountant on the terms stated in this Application, effective as of the date of filing; (ii) providing that the Firm shall be compensated only upon application under 11 U.S.C. §§ 330 and 331; and (iii) granting such other relief as is just and proper.

Respectfully submitted,

DAVIS KITCHEN & TILE, LLC,
Debtor and Debtor-in-Possession,
By Counsel,

/s/ Ryan W. Johnson
Ryan W. Johnson (WV Bar No. 14178)
JOHNSON LEGAL SERVICES, PLLC
1049 Market Street
Wheeling, WV 26003
(304) 212-4950
ryanjohnson@johnsonlegalservicespllc.com
Counsel for the Debtor and Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I hereby certify that on October __, 2026, I electronically filed the foregoing Debtor's Application for Authority to Employ Tammy R. Dalton, CPA, PLLC as Accountant to the Debtor-in-Possession, together with the Declaration of Tammy R. Dalton and the proposed order, with the Clerk of the Court using the CM/ECF system. The system will send notification of the filing to all CM/ECF participants in this case, including the Office of the United States Trustee (Elizabeth Kavitz, Esq.) and the Subchapter V Trustee, Joe Supple.

/s/ Ryan W. Johnson
Ryan W. Johnson (WV Bar No. 14178)
JOHNSON LEGAL SERVICES, PLLC
1049 Market Street
Wheeling, WV 26003

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re: | |
| DAVIS KITCHEN & TILE, LLC, | Case No. 1:26-bk-00343 |
| Debtor. | Chapter 11 |

**DECLARATION OF TAMMY R. DALTON, CPA IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY TAMMY R. DALTON, CPA, PLLC AS ACCOUNTANT**

I, Tammy R. Dalton, declare under 28 U.S.C. § 1746 as follows:

1. I am a certified public accountant licensed in West Virginia **[License No. ______]** and the principal of Tammy R. Dalton, CPA, PLLC (the "Firm"), 3138 Earl L Core Road, Morgantown, West Virginia 26508. I make this declaration in support of the Debtor's Application to employ the Firm as its accountant (the "Application") and under Federal Rule of Bankruptcy Procedure 2014(a). I have personal knowledge of the facts stated in this declaration.

2. The Firm provides accounting, tax preparation and planning, bookkeeping and payroll services to individuals and businesses.

3. I have maintained the Debtor's books and records since January 2023. I am familiar with the Debtor's accounts, payroll and tax filings.

4. If the Application is approved, the Firm will perform the services described in the Application, including preparing and filing the Debtor's outstanding federal and West Virginia tax returns and assisting in reconciling the claims of the Internal Revenue Service and the West Virginia State Tax Department.

5. The Firm's current hourly rates are **[$____]** for my time and **[$____]** for staff time. The Firm will keep contemporaneous time records in tenth-of-an-hour increments and will seek compensation and reimbursement of expenses only upon application to the Court under 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016. The Firm has not agreed to share any compensation with any other person, except as permitted by 11 U.S.C. § 504.

6. Before the Petition Date, the Firm provided accounting services to the Debtor for which it was not fully paid. The Debtor scheduled my claim at $641.25, and I filed Proof of Claim No. 14 for $750.00. I understand that under 11 U.S.C. § 1195 a claim of less than $10,000 that arose before the case was filed does not disqualify me from employment by the Debtor.

7. Except for the claim described in paragraph 6, neither I nor the Firm holds or represents any interest adverse to the Debtor or its estate. To the best of my knowledge, I am a "disinterested person" as defined in 11 U.S.C. § 101(14), except as § 1195 permits. I am not, and have not been, an equity security holder, director, officer or employee of the Debtor.

8. I have reviewed the Debtor's list of creditors and the parties that have appeared in this case, and I disclose the following connections:

(a) The Debtor. I have served as the Debtor's bookkeeper and accountant since January 2023, as described above.

(b) Insiders and employees. I am related to Eric Dalton, the Debtor's general manager.

(c) Creditors and parties in interest. The Internal Revenue Service and the West Virginia State Tax Department are taxing authorities before which I regularly represent other clients. Otherwise, I have no known connection with the Debtor's creditors or other parties in interest.

(d) Attorneys and accountants. I have no fee-sharing or other arrangement with any attorney or accountant for any party in this case.

(e) The United States Trustee**.** I have no connection with the United States Trustee or any person employed in the Office of the United States Trustee for Region 4.

9. If I become aware of any additional connection or any fact that would affect my disinterestedness, I will promptly file a supplemental declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October __, 2026, at Morgantown, West Virginia.

________________________________
Tammy R. Dalton, CPA
Tammy R. Dalton, CPA, PLLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re: | |
| DAVIS KITCHEN & TILE, LLC, | Case No. 1:26-bk-00343 |
| Debtor. | Chapter 11 |

**ORDER AUTHORIZING THE EMPLOYMENT OF TAMMY R. DALTON, CPA, PLLC AS ACCOUNTANT TO THE DEBTOR-IN-POSSESSION**

Upon consideration of the Debtor's Application for Authority to Employ Tammy R. Dalton, CPA, PLLC as Accountant to the Debtor-in-Possession Pursuant to 11 U.S.C. §§ 327(a), 1184 and 1195 (the "Application"), filed by Davis Kitchen & Tile, LLC (the "Debtor"), and the Declaration of Tammy R. Dalton filed in support thereof; the Court finding that Tammy R. Dalton, CPA, PLLC (the "Firm") does not hold or represent an interest adverse to the estate, that the Firm's pre-petition claim does not disqualify it from employment under 11 U.S.C. § 1195, that the employment is in the best interest of the estate, and that notice of the Application was adequate; and after notice and an opportunity for a hearing, it is hereby

**ORDERED** as follows:

1. The Application is **GRANTED**.

2. Pursuant to 11 U.S.C. §§ 327(a), 1184 and 1195, the Debtor is authorized to employ Tammy R. Dalton, CPA, PLLC as its accountant to perform the services described in the Application, effective as of the date the application was filed with the Court.

3. The Firm shall be compensated and reimbursed for expenses only upon application to and approval by the Court under 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy

Procedure 2016. No compensation shall be paid from property of the estate except as the Court allows.

4. The Firm shall file a supplemental declaration promptly upon learning of any additional connection or any fact bearing on its disinterestedness.

5. This Court retains jurisdiction to interpret and enforce this Order.

**SO ORDERED.**

Order prepared and submitted by:

/s/ Ryan W. Johnson
Ryan W. Johnson (WV Bar No. 14178)
JOHNSON LEGAL SERVICES, PLLC
1049 Market Street
Wheeling, WV 26003
(304) 212-4950
ryanjohnson@johnsonlegalservicespllc.com
Counsel for the Debtor and Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br>**DAVIS KITCHEN & TILE, LLC,**<br>Debtor. | Case No. 1:26-bk-00343<br>Chapter 11, Subchapter V |

# DEBTOR'S EXHIBIT

# D-12

Shopping Center Lease dated May 5–6, 2022, with Guaranty of Lease

*Source: Doc. 109-1 (and 109-2) | Matter(s): (a)–(d)*

*Hearing of October 28, 2026*

# SHOPPING CENTER LEASE

THIS SHOPPING CENTER LEASE ("Lease"), made this May 6, 2022 | 9:30 AM EDT (the "Effective Date") by and between **WHLR–PIERPONT CENTER, LLC**, a Delaware limited liability company (hereinafter called "Landlord"); and **Davis Kitchen & Tile, LLC** a West Virginia (hereinafter called "Tenant").

WITNESSETH:

1. Basic Lease Provisions and Definitions. The following capitalized terms whenever used in this Lease shall have the meanings set forth in this Section 1:

(a) Landlord's Mailing Address: **WHLR–PIERPONT CENTER, LLC**
c/o Wheeler Real Estate Company
2529 Virginia Beach Boulevard
Virginia Beach, VA 23452

(b) Tenant's Mailing Address: **Davis Kitchen & Tile, LLC**
831 Venture Drive
Morgantown, WV 26508

(c) Agent/Agent's Mailing Address: For purposes of this Lease, "Agent" shall be defined as, Wheeler Real Estate Company
2529 Virginia Beach Blvd
Virginia Beach, VA 23452

(d) Rental Payment Address: **WHLR–PIERPONT CENTER, LLC**
c/o Wheeler Real Estate Company
2529 Virginia Beach Boulevard
Virginia Beach, VA 23452

(e) Shopping Center: Pierpont Centre Shopping Center, having an address of 601 Venture Dr., Morgantown, WV 26508 and shown on the site plan attached as Exhibit "A" to this Lease.

(f) Premises: Store Number 3 in the Shopping Center, such Premises consisting of an agreed upon square footage of leasable area of 2,646 square feet. The Premises is outlined in red or otherwise designated on Exhibit "A". Landlord and Tenant agree that the agreed upon approximate number of square feet of leasable floor area contained in the Premises shall be deemed to be the actual number of square feet of leasable floor area unless Landlord obtains or performs a measurement of the leasable area of the Premises within thirty (30) days after the Commencement Date in which event the measurement obtained or performed by Landlord shall be used as the leasable square footage of the Premises for all purposes including, without limitation, the calculation of Minimum Rent and Tenant's Fractional Share. If no such measurement is obtained or performed by Landlord then the agreed upon square footage set forth above shall be deemed to be the actual square footage of the Premises for all purposes.

(g) Term: An original lease term of five (5) years (the "Original Term"), subject to the terms and conditions set forth herein.

(h) Permitted Use: The Premises shall be used for the sale of kitchen cabinets and related fixtures, floor coverings, and related items and for no other purpose without Landlord's prior written consent.

Tenant shall not operate in any manner which would violate the exclusives and restrictions of the Shopping Center, in effect as of the date of this Lease.

(i) Trade Name: Davis Kitchen & Tile

(j) Minimum Rent: Minimum Rent shall be as set forth below:

| LEASE YEAR | ANNUAL MINIMUM RENT - PER SQUARE FOOT | ANNUAL MINIMUM RENT - TOTAL | MONTHLY MINIMUM RENT |
|---|---|---|---|
| 1 | $16.58 | $ 43,870.68 | $ 3,655.89 |
| 2 | $16.58 | $ 43,870.68 | $ 3,655.89 |
| 3 | $17.08 | $ 45,193.68 | $ 3,766.14 |
| 4 | $17.59 | $ 46,543.14 | $ 3,878.60 |
| 5 | $18.12 | $ 47,945.52 | $ 3,995.46 |

(k) Percentage Rent: Intentionally Deleted

(l) Estimated Initial Tenant Charges: Amounts equal to **$0.92** per square foot for **Operating Costs**, **$0.66** per square foot for **Real Estate Taxes** and **$0.98** per square foot for **Insurance Charges**; a total amount equal to **$2.56** per square foot, which is equal to $6,773.76 per year and $564.48 per month, subject to reconciliation and adjustment in accordance with Section 10.

(m) Security Deposit: $2,646 currently on file.

(n) Guarantor Name & Address: Christopher Collins
1213 Muriel Street
Orlando, FL 32806

(o) Confidentiality Clause: It is understood and agreed that the term and conditions of this Lease between the Landlord and the Tenant shall remain confidential. Tenant, its principals, employees and representatives shall not discuss the terms, rates, or conditions with any third party unless authorized by or requested to do so by the Landlord. Any breach of confidentiality by the Tenant shall be deemed a material default hereunder and which the Landlord, at its option, may take action as described in Section 25 of this Lease.

2. Premises. Landlord leases to Tenant, and Tenant leases from Landlord, the Premises, subject to the terms and conditions of this Lease.

3. Term.

(a) The Term of this Lease shall commence upon June 1, 2022 (the "Commencement Date"). Minimum Rent and Additional Rent (as defined below) shall commence upon the Commencement Date (the "Rent Commencement Date"). The Term of this Lease shall expire upon the last day of the sixtieth (60th) month following the Rent Commencement Date (the "Expiration Date").

(b) Landlord shall deliver written notice to Tenant of its delivery of the Premises to Tenant ("Delivery Notice"). Delivery of the Delivery Notice to Tenant shall be conclusive evidence of Landlord's delivery of the Premises to Tenant and completion of all conditions precedent to delivering the Premises to Tenant, including, but not limited to, completion of Landlord's work in the event Landlord is required to complete any Landlord Work. If Tenant is

unable to obtain possession of the Premises at the beginning of the Term hereof due to any act or condition such as Landlord construction delays or the failure of the prior tenant to vacate the Premises, Landlord shall not be liable to Tenant or any other person, firm or corporation for any loss or damage resulting therefrom, and this Lease shall not be affected thereby in any way, but the Rent payable hereunder shall be proportionately abated until the Premises are available for occupancy by Tenant.

(c) Tenant agrees, not later than ten (10) days following the request of Landlord, to execute and deliver to Landlord, without charge, a written declaration, in a form similar to Exhibit "B": (i) ratifying this Lease; (ii) confirming the commencement and expiration dates of this Lease; (iii) certifying that Tenant is in possession of the Premises and the date Tenant commenced operating Tenant's business therein; and (iv) that all conditions under this Lease to be performed by Landlord have been satisfied, except such as shall be stated.

(d) Except where the context clearly requires otherwise, the words "Term" or "term", whenever used in this Lease with reference to the term hereof, shall be construed to include any renewal term, as well as the original term. The words "Lease Year" as used in this Lease shall be construed to mean each twelve (12) month period commencing upon the Commencement Date and expiring upon the last day of the twelfth (12th) full month following the Commencement Date.

4. Condition of the Premises. It is understood and agreed to by Landlord, Tenant and Agent that Tenant is accepting the Premises in its present condition, except as otherwise set forth on Exhibit "G-2". If Tenant desires to make any improvements to the Premises, the improvements shall be done at Tenant's sole cost and expense, subject to the provisions of Section 16. Tenant shall not undertake any improvements to the Premises without prior written permission from the Landlord and all approved improvements shall be completed by a licensed, insured and pre-approved contractor with all necessary permits and inspections performed. Subject to other provisions contained herein.

5. Use. Tenant agrees that the Premises shall be used solely for the Permitted Use and for no other purpose. Tenant covenants that at all times during the term hereof Tenant will actively conduct such a business in the Premises, keep the Premises amply stocked and keep the Premises open for business during customary business hours (not less than eight (8) hours per day, Monday through Saturday) of the Shopping Center as established or as may be amended by Landlord. Tenant agrees to operate its business under the Trade Name and no other name without the prior written consent of Landlord. Tenant shall not use the Premises for any illegal, immoral or unethical uses and shall comply with all applicable local, state and federal ordinances and regulations governing such use.

6. Rent.

(a) From and after the Rent Commencement Date, Tenant covenants to pay Minimum Rent and all Additional Rent, as hereafter defined, without notice or demand, and without deduction or offset and shall be payable on the first day of each month, in advance, in equal monthly installments. Rent for any partial months of the Term shall be prorated on a daily basis. The term "Rent" shall include Minimum Rent, Tenant Charges (as defined in Section 10) and any and all other charges and amounts (collectively "Additional Rent") due to Landlord under this Lease. All payments of Rent shall be paid to Landlord at the Rental Payment Address, or to such other party and/or at such other address as Landlord may from time to time designate in writing. Landlord reserves the right to report all delinquent accounts to any major credit report agency.

(b) Tenant shall deposit the Security Deposit and the first month's Rent with Landlord upon signing this Lease as security for Tenant's full and faithful performance of all of Tenant's obligations under this Lease. Landlord shall not owe any interest on the Security Deposit to Tenant, and Landlord may commingle the Security Deposit with Landlord's other funds, unless otherwise required by law in each instance. The Security Deposit will be returned to Tenant after the expiration of this Lease, provided that Tenant has fulfilled all of its obligations under this Lease. Landlord shall be entitled to use the Security Deposit for curing any defaults under this Lease by Tenant. Tenant agrees to maintain the Security Deposit at all times at the full amount set forth in Section 1(m). Furthermore, upon Landlord's sale of the Shopping Center and the assignment or delivery of the Security Deposit to the purchaser, Landlord shall not have any further liability to Tenant for the return of the Security Deposit. The first month's Rent will be applied to the Rent due on the Rent Commencement Date.

(c) Within ten (10) days after the end of each calendar month during the term, Tenant shall deliver to Landlord without demand, a statement signed and certified by Tenant (if Tenant is a corporation or partnership, signed and certified by one of Tenant's officers or general partners, as appropriate) to be true and correct, showing the Gross Sales made during such month. Within twenty (20) days after the end of each Lease Year, Tenant shall deliver to Landlord, without demand, a statement, signed and certified as above to be true and correct, showing the Gross Sales made during such Lease Year, and within three (3) months after the end of each Lease Year, Tenant

shall deliver to Landlord, without demand, a confirmatory (or amended, if necessary) statement certified by a Certified Public Accountant. In no event shall Landlord be construed or held to be a partner or an associate of Tenant in the conduct of its business, nor shall Landlord be liable for any debts incurred by Tenant in the conduct of its business. In addition to any and all other remedies provided in this Lease and/or by law and/or by equity, Tenant agrees to pay Landlord a flat sum of One Hundred Dollars ($100.00) each and every time Tenant does not furnish Landlord with Tenant's monthly or annual statement of Gross Sales as required and within the time specified in this Section 6 (c). Landlord has the right, at its expense, to independently audit Tenant's Gross Sales. Should Landlord find it necessary to do so, Tenant will fully cooperate with Landlord and its agents in connection with its audit, including, but not limited to providing Landlord with access to Tenant's files and records.

(d) The term "Gross Sales" means the selling price of all merchandise sold or delivered at, in, on or from the Premises (including without limitation sales by means of any mechanical or vending device) and the charges for all services of any sort performed in, at or from any part of the Premises or arising out of the use of the Premises. Gross Sales shall include all sales and charges for cash, credit or otherwise, regardless of collection of payment. A sale shall be deemed to be made in the Premises if an order is secured or received in the Premises, whether or not such order is filled in the Premises or elsewhere, or if orders are received or filled at or from the Premises. All monies or other things of value not specifically excluded from Gross Sales under this Lease shall be deemed included therein. However, Gross Sales shall specifically exclude (i) returns and refunds made by Tenant relating to transactions previously included within Gross Sales; and (ii) amounts collected and paid by Tenant to any governmental authority for any sales or excise tax. The full amount of all "layaway", C.O.D. sales and the like shall be taken into Gross Sales when originally made.

(e) Tenant recognizes and acknowledges that if Rent payments are not received when due, Landlord will suffer damages and additional expenses thereby, and Tenant therefore agrees that a late charge equal to ten percent (10%) of the late Rent (including Minimum Rent, and Additional Rent) may be assessed by Landlord as additional rent if Landlord has not received any monthly installment of Rent due pursuant to this Lease within five (5) days after its due date. In addition, Tenant agrees to pay interest at the rate (the "Default Rate") of eighteen percent (18%) per annum, payable monthly or One Hundred and 00/100 Dollars ($100.00), whichever is greater, on all Rent (including Minimum Rent, and Additional Rent) from the time said Rent accrues if not paid promptly when due, Landlord expressly reserving all other rights and remedies provided herein or by law with respect thereto. Further, on any checks or payments returned to Landlord for any reason whatsoever, Tenant shall be charged a return fee equal to $150.00 for each occurrence.

