**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br>**DAVIS KITCHEN & TILE, LLC,**<br>Debtor. | Case No. 1:26-bk-00343<br>Chapter 11, Subchapter V |

# DEBTOR'S EXHIBIT

# D-13

Debtor's Detailed Production Plan dated October 27, 2026

*Source: Debtor's records | Matter(s): (a)–(d)*

*Hearing of October 28, 2026*

| Davis Kitchen & Tile - Detailed Production Plan | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date: 10/27/2026 | | | | | | | | | | | | |
| | $ 385,001 | $ 257,164 | $ 127,837 | | | | $15,269 | $107,378 | $161,634 | $72,270 | $23,066 | |
| **Job** | **Balance to Receive from Client** | **Monies for Materials/Labor** | **Gross Profit** | **Material Details** | **Projected Job Start** | **Projected Job Completion** | **Oct Progress** | **Nov Progress** | **Dec Progress** | **Jan Progress** | **After Jan Progress** | **Status** |
| Battin Laundry | $ 25,359 | $ 20,562 | $ 4,797 | Cabinetry | Started Demo 10/19 | 1/11/2027 | $ - | $ 9,419 | $ 13,041 | $ 2,899 | $ - | *Started Demo 10/19 |
| Hyde Kitchen | $ 23,515 | $ 16,179 | $ 7,336 | Cabinetry | Wants to Start 1/4/2027 | 3/31/2027 | $ - | $ - | $ - | $ 12,569 | $ 10,948 | Wants to start after holidays |
| Del Greco Master | $ 6,401 | $ 2,320 | $ 4,081 | None | Started Demo 10/23 | 11/30/2026 | $ 2,560 | $ 3,840 | $ - | $ - | $ - | *Started 10/23<br>* $2,560 Demo payment to be dropped off 10/28 |
| Del Greco Guest | $ 7,684 | $ 3,741 | $ 3,943 | None | 11/16/2026 | 12/30/2026 | $ - | $ 5,379 | $ 2,305 | $ - | $ - | *Can start once Master is near completion |
| Dittenhafer Bathroom | $ 15,910 | $ 6,440 | $ 9,470 | Cabinetry | 11/16/2026 | 1/29/2027 | $ - | $ 9,546 | $ 3,182 | $ 3,182 | $ - | *Don't want to start job - talking to attorney (as of 10/7)<br>*We are willing to start job and complete as scheduled |
| Dittenhafer Laundry | $ 8,002 | $ 5,222 | $ 2,780 | Cabinetry | 11/30/2026 | 2/26/2027 | $ - | $ 3,266 | $ 3,266 | $ 1,470 | $ 163 | *Don't want to start job - talking to attorney (as of 10/7)<br>*We are willing to start job and complete as scheduled |
| Sherfinski Bath | $ 13,046 | $ 5,508 | $ 7,538 | Tile | *Client Meeting 10/29 to discuss start date<br>*We want to start 10/30 | 12/18/2026 | $ 5,218 | $ 3,914 | $ 3,914 | $ - | $ - | *Eric to meet with client on 10/29 to discuss next steps |
| Allen Basement Bar | $ 13,892 | $ 3,965 | $ 9,927 | Cabinetry | 12/7/2026 | 2/26/2027 | $ - | $ - | $ 9,618 | $ 2,780 | $ 1,495 | Spoke with him a few weeks ago - very upset about bankruptcy - wants us to confirm delivery date on cabinetry |
| Robinson Bath | $ 5,680 | $ 2,953 | $ 2,727 | Cabinetry | 11/30/2026 | 1/15/2027 | $ - | $ 2,272 | $ 2,272 | $ 1,136 | $ - | Will begin demo after Shower |
| Robinson Shower | $ 12,410 | $ 6,425 | $ 5,985 | Cabinetry | Started demo 10/27 | 11/30/2026 | $ 3,648 | $ 3,723 | $ 4,964 | $ - | $ - | Started demo 10/27 |
| Delardas Flooring | $ 8,308 | $ 4,047 | $ 4,261 | Flooring | Will Start 11/2 | 12/28/2026 | $ - | $ 4,154 | $ 4,154 | $ - | $ - | On the Schedule |
| Corwin Kitchen | $ 59,760 | $ 45,000 | $ 14,760 | Cabinetry | 12/28/2026 | 3/26/2027 | $ - | $ - | $ 42,510 | $ 11,609 | $ 5,641 | *Upset about bankruptcy<br>*We can order their cabinetry in early November to get their job started and completed by the dates provided |
| Miconi Bathroom | $ 12,024 | $ 8,598 | $ 3,427 | Cabinetry plumbing shower pan | Want to start by 11/30 | By 1/2/2027 | $ - | $ 3,607 | $ 6,012 | $ 2,405 | $ - | *Working with client to schedule start date |
| Maier Kitchen | $ 35,735 | $ 20,562 | $ 15,173 | Cabinetry Flooring | 11/15/2026 | 2/26/2027 | $ - | $ 17,868 | $ 10,721 | $ 7,147 | $ - | *Working with client to schedule start date |
| Goodwin Kitchen | $ 27,960 | $ 13,219 | $ 14,741 | Cabinetry | 11/9/2026 | 1/29/2027 | $ - | $ 7,811 | $ 7,811 | $ 10,574 | $ 1,763 | *Eric has left 2 messages |
| Warren Kitchen | $ 11,146 | $ 12,000 | $ (854) | Cabinetry | 12/7/2026 | 2/26/2027 | $ - | $ - | $ 3,790 | $ 5,350 | $ 2,006 | *Want to meet with Eric this week |
| Keough Kitchen (in Buckhanon) | $ 23,884 | $ 18,621 | $ 5,263 | Cabinetry ctop | 11/9/2026 | 1/29/2027 | $ - | $ 14,236 | $ 8,899 | $ 749 | $ - | *Need to coordinate with client because they are removing most of the kitchen themselves<br>*Ask Client to finish demo by 11/6, so we can start 11/9<br>*Client will be gone first week in December<br>*Jimmy to contact and get start date |
| Rowan Kitchen | $ 22,188 | $ 19,143 | $ 3,045 | Cabinetry | 12/28/2026 | 3/26/2027 | $ - | $ - | $ 13,314 | $ 8,432 | $ 443 | *Spoke with her and willing for us to start whenever we can start |
| Schwalm Primary Bath | $ 11,443 | $ 7,546 | $ 3,897 | Cabinetry | 11/9/2026 | 1/29/2027 | $ - | $ 6,992 | $ 4,071 | $ 380 | $ - | *He is speaking to his attorney<br>*We can meet dates if he is agreeable<br>*We were ready to start and he asked us to pause |
| Schwalm Guest Bath | $ 7,842 | $ 4,042 | $ 3,800 | | 12/7/2026 | 2/26/2027 | $ - | $ - | $ 5,647 | $ 1,588 | $ 607 | *He is speaking to his attorney<br>*We can meet dates if he is agreeable<br>*We were ready to start and he asked us to pause |