7. **<u>Shopping Center Operating Costs</u>. Tenant shall pay to Landlord as Additional Rent, in accordance with Section 10 below, a share of the Shopping Center "Operating Costs." "Operating Costs" shall mean the total costs and expenses incurred by Landlord in operating, maintaining, repairing, insuring and managing the Shopping Center and Common Areas, including without limitation the cost and expense of landscaping, gardening and planting; decorations; paving, patching, painting and line painting of all parking areas, drives and roadways; Common Area maintenance and cleaning, sanitary control, snow removal and trash, garbage and other refuse removal, including costs related to common trash dumpsters and compactors; repair, maintenance, replacement and painting of sidewalks, pavements, light fixtures, signs, roofs, roof skins and downspouts; repair, maintenance and painting of buildings; pest control; general repairs; fire protection (including sprinkler system repairs and maintenance for non-exclusive tenant use) and security services (if provided by Landlord, it being agreed that Landlord has no duty to provide such services); reasonable and appropriate reserves (including, but not limited to, reserves for the replacement of utility systems owned by Landlord); costs of all types of insurance coverages carried by Landlord for the Shopping Center (and the amount of any deductibles with respect to claims made against such coverages); maintenance, repair and replacement of utility systems serving the Shopping Center (whether or not owned by Landlord); costs of lighting and other utilities serving the Common Areas; storm water fees; depreciation of machinery and equipment owned and used in operation, maintenance and repair of the Common Areas, or the rental charges for such machinery and equipment; the cost of personnel (including customary employee benefits) to implement all of the foregoing, including maintenance, security and traffic personnel; and management fees. Landlord may cause any and all of the aforesaid services relating to Operating Costs to be provided by an independent contractor or contractors. Tenant shall also be responsible for the payment of all common area maintenance expenses and similar charges due with respect to the Premises under that certain Reciprocal Easement and Use Restriction Agreement (Monongalia County, West Virginia) dated September 22, 1998 by and between Glenmark Holding Limited Liability company and Lowes Home Centers, Inc., including all amendment, assignments, or modifications thereto (collectively, as amended, assigned, or otherwise modified, the "REA") governing certain matters related to the Shopping Center.**

**Tenant's share of Operating Costs shall be computed by multiplying the total amount of the Operating Costs by a fraction ("Tenant's Fractional Share"), the numerator of which shall be the total number of square feet of**

**leaseable area in the Premises, and the denominator of which shall be the total square footage of all leasable buildings in the Shopping Center. Tenant's share of Operating Costs shall be paid in accordance with Section 10 below.**

**8. Taxes. Tenant shall pay to Landlord as Additional Rent, in accordance with Section 10 below, a share of Real Estate Taxes, which shall be computed by multiplying the total amount of Real Estate Taxes by Tenant's Fractional Share. The term "Real Estate Taxes" shall mean all taxes and assessments (special or otherwise) levied or assessed directly or indirectly against the Shopping Center (other than Excluded Parcels that are separately assessed for real estate tax purposes, but specifically including the parcel currently operated by Michaels Stores, Inc.) and other taxes arising out of the use and/or occupancy of the Shopping Center imposed by any taxing authority having jurisdiction over the Shopping Center, and shall include expenses and reasonable attorney's fees incurred by Landlord in contesting the validity or amount of any such taxes or assessments or in seeking a rebate of taxes or assessments. Tenant shall also pay promptly when due or make reimbursement to Landlord for all taxes imposed upon Tenant's rent, lease and business operation, including without limitation, all sales taxes, value added taxes, documentary taxes, stamp taxes and other taxes assessed upon the consideration to be received by Landlord for this Lease, or upon the personal property of Tenant.**

**9. Insurance. Landlord's insurance obligations with respect to the Shopping Center and Tenant's contribution for such insurance shall be as follows:**

**(i) Landlord's Insurance. Landlord agrees to carry insurance under a Special Form Cause of Loss Policy (or an equivalent policy that becomes the insurance industry standard in the future) on the Shopping Center improvements in an amount equal to at least eighty percent (80%) of the insurable value of such improvements, together with endorsements insuring against such other risks as Landlord deems appropriate (including, but not limited to, earthquake, flood, boiler and machinery, plate glass, power failure, mold, windstorm, terrorism, seepage or leakage and loss of rent) and in such amounts, with such terms and with such insurers, all as Landlord deems appropriate in Landlord's sole discretion. Such insurance shall specifically exclude Tenant's personal property and the interior leasehold improvements, mechanical equipment and permanent fixtures that Tenant is obligated to maintain pursuant to the terms of the Lease. Landlord shall also maintain in full force and effect throughout the term of the Lease commercial general liability insurance with regard to the Common Areas with minimum limits of $1,000,000.00 per occurrence, $2,000,000.00 general aggregate, for bodily injury, death and property damage liability. Landlord shall have the right to carry its insurance under "blanket" and/or "umbrella" policies covering the Shopping Center and other properties. Any insurance policies maintained by Landlord may include deductibles, self-insured retentions or the like in amounts determined by Landlord, in Landlord's sole discretion. Landlord shall have the right, but not the obligation, to maintain commercial insurance policies covering some or all of the deductibles, self-insured retentions or the like which are provided in any of Landlord's other insurance policies. The insurance policies maintained by Landlord pursuant to this Section are individually and collectively referred to herein as "Landlord's Insurance." Tenant agrees that Tenant's contribution to the foregoing insurance shall be as provided for in the following paragraph and Tenant shall pay its proportionate share of Lessor's Insurance per said paragraph, which may include the cost of insuring or providing additional coverage for any deductibles; provided, however, that Tenant shall have no rights in said policy or policies maintained by Landlord and shall not, by reason of such reimbursement, be entitled to be a named insured thereunder.**

**(ii) Insurance Charge. Tenant agrees to pay Landlord the following amounts which collectively constitute Tenant's "Insurance Charge": (A) Tenant's proportionate share of the cost and expense of Landlord's Insurance, plus (B) Tenant's proportionate share of any deductible or self-insured retention actually paid in connection with Landlord's Insurance. Tenant agrees to pay to Landlord, in monthly installments, in advance on the first day of each month, Tenant's estimated Insurance Charge for Landlord's Insurance, including, but not limited to any coverage maintained by Landlord for deductibles or self-insured retentions as determined by Landlord in Landlord's sole discretion. For purposes of this paragraph, Tenant's proportionate share of Landlord's Insurance shall be determined by multiplying the total cost by a fraction, the numerator of such fraction being the square footage within the Premises and the denominator of such fraction being the gross leasable area of the Shopping Center as of the date hereof (or as may hereafter exist), excluding from the denominator the square footage of (i) any occupant in the Shopping Center who maintains property damage insurance on its building and/or commercial general liability insurance for the Common Areas within its parcel, (ii) any space which is not completely constructed and/or has not been initially leased and occupied by a Lessee, and (iii) that portion of the Shopping Center building(s) which cannot be reasonably leased and has been decommissioned by Landlord for reasons such as, but not limited to, lack of access, lack of reasonable visibility from the public right of way, and/or violations or lack of**

**compliance with applicable building codes. Subsequent to the expiration of the period used by Landlord in estimating Tenant's proportionate share of Lessor's Insurance, Landlord shall furnish to Lessee a statement of the actual amount of Tenant's proportionate share of Landlord's Insurance for such period and within fifteen (15) days from receipt of Landlord's statement, Tenant shall pay to Landlord or Landlord shall remit to Tenant, as the case may be, the difference between the estimated amounts paid by Tenant and the actual amount of Tenant's Insurance Charge for** such period as shown by such statement. In the event Landlord maintains blanket and/or umbrella policies which insures premises or risks in addition to the Shopping Center or the rents therefrom, the statement of the insurer shall be conclusive as to the portion of the total premium attributable to the Shopping Center. The term "Insurance Cost" shall mean Landlord's Insurance.

10. Payment of Tenant Charges. Landlord shall estimate the amounts that Tenant will owe for Operating Costs and Real Estate Taxes (collectively the "Tenant Charges") on the basis of periods of twelve (12) consecutive months as designated by Landlord, and Tenant shall pay one-twelfth of such estimate of Tenant Charges on a monthly basis in advance together with payment of Minimum Rent. As of the Commencement Date, the estimated Tenant Charges shall be equal to the Estimated "Initial Tenant Charges" amount set forth in Section 1(l) above. Landlord may revise the estimate of Tenant Charges from time to time and change Tenant's monthly estimated payment of Tenant Charges accordingly. Landlord shall furnish Tenant annually (within one hundred eighty (180) days after the end of the applicable twelve (12) month period) with a statement of the actual Tenant Charges for the period in question, and there shall be an adjustment between Landlord and Tenant of Tenant Charges owed by Tenant for such period. Any amount owed to Landlord for an underpayment of the actual Tenant Charges shall be made within twenty (20) days after receipt by Tenant of the billing therefor. Any overpayment shall be credited against Tenant's next payment of Tenant Charges. Tenant Charges at the beginning or end of the Term for periods of less than twelve (12) full calendar months shall be appropriately adjusted by Landlord.

11. Trade Fixtures. Tenant agrees, at its own cost and expense, to fixture the Premises with new trade fixtures. All trade fixtures installed in the Premises by Tenant shall remain Tenant's property; provided, however that nothing herein shall be deemed to affect Landlord's remedy of distraint. Tenant agrees to repair (or to reimburse Landlord for the cost of repairing) any damage to the Premises occasioned by the installation or removal of said trade fixtures. Equipment and fixtures that are an integral part of the operation of the Premises as a real estate unit generally, such as HVAC, plumbing, electrical and illumination equipment, or that are permanently installed in the Premises (such as built-in cabinets and/or wall-to-wall carpeting and/or window coverings) shall not be considered trade fixtures.

12. Common Areas. Tenant, and its customers, employees and invitees shall have the right to use and enjoy, in common with Landlord and other tenants and their customers, employees, and invitees, the parking areas, approaches, entrances, exits and roadways and all other areas of the Shopping Center, as they exist from time to time, intended for use by Landlord, tenants and their customers, employees and invitees (hereinafter collectively called the "Common Areas") which Landlord agrees to provide for the reasonable operation of the Shopping Center. It is expressly understood that the parking areas which are a part of the Common Areas are intended primarily for the use by customers of the stores in the Shopping Center, and Tenant accordingly agrees that its employees will only park in the portions of the Common Areas designated by Landlord for employee parking.

In order to assist Landlord in the enforcement of the provisions of this paragraph, Tenant agrees that within ten (10) days after being requested so to do, Tenant will furnish Landlord a written statement containing the names of all employees, agents and representatives employed by Tenant in or about the Premises, and the license numbers of all vehicles owned or used by Tenant or said employees, agents or representatives. Landlord shall be entitled to tow away vehicles owned by Tenant or its employees which are parked in the Common Areas outside of the areas designated for employee parking and Tenant shall promptly pay the cost thereof. Landlord will maintain the Common Areas in a good condition of repair and adequately lighted and paved and agrees that there will be at least the minimum number of parking spaces sufficient to satisfy governmental requirements at the time of the date of this Lease. Anything in this paragraph to the contrary notwithstanding, Landlord expressly reserves the right, from time to time, to construct buildings and/or enlarge existing buildings on or over the Common Areas so long as such governmentally required number of parking spaces shall be available.

13. Landlord's Repairs and Right of Entry. Landlord covenants that it will, with reasonable dispatch after being notified in writing by Tenant of the need thereof, make such repairs to the Common Areas and outside utility lines and to the exterior of the Premises (including the roof, gutters, downspouts and outside walls, but excepting all glass and doors), as may be necessary to keep the same in a good condition of repair; provided, however, that if the need for such repair is occasioned by a casualty resulting from negligence or willful act of Tenant, or any of its agents, employees, or contractors, such repairs shall be made by Landlord, but the cost of such repairs shall be charged to and be promptly paid for by Tenant except to the extent that Landlord has waived claims with respect to such casualty pursuant to Section 20. Tenant acknowledges that all ceiling tile replacements are Tenant's responsibility as they are a part of the interior of the Premises regardless of the source of damage. Anything in the foregoing to the

contrary notwithstanding, Landlord shall have no liability whatsoever for damage or injury to person or property occasioned by its failure to make any such repair (e. g., injury damage to property resulting from leaks caused by a defect in the roof, outside walls, gutters and/or downspouts) unless, within a reasonable time after being notified in writing by Tenant of the need therefor, Landlord shall have failed to make such repair and such failure shall not have been due to any cause beyond Landlord's control, including, without limitation, strikes and/or inability to obtain materials and/or equipment at reasonable prices. Landlord, its agents (including Agent), employees and contractors, shall have the right, from time to time, to enter and use insofar as may be necessary the Premises for the purpose of making any of the aforesaid repairs. Tenant shall not be entitled to any reduction in rent or to any claim for damages by reason of any inconvenience, annoyance, and/or injury to business arising out of any repairs made by Landlord pursuant to this Section.

14. Tenant's Repairs.

(a) Tenant covenants that Tenant will, at all times during the Term and at its own cost and expense, keep all portions, components or parts of the Premises that Landlord has not expressly agreed to maintain or repair (including, without limitation, the interior of the Premises, the heating system, air conditioning system, toilets, pipes, plumbing, wires and conduits, electric lines, ceiling tiles, windows, doors, glass, fixtures and equipment) in a good and safe condition of repair and in good working order (making such renewals and replacements as may be necessary). Tenant understands and agrees that Tenant (not Landlord) shall be responsible for any damage caused by condensation in or around the duct work used for heating and/or air conditioning. Tenant shall be responsible for any plumbing and other utility lines which serve the Premises exclusively (including, but not limited to plumbing and utility lines located beneath the floor slab) and for repairing any damage to space occupied by other tenants or the Common Areas caused by occurrences in the Premises, including, but not limited to, clogged plumbing lines. Tenant agrees to obtain and maintain during the Term a heating and/or air conditioning maintenance contract, subject to Landlord's approval, which shall provide for a minimum of semi-annual unit inspection and preventative maintenance, and to provide Landlord with a copy thereof on commencement and renewal thereof. Tenant agrees that it will, at all times during the term hereof, keep the Premises and all Common Areas (including sidewalks) adjoining the Premises clean and free from obstruction, rubbish, dirt, snow and ice. Tenant shall place all trash, rubbish and garbage in a proper closed receptacle and shall pay all costs incident to the removal thereof if trash removal is not provided by Landlord. Tenant agrees that if Tenant fails to perform any of its obligations under this Section, Landlord, in addition to other remedies provided by law and/or this Lease, may correct (or have corrected) the default at the cost and expense of Tenant.

(b) If the doors, roof, window frames, glass or any part of the exterior of the Premises are damaged by persons breaking, or attempting to break, into the Premises, or by vandals, Tenant covenants to repair immediately at its own expense, any and all such damage. Tenant agrees that Tenant will (i) not (directly or by sufferance) place any debris on the roof of the building of which the Premises constitute a part or cut, drive nails into or otherwise mutilate the roof or penetrate roof in any way without prior consent of Landlord, and (ii) not place anything on the roof of the Premises or the building of which it is a part without the written consent of Landlord.

15. Miscellaneous Covenants of Tenant.

(a) Tenant covenants that Tenant will: (i) comply with all federal, state and/or municipal laws, ordinances and regulations relating to the Premises and the business conducted therein; (ii) be responsible for changing the locks of the Premises upon delivery of possession and provide Landlord with at least one duplicate key; (iii) upon delivery of possession, put all utilities in Tenant's name and promptly pay for all electricity, gas, water and any other utilities consumed on the Premises, pay any and all connection or “tap” fees required for the establishment of utility service, and pay all sewage disposal charges assessed against the Premises; (vi) conduct its business in such manner as will be in keeping with the character and reputation of the Shopping Center; (vii) make every effort to work harmoniously with other tenants in the Shopping Center; (viii) comply with all reasonable rules and regulations promulgated from time to time by Landlord for the operation and advertising of the Shopping Center including but not limited to those set forth on Exhibit C to this Lease; (ix) not open or operate directly or indirectly a similar business within three (3) miles of the Premises; (x) not use the sidewalks of the Shopping Center for business purposes; (xi) not use or permit to be used any advertising medium or device such as a phonograph, radio or public address system that can be heard outside the Premises; or (xii) not hold a fire, bankruptcy, going out of business or auction sale (xiii) will comply with any written requirements per the Landlord’s insurance company whether asked directly or indirectly through Landlord. Tenant will permit Landlord or its representatives to enter the Premises during the last twelve (12) months of the Term for the purpose of exhibiting the Premises to prospective Tenants and to place a "For Rent" sign in a front show window during such period of time.

(b) Tenant shall keep the Premises free from insects, pests and vermin of all kinds, and for that purpose Tenant shall use, at Tenant's cost, such pest extermination contractor as Landlord may reasonably direct and at such intervals as Landlord may reasonably require.

16. Alterations. Tenant shall not make any alterations, whether exterior or interior, or structural or non-structural, to the Premises without Landlord's prior written approval, in its sole discretion, of the plans and specifications of the work to be performed and has satisfied Landlord's requirements for bonding, insurance and other contractor requirements. All alterations and improvements shall be performed in a first-class manner. In no event shall Tenant make any change to the Premises that alters the character of the Premises from a single retail entity, lessens the value of the Premises or violates any laws or other legal requirements or the provisions of any mortgage on the Shopping Center. Work done by Tenant under the provisions of this paragraph shall not interfere with the use by other tenants of their premises in the Shopping Center. Tenant agrees that it will, at all times during the term of this Lease, take any and all steps necessary to prevent the filing of mechanic's liens against the Premises in connection with work performed on behalf of Tenant, and if any such liens are filed, Tenant agrees to have same discharged by payment or bond within twenty (20) days after it was filed and if Tenant fails to do so, Tenant shall, without any requirement for prior notice by Landlord, be in default and, in addition to any other remedies that Landlord may have, Landlord may discharge the lien without inquiring as to the validity thereof and Tenant shall immediately reimburse Landlord for any amount so expended.

17. Termination; Surrender.

(a) Tenant covenants that it will, upon the expiration or earlier termination of this Lease, (i) deliver up to Landlord, peaceably and quietly, the Premises in the same good condition they are now in or shall hereafter be placed, ordinary wear and tear excepted (damage or deterioration to the Premises caused by Tenant's failure to perform its maintenance, repair and replacement obligations shall not be deemed to be ordinary wear and tear), and (ii) remove its trade fixtures and/or signage from the Premises (unless Tenant is then in default hereunder, in which event Tenant will not be permitted to effect such removal) and to repair promptly any damage caused by such removal, and (iii) deliver to Landlord a current HVAC preventive maintenance inspection report sixty (60) days prior to Tenant's expiration or early termination of this Lease. In the event Tenant does not provide Landlord with an HVAC preventive maintenance inspection report within the aforementioned sixty (60) day period, or has not removed its signage from the Premises, the cost to repair the HVAC system and/or remove Tenant's signage will be at the expense of Tenant, and Tenant shall immediately reimburse Landlord for any amount so expended. Final inspection by Landlord will be conducted prior to Tenant's move out and no utilities will be disconnected until final inspection has been performed and documented. Tenant agrees to arrange such inspection with Landlord prior to Tenant's move out.

(b) Should the Tenant or any party claiming under Tenant hold over in possession at the expiration of the Term, such holding over shall not be deemed to extend the Term or renew this Lease, and such holding over shall be an unlawful detainer and such parties shall be subject to immediate eviction and removal. Tenant shall pay upon demand to Landlord during any period while Tenant shall hold the Premises after expiration of the Term, as liquidated damages, a sum equal to one and one-half times the monthly rate of Minimum Rent and all additional rent in effect for the last month of the Term and Tenant shall also pay all damages consequential as well as direct, sustained by Landlord by reason of such holding over.

(c) Tenant agrees that all additions and other improvements installed in the Premises, including without limitation all electric wiring, electric fixtures, air conditioning systems, show window reflectors, screens, screen doors, awnings, awning frames, floor coverings and window treatments (including carpeting but excepting rugs) shall immediately become the property of Landlord, and shall not be removed by Tenant at the expiration or earlier termination of this Lease, unless Tenant is requested to do so by Landlord, in which event Tenant agrees to do so and to repair promptly any damage caused by any such removal and restore the Premises to its prior condition.

18. Tenant's Indemnification, Liability and Casualty Insurance. Tenant agrees that it will indemnify, defend and hold Landlord, Agent and their respective agents, employees, members, partners and officers harmless from any and all liability for injury or damage to person or property in, on or about the Premises or the Common Areas immediately adjoining the Premises without regard to cause or fault, and all injury or damage occurring elsewhere in the Shopping Center as a result of the negligence or willful misconduct of Tenant, its agents, employees or contractors, and all costs, expenses, claims or suits arising in connection therewith. The foregoing indemnity obligations shall survive the expiration or termination of this Lease. Tenant covenants that it will, at all times during the term hereof, at its own cost and expense, carry commercial liability insurance on the Premises with an insurance carrier rated A or better by Best's Insurance Reports and licensed to conduct business in the state in which the Shopping Center is located (including Common Areas immediately adjoining the Premises) with combined single limit liability coverage of at least $1,000,000.00 per occurrence and $2,000,000 aggregate and including at least a $50,000.00 for fire legal or tenant's

legal liability insurance, which insurance shall name Landlord, Agent and any designee of Landlord as additional insureds and shall provide that such policy will not be canceled or coverage changed without at least thirty (30) days' prior written notice to the foregoing additional insureds. Tenant's liability insurance policy shall include coverage for dram shop or host liquor liability if Tenant's business involves the serving of alcoholic beverages. Tenant further covenants that it will, at all times during the Term, at its own cost and expense, carry plate glass insurance and insurance against damage by fire and other perils insured under a so-called "special" or "all-risk" policy, in an amount equal to the replacement value thereof with replacement cost coverage, on: (1) all parts of the Premises for which Tenant is responsible under the terms of this Lease; and (2) Tenant's inventory, furniture, fixtures and equipment in the Premises. Binding certificates (ACORD 27 or similar form) evidencing all of the insurance coverages required under this Section shall be delivered to Landlord prior to the commencement of the Term and at least thirty (30) days prior to the expiration of any such policy. If Tenant fails to provide such insurance, Landlord may (but shall not be obligated to) obtain the same and collect the cost thereof as Rent.

The Tenant agrees that the above stated limits and coverages are minimum limits and coverages, and that Tenant shall provide such additional insurance as set forth above, in such amounts and against such risk as may be required in the Landlord's sole but reasonable judgment, to equal the amounts and types of coverages carried by prudent owners and operators of properties similar to the Shopping Center. Tenant shall increase such limits at its discretion or upon reasonable request of Landlord and such increases shall not be in excess of generally accepted standards in the industry.