**Davis Kitchen & Tile - Detailed Production Plan**

**Date: 10/27/2026**

| Job | Balance to Receive from Client | Monies for Materials/Labor | Gross Profit | Material Details | Projected Job Start | Projected Job Completion | Oct Progress | Nov Progress | Dec Progress | Jan Progress | After Jan Progress | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ 385,001 | $ 257,164 | $ 127,837 | | | | $15,269 | $107,378 | $161,634 | $72,270 | $23,066 | |
| Jeruzal Upstairs and Kitchen | $ 2,325 | $ 1,234 | $ 1,092 | Cabinetry ctop | In Process | 12/31/2026 | $ - | $ - | $ 2,325 | $ - | $ - | *Bathroom is 100% Complete<br>*Client considering cancelling the remainder of the project, but we want to complete it |
| Murray Kitchen Cabinets | $ 2,140 | $ 5,652 | $ (3,512) | Sink hardware backsplash ctop | In Process | 11/30/2026 | $ - | $ 2,140 | $ - | $ - | $ - | *Countertop Template Complete is done |
| Agee Bath & Flooring | $ 3,843 | $ - | $ 3,843 | None | In Process | 10/30/2026 | $ 3,843 | $ - | $ - | $ - | $ - | *Will be completed this week |
| Jeruzal Basement Bath | $ 5,029 | $ 1,881 | $ 3,148 | Vanity | In Process | 12/26/2026 | $ - | $ - | $ 5,029 | $ - | $ - | *In process and can complete job by date |
| Schifano Master | $ 9,577 | $ 11,449 | $ (1,872) | Cabinetry Shower glass ctops | In Process | 12/30/2026 | $ - | $ 4,789 | $ 4,789 | $ - | $ - | *Owner ordered cabinet and should have been in last week, confirming with him so we can continue |
| Sellaro Master | $ 355 | $ 2,800 | $ (2,445) | Accessories/ Shower Glass | In Process | 11/30/2026 | $ - | $ 355 | $ - | $ - | $ - | Nearing Completion |
| Handelman Upstairs Bathroom | $ 1,514 | $ - | $ 1,514 | Done | Complete | Complete | $ - | $ 1,514 | $ - | $ - | $ - | Complete |
| Handelman Downstairs Bathroom | $ 345 | $ 800 | $ (455) | Vanity | In Process | 11/30/2026 | $ - | $ 345 | $ - | $ - | $ - | Nearing Completion |
| Sellaro Fridge Cabinet | $ 1,144 | $ 800 | $ 344 | Fridge Panel | In Process | 11/30/2026 | $ - | $ 1,144 | $ - | $ - | $ - | Nearing Completion |
| Kessler Bath | $ 1,064 | $ 2,456 | $ (1,392) | Cabinetry ctop | In Process | 12/15/2026 | $ - | $ 1,064 | $ - | $ - | $ - | Nearing Completion |
| Raylman Shower | $ 5,474 | $ 4,000 | $ 1,474 | Ordered | 11/23/2026 | 12/30/2026 | $ - | $ - | $ 5,474 | $ - | $ - | *Received deposit 10/26<br>*Ordered materials<br>*Getting job on production schedule |