19. Fire Insurance. Landlord covenants that it will keep the Premises insured against damage covered under a standard fire insurance (or better) policy written with coverage in an amount not less than eighty percent (80%) of the replacement cost thereof. Tenant covenants that, without the prior written consent of Landlord, Tenant will not do anything which will increase the rate of fire insurance on the building of which the Premises constitute a part, and that if such consent is given, Tenant will pay Landlord the full amount of the increase in the cost of such insurance, as and when the premiums become due. Tenant agrees that it will, at Tenant's expense, comply with any mandatory preventive maintenance items required by insurance carriers, rating authorities, or public officials to minimize loss frequency and/or severity within the Premises.

20. Release and Waiver of Subrogation. Landlord and Tenant each release and discharge each other (as well as the officers, directors, members, partners, agents and employees of each other) from responsibility and liability (by way of subrogation or otherwise) for loss or damage to any building, structure or other property (real or personal) owned by the releasing party, or any resulting loss of income, that is an insured loss under the terms of the insurance policy(ies) of the releasing party or that involves a fire, casualty or other risk or loss required to be insured against under this Lease. This release and discharge shall be applicable even though such loss or damage may have been caused by the negligence of the party hereby released. Landlord and Tenant agree to include a waiver of subrogation endorsement or a provision permitting the insured to waive claims prospectively in each of their respective casualty insurance policies.

21. Damage by Fire or Other Casualty. In the event the Premises, or any part thereof, shall be damaged by fire or other casualty during the Term, Landlord agrees that it will restore the Premises, with reasonable dispatch, to substantially the same condition they were in prior to such damage, insofar as the proceeds from Landlord's insurance permit and provided that Landlord's mortgagee does not require insurance proceeds to be paid to it. If the Premises are rendered wholly or partially untenantable as a result of such damage, the Minimum Rent payable hereunder shall be equitably abated (according to the loss of use) during the period intervening between the date of such damage and the date Landlord completes its required restoration of the Premises. Anything in the foregoing to the contrary notwithstanding, if such damage occurs during the last two (2) years of the Term, and if such damage exceeds fifty percent (50%) of the then insurable value of the Premises, as determined by Landlord, either Landlord or Tenant may terminate this Lease as of the date of such damage, by giving to the other written notice of its intention to do so within thirty (30) days after the date such damage occurs; provided, however, that if this Lease gives Tenant an option to extend the Term and Tenant extends the Term of this Lease for at least five (5) years by exercising such option within thirty (30) days after the time such fire or other casualty occurs, neither Landlord nor Tenant shall have the right to cancel this Lease. If this Lease is so terminated, the Rent payable hereunder shall be abated as of the date of such damage, and Tenant shall remove all of Tenant's property from the Premises within thirty (30) days after the notice of termination is given. Anything in this Lease to the contrary notwithstanding, Landlord shall have the right to cancel this Lease as of the time of occurrence of any fire or other casualty, within sixty (60) days of such occurrence. In the event that Landlord is obligated to restore the Premises after a casualty it may elect, by written notice to Tenant, to make such repairs to the Premises, or portion thereof which is damaged, necessary to put the Premises or the portion thereof which is damaged in the condition prior to such casualty. Landlord, after paying for the work described in the preceding sentence, shall make the balance of any insurance proceeds received with respect to the Premises available to Tenant and Tenant shall be obligated to complete the restoration of the Premises, using its own funds to the extent that the insurance proceeds are insufficient. Tenant shall have a period

of thirty (30) days to complete the work described in the preceding sentence prior to the cessation of any rent abatement after completion by Landlord of its work.

22. Condemnation. In the event that the whole of the Premises is taken by the exercise of the power of eminent domain (or sold to the holder of such power, pursuant to a threatened taking) this Lease shall terminate as of the date of such taking. In the event any portion of the Premises are taken by the exercise of the power of eminent domain (or sold to the holder of such power, pursuant to a threatened taking), this Lease may, at the option of Landlord or Tenant, be terminated by written notice given to the other within sixty (60) days after such taking or sale occurs. If this Lease is not so terminated, Landlord covenants that it will, at its own expense, promptly after the lapse of said sixty (60) days, repair such damage and do such work as may be required to repair and rebuild the Premises and/or the Common Areas, with the view to restoring the Premises and/or the Common Areas as nearly as may be to the condition they were in immediately prior to such taking; provided, however, that whether or not this Lease is so terminated, the Minimum Rent payable hereunder shall be equitably abated (according to the loss of use) from the date of such taking. All compensation awarded for any taking of the Premises or the Shopping Center shall belong solely to and be the property of Landlord, and Tenant assigns to Landlord all of Tenant's rights with respect thereto and waives any claim Tenant may have with respect thereto, including any claim for Tenant's leasehold estate. However, Tenant may apply for reimbursement from the condemning authority (if permitted by law) for moving expenses, removal of Tenant's trade fixtures or loss of Tenant's business good will, provided that any such reimbursement shall not reduce the amount of the award otherwise recoverable from the condemning authority by Landlord.

23. Assignment and Subletting. Tenant shall not assign this Lease or sublet the Premises, in whole or part, without the prior written consent of Landlord. Prior to granting an assignment, an application must be completed by the intended Assignee and returned to Landlord with a non-refundable processing fee of $100.00. Upon approval of the applicant, an Assignment document will be created. Once the Assignment document is executed by the Assignor and Assignee it is to be returned to the Landlord along with any required payments including, but not limited to, the Assignment Fee of $2,500.00. Assignments requested within two years of execution of original Lease, other Assignments, and/or Amendments extending term will be subject to an additional fee of $500.00 per occurrence. If such consent is granted by Landlord, Tenant will remain primarily liable for the performance of the covenants and obligations under this Lease binding upon Tenant (regardless of any subsequent amendment or modification of this Lease and regardless of any further assignment or subletting, all of which are hereby deemed to be consented to by Tenant and any Guarantor). Each assignee must agree in writing to assume the obligations of Tenant under this Lease by an agreement satisfactory to Landlord and delivered to Landlord within ten (10) days after the date the lease assignment is executed. Each subtenant must agree in writing (delivered to Landlord within ten (10) days after the sublease is executed) that Landlord may collect rent under the sublease directly from the subtenant if there is a default under this Lease and, at Landlord's option, agree to attorn to Landlord should this Lease be terminated. The transfer of fifty percent (50%) or more of Tenant's stock, if Tenant is a corporation, or the transfer of a twenty-five percent (25%) partnership or other ownership interest in Tenant, if Tenant is a partnership or limited liability company (in either event whether in one transaction or as the result of more than one transaction), shall constitute an assignment under the terms of this Lease. Landlord's consent to one assignment or subletting shall not waive the requirement that Landlord's consent be obtained for further assignments or subleases. The acceptance by Landlord of the payment of any Rent following any assignment or sublease shall not be deemed to be a consent by Landlord to such transaction nor shall the same be deemed to waive any rights or remedies of Landlord under this Lease. The restrictions of this Section shall be deemed to apply as well to any assignments of subleases and to any sub-subletting under any subleases. If, at any time during the term, Landlord has knowledge that a person, firm or corporation other than Tenant is in possession of the Premises without the written consent of Landlord, Landlord may, at its option, at any time thereafter, by written notice to Tenant, accept and treat such person, firm or corporation in possession as the assignee of Tenant, in which event both Tenant and such assignee shall be obligated to observe and perform all the covenants, conditions and provisions herein contained binding upon Tenant provided; however, that nothing herein shall affect Landlord's other remedies for Tenant's default by wrongful assignment or subletting. Tenant agrees to pay Landlord's reasonable attorney's fees and related expenses, if any, incurred in connection with any proposed assignment or subletting, whether or not such proposed assignment or sublease is actually approved by Landlord. Notwithstanding the foregoing, any and all amounts paid by any assignee or sublessee of Tenant in excess of amounts due to landlord hereunder as Monthly Minimum Rent and all other Rent whether paid to Tenant or to Landlord, shall be deemed additional rent hereunder and shall be remitted promptly to Landlord. Landlord shall have the right to assign this Lease without Tenant’s consent.

24. Relocation. Landlord shall have the right, at its sole option upon not less than thirty (30) days prior written notice to Tenant, to relocate Tenant and to substitute for the Premises described above other space in the Shopping Center of similar size. Tenant shall execute an amendment to this Lease substituting the new premises for the Premises described in this Lease. All other provisions of this Lease shall remain in full force and effect except that the Minimum Rent and Tenant's Fractional Share shall be recalculated based on the actual square footage of the new

space. Tenant's failure to execute such amendment within fifteen (15) days of Landlord's demand that such amendment be executed or to vacate the Premises described above and occupy the new premises within thirty (30) days after Landlord notifies Tenant that it is ready for occupancy, shall be a default under this Lease. It being understood that if the new premises are not ready for occupancy at the conclusion of said thirty (30) days, as a result of Landlord's actions, Tenant shall take possession and occupy the new premises within seven (7) days of notification by Landlord that the new premises are ready for occupancy. If Landlord and Tenant cannot agree on the New Space within sixty (60) days after Tenant's receipt of the Relocation Notice, then Landlord shall have the absolute right to (i) withdraw the Relocation Notice, and Tenant shall remain in the Premises pursuant to the terms of this Lease or to (ii) terminate this Lease ("Termination"), such termination being effective within thirty (30) days after Tenant's receipt of the Termination notice. If this Lease shall be terminated pursuant to this section, the rights and obligations of the parties hereunder shall cease as of the Termination date and each party shall have no further obligation to one another, except for the adjustments and/or prorations of any monies owed to each other, as the case may be. No further documentation shall be required to effect such termination of this Lease.

25. Default and Remedies.

(a) Defaults. The occurrence of any one or more of the following events ("Defaults") shall constitute a default and breach of this Lease by Tenant: (i) Tenant fails to pay any Minimum Rent when same is due under this Lease or fails to pay any other Rent payments, Tenant charges, or expenditures incurred by Landlord on behalf of Tenant and owed under this Lease within five (5) days of Landlord's demand therefor; (ii) Tenant fails to observe and perform any of the other terms, covenants and/or conditions of this Lease, and, unless the failure is of a type to which, pursuant to the provisions of the Lease, no cure period is applicable or no notice by Landlord is required, such failure shall continue for more than fifteen (15) days after written notice from Landlord to Tenant (however, if a default under this item (ii) cannot reasonably be cured within fifteen (15) days, and Tenant has promptly commenced the cure within such time and is diligently proceeding to complete the cure, then Tenant shall have such reasonable extra time (not to exceed sixty (60) days) to complete the cure); (iii) Tenant fails to pay when due Minimum Rent or any other Rent owed under this Lease three (3) or more times in any period of twelve (12) consecutive months; (iv) the Premises is abandoned, vacated or closed for business to the public (other than for fire, casualty or condemnation), or Tenant fails to open for business to the public in the Premises within thirty (30) days after the date on which Tenant is obligated to make its first payment of Minimum Rent; or (v) a case is commenced or a petition is filed by or against Tenant or any Guarantor under any chapter of the federal Bankruptcy Code, or there is filed by or against Tenant, or any successor tenant then in possession, or any Guarantor of this Lease, in any court pursuant to any statute or law, a petition for appointment of a trustee or receiver, an assignment for the benefit of creditors, or reorganization.

(b) Remedies. Upon the occurrence of a Default, Landlord, without notice to Tenant in any instance (except where expressly provided for below) may do any one or more of the following: (i) apply the Security Deposit (if any) toward the satisfaction and cure of such Default; (ii) reenter the Premises, without terminating this Lease, and remove all persons and property from the Premises, by any suitable action or proceeding at law, or without judicial process if Landlord so elects, without being liable for any prosecution therefor or damages therefrom, and repossess and enjoy the Premises; (iii) elect to terminate this Lease upon not less than five (5) days written notice to Tenant, at which time the term of this Lease shall expire, but with Tenant's liability under all of the provisions of this Lease to continue; or (iv) exercise any other legal or equitable rights or remedies available to Landlord, including those additional rights set forth in this Lease. In exercising any of the above remedies, Landlord may remove Tenant's property from the Premises and store the same at Tenant's expense without resort to legal process and without Landlord being deemed guilty of trespass or becoming liable for any loss or damage occasioned thereby, and Landlord may also sell such property at public or private sale, with the proceeds first being applied to costs of sale and storage (including reasonable attorney's fees) and then to amounts owed to Landlord under this Lease. Tenant waives any rights to re-enter the Premises and any rights of redemption. For each Default that occurs under subsection (a)(iv), Landlord shall be entitled to collect an amount equal to twenty-five percent (25%) of the Minimum Rent during such period of closure as liquidated damages in addition to all other sums to which Landlord may be entitled. Landlord and Tenant agree that Landlord's damages for each such Default are not readily ascertainable and that such amount is a reasonable estimate of Landlord's damages and not a penalty. Landlord's acceptance of liquidated damages as provided herein shall be in addition and supplemental to Landlord's right to seek specific performance against Tenant. Tenant does hereby acknowledge that upon an uncured Default, the Landlord will have security interest in any property within the Premises.

Tenant understands that Landlord may re-let, in one or more leases, all or part of the Premises (or a premises including space in addition to the Premises), either in Landlord's own right or as agent for Tenant, accepting any rents then obtainable, for a term or terms that may be greater or less than the balance of the Term of this Lease, and Landlord may grant concessions or free rent without in any way affecting Tenant's liability for the Rent payable under this Lease. However, Tenant understands that Landlord shall be under no duty to relet the Premises and that Tenant's liability under this Lease shall not be affected or diminished in any way whatsoever, for Landlord's failure to

re-let the Premises, or if the Premises are re-let, for Landlord's failure to collect the rentals under such re-letting. In connection with any re-letting, Landlord may make or do any alterations, repairs, painting and decorations ("Re-letting Preparations") to the Premises which Landlord considers advisable and necessary in its sole judgment, and such Re-letting Preparations shall not release Tenant from any liability under this Lease. Tenant understands that in the event of a Default, the Landlord may have cause to locate Tenant and does hereby authorize Landlord to utilize any information provided to the Landlord to do so.

(c) Damages. Tenant understands that in the event of a default, Landlord shall make Tenant liable for (i) all Rent and damages that may be due or sustained by Landlord up to the time this Lease terminates or Landlord takes possession of the Premises, whichever occurs later, and the performance of all other obligations of Tenant accruing under this Lease through such date (collectively "Accrued Damages")which accrued damages shall bear interest at the Default Rate until paid; (ii) all reasonable costs, fees and expenses (including without limitation attorney's fees and expenses, brokerage commissions and fees) incurred by Landlord in pursuit of its remedies under this Lease and in renting the Premises to others from time to time including, but not limited to Re-letting Preparations (all such Accrued Damages, costs, fees and expenses being referred to collectively as the "Default Damages"); and (iii) Future Damages, which, at the election of Landlord, shall be either: (i) the amount (the "Deficiency") by which (A) the Rent reserved under this Lease until the expiration date of the Term exceeds (B) the amount of rent, if any, that Landlord shall receive during the same period from others to whom the Premises may be rented, from which Landlord may deduct all Default Damages owing to Landlord; such Deficiency to be paid in one lump sum payment upon demand by Landlord and shall bear interest at the Default Rate until paid or (ii) an amount equal to the present value of the sum of the Rent reserved under this Lease until the expiration date of the Term plus the Default Damages owed by Tenant, from which sum there shall be deducted the present value of the fair market rental value of the Premises as determined by an independent real estate appraiser designated by Landlord; Future Damages shall be payable to Landlord in one lump sum on demand and shall bear interest at the Default Rate until paid.

(d) Remedies Cumulative. All remedies of Landlord shall be cumulative. Acceptance by Landlord of delinquent rent after Default shall not cure such Default nor entitle Tenant to possession of the Premises.

(e) Attorney's Fees. Tenant agrees to pay all costs incurred by Landlord on account of Tenant's default hereunder including, but not limited to, collection costs, court costs, and reasonable attorney's fees.

26. Subordination. This Lease shall be subject and subordinate to all ground or underlying leases and to any and all first mortgages and deeds of trust that may now or hereafter affect this Lease or the real property of which the Premises forms a part, and to all terms, provisions, renewals, modifications, consolidations, replacements and extensions thereof. Tenant further agrees to attorn to any successor to Landlord's interest in the Premises, including any ground lessor or holder of a mortgage or deed of trust (the "Mortgagee"), or to any purchaser at foreclosure (or by deed in lieu of foreclosure) upon all of the terms and conditions of this Lease. The foregoing subordination and attornment provisions shall be self-operative, but within ten (10) days after receipt of a written request therefor, Tenant agrees to execute promptly such agreements confirming the above subordination and attornment as requested from time to time by Landlord or the Mortgagee, and also agrees to enter into a subordination agreement with such other Mortgagees as Landlord may request, it being understood that the standard form subordination agreement then used by any Mortgagee shall be acceptable and executed without change. Tenant further agrees to execute an agreement subordinating this Lease to junior mortgages and deeds of trust and providing for Tenant's attornment to the holder(s) thereof, upon the request of Landlord and upon the written consent of the beneficiaries of all mortgages or deeds of trust senior thereto.

Anything in the foregoing to the contrary notwithstanding, in the event of a foreclosure under any such mortgage or deed of trust, or the termination of any such ground lease, the holder of the note secured by such mortgage or deed of trust, the purchaser at such foreclosure sale or the Landlord under such ground lease shall have the option to recognize this Lease, in which event, this Lease shall continue in full force and effect and Tenant shall attorn to such holder or purchaser. Any such mortgage or deed of trust may at any time, at the request of the holder of the note secured thereby, be subordinated to this Lease. In no event shall any Mortgagee be (i) liable for any act or omission of Landlord or any subsequent landlord, (ii) subject to any offsets or defenses which Tenant might have against Landlord or any subsequent landlord, (iii) bound by any Rent which Tenant may have paid for more than the current month to Landlord or any subsequent landlord, (iv) bound by any amendment or modification of this Lease made without the Mortgagee's prior written consent, (v) bound by any obligations of Landlord to construct any improvements, or (vi) bound by any representations or warranties made by any prior landlord..

27. Estoppel Certificate. Within five (5) calendar days after receipt of a request therefor, Tenant agrees to deliver to Landlord and/or to any actual or prospective purchaser, mortgagee or other third party designated by Landlord a duly executed and acknowledged instrument certifying to Tenant's best knowledge (i) whether this Lease is in full force and effect (and if not, why), (ii) as to the existence of any default, (iii) whether there are any defenses,

counterclaims or offsets to such default, (iv) whether there has been any modification or amendment to this Lease, and (v) as to such other matters relating to this Lease or the Premises as may be reasonably requested. Any such certificate may be relied upon by Landlord and by any other person to whom it has been exhibited or delivered, and the contents of the certificate shall be binding upon Tenant. Tenant's failure or refusal to deliver such statement within such time shall be conclusive upon Tenant (i) that this Lease is in full force and effect, without modification except as may be represented by Landlord, (ii) that there are no uncured defaults in Landlord's performance or obligations hereunder, and (iii) that not more than one month's installment of Minimum Rent or other Rent has been paid in advance of the due date.

28. Notices. Any notice, request, demand, approval or consent given or required to be given under this Lease shall be in writing and shall be deemed to have been given if and when posted in the United States registered or certified mail, return receipt requested or delivered by a reputable national overnight courier, postage or fees prepaid or charged to the sender's account, and addressed to Landlord at Landlord's Mailing Address or addressed to Tenant at Tenant's Mailing Address. Either party may at any time change its address for notice purposes by sending a notice to the other party advising of the new address. Tenant also agrees to give the Mortgagee a copy of any notice of default sent to Landlord, provided that prior to such default Tenant has been notified in writing of the address of the Mortgagee. Tenant shall not exercise any remedies available against Landlord unless Landlord's default is not cured within sixty (60) days after Mortgagee has received the foregoing notice (if the default cannot be reasonably cured within the 60 day period, then the Mortgagee shall have such reasonable additional time to cause the Landlord's default to be cured so long as the Landlord or the Mortgagee is diligently pursuing the remedies necessary to cure such default).

29. Quiet Enjoyment. Provided that Tenant has performed all of its obligations under this Lease, Landlord covenants that Tenant shall have and enjoy quiet and peaceable possession of the Premises during the Term free of molestation by Landlord, subject to the provisions of this Lease and of all mortgages, ground leases, encumbrances and other matters of record affecting title to the Shopping Center.

30. Limitation of Landlord's Liability. Landlord shall be liable for performance of its obligations hereunder only to the extent of Landlord's equity in the Shopping Center. The respective partners, members, shareholders, officers, directors and managers of Landlord, their heirs, personal representatives, successors and assigns shall not be personally liable. The liability of Landlord shall not extend beyond the period of Landlord's ownership of the Shopping Center. Furthermore, it is understood and agreed that in each and every instance in which Landlord's approval or consent is required under this Lease, Landlord shall have sole discretion to withhold such consent unless the specific provisions of this Lease with respect to such consent or approval provide otherwise. Landlord shall not be liable for damages (whether direct, consequential or otherwise) by reason of its failure to grant such approval or consent.

31. Signs. Tenant shall install at its expense one exterior identification sign in conformity with the sign criteria of Landlord attached as Exhibit "D", or such other sign criteria as Landlord may hereafter promulgate in its reasonable business discretion. Except for this one exterior sign, Tenant agrees not to place any other sign, advertising matter or the like on the exterior of the Premises without Landlord's prior written consent. Under no circumstances shall Tenant place any banners or any hand-lettered advertising on any window or door of the Premises or anywhere on the exterior of the Premises or on or above the canopy or walls of the building of which the Premises is a part. All signs of Tenant shall be subject to and shall comply at all times with applicable governmental requirements. No awnings or canopies shall be erected without Landlord's prior written consent, and Tenant shall not make any changes or modifications to its signage without Landlord's prior written approval. Tenant agrees to maintain all signs in good condition and repair at its sole expense. Installing, changing or modifying any exterior sign without Landlord's written approval constitutes a performance default, subject to remedies contained herein. Upon the expiration or earlier termination of this Lease, Tenant shall remove its signage from the Premises and promptly repair any damage caused by such removal.

32. No Waivers. The failure of Landlord or Tenant to insist, in any one or more instances, upon strict performance by the other party of any covenant of this Lease shall not be construed as a waiver or relinquishment for the future of such covenant, but the same shall continue and remain in full force and effect. The receipt by Landlord or its agent of Rent with knowledge of the breach of any covenant hereof shall not be deemed a waiver of such breach, and no waiver by Landlord or Tenant of any provision hereof shall be deemed to have been agreed upon unless expressed in writing signed by the parties hereto.

33. Successors and Assigns. This Lease and all the terms, covenants, conditions and provisions herein contained shall be binding upon and shall inure to the benefit of the parties hereto and their respective personal representatives, heirs, successors and (if and when assigned in accordance with the provisions hereof) assigns.

34. Other Provisions.

(a) Entire Agreement; Modification. This Lease represents the final understanding and agreement between Landlord and Tenant and incorporates all negotiations between the parties. Tenant hereby acknowledges and agrees that Tenant has not relied on any representations, warranties, agreements and/or understandings, oral or written, except those that are set forth in this Lease, in entering into this Lease, and Tenant agrees that any and all negotiations, statements and representations made by Landlord, Agent or any other party on behalf of Landlord have been merged into and are superseded by this Lease. This Lease cannot be modified except by a writing signed by all parties.

(b) Interpretation. The captions in this Lease are for the purposes of reference only and shall not limit or define the meaning of the provisions of this Lease. References to any specific gender shall be deemed to include the other gender or neuter, as applicable; references to "expiration" shall include "termination" and vice-versa; and references to the singular shall include the plural, and vice-versa, all as the context may require. If Tenant consists of multiple parties, the liability of such parties shall be joint and several, and the release of any one or more of such parties shall not affect the liability of any other party not expressly released in writing. This Lease shall be governed by the laws of the state in which the Premises are located.

(c) Waiver of Jury Trial and Homestead Exemption. Landlord and Tenant hereby mutually waive any and all rights which either party may have to request a jury trial in any proceeding at law or in equity in any court of competent jurisdiction. Tenant hereby waives the benefit of any homestead exemption available to Tenant with respect to this Lease.

(d) No Broker. Tenant warrants and represents that no agent, broker or finder was involved on its behalf in negotiating or consummating this Lease. Tenant agrees to indemnify and hold Landlord harmless from any and all claims for brokerage commissions arising out of any communications or negotiations between Tenant and any broker (other than Agent) regarding the Premises, any other premises in the Shopping Center and/or the consummation of this Lease.

(e) Short Form Lease. Tenant agrees not to record this Lease. However, upon the request of either party, the other party shall join in the execution of a "short form lease" for the purposes of recordation, including such terms of this Lease (other than economic terms) as are typically included in such document. Either party may record such "short form lease" at its own expense.

(f) Submission of Lease. This Lease does not constitute an offer to lease, and Landlord and Tenant shall not be bound by this Lease until it is executed and unconditionally delivered by both parties. This Lease may be executed in counterparts. Each counterpart shall be deemed an original as to any party whose signature it bears and all such counterparts shall constitute one document. Delivery of said counterparts may be effectuated electronically. In the event this Agreement is electronically signed, the requirement for a notary signature is thereby waived, unless otherwise required by the state having jurisdiction.

(g) Tenant Authority. (i) If Tenant is a partnership, each person executing this Lease on behalf of Tenant warrants that Tenant is a validly existing partnership qualified to do business under the laws of the state in which the Shopping Center is located, that such partnership has the full right and authority to enter into this Lease and that no other partners other than those signing this Lease on behalf of Tenant must join in this execution; and (ii) if Tenant is a corporation, each person executing this Lease on behalf of Tenant hereby warrants that (1) Tenant is a duly constituted corporation qualified to do business and in good standing in the state in which the Shopping Center is located; (2) such corporation has the full right and authority to enter into this Lease, and (3) each person signing this Lease on behalf of the Tenant has been duly authorized by the board of directors of Tenant to execute and deliver this Lease on behalf of the corporation and that no other signatures are necessary.

(h) No Representations by Landlord or Agent. Tenant agrees that neither Landlord nor Agent has made any representation, express or implied, with respect to Federal, State or municipal laws or ordinances applicable to the Premises or the property of which the Premises constitute a part (including, without limitation, laws or ordinances relating to zoning or fire walls), and Tenant shall not have the right to terminate this Lease, nor shall he be entitled to any abatement of Rent payable hereunder or any claim for damages, in the event the Premises cannot be used by Tenant, in whole or in part, for the purpose for which Tenant intends to use the same.

(i) Multiple Parties. If Tenant is comprised of more than one person or entity, the liability of each such person and entity comprising Tenant shall be joint and several.

35. Contract of Landlord With Agent. For services rendered by Agent in procuring this Lease, including any renewals, options and/or extensions, Landlord agrees that it will pay agent commissions pursuant to the terms of a separate agreement between Landlord and Agent.

36. Hazardous Materials.

(a) As used herein, the term "Hazardous Material" shall mean any substance or material which has been determined by any state, federal or local governmental authority to be capable of posing a risk of injury to health, safety or property, including all of those materials and substances designated as hazardous or toxic by the city or county and state in which the Premises are located, the U.S. Environmental Protection Agency, the Consumer Product Safety Commission, the Food and Drug Administration, or any other governmental agency now or hereafter authorized to regulate materials and substances in the environment.

(b) Tenant agrees not to introduce any Hazardous Material in, on or adjacent to the Premises. Tenant shall immediately notify Landlord of any inquiry, test, investigation, or enforcement proceeding by or against Landlord, Tenant or the Premises concerning a Hazardous Material. Tenant acknowledges that Landlord, as the owner of the Premises, shall have the right, at its election, in its own name or as Tenant's agent, to negotiate, defend, approve and appeal, at Tenant's expense, any action taken or order issued with regard to a Hazardous Material by an applicable governmental authority.

(c) If Tenant's stores, uses or disposes of any Hazardous Material in, on or adjacent to the Premises in violation of Paragraph B of this section of this Lease, such action shall constitute an event of default under this Lease. If Tenant's stores, uses or disposes of any Hazardous Material in, on or adjacent to the Premises and such action results in any contamination of the Premises, the soil or surface or groundwater requiring remediation under federal, state or local statutes, ordinances, regulations or policies, Tenant agrees to clean-up the contamination. Tenant further agrees to indemnify, defend and hold Landlord harmless from and against any claims, suits, causes of action, costs, fees, including attorneys' fees and costs, arising out of or in connection with any clean-up work, inquiry or enforcement proceeding in connection therewith, and any Hazardous Materials currently or hereafter used, stored or disposed of by Tenant or its agents, employees, contractors or invitees on or about the Premises.

(d) Notwithstanding any other right of entry granted to Landlord under this Lease, Landlord shall have the right to enter the Premises or to have consultants enter the Premises through the term of this Lease for the purpose of determining: (1) whether the Premises are in conformity with federal, state and local statutes, regulations, ordinances and policies, including those pertaining to the environmental condition of the Premises, (2) whether Tenant has complied with this Section, and (3) the corrective measures, if any, required of Tenant to remove Hazardous Materials. Tenant agrees to provide access and reasonable assistance for such inspection. Such inspections may include, but are not limited to, entering the Premises or adjacent property with drill rigs or other machinery for the purpose of obtaining laboratory samples. Landlord shall not be limited in the number of such inspections during the term of this Lease.

Tenant shall reimburse Landlord for the cost of such inspections within ten (10) days of receipt of a written statement therefor. If such consultants determine that the Premises are contaminated with Hazardous Materials, Tenant shall, in a timely manner, at its expense, remove such Hazardous Materials or otherwise comply with the recommendations of such consultants to the reasonable satisfaction of Landlord and any applicable governmental agencies. The right granted to Landlord herein to inspect the Premises shall not create a duty on Landlord's part to inspect the Premises, or liability of Landlord for Tenant's use, storage or disposal of Hazardous Materials, it being understood that Tenant shall be solely responsible for all liability in connection therewith.

(e) Tenant shall surrender the Premises to Landlord upon the expiration or earlier termination of this Lease free of Hazardous Materials and in a condition, which complies with all governmental statutes, ordinances, regulations and policies, recommendations of consultants hired by Landlord, and such other reasonable requirements as may be imposed by Landlord. Tenant's obligations under this Section shall survive termination of this Lease.

37. Compliance with Americans with Disabilities Act of 1990. Tenant shall comply with all laws, rules and regulations in connection with the Americans with Disabilities Act of 1990, as amended (the "ADA"). Tenant acknowledges that it is a "public accommodation" as defined by the ADA. If the ADA requires that action be taken with respect to the Premises, including without limitation removing barriers and altering the Premises in accordance with the ADA Accessibility Guidelines, such action shall be taken by Tenant. Tenant shall notify Landlord immediately upon receipt of an oral or written complaint or notice by an employee, customer, client, invitee, licensee or governmental authority regarding a potential violation of the ADA. Tenant shall indemnify and hold Landlord harmless from and against any expense or liability (including reasonable attorney's fees) arising from Tenant's failure to fully comply with this Section.

38. Agency and Ownership Disclosure.

(a) Landlord and Tenant each acknowledge that, in connection with this Lease:

Initial One

__X___ the Agent is representing the Landlord exclusively

or

_____ the Agent is representing the Landlord and Tenant, and Landlord and Tenant expressly consent to the Agent acting as a dual representative by their execution of this Lease and their review and execution of the attached Disclosure of Dual Representation.

(b) Initial (if applicable):

_____ Agent and/or one or more brokers or salespersons of Agent has a direct or indirect ownership interest in Landlord.

39. Lease Addendum and Exhibits. Tenant agrees to comply with all Addenda and Exhibits to this Lease. The following Exhibits are attached to this Lease and are fully incorporated into this Lease:

| | | |
|---|---|---|
| Exhibit "A" | - | Site Plan |
| Exhibit "B" | - | Notice of Lease Term Dates |
| Exhibit “B-1” | - | Tenant and Landlord Responsibility Rider |
| Exhibit "C" | - | Rules and Regulations |
| Exhibit "D" | - | Sign Criteria |
| Exhibit "E" | - | Guaranty |
| Exhibit "F" | - | Percentage Rent Schedule |
| Exhibit "G" | - | Construction Criteria |
| Exhibit "G-1" | - | Tenant's Work |
| Exhibit "G-2" | - | Landlord's Work |

40. Lease Guaranty. Landlord's obligations under this Lease are conditioned upon receipt of a Guaranty of Lease in the form attached as Exhibit "E" executed by the Guarantor and receipt of satisfactory evidence of the authority of the Guarantor to execute the Guaranty of Lease.

41. Rules and Regulations. The rules and regulations attached to this Lease as Exhibit "C" shall be and are hereby made a part of this Lease. Tenant, its employees, customers and guests shall perform and abide by such rules and regulations, and any amendments or additions to such rules and regulations as may be made from time to time by Landlord.

42. Anti-Terrorism. Tenant represents and warrants that it is not acting, directly or indirectly, for or on behalf of any person, group, entity, or nation named by the United States Treasury Department as a Specially Designated National and Blocked Person, or for or on behalf of any person, group, entity, or nation designated in Presidential Executive Order 13224 as a person who commits, threatens to commit, or supports terrorism; and that it is not engaged in this Lease directly or indirectly on behalf of, or facilitating this Lease directly or indirectly on behalf of, any such person, group, entity, or nation. Tenant agrees to defend, indemnify, and hold harmless Landlord from and against any and all claims, damages, losses, risks, liabilities, and expenses (including reasonable attorneys’ fees and costs) arising from or related to any breach of the foregoing representation and warranty."

43. Lender Approval Contingency. Should Landlord be required, per Shopping Center loan documents, to submit this Lease to the Lender for approval, Landlord will submit a copy of this Lease with supporting Tenant financials for the Lender to review and approve. If the Lender does not approve Tenant, or the terms of this Lease, then this Lease will become null and void and Landlord shall return the Security Deposit and prepaid Rent to Tenant within thirty (30) days of Lender’s written disapproval notice. Landlord will give Tenant written notice of approval, or disapproval, immediately upon receipt from Lender.

44. **Intentionally Deleted.**

**45. Force Majeure. Landlord shall not be held responsible for delays in the performance of its obligations hereunder when caused by pandemic, strikes, lockouts, labor disputes, acts of God, acts of terrorism, inability to obtain labor or materials or reasonable substitutes therefor, governmental restrictions, governmental regulations, governmental controls, delay in issuance of permits, enemy or hostile governmental action, civil commotion, fire or other casualty, and other causes beyond the reasonable control of Landlord.**

WITNESS the following signatures and seals:

TENANT:

DocuSigned by:

By: 8347D560B2C14A7...

Name: CHRISTOPHER COLLINS

Title: Owner

Dated: May 5, 2022 | 4:17 PM EDT

LANDLORD:

**WHLR–PIERPONT CENTER, LLC**
**a Delaware limited liability company**

**By:** **Wheeler REIT, L.P.**
**a Virginia limited partnership**
**Its:** **Sole Member**

**By:** **Wheeler Real Estate Investment Trust, Inc.**
**a Maryland corporation**
**Its:** **General Partner**

DocuSigned by:
By: ______________________
D8151F3C04154D9...

Name: **M. Andrew Franklin**

Title: **Chief Executive Officer**

Dated: May 6, 2022 | 9:30 AM EDT

# EXHIBIT "A"
# SITE PLAN



# EXHIBIT "B"
# SAMPLE FORM OF NOTICE OF LEASE TERM DATES

To: ____________________________________ Date: ______________________

____________________________________

RE: Shopping Center Lease dated ____________, 2022, between **WHLR–PIERPONT CENTER, LLC**, a Delaware limited liability company, Landlord, and **Davis Kitchen & Tile, LLC**, Tenant, concerning Store Number 3 (the "Premises"), located at Pierpont Centre Shopping Center, having an address of 601 Venture Dr., Morgantown, WV 26508.

Dear ____________:

In accordance with the above referenced Lease, we wish to advise and/or confirm as follows:

1. That the Premises have been accepted by Tenant as being substantially complete in accordance with the Lease, and that there is no deficiency in construction.

2. That Tenant has accepted and is in possession of the Premises, and acknowledges that under the provisions of the Lease, the Term of the Lease is for _________, with _____ to renew for _____________ each, and commenced upon the Commencement Date of _____________, 20____ is currently scheduled to expire on ________________ sooner terminated pursuant to any provision of the Lease.

3. That in accordance with the Lease, rental payment has commenced (or shall commence) on _________________.

4. If the Commencement Date of the Lease is other than the first day of the month, the first billing will contain a pro rata adjustment. Each billing thereafter, with the exception of the final billing, shall be for the full amount of the monthly installment as provided for in the Lease.

5. Rent is due and payable in advance on the first day of each and every month during the Term of the Lease. Your rent checks should be made payable to _________________________________ at ______________________________.

6. The exact number of square feet within the Premises is _______________ feet.

7. Tenant hereby agrees and confirms that the responsibilities of Tenant and Landlord as set forth on the Rider to this notice of lease term dates accurately represents the responsibilities of Tenant and Landlord with respect to the Premises.

AGREED AND ACCEPTED

TENANT: ____________________________________

By: ____________________________________

Print Name: ____________________________________

Its: ____________________________________

By: ____________________________________

# EXHIBIT “B-1”
## Tenant and Landlord Responsibility Rider

Rider to Exhibit “B” to Shopping Center Lease dated ____________, 2022, between **WHLR–PIERPONT CENTER, LLC**, a Delaware limited liability company, Landlord, and **Davis Kitchen & Tile, LLC**, a West Virginia limited liability company, Tenant, concerning Store Number 3 (the "Premises"), located at Pierpont Centre Shopping Center, having an address of 601 Venture Dr., Morgantown, WV 26508.

| **Lease language pertaining to Repairs, Maintenance, Services, Operations: 4, 12, 13, 14, 15, 31** | | |
|---|---|---|
| Service | Condition | Lease Reference |
| Delivery condition | | |
| Waste Removal | | |
| Waste Removal | | |
| Building Equipment | | |
| Fire Alarm Monitoring | | |
| Fire Panel | | |
| Fire Suppression / Sprinkler | | |
| HVAC Replacement | | |
| Utilities and Plumbing | | |
| Leased Premises | | |
| Ceiling Repair | | |
| Ceiling Tiles | | |
| Doors | | |
| Blinds and Sun Shades | | |
| Flooring | | |
| Electrical | | |
| Windows / Storefronts | | |
| Interior Lighting | | |
| Interior Painting | | |
| Plumbing incl beneath slab | | |
| Signage (building and storefront) | | |
| Wall repair | | |
| Fire Extinguishers | | |
| Building Exterior | | |
| Pylon Sign | | |
| Exterior Repairs & Maintenance | | |
| Parking Lot | | |
| Foundation / Concrete | | |
| Exterior Lighting | | |
| Exterior Painting | | |
| Structural | | |
| Roof | | |
| Landscaping | | |
| Snow Removal | | |
| Snow Removal | | |
| Window Cleaning | | |
| Reserved / Employee Parking | | |
| Outside Utility Lines | | |
| Doors - Premises | | |
| | | |
| HVAC PM | | |
| HVAC condensation damage | | |
| Pest Control | | |
| Grease Traps | | |
| Kitchen Hood / Exhaust | | |
| Refrigeration / Walk-In Coolers | | |

| | | |
|---|---|---|
| Locks and Keys | | |
| Utilities | | |
| Electric | | |
| Gas | | |
| Sewer | | |
| Water | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# EXHIBIT "C"
# RULES AND REGULATIONS

1. All loading and unloading of merchandise, supplies and all other materials shall be done at such times, and such areas and through such entrances as may from time to time be designated by Landlord. However, Landlord will make every effort not to interfere with Tenant's loading and unloading, and Landlord will exercise its rights hereunder solely for the purpose of establishing and maintaining efficiency and smoothness of operation of the Shopping Center as a whole.

2. No radio or television aerial shall be erected on the roof or exterior walls of the Premises or on the grounds without the written consent of Landlord in each instance. Any aerial so installed without such written consent shall be subject to removal without notice at any time, and Tenant shall pay Landlord, on demand, the cost of such removal.

3. Tenant shall keep the Premises at a temperature sufficiently high to prevent freezing of water in pipes and fixtures.

4. The plumbing facilities shall not be used for any other purpose than for which they are constructed, and no foreign substance of any kind shall be thrown therein.

5. The following specifications shall be controlling for all signs:

   a. Design of the sign shall be approved by the owners of the Shopping Center prior to installation. Sign installation is required within sixty (60) days after Tenant's possession of the Premises.

   b. No sign shall be permanently affixed to the plate glass of the store front window without prior written consent of Landlord.

   c. Except during Shopping Center promotions, no sign shall be placed in any show window advising the public that merchandise is for sale at a reduced price without the prior written approval of Landlord. Landlord reserves the right to approve design and materials used.

6. The Shopping Center shall be heated by electric or gas furnaces, and no other gas, propane, kerosene, gasoline or other fuels shall be used for any purpose whatsoever in the Shopping Center.

7. Tenant shall install, maintain and keep in first-class order such fire extinguishers, placed in such locations in the Premises, as may be required by any city/county ordinance, state or federal statute or by any insurance company rating bureau which insures, or sets rates for insurance of, the Premises.

8. All trash must be kept in a covered metal container, or if requested by Landlord, in a Dumpsters or similar container furnished and serviced at Tenant's expense.

9. Tenant shall keep lights on in show windows and lights on under marquee, if any, from 10:00 a.m. until 9:00 P. M.

10. Tenant shall keep store lobbies, windows, and window frames clean (inside and out) at all times and wash them weekly.

11. Tenant shall keep store floors free of trash, chewing gum and other debris, and shall scrub and wax all tile or plastic flooring at least weekly.

12. Tenant shall operate its business in the Premises and take such preventive measure as shall be necessary to prevent any odors generated in the Premises from being detectable by persons in any other store space in the Shopping Center.

13. No banners

14. No tent signage

15. No smoking in any portion the Premises.

# EXHIBIT "D"
# SIGN CRITERIA

Signage on the exterior of the Premises shall be provided as herein specified and Tenant shall not erect or maintain, nor suffer to remain, any sign on the exterior of the Premises except as permitted herein:

(a) Tenant shall, prior to commencement of the Term, erect one sign (the "Store Front Sign") on the front of the Premises. The Store Front Sign shall not exceed twenty-four inches (24") in height and shall be approximately flush with the wall of the building to which such sign is affixed; the length of such sign including corporate crests, shields or insignia which may be permitted hereunder, shall not exceed seventy-five percent (75%) of the linear frontage of the Premises and shall in all cases be a minimum of two (2) feet from the center line of the wall dividing the Premises from the Premises adjacent thereto. The Store Front Sign shall be individual pinned-on illuminated plastic-faced letters affixed to a raceway. The returns on the side of the individual letters and the raceway shall be of a uniform color as designated by Landlord, if Landlord so elects. All sign transformers, raceways and ballast boxes shall be concealed. Manufacturer's names, stamps and decals shall not be exposed. The forward projection of the Store Front Sign shall not be more than two inches (2") from the face of the building. The wording on the Store Front Sign shall be limited to the name of the business conducted by Tenant on the Premises, provided that the use of corporate crests, shall be limited to the name of the business conducted by Tenant on the Premises, provided that the use of corporate crests, shields or insignia (subject to Landlord's prior written approval of specifications and drawings) may be permitted so long as corporate crests, shields or insignia shall not exceed twenty-four inches (24") in height. The Store Front Sign shall be the only sign permitted at the front of the Premises.

(b) No exposed neon or incandescent bulbs or flashing, blinking, rotating or moving signs, lights or markers shall be permitted in or on the Premises.

(c) No Store Front Sign or other sign on the Premises shall be of type wherein the sign is housed or contained within an illuminated or non-illuminated sign can or box mounted on the exterior of the sign area. All Signs shall receive Landlord's sole prior written approval before they are installed and shall be of the specific style and nature as approved by Landlord.

(d) No signs will be permitted at or on the rear of the Premises except that a small identification sign showing only the name of the Tenant shall be lettered on the exterior of the delivery door by Tenant to Landlord's specifications.

(e) No sign shall be painted on the exterior of the masonry, doors, windows or any other surface of the Premises, nor erected, maintained or suffered to remain on the roof or parapet of the Premises or under the awning canopy.

(f) No sign shall be erected until written specifications (including but not limited to size, color, materials, etc.) and drawings of such sign have received the sole prior written approval of Landlord. Such specifications and drawings shall be submitted to Landlord in quadruplicate and shall show the size, construction, materials, colors, script, name of sign manufacturer and proposed location of such sign in conformity with this Exhibit.

(g) All signs erected by Tenant pursuant to the provisions hereto shall be erected at Tenant's own risk and expense (including final electrical connections, glass panels, glazing of such and internal lighting of such, any damage created and time clock) and/or reimbursement to Landlord for any and all work already completed by Landlord that is part of Tenant's sign panel i.e. glass panels, glazing of such and internal lighting of such. However, Landlord is not obligated to perform any such stated signage work (glass panels, glazing and internal lighting). Such reimbursement shall be paid immediately upon Landlord's execution of said Lease. All signs shall be in accordance with applicable law and shall concern only the business of Tenant. Tenant shall maintain said signs in a good state of repair and save the Landlord harmless from any loss, cost or damage as a result of the erection, maintenance, existence or removal of the same and Tenant shall repair any damage which may have been caused by the erection, existence, maintenance or removal of such signs. Upon vacating the Premises, Tenant shall remove all such signs and repair all damage caused by such removal within five (5) days of said vacating or such work may be performed by Landlord at Tenant's sole expense. Said expenses shall be due and payable by Tenant on demand including interest at the highest rate permitted by law.

(h) Installing any exterior sign without Landlord's written approval constitutes a performance default, subject to remedies contained herein. Upon the expiration or earlier termination of this Lease, Tenant shall remove its signage from the Premises and promptly repair any damage caused by such removal.

# EXHIBIT "E"
# GUARANTY OF LEASE

THIS GUARANTY OF LEASE made this date of May 6, 2022 | 9:27 AM EDT, by **CHRISTOPHER COLLINS** (the "Guarantor"), to Landlord.

In consideration of and to induce the execution and delivery of this Lease, Guarantor hereby agrees as follows:

1. Guarantor unconditionally guarantees to Landlord the full and punctual payment of all rents and other sums payable by Tenant under the Lease, and the full and punctual performance and observance of all terms, covenants and conditions on the part of Tenant to be performed and observed under the Lease (collectively the "Tenant Obligations"), including renewal options, holdover periods and periods prior to the commencement date under the Lease. Guarantor further agrees to indemnify and hold Landlord harmless for any loss, liability, damage or expense (including reasonable attorney's fees) arising from the failure of Tenant to timely perform any of the Tenant Obligations and/or the enforcement of this Guaranty. Upon Tenant's default under the Lease and upon demand by Landlord, Guarantor shall pay or perform the Tenant Obligations so in default, as applicable, without offset, deduction or counterclaim.

2. This is a guaranty of payment and not of collection. Landlord shall not be required to pursue any remedies that it may have against Tenant or pursue any security deposit or other security or other parties as a condition to the enforcement of this Guaranty, it being intended that Guarantor's obligations under this Guaranty shall be independent of, and in addition to, the Tenant Obligations. It is understood and agreed that Guarantor may be joined in any action against Tenant and that recovery may be had against Guarantor in such action, or in any independent action against Guarantor. This Guaranty shall not in any way be affected or impaired by reason of Landlord asserting against Tenant any rights or remedies reserved to the Landlord pursuant to the Lease, or available at law or in equity, including any termination of the Lease or re-entry into the Premises.

3. Guarantor waives notice of any breach or default by Tenant under the Lease, notice of acceptance of this Guaranty, and all suretyship defenses generally. The foregoing provisions shall apply without limitation to Landlord's waiver of or failure to enforce any Tenant Obligations and/or Landlord's granting extensions of time of performance to Tenant.

4. This Guaranty shall be absolute and continuing. The obligations and liability of Guarantor shall not be discharged, released, affected or impaired by:

(a) Any change in the corporate existence, structure or ownership of Tenant, or any bankruptcy, insolvency, reorganization, liquidation, dissolution, winding up or other proceedings affecting Tenant, or the disaffirmance or rejection of the Lease in such proceedings, regardless of whether any or all of the foregoing is or are done or made with or without the consent of Guarantor or Landlord;

<u>or</u>

(b) Any modification, amendment or other alteration of the Lease; any renewal or extension of the Lease; any assignment of the Lease or any sublease; any release of any other party liable for the Tenant Obligations or any release of security held by Landlord for the performance of the Tenant Obligations; or any sublease of all or a portion of the Premises; and Guarantor consents to any and all of the foregoing;

<u>or</u>

(c) Any disability or other defense of Tenant, or the cessation from any other cause whatsoever of the liability of Tenant under the Lease.

The obligations and liability of Guarantor under this Guaranty shall continue in effect until all Tenant Obligations accruing during the term (including exercised renewal options and any holdover tenancy) of the Lease have been fully paid and satisfied. If at any time payment of any of the Tenant Obligations is rescinded or must be otherwise restored or returned upon the insolvency, bankruptcy or reorganization of the Tenant, the obligations of the

Guarantor with respect to such payment shall be reinstated at such time as though such payment had not been made.

5. Until all Tenant Obligations are fully paid and satisfied, Guarantor (a) shall have no right of subrogation against Tenant by reason of Guarantor's performance under this Guaranty or monies or obligations owed by Tenant to Guarantor, (b) waives any right to enforce any remedy which Guarantor now has or may hereafter have against Tenant by reason of Guarantor's performance under this Guaranty, and (c) subordinates any liability or indebtedness of Tenant now or hereafter held by or owed to Guarantor to the Tenant Obligations.

6. In the event that this Guaranty shall be held ineffective or unenforceable by any court of competent jurisdiction, Guarantor shall be deemed to be a tenant under the Lease with the same force and effect as if Guarantor were expressly named as a joint tenant with Tenant.

7. This Guaranty and the obligations of the Guarantor under this Guaranty shall not be modified, discharged, waived or terminated except by an agreement in writing signed by Guarantor and Landlord and approved by the beneficiary of the first deed of trust on the Premises.

8. This Guaranty shall bind Guarantor and the heirs, personal representatives, successors and assigns of Guarantor. This Guaranty may be freely assigned, transferred or hypothecated by Landlord and shall run in favor and inure to the benefit of Landlord, its successors and assigns, and each subsequent holder of Landlord's interest under the Lease. References to the term "Tenant" shall be deemed to include Tenant's heirs, personal representatives, successors and assigns.

9. This Guaranty shall be governed by and construed in accordance with the law of the state in which the Premises are located. Guarantor agrees to be subject to the jurisdiction of the courts of such state, to accept service of process in any action brought in such state, and Guarantor waives any objection to personal jurisdiction in such action. To the fullest extent permitted by law, Guarantor also waives all rights to a trial by jury in any action related to this Guaranty. If this Guaranty is enforced by suit or otherwise or if Landlord exercises any of its remedies under the Lease, Guarantor shall reimburse Landlord, upon demand, for all reasonable expenses incurred in connection therewith, including reasonable attorney's fees.

10. Notices to the Guarantor shall be sent by certified or registered mail to the address set forth in Section 1(n) of the Lease and shall be effective upon being deposited in the United States mail, postage prepaid. Alternatively, notices may be sent by Federal Express or other recognized delivery service and shall be effective upon delivery to the above address. Guarantor may change its address by giving written notice to Landlord in accordance with this provision.

11. Guarantor represents and warrants that he or she has the legal right and capacity to execute this Guaranty. Guarantor waives the benefit of Guarantor's homestead exemption.

WITNESS the following signature(s) and seal(s) as of the day and year first above written.

GUARANTOR:

DocuSigned by:

8347D560B2C14A7...

Christopher Collins
SSN: ***-**-5557

Dated: May 6, 2022 | 9:27 AM EDT

# EXHIBIT "F"
Intentionally Deleted

# EXHIBIT "G"
# CONSTRUCTION CRITERIA

1. Except for the work for which Landlord shall be responsible (Landlord's Work), all work required to finish the Premises and to put the Premises in condition to open for business with the public shall be the obligation of Tenant (Tenant's Work). Tenant's Work shall include, but shall not be limited to, the items set forth on Exhibit G-1 to the Lease.

2. Tenant shall, at its expense, have plans and specifications for, and a description of, Tenant's Work (Tenant's Plans) prepared by Tenant and shall submit them to Landlord for its review. Tenant's Plans shall conform in all respects with the plans for Landlord's Work, shall be in compliance with all applicable building codes and other laws and shall be otherwise satisfactory to Landlord. Landlord shall notify Tenant, in writing, of its approval or disapproval of Tenant's Plans within ten (10) business days of receipt by Landlord, and if Landlord disapproves Tenant's Plans, the reasons for the disapproval. The failure of Landlord to respond within such ten (10) business day period shall be deemed to be an approval of Tenant's Plans by Landlord. In the event that Landlord disapproves Tenant's Plans, Tenant shall promptly cause them to be revised and resubmitted to Landlord for its approval and Landlord shall promptly respond to Tenant once Tenant's Plans, as revised, have been submitted to Landlord for review. Once Tenant's Plans have been approved by Landlord, Tenant shall not revise or amend Tenant's Plans without Landlord's prior written consent. In the event Landlord is unable to deliver the Premises to Tenant by the Expected Delivery Date as a result of Tenant's failure to deliver to Landlord plans and specification required for Tenant's Work or for Landlord to complete Landlord's Work, or for any other hinderance caused by Tenant, the Commencement Date and Rent Commencement Date shall be calculated from the Expected Delivery Date and not the actual delivery of the Premises to Tenant by Landlord.

3. Tenant may commence Tenant's Work upon fulfillment of all of the following conditions:

a. Tenant's Plans have been approved by Landlord;

b. A building permit and all other permits or approvals required by any governmental authority to be issued prior to the commencement of Tenant's Work shall have been issued by the appropriate authority and copies of same forwarded to Landlord;

c. Tenant shall have provided, if necessary, satisfactory evidence that fire and casualty (including builder's risk), general liability and workmen's compensation insurance policies in amounts and in form and content satisfactory to Landlord have been issued and will be maintained throughout the course of the performance of Tenant's Work and that such certificates name Landlord and any other requested entities as additional insured;

d. Landlord shall have approved the contractor Tenant intends to use, the contract between Tenant and such contractor, and the source, method, and amount of the financing for Tenant's Work; and

e. Landlord has delivered possession of the Premises to Tenant (or has agreed to permit entry by Tenant and its contractors for the purpose of performing Tenant's Work).

4. Tenant shall cause Tenant's Work to be diligently prosecuted and to be performed in a good and workmanlike manner in conformance with Tenant's Plans and all applicable building codes and other laws. If Landlord permits Tenant to commence Tenant's Work prior to the completion of Landlord's Work, Landlord and Tenant shall work concurrently to have their respective work completed, it being understood, however, that Tenant's contractors shall not interfere with the work being performed by Landlord's contractors and that Landlord shall control access to the Premises. With regard to Tenant's construction, during the period of construction, Tenant shall keep the Premises and the area surrounding it in a clean and orderly condition free from construction debris. Landlord shall be responsible for cleaning with regard to its construction.

5. Tenant agrees to indemnify and hold Landlord harmless from and against any and all liability, costs and expenses (including attorney's fees) due to personal injury, death, or property damage arising out of or resulting from any act or omission on the part of Tenant, Tenant's contractor, or his or its subcontractors or employees in the prosecution of Tenant's Work.

6. During the course of the performance of Tenant's Work, Tenant shall keep the Premises and the property of which it is a part free of any mechanic's or materialmen's liens and if any such lien is filed and not

removed within twenty (20) days of its filing, Landlord may bond or pay the lien or claim for the account of Tenant without inquiring into the validity thereof. Tenant shall promptly upon demand reimburse Landlord for any amounts so expended for its account and its failure to do so shall be, at Landlord's option, a breach of the Lease. Within ten (10) business days of Landlord's request, Tenant shall submit to Landlord all final lien waivers from general contractors and subcontractors as well as a copy of the Certificate of Occupancy.

7. All terms used in this exhibit shall have the same meanings ascribed to them in the Lease. Tenant's possession of the Premises during the prosecution of Tenant's Work shall be subject to all of the terms and conditions of the Lease except for the payment of rent prior to the Rent Commencement Date. Any conflict between the terms of the Lease and the terms of this exhibit shall be governed by the terms of this exhibit.

DocuSign Envelope ID: 75D0AC56-9987-41A0-912D-1C7D1347884D



# EXHIBIT "G-1"
# TENANT'S WORK

Tenant will have the right to construct its business interior per Tenant's specification at its own cost and expense with Landlord's prior written approval; approval not to be unreasonably withheld. Prior to beginning work, Tenant shall submit to Landlord all plans, permits, certificates of insurance from contractors and general contractors naming Landlord and Wheeler Real Estate, LLC as additional insured. Tenant shall submit to Landlord all final lien waivers and certificate of occupancy (CO) upon completion of Tenant's Work.

# EXHIBIT "G-2"
# LANDLORD'S WORK

Tenant accepts the Premises in its present “as is” condition.

Occupant: Occupant: DAVIS KITCHEN & TILE, LLC From 6/1/2022 to 5/31/2027

| | | | |
|---|---|---|---|
| Master Occupant ID | | Balance Forward: | 0.00 |
| Address Id: | | Charges (Debit) | 257,063.83 |
| BldgId | WHLRPP | Receipts (Credit) | -106,586.23 |
| LeaseID | 004977 | Prepaid: | -31,870.84 |
| Income Category: | All | Net | 118,606.76 |
| Receipt Type Id | All | Security Deposit | 2,646.00 |
| Rcpt Descriptor | All | | |

| Cat | Date | BatchID | BldgId | Lease ID | Sr | Description | Charges (Debit) | Receipts (Credit | Rcpt | RcptDesc | Balance | Invc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRT | 6/1/2022 | 00158238 | WHLRPP | 004977 | CH | AUTOCHRG @T6/30/2022 @R | 3,655.89 | 0.00 | | | 3,655.89 | |
| CAM | 6/1/2022 | 00158238 | WHLRPP | 004977 | CH | AUTOCHRG @T6/30/2022 @R | 202.86 | 0.00 | | | 3,858.75 | |
| INS | 6/1/2022 | 00158238 | WHLRPP | 004977 | CH | AUTOCHRG @T6/30/2022 @R | 216.09 | 0.00 | | | 4,074.84 | |
| TAX | 6/1/2022 | 00158238 | WHLRPP | 004977 | CH | AUTOCHRG @T6/30/2022 @R | 145.53 | 0.00 | | | 4,220.37 | |
| BRT | 6/1/2022 | 00158245 | WHLRPP | 004977 | CR | Receipt | 0.00 | -3,655.89 | CHK | 35504 | 564.48 | |
| CAM | 6/1/2022 | 00158245 | WHLRPP | 004977 | CR | Receipt | 0.00 | -202.86 | CHK | 35504 | 361.62 | |
| TAX | 6/1/2022 | 00158245 | WHLRPP | 004977 | CR | Receipt | 0.00 | -145.53 | CHK | 35504 | 216.09 | |
| INS | 6/1/2022 | 00158245 | WHLRPP | 004977 | CR | Receipt | 0.00 | -216.09 | CHK | 35504 | 0.00 | |
| PPR | 6/1/2022 | 00158245 | WHLRPP | 004977 | CR | PREPAID BRT 7/22 OVERPAID | 0.00 | -0.43 | CHK | 35504 | -0.43 | |
| PPR | 6/1/2022 | 00158245 | WHLRPP | 004977 | CR | PREPAID BRT 7/22 | 0.00 | -3,655.89 | CHK | 35315 | -3,656.32 | |
| PCM | 6/1/2022 | 00158245 | WHLRPP | 004977 | CR | PREPAID CAM 7/22 | 0.00 | -202.50 | CHK | 35315 | -3,858.82 | |
| PIN | 6/1/2022 | 00158245 | WHLRPP | 004977 | CR | PREPAID INS 7/22 | 0.00 | -146.27 | CHK | 35315 | -4,005.09 | |
| PTX | 6/1/2022 | 00158245 | WHLRPP | 004977 | CR | PREPAID TAX 7/22 | 0.00 | -216.14 | CHK | 35315 | -4,221.23 | |
| PPR | 6/28/2022 | 00158682 | WHLRPP | 004977 | CR | PREPAID BRT 8/22 | 0.00 | -3,655.89 | CHK | 35550 | -7,877.12 | |
| PIN | 6/28/2022 | 00158682 | WHLRPP | 004977 | CR | PREPAID INS 8/22 | 0.00 | -216.09 | CHK | 35550 | -8,093.21 | |
| PTX | 6/28/2022 | 00158682 | WHLRPP | 004977 | CR | PREPAID TAX 8/22 | 0.00 | -145.53 | CHK | 35550 | -8,238.74 | |
| PCM | 6/28/2022 | 00158682 | WHLRPP | 004977 | CR | PREPAID CAM 8/22 | 0.00 | -202.86 | CHK | 35550 | -8,441.60 | |
| PPR | 6/28/2022 | 00158682 | WHLRPP | 004977 | CR | PREPAID BRT 8/22 OVERPAID | 0.00 | -0.43 | CHK | 35550 | -8,442.03 | |
| BRT | 7/1/2022 | 00158486 | WHLRPP | 004977 | CH | AUTOCHRG @T7/31/2022 | 3,655.89 | 0.00 | | | -4,786.14 | |
| CAM | 7/1/2022 | 00158486 | WHLRPP | 004977 | CH | AUTOCHRG @T7/31/2022 | 202.86 | 0.00 | | | -4,583.28 | |
| INS | 7/1/2022 | 00158486 | WHLRPP | 004977 | CH | AUTOCHRG @T7/31/2022 | 216.09 | 0.00 | | | -4,367.19 | |
| TAX | 7/1/2022 | 00158486 | WHLRPP | 004977 | CH | AUTOCHRG @T7/31/2022 | 145.53 | 0.00 | | | -4,221.66 | |
| PCM | 7/1/2022 | 00158960 | WHLRPP | 004977 | PR | CreditApply | 202.50 | 0.00 | | 35315 | -4,019.16 | |
| PIN | 7/1/2022 | 00158960 | WHLRPP | 004977 | PR | CreditApply | 146.27 | 0.00 | | 35315 | -3,872.89 | |
| PPR | 7/1/2022 | 00158960 | WHLRPP | 004977 | PR | CreditApply | 3,655.89 | 0.00 | | 35315 | -217.00 | |
| PTX | 7/1/2022 | 00158960 | WHLRPP | 004977 | PR | CreditApply | 145.53 | 0.00 | | 35315 | -71.47 | |
| PIN | 7/1/2022 | 00158960 | WHLRPP | 004977 | PR | CreditApply | 69.82 | 0.00 | | 35550 | -1.65 | |
| CAM | 7/1/2022 | 00158960 | WHLRPP | 004977 | CR | CreditApply | 0.00 | -202.50 | APL | 35315 | -204.15 | |
| INS | 7/1/2022 | 00158960 | WHLRPP | 004977 | CR | CreditApply | 0.00 | -146.27 | APL | 35315 | -350.42 | |
| BRT | 7/1/2022 | 00158960 | WHLRPP | 004977 | CR | CreditApply | 0.00 | -3,655.89 | APL | 35315 | -4,006.31 | |
| TAX | 7/1/2022 | 00158960 | WHLRPP | 004977 | CR | CreditApply | 0.00 | -145.53 | APL | 35315 | -4,151.84 | |
| INS | 7/1/2022 | 00158960 | WHLRPP | 004977 | CR | CreditApply | 0.00 | -69.82 | APL | 35550 | -4,221.66 | |
| PCM | 7/1/2022 | 00159748 | WHLRPP | 004977 | PR | CreditApply | 202.86 | 0.00 | | 35550 | -4,018.80 | |
| PIN | 7/1/2022 | 00159748 | WHLRPP | 004977 | PR | CreditApply | 146.27 | 0.00 | | 35550 | -3,872.53 | |
| PPR | 7/1/2022 | 00159748 | WHLRPP | 004977 | PR | CreditApply | 3,655.89 | 0.00 | | 35550 | -216.64 | |
| PTX | 7/1/2022 | 00159748 | WHLRPP | 004977 | PR | CreditApply | 145.53 | 0.00 | | 35550 | -71.11 | |
| CAM | 7/1/2022 | 00159748 | WHLRPP | 004977 | CR | CreditApply | 0.00 | -202.86 | APL | 35550 | -273.97 | |
| BRT | 7/1/2022 | 00159748 | WHLRPP | 004977 | CR | CreditApply | 0.00 | -3,655.89 | APL | 35550 | -3,929.86 | |
| TAX | 7/1/2022 | 00159748 | WHLRPP | 004977 | CR | CreditApply | 0.00 | -145.53 | APL | 35550 | -4,075.39 | |
| INS | 7/1/2022 | 00159748 | WHLRPP | 004977 | CR | CreditApply | 0.00 | -146.27 | APL | 35550 | -4,221.66 | |
| PPR | 7/29/2022 | 00159747 | WHLRPP | 004977 | CR | PREPAID BRT 9/22 | 0.00 | -3,655.89 | CHK | 35586 | -7,877.55 | |
| PCM | 7/29/2022 | 00159747 | WHLRPP | 004977 | CR | PREPAID CAM 9/22 | 0.00 | -202.86 | CHK | 35586 | -8,080.41 | |
| PTX | 7/29/2022 | 00159747 | WHLRPP | 004977 | CR | PREPAID TAX 9/22 | 0.00 | -145.53 | CHK | 35586 | -8,225.94 | |
| PIN | 7/29/2022 | 00159747 | WHLRPP | 004977 | CR | PREPAID INS 9/22 | 0.00 | -216.52 | CHK | 35586 | -8,442.46 | |
| BRT | 8/1/2022 | 00159513 | WHLRPP | 004977 | CH | AUTOCHRG @T8/31/2022 | 3,655.89 | 0.00 | | | -4,786.57 | |
| CAM | 8/1/2022 | 00159513 | WHLRPP | 004977 | CH | AUTOCHRG @T8/31/2022 | 202.86 | 0.00 | | | -4,583.71 | |
| INS | 8/1/2022 | 00159513 | WHLRPP | 004977 | CH | AUTOCHRG @T8/31/2022 | 216.09 | 0.00 | | | -4,367.62 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TAX | 8/1/2022 | 00159513 | WHLRPP | 004977 | CH AUTOCHRG @T8/31/2022 | 145.53 | 0.00 | | | -4,222.09 |
| PCM | 8/1/2022 | 00160681 | WHLRPP | 004977 | PR CreditApply | 202.86 | 0.00 | | 35586 | -4,019.23 |
| PIN | 8/1/2022 | 00160681 | WHLRPP | 004977 | PR CreditApply | 216.09 | 0.00 | | 35586 | -3,803.14 |
| PPR | 8/1/2022 | 00160681 | WHLRPP | 004977 | PR CreditApply | 3,655.89 | 0.00 | | 35586 | -147.25 |
| PTX | 8/1/2022 | 00160681 | WHLRPP | 004977 | PR CreditApply | 145.53 | 0.00 | | 35586 | -1.72 |
| CAM | 8/1/2022 | 00160681 | WHLRPP | 004977 | CR CreditApply | 0.00 | -202.86 | APL | 35586 | -204.58 |
| INS | 8/1/2022 | 00160681 | WHLRPP | 004977 | CR CreditApply | 0.00 | -216.09 | APL | 35586 | -420.67 |
| BRT | 8/1/2022 | 00160681 | WHLRPP | 004977 | CR CreditApply | 0.00 | -3,655.89 | APL | 35586 | -4,076.56 |
| TAX | 8/1/2022 | 00160681 | WHLRPP | 004977 | CR CreditApply | 0.00 | -145.53 | APL | 35586 | -4,222.09 |
| INS | 8/1/2022 | 00160681 | WHLRPP | 004977 | CR Receipt | 0.00 | -69.82 | CHK | 35315B | -4,291.91 |
| PPR | 8/1/2022 | 00160681 | WHLRPP | 004977 | CR PREPAID BRT 7/22 | 0.00 | -0.79 | CHK | 35315B | -4,292.70 |
| PTX | 8/1/2022 | 00160681 | WHLRPP | 004977 | PR | 70.61 | 0.00 | CHK | 35315 | -4,222.09 |
| PPR | 8/30/2022 | 00160680 | WHLRPP | 004977 | CR PREPAID BRT 10/22 | 0.00 | -3,655.89 | CHK | 35626 | -7,877.98 |
| PIN | 8/30/2022 | 00160680 | WHLRPP | 004977 | CR PREPAID INS 10/22 | 0.00 | -216.09 | CHK | 35626 | -8,094.07 |
| PTX | 8/30/2022 | 00160680 | WHLRPP | 004977 | CR PREPAID TAX 10/22 | 0.00 | -145.53 | CHK | 35626 | -8,239.60 |
| PCM | 8/30/2022 | 00160680 | WHLRPP | 004977 | CR PREPAID CAM 10/22 | 0.00 | -202.86 | CHK | 35626 | -8,442.46 |
| PPR | 8/30/2022 | 00160680 | WHLRPP | 004977 | CR PREPAID BRT 10/22 OVERPAID | 0.00 | -0.43 | CHK | 35626 | -8,442.89 |
| BRT | 9/1/2022 | 00160504 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2022 | 3,655.89 | 0.00 | | | -4,787.00 |
| CAM | 9/1/2022 | 00160504 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2022 | 202.86 | 0.00 | | | -4,584.14 |
| INS | 9/1/2022 | 00160504 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2022 | 216.09 | 0.00 | | | -4,368.05 |
| TAX | 9/1/2022 | 00160504 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2022 | 145.53 | 0.00 | | | -4,222.52 |
| BRT | 10/1/2022 | 00161394 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2022 | 3,655.89 | 0.00 | | | -566.63 |
| CAM | 10/1/2022 | 00161394 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2022 | 202.86 | 0.00 | | | -363.77 |
| INS | 10/1/2022 | 00161394 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2022 | 216.09 | 0.00 | | | -147.68 |
| TAX | 10/1/2022 | 00161394 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2022 | 145.53 | 0.00 | | | -2.15 |
| PPR | 10/3/2022 | 00161891 | WHLRPP | 004977 | CR PREPAID BRT 11/22 | 0.00 | -3,655.89 | CHK | 35670 | -3,658.04 |
| PTX | 10/3/2022 | 00161891 | WHLRPP | 004977 | CR PREPAID TAX 11/22 | 0.00 | -145.53 | CHK | 35670 | -3,803.57 |
| PIN | 10/3/2022 | 00161891 | WHLRPP | 004977 | CR PREPAID INS 11/22 | 0.00 | -216.09 | CHK | 35670 | -4,019.66 |
| PCM | 10/3/2022 | 00161891 | WHLRPP | 004977 | CR PREPAID CAM 11/22 | 0.00 | -203.29 | CHK | 35670 | -4,222.95 |
| PCM | 10/3/2022 | 00161891 | WHLRPP | 004977 | PR CreditApply | 202.86 | 0.00 | | 35626 | -4,020.09 |
| PIN | 10/3/2022 | 00161891 | WHLRPP | 004977 | PR CreditApply | 216.09 | 0.00 | | 35626 | -3,804.00 |
| PPR | 10/3/2022 | 00161891 | WHLRPP | 004977 | PR CreditApply | 3,655.89 | 0.00 | | 35626 | -148.11 |
| PTX | 10/3/2022 | 00161891 | WHLRPP | 004977 | PR CreditApply | 145.53 | 0.00 | | 35626 | -2.58 |
| CAM | 10/3/2022 | 00161891 | WHLRPP | 004977 | CR CreditApply | 0.00 | -202.86 | APL | 35626 | -205.44 |
| INS | 10/3/2022 | 00161891 | WHLRPP | 004977 | CR CreditApply | 0.00 | -216.09 | APL | 35626 | -421.53 |
| BRT | 10/3/2022 | 00161891 | WHLRPP | 004977 | CR CreditApply | 0.00 | -3,655.89 | APL | 35626 | -4,077.42 |
| TAX | 10/3/2022 | 00161891 | WHLRPP | 004977 | CR CreditApply | 0.00 | -145.53 | APL | 35626 | -4,222.95 |
| BRT | 11/1/2022 | 00162390 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2022 | 3,655.89 | 0.00 | | | -567.06 |
| CAM | 11/1/2022 | 00162390 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2022 | 202.86 | 0.00 | | | -364.20 |
| INS | 11/1/2022 | 00162390 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2022 | 216.09 | 0.00 | | | -148.11 |
| TAX | 11/1/2022 | 00162390 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2022 | 145.53 | 0.00 | | | -2.58 |
| PCM | 11/1/2022 | 00163483 | WHLRPP | 004977 | PR CreditApply | 202.86 | 0.00 | | 35730 | 200.28 |
| PIN | 11/1/2022 | 00163483 | WHLRPP | 004977 | PR CreditApply | 216.09 | 0.00 | | 35730 | 416.37 |
| PPR | 11/1/2022 | 00163483 | WHLRPP | 004977 | PR CreditApply | 3,655.89 | 0.00 | | 35730 | 4,072.26 |
| PTX | 11/1/2022 | 00163483 | WHLRPP | 004977 | PR CreditApply | 145.53 | 0.00 | | 35730 | 4,217.79 |
| BRT | 11/1/2022 | 00163483 | WHLRPP | 004977 | CR CreditApply | 0.00 | -3,655.89 | APL | 35730 | 561.90 |
| CAM | 11/1/2022 | 00163483 | WHLRPP | 004977 | CR CreditApply | 0.00 | -202.86 | APL | 35730 | 359.04 |
| INS | 11/1/2022 | 00163483 | WHLRPP | 004977 | CR CreditApply | 0.00 | -216.09 | APL | 35730 | 142.95 |
| TAX | 11/1/2022 | 00163483 | WHLRPP | 004977 | CR CreditApply | 0.00 | -145.53 | APL | 35730 | -2.58 |
| PPR | 11/5/2022 | 00163058 | WHLRPP | 004977 | CR PREPAID BRT 12/22 | 0.00 | -3,655.89 | CHK | 35730 | -3,658.47 |
| PIN | 11/5/2022 | 00163058 | WHLRPP | 004977 | CR PREPAID INS 12/22 | 0.00 | -216.09 | CHK | 35730 | -3,874.56 |
| PTX | 11/5/2022 | 00163058 | WHLRPP | 004977 | CR PREPAID TAX 12/22 | 0.00 | -145.53 | CHK | 35730 | -4,020.09 |
| PCM | 11/5/2022 | 00163058 | WHLRPP | 004977 | CR PREPAID CAM 12/22 | 0.00 | -202.86 | CHK | 35730 | -4,222.95 |
| PPR | 11/5/2022 | 00163058 | WHLRPP | 004977 | CR PREPAID BRT 12/22 OVERPAID | 0.00 | -0.43 | CHK | 35730 | -4,223.38 |
| PCM | 11/5/2022 | 00163058 | WHLRPP | 004977 | PR CreditApply | 203.22 | 0.00 | | 35670 | -4,020.16 |
| PIN | 11/5/2022 | 00163058 | WHLRPP | 004977 | PR CreditApply | 216.09 | 0.00 | | 35670 | -3,804.07 |
| PPR | 11/5/2022 | 00163058 | WHLRPP | 004977 | PR CreditApply | 3,655.89 | 0.00 | | 35670 | -148.18 |
| PTX | 11/5/2022 | 00163058 | WHLRPP | 004977 | PR CreditApply | 145.53 | 0.00 | | 35670 | -2.65 |
| CAM | 11/5/2022 | 00163058 | WHLRPP | 004977 | CR CreditApply | 0.00 | -202.86 | APL | 35670 | -205.51 |
| INS | 11/5/2022 | 00163058 | WHLRPP | 004977 | CR CreditApply | 0.00 | -216.09 | APL | 35670 | -421.60 |
| BRT | 11/5/2022 | 00163058 | WHLRPP | 004977 | CR CreditApply | 0.00 | -3,655.89 | APL | 35670 | -4,077.49 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TAX | 11/5/2022 | 00163058 | WHLRPP | 004977 | CR CreditApply | 0.00 | -145.53 | APL 35670 | -4,223.02 |
| CAM | 11/5/2022 | 00163058 | WHLRPP | 004977 | CR CreditApply | 0.00 | -0.36 | APL 35670 | -4,223.38 |
| CPY | 11/9/2022 | 00163160 | WHLRPP | 004977 | NC 21 CAM REC | 0.00 | -2,144.24 | | -6,367.62 |
| IPY | 11/9/2022 | 00163160 | WHLR[illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | -6,938.01 |
| TPY | 11/9/2022 | 00163160 | WHLRPP | 004977 | NC 21 TAX REC | 0.00 | -250.56 | | -7,188.57 |
| PPR | 11/26/2022 | 00163482 | WHLRPP | 004977 | CR PREPAID BRT 1/23 | 0.00 | -3,655.89 | CHK 35783 | -10,844.46 |
| PTX | 11/26/2022 | 00163482 | WHLRPP | 004977 | CR PREPAID TAX 1/23 | 0.00 | -145.53 | CHK 35783 | -10,989.99 |
| PIN | 11/26/2022 | 00163482 | WHLRPP | 004977 | CR PREPAID INS 1/23 | 0.00 | -216.09 | CHK 35783 | -11,206.08 |
| PCM | 11/26/2022 | 00163482 | WHLRPP | 004977 | CR PREPAID CAM 1/23 | 0.00 | -203.29 | CHK 35783 | -11,409.37 |
| BRT | 12/1/2022 | 00163237 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2022 | 3,655.89 | 0.00 | | -7,753.48 |
| CAM | 12/1/2022 | 00163237 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2022 | 202.86 | 0.00 | | -7,550.62 |
| INS | 12/1/2022 | 00163237 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2022 | 216.09 | 0.00 | | -7,334.53 |
| TAX | 12/1/2022 | 00163237 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2022 | 145.53 | 0.00 | | -7,189.00 |
| BRT | 1/1/2023 | 00164523 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2023 | 3,655.89 | 0.00 | | -3,533.11 |
| CAM | 1/1/2023 | 00164523 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2023 | 202.86 | 0.00 | | -3,330.25 |
| INS | 1/1/2023 | 00164523 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2023 | 216.09 | 0.00 | | -3,114.16 |
| TAX | 1/1/2023 | 00164523 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2023 | 145.53 | 0.00 | | -2,968.63 |
| BRT | 1/3/2023 | 00165280 | WHLRPP | 004977 | CR Receipt | 0.00 | -3,655.89 | CHK 35844 | -6,624.52 |
| CAM | 1/3/2023 | 00165280 | WHLRPP | 004977 | CR Receipt | 0.00 | -202.86 | CHK 35844 | -6,827.38 |
| TAX | 1/3/2023 | 00165280 | WHLRPP | 004977 | CR Receipt | 0.00 | -145.53 | CHK 35844 | -6,972.91 |
| INS | 1/3/2023 | 00165280 | WHLRPP | 004977 | CR Receipt | 0.00 | -216.09 | CHK 35844 | -7,189.00 |
| PPR | 1/3/2023 | 00165280 | WHLRPP | 004977 | CR PREPAID BRT 2/23 OVERPAID | 0.00 | -0.43 | CHK 35844 | -7,189.43 |
| BRT | 2/1/2023 | 00165781 | WHLRPP | 004977 | CH AUTOCHRG @T2/28/2023 | 3,655.89 | 0.00 | | -3,533.54 |
| CAM | 2/1/2023 | 00165781 | WHLRPP | 004977 | CH AUTOCHRG @T2/28/2023 | 202.86 | 0.00 | | -3,330.68 |
| INS | 2/1/2023 | 00165781 | WHLRPP | 004977 | CH AUTOCHRG @T2/28/2023 | 216.09 | 0.00 | | -3,114.59 |
| TAX | 2/1/2023 | 00165781 | WHLRPP | 004977 | CH AUTOCHRG @T2/28/2023 | 145.53 | 0.00 | | -2,969.06 |
| BRT | 2/2/2023 | 00166580 | WHLRPP | 004977 | CR Receipt | 0.00 | -3,655.89 | CHK 1029 | -6,624.95 |
| CAM | 2/2/2023 | 00166580 | WHLRPP | 004977 | CR Receipt | 0.00 | -202.86 | CHK 1029 | -6,827.81 |
| TAX | 2/2/2023 | 00166580 | WHLRPP | 004977 | CR Receipt | 0.00 | -145.53 | CHK 1029 | -6,973.34 |
| INS | 2/2/2023 | 00166580 | WHLRPP | 004977 | CR Receipt | 0.00 | -216.09 | CHK 1029 | -7,189.43 |
| PPR | 2/2/2023 | 00166580 | WHLRPP | 004977 | CR PREPAID 03/23 OVER PYMT | 0.00 | -0.43 | CHK 1029 | -7,189.86 |
| BRT | 3/1/2023 | 00167326 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2023 | 3,655.89 | 0.00 | | -3,533.97 |
| CAM | 3/1/2023 | 00167326 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2023 | 202.86 | 0.00 | | -3,331.11 |
| INS | 3/1/2023 | 00167326 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2023 | 216.09 | 0.00 | | -3,115.02 |
| TAX | 3/1/2023 | 00167326 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2023 | 145.53 | 0.00 | | -2,969.49 |
| PCM | 3/4/2023 | 00168104 | WHLRPP | 004977 | PR CreditApply | 202.86 | 0.00 | 35783 | -2,766.63 |
| PIN | 3/4/2023 | 00168104 | WHLRPP | 004977 | PR CreditApply | 216.09 | 0.00 | 35783 | -2,550.54 |
| PPR | 3/4/2023 | 00168104 | WHLRPP | 004977 | PR CreditApply | 3,655.89 | 0.00 | 35783 | 1,105.35 |
| PTX | 3/4/2023 | 00168104 | WHLRPP | 004977 | PR CreditApply | 145.53 | 0.00 | 35783 | 1,250.88 |
| BRT | 3/4/2023 | 00168104 | WHLRPP | 004977 | CR CreditApply | 0.00 | -3,655.89 | APL 35783 | -2,405.01 |
| CAM | 3/4/2023 | 00168104 | WHLRPP | 004977 | CR CreditApply | 0.00 | -202.86 | APL 35783 | -2,607.87 |
| TAX | 3/4/2023 | 00168104 | WHLRPP | 004977 | CR CreditApply | 0.00 | -145.53 | APL 35783 | -2,753.40 |
| INS | 3/4/2023 | 00168104 | WHLRPP | 004977 | CR CreditApply | 0.00 | -216.09 | APL 35783 | -2,969.49 |
| PPR | 3/4/2023 | 00168104 | WHLRPP | 004977 | CR PREPAID BRT 03/23 OVER PYMT | 0.00 | -720.80 | CHK 1084 | -3,690.29 |
| PPR | 3/28/2023 | 00168760 | WHLRPP | 004977 | CR 4/23 PREPAID | 0.00 | -112.06 | CHK 1117 | -3,802.35 |
| BRT | 4/1/2023 | 00168587 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2023 | 3,655.89 | 0.00 | | -146.46 |
| CAM | 4/1/2023 | 00168587 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2023 | 202.86 | 0.00 | | 56.40 |
| INS | 4/1/2023 | 00168587 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2023 | 216.09 | 0.00 | | 272.49 |
| TAX | 4/1/2023 | 00168587 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2023 | 145.53 | 0.00 | | 418.02 |
| LAT | 4/26/2023 | 00170118 | WHLRPP | 004977 | CH LATE FEE | 422.04 | 0.00 | | 840.06 |
| BRT | 5/1/2023 | 00169970 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2023 | 3,655.89 | 0.00 | | 4,495.95 |
| CAM | 5/1/2023 | 00169970 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2023 | 202.86 | 0.00 | | 4,698.81 |
| INS | 5/1/2023 | 00169970 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2023 | 216.09 | 0.00 | | 4,914.90 |
| TAX | 5/1/2023 | 00169970 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2023 | 145.53 | 0.00 | | 5,060.43 |
| BRT | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR Receipt | 0.00 | -530.51 | CHK 1170 | 4,529.92 |
| PPR | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | 0.43 | 0.00 | 35504 | 4,530.35 |
| PPR | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | 0.43 | 0.00 | 35550 | 4,530.78 |
| PIN | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | 0.43 | 0.00 | 35586 | 4,531.21 |
| PPR | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | 0.79 | 0.00 | 35315B | 4,532.00 |
| PPR | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | 0.43 | 0.00 | 35626 | 4,532.43 |
| PCM | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | 0.07 | 0.00 | 35670 | 4,532.50 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PPR | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | 0.43 | 0.00 | 35730 | 4,532.93 |
| CPY | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | 2,144.24 | 0.00 | | 6,677.17 |
| IPY | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | 570.39 | 0.00 | | 7,247.56 |
| TPY | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | [illegible] | [illegible] | | 7,498.12 |
| PCM | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | 0.43 | 0.00 | 35783 | 7,498.55 |
| PPR | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | 0.43 | 0.00 | 35844 | 7,498.98 |
| PPR | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | 0.43 | 0.00 | 1029 | 7,499.41 |
| PPR | 5/4/2023 | 00170950 | WHLRPP | 004977 | PR CreditApply | 720.37 | 0.00 | 1084 | 8,219.78 |
| BRT | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -0.43 | APL 35504 | 8,219.35 |
| BRT | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -0.43 | APL 35550 | 8,218.92 |
| INS | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -0.43 | APL 35586 | 8,218.49 |
| BRT | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -0.79 | APL 35315B | 8,217.70 |
| CAM | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -0.07 | APL 35670 | 8,217.63 |
| BRT | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -0.43 | APL 35626 | 8,217.20 |
| BRT | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -0.43 | APL 35730 | 8,216.77 |
| BRT | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -2,144.24 | APL | 6,072.53 |
| BRT | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -570.39 | APL | 5,502.14 |
| BRT | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -250.56 | APL | 5,251.58 |
| CAM | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -0.43 | APL 35783 | 5,251.15 |
| BRT | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -0.43 | APL 35844 | 5,250.72 |
| BRT | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -0.43 | APL 1029 | 5,250.29 |
| BRT | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -156.82 | APL 1084 | 5,093.47 |
| CAM | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -202.36 | APL 1084 | 4,891.11 |
| TAX | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -145.53 | APL 1084 | 4,745.58 |
| INS | 5/4/2023 | 00170950 | WHLRPP | 004977 | CR CreditApply | 0.00 | -215.66 | APL 1084 | 4,529.92 |
| CPY | 5/8/2023 | 00170971 | WHLRPP | 004977 | NC 2022 CAM REC | 0.00 | -663.03 | | 3,866.89 |
| IPY | 5/8/2023 | 00170971 | WHLRPP | 004977 | CH 2022 INS REC | 506.33 | 0.00 | | 4,373.22 |
| TPY | 5/8/2023 | 00170971 | WHLRPP | 004977 | CH 2022 TAX REC | 644.06 | 0.00 | | 5,017.28 |
| BRT | 6/1/2023 | 00171370 | WHLRPP | 004977 | CH AUTOCHRG @T6/30/2023 | 3,655.89 | 0.00 | | 8,673.17 |
| CAM | 6/1/2023 | 00171370 | WHLRPP | 004977 | CH AUTOCHRG @T6/30/2023 @R | 130.20 | 0.00 | | 8,803.37 |
| INS | 6/1/2023 | 00171370 | WHLRPP | 004977 | NC AUTOCRDT @T6/30/2023 @R | 0.00 | -621.39 | | 8,181.98 |
| TAX | 6/1/2023 | 00171370 | WHLRPP | 004977 | CH AUTOCHRG @T6/30/2023 @R | 491.49 | 0.00 | | 8,673.47 |
| BRT | 6/12/2023 | 00172496 | WHLRPP | 004977 | CR Receipt | 0.00 | -3,655.89 | CHK 1235 | 5,017.58 |
| CAM | 6/12/2023 | 00172496 | WHLRPP | 004977 | CR Receipt | 0.00 | -202.86 | CHK 1235 | 4,814.72 |
| TAX | 6/12/2023 | 00172496 | WHLRPP | 004977 | CR Receipt | 0.00 | -145.53 | CHK 1235 | 4,669.19 |
| INS | 6/12/2023 | 00172496 | WHLRPP | 004977 | CR Receipt | 0.00 | -216.09 | CHK 1235 | 4,453.10 |
| LAT | 6/26/2023 | 00172784 | WHLRPP | 004977 | CH LATE FEE | 427.76 | 0.00 | | 4,880.86 |
| BRT | 7/1/2023 | 00172730 | WHLRPP | 004977 | CH AUTOCHRG @T7/31/2023 | 3,655.89 | 0.00 | | 8,536.75 |
| CAM | 7/1/2023 | 00172730 | WHLRPP | 004977 | CH AUTOCHRG @T7/31/2023 | 190.75 | 0.00 | | 8,727.50 |
| INS | 7/1/2023 | 00172730 | WHLRPP | 004977 | CH AUTOCHRG @T7/31/2023 | 76.51 | 0.00 | | 8,804.01 |
| TAX | 7/1/2023 | 00172730 | WHLRPP | 004977 | CH AUTOCHRG @T7/31/2023 | 203.19 | 0.00 | | 9,007.20 |
| BRT | 7/3/2023 | 00173338 | WHLRPP | 004977 | CR Receipt | 0.00 | -3,655.89 | CHK 1264 | 5,351.31 |
| CAM | 7/3/2023 | 00173338 | WHLRPP | 004977 | CR Receipt | 0.00 | -190.75 | CHK 1264 | 5,160.56 |
| TAX | 7/3/2023 | 00173338 | WHLRPP | 004977 | CR Receipt | 0.00 | -203.19 | CHK 1264 | 4,957.37 |
| INS | 7/3/2023 | 00173338 | WHLRPP | 004977 | CR Receipt | 0.00 | -76.51 | CHK 1264 | 4,880.86 |
| PPR | 7/31/2023 | 00174488 | WHLRPP | 004977 | PR CreditApply | 0.43 | 0.00 | 1084 | 4,881.29 |
| PPR | 7/31/2023 | 00174488 | WHLRPP | 004977 | PR CreditApply | 56.78 | 0.00 | 1117 | 4,938.07 |
| BRT | 7/31/2023 | 00174488 | WHLRPP | 004977 | CR Receipt | 0.00 | -3,655.89 | CHK 1302 | 1,282.18 |
| CAM | 7/31/2023 | 00174488 | WHLRPP | 004977 | CR Receipt | 0.00 | -72.99 | CHK 1302 | 1,209.19 |
| TAX | 7/31/2023 | 00174488 | WHLRPP | 004977 | CR Receipt | 0.00 | -491.49 | CHK 1302 | 717.70 |
| CAM | 7/31/2023 | 00174488 | WHLRPP | 004977 | CR CreditApply | 0.00 | -0.43 | CHK 1084 | 717.27 |
| CAM | 7/31/2023 | 00174488 | WHLRPP | 004977 | CR CreditApply | 0.00 | -56.78 | CHK 1117 | 660.49 |
| BRT | 8/1/2023 | 00174033 | WHLRPP | 004977 | CH AUTOCHRG @T8/31/2023 | 3,655.89 | 0.00 | | 4,316.38 |
| CAM | 8/1/2023 | 00174033 | WHLRPP | 004977 | CH AUTOCHRG @T8/31/2023 | 190.75 | 0.00 | | 4,507.13 |
| INS | 8/1/2023 | 00174033 | WHLRPP | 004977 | CH AUTOCHRG @T8/31/2023 | 76.51 | 0.00 | | 4,583.64 |
| TAX | 8/1/2023 | 00174033 | WHLRPP | 004977 | CH AUTOCHRG @T8/31/2023 | 203.19 | 0.00 | | 4,786.83 |
| BRT | 9/1/2023 | 00175334 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2023 | 3,655.89 | 0.00 | | 8,442.72 |
| CAM | 9/1/2023 | 00175334 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2023 | 190.75 | 0.00 | | 8,633.47 |
| INS | 9/1/2023 | 00175334 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2023 | 76.51 | 0.00 | | 8,709.98 |
| TAX | 9/1/2023 | 00175334 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2023 | 203.19 | 0.00 | | 8,913.17 |
| INS | 9/1/2023 | 00176550 | WHLRPP | 004977 | PR CreditApply | 38.55 | 0.00 | | 8,951.72 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| INS | 9/1/2023 | 00176550 | WHLRPP | 004977 | CR CreditApply | 0.00 | -38.55 | APL | | 8,913.17 |
| PPR | 9/5/2023 | 00176151 | WHLRPP | 004977 | PR CreditApply | 55.28 | 0.00 | | 1117 | 8,968.45 |
| CPY | 9/5/2023 | 00176151 | WHLRPP | 004977 | PR CreditApply | 381.50 | 0.00 | | | 9,349.95 |
| INS | 9/5/2023 | 00176151 | WHLRPP | [illegible] | PR CreditApply | [illegible] | [illegible] | | | 9,932.79 |
| BRT | 9/5/2023 | 00176151 | WHLRPP | 004977 | CR Receipt | 0.00 | -3,600.61 | CHK | 1345 | 6,332.18 |
| TAX | 9/5/2023 | 00176151 | WHLRPP | 004977 | CR Receipt | 0.00 | -203.19 | CHK | 1345 | 6,128.99 |
| PPR | 9/5/2023 | 00176151 | WHLRPP | 004977 | CR PREPAID RENT10/23 | 0.00 | -983.03 | CHK | 1345 | 5,145.96 |
| IPY | 9/5/2023 | 00176151 | WHLRPP | 004977 | CR CreditApply | 0.00 | -506.33 | CHK | | 4,639.63 |
| INS | 9/5/2023 | 00176151 | WHLRPP | 004977 | CR CreditApply | 0.00 | -76.51 | CHK | | 4,563.12 |
| CAM | 9/5/2023 | 00176151 | WHLRPP | 004977 | CR CreditApply | 0.00 | -190.75 | CHK | | 4,372.37 |
| CAM | 9/5/2023 | 00176151 | WHLRPP | 004977 | CR CreditApply | 0.00 | -190.75 | CHK | | 4,181.62 |
| BRT | 9/5/2023 | 00176151 | WHLRPP | 004977 | CR CreditApply | 0.00 | -55.28 | CHK | 1117 | 4,126.34 |
| LAT | 9/20/2023 | 00176571 | WHLRPP | 004977 | CH LATE FEE | 389.70 | 0.00 | | | 4,516.04 |
| BRT | 9/28/2023 | 00176899 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -3,655.89 | EFT | 6762792 | 860.15 |
| INS | 9/28/2023 | 00176899 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -37.96 | EFT | 6762793 | 822.19 |
| TAX | 9/28/2023 | 00176899 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -203.19 | EFT | 6762794 | 619.00 |
| TPY | 9/28/2023 | 00176899 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -229.30 | EFT | 6762795 | 389.70 |
| BRT | 10/1/2023 | 00176462 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2023 | 3,655.89 | 0.00 | | | 4,045.59 |
| CAM | 10/1/2023 | 00176462 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2023 | 190.75 | 0.00 | | | 4,236.34 |
| INS | 10/1/2023 | 00176462 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2023 | 76.51 | 0.00 | | | 4,312.85 |
| TAX | 10/1/2023 | 00176462 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2023 | 203.19 | 0.00 | | | 4,516.04 |
| CPY | 10/1/2023 | 00177608 | WHLRPP | 004977 | PR CreditApply | 190.75 | 0.00 | | | 4,706.79 |
| PPR | 10/1/2023 | 00177608 | WHLRPP | 004977 | PR CreditApply | 983.03 | 0.00 | | 1345 | 5,689.82 |
| CAM | 10/1/2023 | 00177608 | WHLRPP | 004977 | CR CreditApply | 0.00 | -190.75 | APL | | 5,499.07 |
| BRT | 10/1/2023 | 00177608 | WHLRPP | 004977 | CR CreditApply | 0.00 | -983.03 | APL | 1345 | 4,516.04 |
| BRT | 11/1/2023 | 00177924 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2023 | 3,655.89 | 0.00 | | | 8,171.93 |
| CAM | 11/1/2023 | 00177924 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2023 | 190.75 | 0.00 | | | 8,362.68 |
| INS | 11/1/2023 | 00177924 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2023 | 76.51 | 0.00 | | | 8,439.19 |
| TAX | 11/1/2023 | 00177924 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2023 | 203.19 | 0.00 | | | 8,642.38 |
| BRT | 11/3/2023 | 00178711 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -2,672.86 | EFT | 8051685 | 5,969.52 |
| CAM | 11/3/2023 | 00178711 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -190.75 | EFT | 8051686 | 5,778.77 |
| INS | 11/3/2023 | 00178711 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -76.51 | EFT | 8051727 | 5,702.26 |
| LAT | 11/3/2023 | 00178711 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -422.04 | EFT | 8051728 | 5,280.22 |
| LAT | 11/3/2023 | 00178711 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -389.70 | EFT | 8051728 | 4,890.52 |
| TAX | 11/3/2023 | 00178711 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -203.19 | EFT | 8051729 | 4,687.33 |
| TPY | 11/3/2023 | 00178711 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -171.29 | EFT | 8051730 | 4,516.04 |
| LAT | 11/10/2023 | 00179038 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -427.76 | EFT | 8270298 | 4,088.28 |
| TPY | 11/10/2023 | 00179038 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -243.47 | EFT | 8270299 | 3,844.81 |
| LAT | 11/29/2023 | 00179452 | WHLRPP | 004977 | CH LATE FEE | 393.56 | 0.00 | | | 4,238.37 |
| BRT | 12/1/2023 | 00179188 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2023 | 3,655.89 | 0.00 | | | 7,894.26 |
| CAM | 12/1/2023 | 00179188 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2023 | 190.75 | 0.00 | | | 8,085.01 |
| INS | 12/1/2023 | 00179188 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2023 | 76.51 | 0.00 | | | 8,161.52 |
| TAX | 12/1/2023 | 00179188 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2023 | 203.19 | 0.00 | | | 8,364.71 |
| BRT | 12/1/2023 | 00179660 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -3,655.89 | EFT | 8636012 | 4,708.82 |
| INS | 12/1/2023 | 00179660 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -76.51 | EFT | 8636013 | 4,632.31 |
| INS | 12/1/2023 | 00179660 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -76.51 | EFT | 8636013 | 4,555.80 |
| LAT | 12/1/2023 | 00179660 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -393.56 | EFT | 8636014 | 4,162.24 |
| TAX | 12/1/2023 | 00179660 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -203.19 | EFT | 8636015 | 3,959.05 |
| CAM | 12/5/2023 | 00179984 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -190.75 | EFT | 8971559 | 3,768.30 |
| INS | 12/5/2023 | 00179984 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -76.51 | EFT | 8971560 | 3,691.79 |
| TAX | 12/5/2023 | 00179984 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -203.19 | EFT | 8971561 | 3,488.60 |
| BRT | 12/29/2023 | 00180745 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -3,655.89 | EFT | 9304743 | -167.29 |
| PPR | 12/29/2023 | 00180745 | WHLRPP | 004977 | CR PREPAID CAM | 0.00 | -198.98 | EFT | 9304744 | -366.27 |
| PPR | 12/29/2023 | 00180745 | WHLRPP | 004977 | CR PREPAID INS | 0.00 | -111.78 | EFT | 9304745 | -478.05 |
| PPR | 12/29/2023 | 00180745 | WHLRPP | 004977 | CR PREPAID TAX | 0.00 | -196.51 | EFT | 9304746 | -674.56 |
| BRT | 1/1/2024 | 00180472 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2024 | 3,655.89 | 0.00 | | | 2,981.33 |
| CAM | 1/1/2024 | 00180472 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2024 @R | 198.98 | 0.00 | | | 3,180.31 |
| INS | 1/1/2024 | 00180472 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2024 @R | 111.78 | 0.00 | | | 3,292.09 |
| TAX | 1/1/2024 | 00180472 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2024 @R | 196.51 | 0.00 | | | 3,488.60 |
| BRT | 1/5/2024 1 | 00181279 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -492.73 | EFT | 9830608 | 2,995.87 |
| CAM | 1/5/2024 1 | 00181279 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -198.98 | EFT | 983[illegible] | [illegible] |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| INS | 1/5/2024 | 1 | 00181279 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -111.78 | EFT 9830610 | 2,685.11 |
| TAX | 1/5/2024 | 1 | 00181279 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -196.51 | EFT 9830611 | 2,488.60 |
| LAT | 1/22/2024 | | 00181808 | WHLRPP | 004977 | CH LATE FEE | 416.32 | 0.00 | | 2,904.92 |
| BRT | 2/1/2024 | | 00181723 | WHLRPP | 004977 | CH AUTOCHRG @T2/29/2024 | [illegible] | 0.00 | | 6,560.81 |
| CAM | 2/1/2024 | | 00181723 | WHLRPP | 004977 | CH AUTOCHRG @T2/29/2024 | 198.98 | 0.00 | | 6,759.79 |
| INS | 2/1/2024 | | 00181723 | WHLRPP | 004977 | CH AUTOCHRG @T2/29/2024 | 111.78 | 0.00 | | 6,871.57 |
| TAX | 2/1/2024 | | 00181723 | WHLRPP | 004977 | CH AUTOCHRG @T2/29/2024 | 196.51 | 0.00 | | 7,068.08 |
| BRT | 2/2/2024 | 1 | 00182489 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -3,163.16 | EFT 0518891 | 3,904.92 |
| BRT | 2/2/2024 | 1 | 00182489 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -1,000.00 | EFT 0518891 | 2,904.92 |
| CAM | 2/2/2024 | 1 | 00182489 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -198.98 | EFT 0518892 | 2,705.94 |
| INS | 2/2/2024 | 1 | 00182489 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -111.78 | EFT 0518893 | 2,594.16 |
| LAT | 2/2/2024 | 1 | 00182489 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -416.32 | EFT 0518894 | 2,177.84 |
| TAX | 2/2/2024 | 1 | 00182489 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -196.51 | EFT 0518895 | 1,981.33 |
| BRT | 3/1/2024 | | 00183156 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2024 | 3,655.89 | 0.00 | | 5,637.22 |
| CAM | 3/1/2024 | | 00183156 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2024 | 198.98 | 0.00 | | 5,836.20 |
| INS | 3/1/2024 | | 00183156 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2024 | 111.78 | 0.00 | | 5,947.98 |
| TAX | 3/1/2024 | | 00183156 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2024 | 196.51 | 0.00 | | 6,144.49 |
| BRT | 3/19/2024 | | 00184376 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -2,655.89 | EFT 1859961 | 3,488.60 |
| LAT | 3/27/2024 | | 00184665 | WHLRPP | 004977 | CH LATE FEE | 416.32 | 0.00 | | 3,904.92 |
| BRT | 4/1/2024 | | 00184455 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2024 | 3,655.89 | 0.00 | | 7,560.81 |
| CAM | 4/1/2024 | | 00184455 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2024 | 198.98 | 0.00 | | 7,759.79 |
| INS | 4/1/2024 | | 00184455 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2024 | 111.78 | 0.00 | | 7,871.57 |
| TAX | 4/1/2024 | | 00184455 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2024 | 196.51 | 0.00 | | 8,068.08 |
| LAT | 4/23/2024 | | 00185892 | WHLRPP | 004977 | CH CHARGE APRIL LATE FEE | 416.32 | 0.00 | | 8,484.40 |
| BRT | 4/23/2024 | | 00185907 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -3,655.89 | EFT 2821286 | 4,828.51 |
| CAM | 4/23/2024 | | 00185907 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -198.98 | EFT 2821287 | 4,629.53 |
| INS | 4/23/2024 | | 00185907 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -111.78 | EFT 2821288 | 4,517.75 |
| TAX | 4/23/2024 | | 00185907 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -196.51 | EFT 2821289 | 4,321.24 |
| BRT | 5/1/2024 | | 00185803 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2024 | 3,655.89 | 0.00 | | 7,977.13 |
| CAM | 5/1/2024 | | 00185803 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2024 | 198.98 | 0.00 | | 8,176.11 |
| INS | 5/1/2024 | | 00185803 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2024 | 111.78 | 0.00 | | 8,287.89 |
| TAX | 5/1/2024 | | 00185803 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2024 | 196.51 | 0.00 | | 8,484.40 |
| BRT | 5/24/2024 | | 00187321 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -500.00 | EFT 3751824 | 7,984.40 |
| CAM | 5/24/2024 | | 00187321 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -198.98 | EFT 3751825 | 7,785.42 |
| INS | 5/24/2024 | | 00187321 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -111.78 | EFT 3751826 | 7,673.64 |
| TAX | 5/24/2024 | | 00187321 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -196.51 | EFT 3751827 | 7,477.13 |
| BRT | 6/1/2024 | | 00187113 | WHLRPP | 004977 | CH AUTOCHRG @T6/30/2024 @R | 3,766.14 | 0.00 | | 11,243.27 |
| CAM | 6/1/2024 | | 00187113 | WHLRPP | 004977 | CH AUTOCHRG @T6/30/2024 | 198.98 | 0.00 | | 11,442.25 |
| INS | 6/1/2024 | | 00187113 | WHLRPP | 004977 | CH AUTOCHRG @T6/30/2024 | 111.78 | 0.00 | | 11,554.03 |
| TAX | 6/1/2024 | | 00187113 | WHLRPP | 004977 | CH AUTOCHRG @T6/30/2024 | 196.51 | 0.00 | | 11,750.54 |
| LAT | 6/13/2024 | | 00188314 | WHLRPP | 004977 | CH LATE FEE | 427.34 | 0.00 | | 12,177.88 |
| CPY | 6/25/2024 | | 00188605 | WHLRPP | 004977 | CH 2023 CAM Reconciliation | 234.11 | 0.00 | | 12,411.99 |
| IPY | 6/25/2024 | | 00188605 | WHLRPP | 004977 | CH 2023 Ins Reconciliation | 271.69 | 0.00 | | 12,683.68 |
| TPY | 6/25/2024 | | 00188605 | WHLRPP | 004977 | NC 2023 Tax Reconciliation | 0.00 | -80.11 | | 12,603.57 |
| BRT | 7/1/2024 | | 00188378 | WHLRPP | 004977 | CH AUTOCHRG @T7/31/2024 | 3,766.14 | 0.00 | | 16,369.71 |
| CAM | 7/1/2024 | | 00188378 | WHLRPP | 004977 | CH AUTOCHRG @T7/31/2024 | 198.98 | 0.00 | | 16,568.69 |
| INS | 7/1/2024 | | 00188378 | WHLRPP | 004977 | CH AUTOCHRG @T7/31/2024 | 111.78 | 0.00 | | 16,680.47 |
| TAX | 7/1/2024 | | 00188378 | WHLRPP | 004977 | CH AUTOCHRG @T7/31/2024 | 196.51 | 0.00 | | 16,876.98 |
| BRT | 7/2/2024 | 1 | 00189035 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -3,155.89 | EFT 5068985 | 13,721.09 |
| TAX | 7/2/2024 | 1 | 00189035 | WHLRPP | 004977 | CR TenantPayments API Receipt | 0.00 | -196.51 | EFT 5068986 | 13,524.58 |
| LAT | 7/19/2024 | | 00189831 | WHLRPP | 004977 | CH LATE FEE | 427.34 | 0.00 | | 13,951.92 |
| BRT | 8/1/2024 | | 00189779 | WHLRPP | 004977 | CH AUTOCHRG @T8/31/2024 | 3,766.14 | 0.00 | | 17,718.06 |
| CAM | 8/1/2024 | | 00189779 | WHLRPP | 004977 | CH AUTOCHRG @T8/31/2024 | 198.98 | 0.00 | | 17,917.04 |
| INS | 8/1/2024 | | 00189779 | WHLRPP | 004977 | CH AUTOCHRG @T8/31/2024 | 111.78 | 0.00 | | 18,028.82 |
| TAX | 8/1/2024 | | 00189779 | WHLRPP | 004977 | CH AUTOCHRG @T8/31/2024 | 196.51 | 0.00 | | 18,225.33 |
| BRT | 9/1/2024 | | 00191243 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2024 | 3,766.14 | 0.00 | | 21,991.47 |
| CAM | 9/1/2024 | | 00191243 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2024 | 198.98 | 0.00 | | 22,190.45 |
| INS | 9/1/2024 | | 00191243 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2024 | 111.78 | 0.00 | | 22,302.23 |
| TAX | 9/1/2024 | | 00191243 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2024 | 196.51 | 0.00 | | 22,498.74 |
| LAT | 9/17/2024 | | 00192383 | WHLRPP | 004977 | CH LATE FEE | 427.34 | 0.00 | | 22,926.08 |
| BRT | 10/1/2024 | | 00192378 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2024 | 3,766.14 | 0.00 | | 26,692.22 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CAM | 10/1/2024 | 00192378 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2024 | 198.98 | 0.00 | | 26,891.20 |
| INS | 10/1/2024 | 00192378 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2024 | 111.78 | 0.00 | | 27,002.98 |
| TAX | 10/1/2024 | 00192378 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2024 | 196.51 | 0.00 | | 27,199.49 |
| BRT | 11/1/2024 | 00193783 | [illegible] | [illegible] | [illegible] | [illegible] | 0.00 | | 30,965.63 |
| CAM | 11/1/2024 | 00193783 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2024 | 198.98 | 0.00 | | 31,164.61 |
| INS | 11/1/2024 | 00193783 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2024 | 111.78 | 0.00 | | 31,276.39 |
| TAX | 11/1/2024 | 00193783 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2024 | 196.51 | 0.00 | | 31,472.90 |
| CPY | 11/1/2024 | 00194998 | WHLRPP | 004977 | PR CreditApply | 90.78 | 0.00 | | 31,563.68 |
| INS | 11/1/2024 | 00194998 | WHLRPP | 004977 | PR CreditApply | 76.51 | 0.00 | 8971560 | 31,640.19 |
| PPR | 11/1/2024 | 00194998 | WHLRPP | 004977 | PR CreditApply | 198.98 | 0.00 | 9304744 | 31,839.17 |
| PPR | 11/1/2024 | 00194998 | WHLRPP | 004977 | PR CreditApply | 111.78 | 0.00 | 9304745 | 31,950.95 |
| PPR | 11/1/2024 | 00194998 | WHLRPP | 004977 | PR CreditApply | 196.51 | 0.00 | 9304746 | 32,147.46 |
| CPY | 11/1/2024 | 00194998 | WHLRPP | 004977 | CR CreditApply | 0.00 | -90.78 | APL | 32,056.68 |
| IPY | 11/1/2024 | 00194998 | WHLRPP | 004977 | CR CreditApply | 0.00 | -76.51 | APL 8971560 | 31,980.17 |
| CAM | 11/1/2024 | 00194998 | WHLRPP | 004977 | CR CreditApply | 0.00 | -198.98 | APL 9304744 | 31,781.19 |
| INS | 11/1/2024 | 00194998 | WHLRPP | 004977 | CR CreditApply | 0.00 | -111.78 | APL 9304745 | 31,669.41 |
| TAX | 11/1/2024 | 00194998 | WHLRPP | 004977 | CR CreditApply | 0.00 | -196.51 | APL 9304746 | 31,472.90 |
| LAT | 11/21/2024 | 00195211 | WHLRPP | 004977 | CH LATE FEE | 427.34 | 0.00 | | 31,900.24 |
| BRT | 12/1/2024 | 00195166 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2024 | 3,766.14 | 0.00 | | 35,666.38 |
| CAM | 12/1/2024 | 00195166 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2024 | 198.98 | 0.00 | | 35,865.36 |
| INS | 12/1/2024 | 00195166 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2024 | 111.78 | 0.00 | | 35,977.14 |
| TAX | 12/1/2024 | 00195166 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2024 | 196.51 | 0.00 | | 36,173.65 |
| BRT | 1/1/2025 | 00196416 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2025 | 3,766.14 | 0.00 | | 39,939.79 |
| CAM | 1/1/2025 | 00196416 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2025 @R | 194.74 | 0.00 | | 40,134.53 |
| INS | 1/1/2025 | 00196416 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2025 @R | 97.82 | 0.00 | | 40,232.35 |
| TAX | 1/1/2025 | 00196416 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2025 @R | 196.51 | 0.00 | | 40,428.86 |
| LAT | 1/21/2025 | 00197739 | WHLRPP | 004977 | CH LATE FEE | 425.52 | 0.00 | | 40,854.38 |
| BRT | 1/28/2025 | 00197984 | WHLRPP | 004977 | CR Receipt | 0.00 | -500.00 | EFT 1129284 | 40,354.38 |
| BRT | 2/1/2025 | 00197697 | WHLRPP | 004977 | CH AUTOCHRG @T2/28/2025 | 3,766.14 | 0.00 | | 44,120.52 |
| CAM | 2/1/2025 | 00197697 | WHLRPP | 004977 | CH AUTOCHRG @T2/28/2025 | 194.74 | 0.00 | | 44,315.26 |
| INS | 2/1/2025 | 00197697 | WHLRPP | 004977 | CH AUTOCHRG @T2/28/2025 | 97.82 | 0.00 | | 44,413.08 |
| TAX | 2/1/2025 | 00197697 | WHLRPP | 004977 | CH AUTOCHRG @T2/28/2025 | 196.51 | 0.00 | | 44,609.59 |
| BRT | 2/21/2025 | 00199102 | WHLRPP | 004977 | CR Receipt | 0.00 | -500.00 | EFT 1978753 | 44,109.59 |
| BRT | 3/1/2025 | 00198961 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2025 | 3,766.14 | 0.00 | | 47,875.73 |
| CAM | 3/1/2025 | 00198961 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2025 | 194.74 | 0.00 | | 48,070.47 |
| INS | 3/1/2025 | 00198961 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2025 | 97.82 | 0.00 | | 48,168.29 |
| TAX | 3/1/2025 | 00198961 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2025 | 196.51 | 0.00 | | 48,364.80 |
| LAT | 3/21/2025 | 00200315 | WHLRPP | 004977 | CH LATE FEE | 375.52 | 0.00 | | 48,740.32 |
| LAT | 3/23/2025 | 00200328 | WHLRPP | 004977 | NC POSTING ERROR | 0.00 | -375.52 | | 48,364.80 |
| LAT | 3/26/2025 | 00200466 | WHLRPP | 004977 | CH LATE FEE | 375.52 | 0.00 | | 48,740.32 |
| BRT | 4/1/2025 | 00200185 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2025 | 3,766.14 | 0.00 | | 52,506.46 |
| CAM | 4/1/2025 | 00200185 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2025 | 194.74 | 0.00 | | 52,701.20 |
| INS | 4/1/2025 | 00200185 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2025 | 97.82 | 0.00 | | 52,799.02 |
| TAX | 4/1/2025 | 00200185 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2025 | 196.51 | 0.00 | | 52,995.53 |
| BRT | 5/1/2025 | 00201576 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2025 | 3,766.14 | 0.00 | | 56,761.67 |
| CAM | 5/1/2025 | 00201576 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2025 | 194.74 | 0.00 | | 56,956.41 |
| INS | 5/1/2025 | 00201576 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2025 | 97.82 | 0.00 | | 57,054.23 |
| TAX | 5/1/2025 | 00201576 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2025 | 196.51 | 0.00 | | 57,250.74 |
| CPY | 5/9/2025 | 00202737 | WHLRPP | 004977 | NC 2024 Reconciliation | 0.00 | -8.42 | | 57,242.32 |
| IPY | 5/9/2025 | 00202737 | WHLRPP | 004977 | NC 2024 Reconciliation | 0.00 | -274.24 | | 56,968.08 |
| TPY | 5/9/2025 | 00202737 | WHLRPP | 004977 | CH 2024 Reconciliation | 600.89 | 0.00 | | 57,568.97 |
| BRT | 6/1/2025 | 00202976 | WHLRPP | 004977 | CH AUTOCHRG @T6/30/2025 @R | 3,878.60 | 0.00 | | 61,447.57 |
| CAM | 6/1/2025 | 00202976 | WHLRPP | 004977 | CH AUTOCHRG @T6/30/2025 | 194.74 | 0.00 | | 61,642.31 |
| INS | 6/1/2025 | 00202976 | WHLRPP | 004977 | CH AUTOCHRG @T6/30/2025 | 97.82 | 0.00 | | 61,740.13 |
| TAX | 6/1/2025 | 00202976 | WHLRPP | 004977 | CH AUTOCHRG @T6/30/2025 | 196.51 | 0.00 | | 61,936.64 |
| LAT | 6/3/2025 | 00203661 | WHLRPP | 004977 | CH MAY LATE FEE | 425.52 | 0.00 | | 62,362.16 |
| BRT | 7/1/2025 | 00204373 | WHLRPP | 004977 | CH AUTOCHRG @T7/31/2025 | 3,878.60 | 0.00 | | 66,240.76 |
| CAM | 7/1/2025 | 00204373 | WHLRPP | 004977 | CH AUTOCHRG @T7/31/2025 | 194.74 | 0.00 | | 66,435.50 |
| INS | 7/1/2025 | 00204373 | WHLRPP | 004977 | CH AUTOCHRG @T7/31/2025 | 97.82 | 0.00 | | 66,533.32 |
| TAX | 7/1/2025 | 00204373 | WHLRPP | 004977 | CH AUTOCHRG @T7/31/2025 | 196.51 | 0.00 | | 66,729.83 |
| LAT | 7/17/2025 | 00205724 | WHLRPP | 004977 | CH LATE FEE | 436.77 | 0.00 | | 67,166.60 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BRT | 8/1/2025 | 00205729 | WHLRPP | 004977 | CH AUTOCHRG @T8/31/2025 | 3,878.60 | 0.00 | 71,045.20 |
| CAM | 8/1/2025 | 00205729 | WHLRPP | 004977 | CH AUTOCHRG @T8/31/2025 | 194.74 | 0.00 | 71,239.94 |
| INS | 8/1/2025 | 00205729 | WHLRPP | 004977 | CH AUTOCHRG @T8/31/2025 | 97.82 | 0.00 | 71,337.76 |
| TAX | 8/1/2025 | 00205729 | WHLR[illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 71,534.27 |
| LAT | 8/19/2025 | 00207167 | WHLRPP | 004977 | CH LATE FEE | 436.77 | 0.00 | 71,971.04 |
| BRT | 9/1/2025 | 00207111 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2025 | 3,878.60 | 0.00 | 75,849.64 |
| CAM | 9/1/2025 | 00207111 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2025 | 194.74 | 0.00 | 76,044.38 |
| INS | 9/1/2025 | 00207111 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2025 | 97.82 | 0.00 | 76,142.20 |
| TAX | 9/1/2025 | 00207111 | WHLRPP | 004977 | CH AUTOCHRG @T9/30/2025 | 196.51 | 0.00 | 76,338.71 |
| BRT | 10/1/2025 | 00208322 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2025 | 3,878.60 | 0.00 | 80,217.31 |
| CAM | 10/1/2025 | 00208322 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2025 | 194.74 | 0.00 | 80,412.05 |
| INS | 10/1/2025 | 00208322 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2025 | 97.82 | 0.00 | 80,509.87 |
| TAX | 10/1/2025 | 00208322 | WHLRPP | 004977 | CH AUTOCHRG @T10/31/2025 | 196.51 | 0.00 | 80,706.38 |
| LAT | 10/22/2025 | 00209733 | WHLRPP | 004977 | CH LATE FEE | 436.77 | 0.00 | 81,143.15 |
| BRT | 11/1/2025 | 00209672 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2025 | 3,878.60 | 0.00 | 85,021.75 |
| CAM | 11/1/2025 | 00209672 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2025 | 194.74 | 0.00 | 85,216.49 |
| INS | 11/1/2025 | 00209672 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2025 | 97.82 | 0.00 | 85,314.31 |
| TAX | 11/1/2025 | 00209672 | WHLRPP | 004977 | CH AUTOCHRG @T11/30/2025 | 196.51 | 0.00 | 85,510.82 |
| BRT | 12/1/2025 | 00210758 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2025 | 3,878.60 | 0.00 | 89,389.42 |
| CAM | 12/1/2025 | 00210758 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2025 | 194.74 | 0.00 | 89,584.16 |
| INS | 12/1/2025 | 00210758 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2025 | 97.82 | 0.00 | 89,681.98 |
| TAX | 12/1/2025 | 00210758 | WHLRPP | 004977 | CH AUTOCHRG @T12/31/2025 | 196.51 | 0.00 | 89,878.49 |
| LAT | 12/17/2025 | 00211885 | WHLRPP | 004977 | CH LATE FEE | 436.77 | 0.00 | 90,315.26 |
| BRT | 1/1/2026 | 00211927 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2026 | 3,878.60 | 0.00 | 94,193.86 |
| CAM | 1/1/2026 | 00211927 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2026 | 194.74 | 0.00 | 94,388.60 |
| INS | 1/1/2026 | 00211927 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2026 | 97.82 | 0.00 | 94,486.42 |
| TAX | 1/1/2026 | 00211927 | WHLRPP | 004977 | CH AUTOCHRG @T1/31/2026 | 196.51 | 0.00 | 94,682.93 |
| LAT | 1/23/2026 | 00213259 | WHLRPP | 004977 | CH LATE FEE | 436.77 | 0.00 | 95,119.70 |
| BRT | 2/1/2026 | 00213185 | WHLRPP | 004977 | CH AUTOCHRG @T2/28/2026 | 3,878.60 | 0.00 | 98,998.30 |
| CAM | 2/1/2026 | 00213185 | WHLRPP | 004977 | CH AUTOCHRG @T2/28/2026 | 194.74 | 0.00 | 99,193.04 |
| INS | 2/1/2026 | 00213185 | WHLRPP | 004977 | CH AUTOCHRG @T2/28/2026 | 97.82 | 0.00 | 99,290.86 |
| TAX | 2/1/2026 | 00213185 | WHLRPP | 004977 | CH AUTOCHRG @T2/28/2026 | 196.51 | 0.00 | 99,487.37 |
| BRT | 3/1/2026 | 00214363 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2026 | 3,878.60 | 0.00 | 103,365.97 |
| CAM | 3/1/2026 | 00214363 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2026 | 194.74 | 0.00 | 103,560.71 |
| INS | 3/1/2026 | 00214363 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2026 | 97.82 | 0.00 | 103,658.53 |
| TAX | 3/1/2026 | 00214363 | WHLRPP | 004977 | CH AUTOCHRG @T3/31/2026 | 196.51 | 0.00 | 103,855.04 |
| LAT | 3/16/2026 | 00215484 | WHLRPP | 004977 | CH LATE FEE | 436.77 | 0.00 | 104,291.81 |
| BRT | 4/1/2026 | 00215549 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2026 | 3,878.60 | 0.00 | 108,170.41 |
| CAM | 4/1/2026 | 00215549 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2026 | 194.74 | 0.00 | 108,365.15 |
| INS | 4/1/2026 | 00215549 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2026 | 97.82 | 0.00 | 108,462.97 |
| TAX | 4/1/2026 | 00215549 | WHLRPP | 004977 | CH AUTOCHRG @T4/30/2026 | 196.51 | 0.00 | 108,659.48 |
| LAT | 4/20/2026 | 00216931 | WHLRPP | 004977 | CH LATE FEE | 436.77 | 0.00 | 109,096.25 |
| BRT | 5/1/2026 | 00216893 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2026 | 3,878.60 | 0.00 | 112,974.85 |
| CAM | 5/1/2026 | 00216893 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2026 | 194.74 | 0.00 | 113,169.59 |
| INS | 5/1/2026 | 00216893 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2026 | 97.82 | 0.00 | 113,267.41 |
| TAX | 5/1/2026 | 00216893 | WHLRPP | 004977 | CH AUTOCHRG @T5/31/2026 | 196.51 | 0.00 | 113,463.92 |
| CPY | 5/11/2026 | 00217963 | WHLRPP | 004977 | CH 2025 CAM reconciliation | 243.64 | 0.00 | 113,707.56 |
| IPY | 5/11/2026 | 00217963 | WHLRPP | 004977 | NC 2025 INS reconciliation | 0.00 | -118.28 | 113,589.28 |
| TPY | 5/11/2026 | 00217963 | WHLRPP | 004977 | CH 2025 TAX reconciliation | 572.95 | 0.00 | 114,162.23 |
| BRT | 6/26/2026 | 00219530 | WHLRPP | 004977 | CH June 2026 BRT | 3,955.46 | 0.00 | 118,117.69 |
| CAM | 6/26/2026 | 00219530 | WHLRPP | 004977 | CH June CAM | 194.74 | 0.00 | 118,312.43 |
| INS | 6/26/2026 | 00219530 | WHLRPP | 004977 | CH June Ins | 97.82 | 0.00 | 118,410.25 |
| TAX | 6/26/2026 | 00219530 | WHLRPP | 004977 | CH June Tax | 196.51 | 0.00 | 118,606.76 |
| | | | | | | ============== | ============== | |
| | | | | | | 257,063.83 | -138,457.07 | |